Generated: Oct 20, 2025 4:05PM

Page 1/1

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Oct 20, 2025 4:05PM

ALEXANDRA A.E. SHAPIRO OBO SEAN COMBS

Rcpt. No: 43991          Trans. Date: Oct 20, 2025 4:05PM          Cashier ID: #SS (6367)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | Amt |
|----|--------|--|-----|
| CC | Credit Card | | $605.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 24CR00542 AS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.