# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-2623

**Caption [use short title]**

**Motion for:** Expedited Briefing And Argument Schedule (unopposed)

Set forth below precise, complete statement of relief sought:

Appellant Sean Combs moves for an expedited briefing and argument schedule: i.e., a due date of December 23, 2025 for Combs's Opening Brief and Appendix; February 20, 2026 for Appellee's Opposition Brief; March 13, 2026 for Combs's Reply Brief; and oral argument in April 2026.

United States of America v. Combs

**MOVING PARTY:** Appellant Sean Combs  **OPPOSING PARTY:** United States of America

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Alexandra A.E. Shapiro  **OPPOSING ATTORNEY:** Emily Anne Johnson

[name of attorney, with firm, address, phone number and e-mail]

Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl., New York, NY 10036
(212) 257-4880; ashapiro@shapiroarato.com

United States Attorney's Office, SDNY
One St. Andrew's Plaza, New York, NY 10007
(212) 637-2409; emily.johnson@usdoj.gov

**Court- Judge/ Agency appealed from:** Hon. Arun Subramanian/United States District Court for the Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Alexandra A.E. Shapiro  **Date:** October 29, 2025  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Appellee, | |
| v. | No. 25-2623 |
| SEAN COMBS, | |
| Defendant-Appellant. | |

**DEFENDANT-APPELLANT SEAN COMBS'S UNOPPOSED MOTION TO EXPEDITE BRIEFING AND ARGUMENT SCHEDULE**

Pursuant to Federal Rule of Appellate Procedure 27 and this Court's Rules 27.1 and 31.2, Appellant Sean Combs moves with the government's consent to expedite the briefing and argument schedule in this appeal. In support of this motion, Mr. Combs states the following:

1. On July 2, 2025, following a 2-month trial before the Honorable Arun Subramanian of the U.S. District Court for the Southern District of New York, the jury returned a verdict acquitting Mr. Combs on the one RICO conspiracy and two sex trafficking counts (Counts 1, 2, and 4), and convicting him on the two Mann Act counts (Counts 3 and 5).

2. On October 3, 2025, the district court imposed a sentence on Counts 3 and 5 of 50 months' imprisonment, five years of supervised release, a $500,000 fine, and a $200 special assessment.

3. On October 15, 2025, the district court entered judgment on Mr. Combs's conviction and sentence. The court entered an amended judgment on October 16, 2025.

4. On October 20, 2025, Mr. Combs filed a notice of appeal from his conviction and sentence.

5. Mr. Combs seeks to expedite the briefing and argument schedule for this appeal. The government consents to this request. In particular, the parties have agreed to propose the following briefing and argument schedule for this appeal:

>Defendant-Appellant's Opening Brief and Appendix: due by December 23, 2025
>Appellee's Opposition Brief: due by February 20, 2026
>Defendant-Appellant's Reply Brief: due by March 13, 2026
>Oral argument in April 2026

6. There is good cause to expedite this appeal.

7. Mr. Combs expects to challenge both his conviction and sentence in his appeal. An expedited briefing and argument schedule is critical to ensure that Mr. Combs's appeal of his sentence does not become moot while the appeal is pending. Specifically, Mr. Combs has already served approximately 14 months of his 50-month sentence (his pre-trial incarceration commenced in September 2024), and it is unclear how much additional time he will ultimately serve due to his potential eligibility for reductions pursuant to the RDAP program and the First Step Act. Accordingly, to ensure that Mr. Combs could meaningfully benefit from any appellate ruling vacating his sentence, we have proposed a schedule that would expedite this Court's consideration of Mr. Combs's appeal.

WHEREFORE, for the foregoing reasons, Mr. Combs respectfully requests that the Court grant Mr. Combs's unopposed motion and expedite the briefing and argument for this appeal pursuant to the schedule proposed herein.

Dated: New York, NY
       October 29, 2025

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro
Theodore Sampsell-Jones
Jason A. Driscoll
Christopher Johnson
Shapiro Arato Bach LLP
1140 Ave. of the Americas, 17th. Fl.
New York, NY 10036
(212) 257-4880

*Attorneys for Defendant-Appellant Sean Combs*