# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of November, two thousand twenty-five.

Before:       Beth Robinson,
                    *Circuit Judge.*

_____

| | |
|---|---|
| United States of America,<br><br>      Appellee,<br><br>  v.<br><br>Sean Combs, AKA Puff Daddy, AKA P. Diddy, AKA Diddy, AKA PD, AKA Love,<br><br>      Defendant - Appellant. | **ORDER**<br><br>Docket No. 25-2623 |

_____

      Appellant move to expedite the appeal on the following schedule: Appellant's opening brief and appendix due by December 23, 2025; the Government's brief due by February 20, 2026; Appellant's reply brief due by March 13, 2026; and oral argument in April of 2026.

      IT IS HEREBY ORDERED that the motion is GRANTED. Briefing shall proceed on the proposed schedule and argument shall be held as early as April of 2026, subject to the approval of the Presiding Judge.

                                                          For the Court:

                                                           Catherine O'Hagan Wolfe,
                                                           Clerk of Court

