# 25-2623-cr

## United States Court of Appeals

*for the*

## Second Circuit

UNITED STATES OF AMERICA,

*Appellee,*

− v. −

SEAN COMBS, AKA Puff Daddy,
AKA P. Diddy, AKA Diddy, AKA PD, AKA Love,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## APPENDIX
## Volume III of V (Pages A-521 to A-768)

ALEXANDRA A. E. SHAPIRO
THEODORE SAMPSELL-JONES
JASON ANTHONY DRISCOLL
CHRISTOPHER D. JOHNSON
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas,
    17th Floor
New York, New York 10036
(212) 257-4880

*Attorneys for Defendant-Appellant*

i

## TABLE OF CONTENTS

**Page**

District Court Docket Entries in *United States v. Combs*, No. 24-CR-542 (AS) (S.D.N.Y.)............... A-1

Third Superseding Indictment, filed April 3, 2025 (Dkt. 209)............................................. A-68

Excerpts of Trial Transcript ..................................... A-85

### Defense Exhibits

DX-1003: July 2012 messages between Combs and Ventura ........................................... A-401

DX-1019: October 2012 messages between Combs and Ventura ............................................. A-426

DX-1026: December 2012 messages between Combs and Ventura ............................................. A-443

DX-1035: July 2013 messages between Combs and Ventura ........................................... A-445

DX-1068: October 2015 messages between Combs and Ventura ............................................. A-452

DX-1149: May 2017 messages between Combs and Ventura ........................................... A-472

DX-1159: August 2009 messages between Combs and Ventura ............................................. A-486

DX-1162: August 2009 messages between Combs and Ventura ............................................. A-489

DX-1164: August 2009 message from Ventura to Combs ................................................ A-490

DX-1165: August 2009 messages between Combs and Ventura ............................................. A-491

DX-1167: August 2009 messages between Combs and Ventura ............................................. A-492

**ii**

                                              **Page**

DX-3011 (public version): November 2021 messages between Combs and Jane ...................... A-493

DX-3016 (public version): November 2021 messages between Combs and Jane ...................... A-521

DX-3018-R (public version): November 2021 messages between Combs and Jane ...................... A-546

DX-3033 (public version): December 2021 messages between Combs and Jane ...................... A-567

DX-3034 (public version): December 2021 messages between Combs and Jane ...................... A-584

DX-3071-R (public version): August 2022 messages between Combs and Jane ...................... A-618

DX-3105 (public version): March 2023 messages between Combs and Jane ................................................... A-635

**Government Exhibits**

GX B-236: February 2013 messages between Combs and Ventura ............................................. A-649

GX B-248: June 2013 messages between Combs and Ventura ............................................................ A-660

GX B-251: July 2013 messages between Combs and Ventura ............................................................ A-671

GX B-257: September 2013 messages between Combs and Ventura ............................................. A-692

GX B-262: October-November 2013 messages between Combs and Ventura ............................... A-703

GX B-266: March 2014 messages between Combs and Ventura ............................................. A-707

GX B-346: July 2012 messages between Combs and Ventura ............................................................ A-715

iii

**Page**

GX B-351: September 2012 messages between Combs and Ventura ............................................... A-729

GX B-357: October 2012 messages between Combs and Ventura ............................................... A-740

GX B-361: January 2013 messages between Combs and Ventura ............................................... A-745

GX B-420: April 2017 messages between Combs and Ventura ............................................... A-749

GX B-431: June 2017 messages from Ventura to Combs .................................................................. A-761

GX B-616: September-October 2015 messages between Combs and Ventura ............................... A-763

Sentencing Transcript, dated October 3, 2025 ........... A-769

Notice of Appeal, filed October 20, 2025
(Dkt. 546) ................................................................ A-925

**FILED UNDER SEAL**

DX-3011 (sealed version): November 2021
messages between Combs and Jane ....................... A-927

DX-3016 (sealed version): November 2021
messages between Combs and Jane ....................... A-955

DX-3018-R (sealed version): November 2021
messages between Combs and Jane ....................... A-980

DX-3033 (sealed version): December 2021
messages between Combs and Jane ....................... A-1001

DX-3034 (sealed version): December 2021
messages between Combs and Jane ....................... A-1018

DX-3071-R (sealed version): August 2022
messages between Combs and Jane ....................... A-1051

DX-3105 (sealed version):  March 2023 messages
between Combs and Jane ....................................... A-1068

A-521

| | |
|---|---|
| Number of participants | 4 |
| Participants | Jane 2021 ▮▮▮ System Message |
| Number of messages | 105 |
| First message sent date/time | November 09, 2021 12:55:02 AM |
| Last message sent date/time | November 09, 2021 9:54:23 PM |

**Jane 2021**     November 09, 2021 12:55:02 AM

Be there in 25

▮▮     November 09, 2021 1:01:43 AM

K

**Jane 2021**     November 09, 2021 1:31:53 AM

At the gate my love

▮▮     November 09, 2021 4:09:40 AM

I'm mad I gotta go th this

**Jane 2021**     November 09, 2021 4:11:20 AM

Loved "I'm mad I gotta go th



DEFENSE
EXHIBIT
**3016**
24 Cr. 452 (AS)

3016.1

A-522



A-523



**Jane 2021**　　　　　　　November 09, 2021 4:20:58 AM

I loved u rubbed oil all over my legs my body kissed me and put it deep in me w my legs back

**Jane 2021**　　　　　　　November 09, 2021 4:21:55 AM

When u look me in my eyes giving me every hard inch ... so wet ...

**Jane 2021**　　　　　　　November 09, 2021 4:22:06 AM

Like that's the only n last dick I'm suppose to have

**Jane 2021**　　　　　　　November 09, 2021 4:22:54 AM

Stroking a hard dick next
To me while a hard one is inside me

**Jane 2021**　　　　　　　November 09, 2021 4:23:14 AM

**Jane 2021**　　　　　　　November 09, 2021 4:23:45 AM

Whew!

**Jane 2021**　　　　　　　November 09, 2021 4:28:22 AM

Laughed at "Whew!"

3016.3

A-524



**Jane 2021**  November 09, 2021 4:30:56 AM

Havin wine miss u

**Jane 2021**  November 09, 2021 4:31:09 AM

IMG_9940.heic

November 09, 2021 4:47:07 AM

Damn

3016.4

A-525



**Jane 2021**      November 09, 2021 4:50:12 AM

my daddy left me all alone come n keep me company

**Jane 2021**      November 09, 2021 5:25:14 AM

the store closes at 12a so jus incase u need me to go... lmk lol

**Jane 2021**      November 09, 2021 6:02:54 AM

me miss u

November 09, 2021 6:09:28 AM

What you gonna get

**Jane 2021**      November 09, 2021 6:13:55 AM

Jus need outfits

**Jane 2021**      November 09, 2021 6:14:14 AM

mm I have some here but mostly black dominatrix style

November 09, 2021 6:23:25 AM

K

3016.5

A-526



November 09, 2021 6:23:37 AM

I'll hit you.

Jane 2021     November 09, 2021 6:26:46 AM

That means.. goodnight lol

November 09, 2021 6:38:02 AM

Lol. Don't know

Jane 2021     November 09, 2021 6:45:49 AM

Loved "Lol. Don't know"

Jane 2021     November 09, 2021 6:45:57 AM

No stress baby

Jane 2021     November 09, 2021 6:46:06 AM

Hit me tmw when u wake up ❤️ 🔲

November 09, 2021 6:56:41 AM

Just finished

3016.6

A-527



A-528



A-529



3016.9



A-531

| Jane 2021 | November 09, 2021 7:23:57 AM |
|---|---|

Like ... ur drinks and stuff

| Jane 2021 | November 09, 2021 7:24:01 AM |
|---|---|

I have oils etc

| Jane 2021 | November 09, 2021 7:24:12 AM |
|---|---|

Normally have all that stuff

3016.11

A-532

**Jane 2021**  November 09, 2021 7:24:50 AM



IMG_9944.HEIC

November 09, 2021 7:25:54 AM

So what you need me to bring

**Jane 2021**  November 09, 2021 7:26:06 AM

that big dick

3016.12

A-533



**Jane 2021**      November 09, 2021 7:28:16 AM

baby idk I might feel more comfy at a hotel ... but it's no pressure I know u mentioned time

**Jane 2021**      November 09, 2021 7:29:43 AM

we're gonna be loud as fuck here lol sex high heels oil music lol

**Jane 2021**      November 09, 2021 7:32:36 AM

should we do it tmw 🤢

**Jane 2021**      November 09, 2021 7:34:29 AM

I wanna see u..

     November 09, 2021 7:42:22 AM

Meet me at L'Ermitage

     November 09, 2021 7:42:36 AM

Now

**Jane 2021**      November 09, 2021 7:42:49 AM

Ok baby

3016.13



November 09, 2021 7:42:54 AM

What time can you get there?

November 09, 2021 7:44:08 AM

11:43

iMessage
Today 11:24 PM

You up? It's love

Yeah

You got energy

Hellll yeah

Ok lermertage In a hour

Delivered

Cool

Screenshot 2021-11-08 at 11.43.52 PM.jpeg

3016.14

A-535

**Jane 2021**          November 09, 2021 7:44:13 AM

Like 12:30 or a little earlier

November 09, 2021 7:44:51 AM



Screenshot 2021-11-08 at 11.44.41 PM.jpeg

3016.15

A-536

November 09, 2021 7:45:06 AM



__Library_SMS_Attach_1_31_01_EA5128_1_Screen_1.jpeg

November 09, 2021 7:46:34 AM

You sure your with the shits?

3016.16

A-537



**November 09, 2021 7:47:08 AM**

11:46

iMessage
Today 11:24 PM

You up? It's love

Yeah

You got energy

Hellll yeah

Ok lermertage in a hour

Delivered

Cool

*Screenshot 2021-11-08 at 11.46.56 PM.jpeg*

Jane 2021          November 09, 2021 7:47:13 AM

Yes jus packing up baby

Jane 2021          November 09, 2021 7:47:24 AM

It's ur birthday month whatever u want

3016.17

A-538



3016.18

A-539



A-540

**Jane 2021**                    November 09, 2021 8:39:51 AM



CD356E00-CE09-44A3-A8D4-7F6DC1CD7DB2.heic

**Jane 2021**                    November 09, 2021 8:40:04 AM

Paying now 😐 see u soon my NAUGHTY

**Jane 2021**                    November 09, 2021 8:44:47 AM

B there in 13 min

3016.20



A-542



November 09, 2021 9:54:23 PM

3016.22

A-543



See attachment: *Basic-Non-Disclosure-Agreement.pdf*

November 10, 2021 1:08:35 AM

Had to change driver

November 10, 2021 1:39:34 AM

3016.23

A-544



November 11, 2021 3:52:07 PM

See attachment: __Library_SMS_Attachments_96_06_A47BA66E-928F-42CC-A980-CCAA8CC82043_FILE_9576.pdf

3016.24



A-546



| Number of participants | 3 |
| Participants | Jane 2021 |
| Number of messages | 2 |
| First message sent date/time | November 10, 2021 1:08:35 AM |
| Last message sent date/time | November 10, 2021 1:39:34 AM |



November 10, 2021 1:08:35 AM

See attachment: *Basic-Non-Disclosure-Agreement.pdf*

November 10, 2021 1:39:34 AM

Had to change driver:



DEFENSE
EXHIBIT
3018-R
24 Cr. 452 (AS)

3018-R.1

A-547



| | |
|---|---|
| Number of participants | 3 |
| Participants | Jane 2021 |
| Number of messages | 42 |
| First message sent date/time | November 13, 2021 11:08:36 PM |
| Last message sent date/time | November 13, 2021 11:51:06 PM |



**November 13, 2021 11:08:36 PM**

If you could do something thing freAk nasty today what would it be?

**November 13, 2021 11:08:45 PM**

Are you in the mood

Jane 2021     **November 13, 2021 11:08:59 PM**

Lol 😌

Jane 2021     **November 13, 2021 11:09:10 PM**

Hmmm

Jane 2021     **November 13, 2021 11:09:59 PM**

Put something sexy on and jus have fun w u baby - and I'm always in the mood



**November 13, 2021 11:14:00 PM**

Just me



A-549



**Jane 2021** — November 13, 2021 11:18:06 PM

what fantasy do you want to happen

November 13, 2021 11:19:41 PM

I want it to come from you? Lol. To be honest I may be talking shit! Lol. I don't know what I wanna do. I'm lost in the sauce!!! 😂😂😂

November 13, 2021 11:19:52 PM

I need guidance

**Jane 2021** — November 13, 2021 11:20:07 PM

Laughed at "I want it to come from you? Lol. To be honest I may be talking shit! Lol. I don't know what I wanna do. I'm lost in the sauce!!! 😂😂😂"

**Jane 2021** — November 13, 2021 11:20:11 PM

Loved "I need guidance"

**Jane 2021** — November 13, 2021 11:21:48 PM

Wanna see me suck some hard dick in the hotel room

**Jane 2021** — November 13, 2021 11:22:15 PM

I can shower n get ready go to the store if u want , some fresh outfits

3018-R.4

A-550



A-551

| Jane 2021 | November 13, 2021 11:29:41 PM |

Well atl is the treat for when album is finished

| Jane 2021 | November 13, 2021 11:30:02 PM |

Paul ..?

| Jane 2021 | November 13, 2021 11:31:09 PM |

U wanna invite a girl

| Jane 2021 | November 13, 2021 11:32:25 PM |

Let's play we can do whatever

| Jane 2021 | November 13, 2021 11:32:38 PM |

Wanna peak into a sex party lol



A-553



> **November 13, 2021 11:38:03 PM**
>
> Anyone at your house ?

> **November 13, 2021 11:38:18 PM**
>
> I want what you want. Lead me



**Jane 2021**      November 13, 2021 11:38:50 PM

We can go there babe I'll probably jus have to tidy up

**Jane 2021**      November 13, 2021 11:39:59 PM

I wanna have fun w you solo or playtime

**Jane 2021**      November 13, 2021 11:40:39 PM

We can play at my place

**Jane 2021**      November 13, 2021 11:51:06 PM

Jumpin in the shower real quick

3018-R.8

A-554

| Number of participants | 4 |
| Participants |  |
| Number of messages | 44 |
| First message sent date/time | November 14, 2021 1:56:35 AM |
| Last message sent date/time | November 14, 2021 9:40:56 AM |

**Jane 2021**                    **November 14, 2021 1:56:35 AM**

IMG_0051.HEIC

3018-R.9

A-555





A-557



**Jane 2021**　　　　　　　　November 14, 2021 2:14:24 AM

Loved "Ok. I got the Waldorf"

**Jane 2021**　　　　　　　　November 14, 2021 2:14:31 AM

Ok I'm headin there now babe

**Jane 2021**　　　　　　　　November 14, 2021 2:17:29 AM

Anyone else ?

November 14, 2021 2:22:09 AM

Paul just has till 9.

November 14, 2021 2:23:14 AM

What should we do?

**Jane 2021**　　　　　　　　November 14, 2021 2:24:27 AM

Paul /Cameron /Paul ?

November 14, 2021 2:25:26 AM

See attachment: *Audio Message_1798.caf*



**5ystem Message**                     November 14, 2021 2:25:43 AM

▮ kept an audio message from you.

**Jane 2021**                          November 14, 2021 2:25:59 AM

Oooh I didn't know that ok

**Jane 2021**                          November 14, 2021 2:26:12 AM

Paul /Love / Paul

**Jane 2021**                          November 14, 2021 2:27:23 AM

I didn't like Steven :/

▮                                      November 14, 2021 2:27:31 AM

See attachment: *Audio Message_3931.caf*

**5ystem Message**                     November 14, 2021 2:27:45 AM

▮ kept an audio message from you.

▮                                      November 14, 2021 2:27:51 AM

See attachment: *Audio Message_1366.caf*

3018-R.13



A-560



**Jane 2021**  November 14, 2021 2:29:29 AM

Too late ?

**Jane 2021**  November 14, 2021 2:30:56 AM

I'm about to be there now

November 14, 2021 2:38:19 AM

See attachment: *Audio Message_1394.caf*

**System Message**  November 14, 2021 2:39:10 AM

kept an audio message from you.

**Jane 2021**  November 14, 2021 2:39:30 AM

Ok baby ✨ ✨

**Jane 2021**  November 14, 2021 2:41:51 AM

We should tell Paul 730 so Joey doesn't c him

**Jane 2021** Joey is w me in  November 14, 2021 2:41:59 AM

the lobby

3018-R.15

A-561



3018-R.16

A-562

| | |
|---|---|
| Number of participants | 4 |
| Participants |  |
| Number of messages | 18 |
| First message sent date/time | November 15, 2021 2:04:05 AM |
| Last message sent date/time | November 15, 2021 5:22:20 PM |

November 15, 2021 2:04:05 AM

Call me

November 15, 2021 2:04:44 AM

See attachment: *Audio Message_3381.caf*

**System Message**　　　November 15, 2021 2:09:58 AM

kept an audio message from you.

**Jane 2021**　　　November 15, 2021 2:43:12 AM

See attachment: *Audio Message_881.caf*

A-563



A-564



**November 15, 2021 3:27:23 AM**

Ok

**Jane 2021**  **November 15, 2021 3:37:11 AM**

Baby I'm 5 min away

**November 15, 2021 3:38:42 AM**

K

**November 15, 2021 3:38:48 AM**

**See attachment:** *Audio Message_361.caf*

**System Message**  **November 15, 2021 3:39:42 AM**

kept an audio message from you.

**Jane 2021**  **November 15, 2021 3:39:55 AM**

I'm behind Joey

**Jane 2021**  **November 15, 2021 1:58:00 PM**

Hey my love I'm home, I had an incredible time w you ❤️ ☐ "my babyyy" - have a beautiful day in Miami ❤️ ☐

3018-R.19

A-565



November 15, 2021 5:22:20 PM

| | |
|---|---|
| Number of participants | 3 |
| Participants | Jane 2021 |
| Number of messages | 3 |
| First message sent date/time | November 16, 2021 1:46:05 AM |
| Last message sent date/time | November 16, 2021 1:52:54 AM |



November 16, 2021 1:46:05 AM

Hey. How was your day

**Jane 2021**                    November 16, 2021 1:50:07 AM

Hi baby I rested all day about to have dinner. How r u

**Jane 2021**                    November 16, 2021 1:52:54 AM

I think u sent me a blank text lol



A-567



| Number of participants | 4 |
|---|---|
| Participants | Jane 2021 ▮▮▮ System Message |
| Number of messages | 102 |
| First message sent date/time | December 13, 2021 8:52:12 AM |
| Last message sent date/time | December 13, 2021 10:22:39 PM |

**Jane 2021** — December 13, 2021 8:52:12 AM

Night my love , sexy dreams 😵

— December 13, 2021 10:36:32 AM

**Jane 2021** — December 13, 2021 4:00:49 PM

Loved "🤪"

**Jane 2021** — December 13, 2021 4:02:18 PM

— December 13, 2021 4:20:38 PM

I'm on my plane jerking my sick to
You. You turned me the fuck
Out. 4 real. When am
I seeing you again? You got me fiend in!!!!! I can't stop thinking about being nasty with you. If I could
just be nasty every day I would!!!!! Send me one of you fave videos. What you been thinking about

**DEFENSE EXHIBIT 3033**
24 Cr. 452 (AS)

3033.1

A-568



**December 13, 2021 4:34:38 PM**

Dick

**December 13, 2021 4:34:40 PM**

Lol

**Jane 2021**      **December 13, 2021 4:34:49 PM**

Mmmm Daddyy.... Wish I was jerking ur hard dick n sliding it up and down my wet clit n pussy. Up n down. Love when u deep stroke me deep n slow... I never ever had a dick make me cum as many times as u

**December 13, 2021 4:34:57 PM**

Just landed in nyc

**Jane 2021**      **December 13, 2021 4:35:05 PM**

I'm wet rn thinking bout it. I could have my legs wide open for u every.single.day.

**December 13, 2021 4:35:41 PM**

When you gonna bring that back to me? When am I seeing you again

**Jane 2021**      **December 13, 2021 4:35:57 PM**

I don't have the videos baby u gotta send me some good ones.. but I def remember everything

3033.2

A-569



**Jane 2021**                    December 13, 2021 4:36:09 PM

U tell me baby n glad my daddy landed safely

**Jane 2021**                    December 13, 2021 4:37:09 PM

ten wet strokes . I'm craving u 2

December 13, 2021 4:37:44 PM

When you free again

December 13, 2021 4:37:58 PM

?????

December 13, 2021 4:38:08 PM

I want you now

**Jane 2021**                    December 13, 2021 4:38:29 PM

Loved "I want you now"

**Jane 2021**                    December 13, 2021 4:38:39 PM

maybe later this wk ?

3033.3



3033.4



3033.5



IMG_0850.heic

3033.6



Jane 2021                                    December 13, 2021 4:55:53 PM

everything about us turns me on

                                             December 13, 2021 4:56:05 PM

I can do all that



**Jane 2021**                                    December 13, 2021 4:57:15 PM

Lol 🐯❤️ I've been having a little fantasy in my mind

December 13, 2021 4:57:29 PM

I even know how to make love without oil and out. Fits

December 13, 2021 4:57:37 PM

Tell me pls

**Jane 2021**                                    December 13, 2021 4:57:54 PM

Next time I see u I wanna wear something different .. my lingerie n my hair . I wanna be intoxicated w wine . That's when I feel my sexiest

**Jane 2021**                                    December 13, 2021 4:59:04 PM

N have u watch me my perfect man I ever wanted 🥰 jus lookin fine for me

December 13, 2021 4:59:44 PM

Ok. Let's do it. I didn't know that. You don't have to have to do molly

**Jane 2021**                                    December 13, 2021 4:59:51 PM

Can we have a night of Love

3033.8

A-575



December 13, 2021 5:00:00 PM

Of course

Jane 2021                    December 13, 2021 5:00:09 PM

Then we can get slutty following day or so lollll

Jane 2021                    December 13, 2021 5:00:17 PM

Loved "Of course "

Jane 2021                    December 13, 2021 5:00:31 PM

I wanna be in a silk dress n heels

December 13, 2021 5:00:35 PM

We don't have to go crazy for the rest of the year

Jane 2021                    December 13, 2021 5:00:52 PM

Even smelling you next to me turns me on

Jane 2021                    December 13, 2021 5:01:05 PM

Emphasized "We don't have to go crazy for the rest of the year"

3033.9







**Jane 2021**  December 13, 2021 5:03:58 PM

Okay baby let's try this out n see how we feel !

**Jane 2021**  December 13, 2021 5:04:15 PM

I love it all w u

December 13, 2021 5:04:36 PM

Baby you see how I've been holding back. I don't need no help

**Jane 2021**  December 13, 2021 5:04:46 PM

Emphasized "Baby you see how I've been holding back. I don't need no help"

**Jane 2021**  December 13, 2021 5:04:51 PM

I'm mad

**Jane 2021**  December 13, 2021 5:04:53 PM

lol

**Jane 2021**  December 13, 2021 5:05:05 PM

I was cumming so good on u

3033.12

**A-579**



A-580

**Jane 2021**                                    December 13, 2021 5:06:34 PM

Lol!! My head is the key to my push

**Jane 2021**                                    December 13, 2021 5:06:40 PM

Lol!! My head is the key to my pussy

**Jane 2021**                                    December 13, 2021 5:06:51 PM

Getting in my head

**Jane 2021**                                    December 13, 2021 5:07:07 PM

U definitely intoxicate me mentally

**Jane 2021**                                    December 13, 2021 5:07:37 PM

Every stroke feels like the most.. pleasure filled ... orgasmic ..

**Jane 2021**                                    December 13, 2021 5:07:42 PM

I can't even describe it

**Jane 2021**                                    December 13, 2021 5:08:25 PM

Let's have a night of drowning in each other

3033.14

A-581



**December 13, 2021 5:08:25 PM**

See attachment: *Audio Message_4092.caf*

**Jane 2021**  December 13, 2021 5:09:27 PM

I wanna have a spoiled daddy night all to myself deep inside me all night long . I only want this dick in and out of me

**5ystem Message**  December 13, 2021 5:09:44 PM

kept an audio message from you.

**Jane 2021**  December 13, 2021 5:09:54 PM

😭😭😭😭😭😭😭😭

**Jane 2021**  December 13, 2021 5:10:01 PM

❤️☐🕯❤️☐🕯❤️☐

**Jane 2021**  December 13, 2021 5:12:41 PM

Hope ur treatment goes well my love message me when ur all done. Wish I was cuddling n soup-ing w u after . Big hug n kiss

**December 13, 2021 10:15:55 PM**

U made it

3033.15





Jane 2021 — December 13, 2021 10:19:30 PM

I'd love to see u sooner then later

December 13, 2021 10:20:11 PM

Jane 2021 — December 13, 2021 10:20:32 PM

This week would be amazing, jus lmk when u kno too

Jane 2021 — December 13, 2021 10:20:54 PM

Jane 2021 — December 13, 2021 10:22:31 PM

It's 2:22 here . Lmk when u landed

Jane 2021 — December 13, 2021 10:22:39 PM

A-584



| | |
|---|---|
| Number of participants | 4 |
| Participants | Jane 2021 <br> ▮▮▮ <br> System Message |
| Number of messages | 91 |
| First message sent date/time | December 14, 2021 3:27:54 AM |
| Last message sent date/time | December 14, 2021 8:26:29 PM |



**December 14, 2021 3:27:54 AM**

See attachment: *Audio Message_1540.caf*



**System Message** — December 14, 2021 3:28:55 AM

▮▮▮ kept an audio message from you.

**Jane 2021** — December 14, 2021 3:29:10 AM

Hey my love ok rest up I jus finished a workout xoxo

**Jane 2021** — December 14, 2021 3:30:33 AM

See attachment: *9aa596936964cec94daa2434c3ab851.mov*

**Jane 2021** — December 14, 2021 3:30:33 AM

Lol 😊 ❤️ ▢



DEFENSE EXHIBIT 3034

24 Cr. 452 (AS)

3034.1



**Jane 2021**                    December 14, 2021 3:31:01 AM

Night baby dream of me 😴

December 14, 2021 3:31:22 AM

See attachment: *Audio Message_1618.caf*

**System Message**                December 14, 2021 3:31:31 AM

�*████*▪ kept an audio message from you.

**Jane 2021**                    December 14, 2021 3:31:41 AM

What tricks baby lol

**Jane 2021**                    December 14, 2021 3:32:00 AM

I jus did 200 squats tonight

**Jane 2021**                    December 14, 2021 3:32:14 AM

Lower body is on 🔥

**Jane 2021**                    December 14, 2021 3:34:21 AM

Miss u wish I was kissin u night baby

3034.2

A-586



December 14, 2021 3:37:16 AM

See attachment: *Audio Message_3967.caf*

December 14, 2021 3:37:19 AM

See attachment: *Audio Message_624.caf*

**System Message** — December 14, 2021 3:37:43 AM

kept an audio message from you.

**System Message** — December 14, 2021 3:37:46 AM

kept an audio message from you.

**Jane 2021** — December 14, 2021 3:37:49 AM

Loved an audio message

**Jane 2021** — December 14, 2021 3:37:54 AM

Gotchu babe

**Jane 2021** — December 14, 2021 3:38:49 AM

https://youtu.be/UEEsdXn8oG8

3034.3

A-587



__Library_SMS_Attach_1_58_08_44D620_1_73B07C_1

__Library_SMS_Attach_1_4c_12_136F42_1_409D6D_1

3034.4



A-589



**System Message**                    December 14, 2021 3:48:33 AM

kept an audio message from you.

**System Message**                    December 14, 2021 3:48:41 AM

kept an audio message from you.

**System Message**                    December 14, 2021 3:48:47 AM

kept an audio message from you.

**Jane 2021**                         December 14, 2021 3:48:57 AM

Ok sure baby :)

**Jane 2021**                         December 14, 2021 3:51:34 AM

https://youtu.be/yZ3IMT4iapg

3034.6

A-590



_Library_SMS_Attach_1_0e_14_825AEE_1_ACFB77_1

8F27259E-1C7E-4124-A40E-00BA93DA105B.pluginPayloadAttachment

3034.7



3034.8

A-592



7A547DA2-DC99-4C34-BA7F-3180323E762A.pluginPayloadAttachment

**Jane 2021**                                      December 14, 2021 3:54:06 AM

https://youtu.be/a5ytjGZCUSA

3034.9

A-593



__Library SMS_Attach_1_dd_13 CAFCEC_1_79449F_1

A-594



EA2E11FF-E3F2-487B-B305-7E8670B61EE5.pluginPayloadAttachment

**Jane 2021**                                    December 14, 2021 3:54:39 AM

Abs, legs/glute, full body

**Jane 2021**                                    December 14, 2021 3:55:34 AM

I like him bc it's efficiently targeting the muscles and using mostly ur own weight .

**Jane 2021**                                    December 14, 2021 3:55:51 AM

See attachment: *Audio Message_1938.caf*

3034.11

A-595



**December 14, 2021 4:05:37 AM**

Loved "https://youtu.be/a5ytjGZCUSA"

**Jane 2021**

**December 14, 2021 5:20:15 AM**

The chicken is shaped like a ❤️ ☐ lol

3034.12

A-596

**Jane 2021**  December 14, 2021 6:57:52 AM

I miss u baby

**Jane 2021**  December 14, 2021 6:59:15 AM

Can't stop thinking bout u and bein nasty w u too. I love , love , havin that intensity w u

**Jane 2021**  December 14, 2021 7:00:57 AM

Remember when we jus got home fr hotel n eating jus shootin the shit.. n we were jus staring at each other jus tellin each other how much we wanted each other right in that moment ... my whole body was throbbing for u

**Jane 2021**  December 14, 2021 7:02:56 AM

Still can't believe we came at the same time too...

**Jane 2021**  December 14, 2021 7:03:51 AM

Wish u were in bed w me
Night my baby

**Jane 2021**  December 14, 2021 6:18:03 PM

Mornin handsome

December 14, 2021 6:27:17 PM

Good morning baby

3034.13





**Jane 2021** — December 14, 2021 6:44:30 PM

when.... Thurs?

December 14, 2021 6:51:28 PM

Dam I'm mad

**Jane 2021** — December 14, 2021 6:54:19 PM

Facetune_14-12-2021-10-53-27.heic

**Jane 2021** — December 14, 2021 6:55:51 PM

wish u were here, we can play our videos on tv n lock each other in the room all day

3034.15

A-599



December 14, 2021 6:58:43 PM

Liked an image

December 14, 2021 7:48:36 PM

Tomorrow night!!!

**Jane 2021**   December 14, 2021 7:49:24 PM

Loved "Tomorrow night!!!"

**Jane 2021**   December 14, 2021 7:49:55 PM

Ok daddy 🥺😍🙏🏼🙏🏼

December 14, 2021 7:51:05 PM

**See attachment:** *Audio Message_912.caf*

**5ystem Message**   December 14, 2021 7:51:32 PM

kept an audio message from you.

**Jane 2021**   December 14, 2021 7:51:37 PM

Laughed at an audio message

A-600



**Jane 2021**                                    December 14, 2021 7:51:42 PM

Lol!!! ♥️ □

**Jane 2021**                                    December 14, 2021 7:51:54 PM

Okay u want me on a red eye tmw night to land Thursday morning

**Jane 2021**                                    December 14, 2021 7:52:04 PM

Or u want me there by tmw night ?

▮                                                December 14, 2021 7:55:50 PM

See attachment: *Audio Message_3110.caf*

**System Message**                               December 14, 2021 7:56:05 PM

▮ kept an audio message from you.

**Jane 2021**                                    December 14, 2021 7:57:17 PM

Ok my love 😍

3034.17

A-601



A-602

**Jane 2021**                                    December 14, 2021 8:10:38 PM

Wednesday red eye or Thursday red eye

December 14, 2021 8:12:12 PM

Wednesday red eye. Or Thursday am. Bahamas

**Jane 2021**                                    December 14, 2021 8:12:19 PM

Loved "Wednesday red eye. Or Thursday am. Bahamas"

**Jane 2021**                                    December 14, 2021 8:12:23 PM

On it

**Jane 2021**                                    December 14, 2021 8:18:55 PM

Red Eye Wednesday:

10:30pm- lands Thursday 9am
11:59pm- lands Thursday 11am

Thursday morning:
7:30a - lands 5p
6:20a- 5:30p

**Jane 2021**                                    December 14, 2021 8:19:45 PM

To Bahamas

3034.19

A-603



3034.20

A-604

**Jane 2021**     December 14, 2021 8:24:41 PM

11:59pm tmw night lands Thursday 7:40am to Miami

Then I can fly w u

**Jane 2021**     December 14, 2021 8:24:53 PM

😍😍😍

**Jane 2021**     December 14, 2021 8:25:06 PM

KK just called she said that's the best option as well

**Jane 2021**     December 14, 2021 8:26:20 PM

Omgggg I'm so excited

**Jane 2021**     December 14, 2021 8:26:29 PM

My love !!!

A-605

| Number of participants | 3 |
|---|---|
| Participants | Jane 2021  |
| Number of messages | 6 |
| First message sent date/time | December 15, 2021 5:50:43 AM |
| Last message sent date/time | December 15, 2021 10:13:48 PM |



**December 15, 2021 5:50:43 AM**

Wyd

**Jane 2021** — December 15, 2021 5:56:09 AM

Thinking about u

**Jane 2021** — December 15, 2021 6:01:31 AM

How's ur night baby ? Can't wait to c u

**Jane 2021** — December 15, 2021 10:09:58 PM

Can't wait to kiss u

**Jane 2021** — December 15, 2021 10:13:34 PM

Call u soon as I'm home I'm already packed n ready ❤️☐❤️☐🧩

**Jane 2021** — December 15, 2021 10:13:48 PM

Lmk if u need anything my love

3034.22

A-606

| | |
|---|---|
| Number of participants | 3 |
| Participants |  Jane 2021 |
| Number of messages | 2 |
| First message sent date/time | December 16, 2021 2:01:41 AM |
| Last message sent date/time | December 16, 2021 4:17:05 AM |



**Jane 2021**   December 16, 2021 2:01:41 AM

Babeeeee

**Jane 2021**   December 16, 2021 4:17:05 AM

Hey babe jus lettin u kno I'm in the car

**A-607**



| Number of participants | 4 |
|---|---|
| Participants | Jane 2021 <br> ███████████ <br> System Message |
| Number of messages | 18 |
| First message sent date/time | December 20, 2021 5:48:45 AM |
| Last message sent date/time | December 20, 2021 10:42:13 PM |

**Jane 2021** — December 20, 2021 5:48:45 AM

Hey babe was lookin for u

███████ — December 20, 2021 5:49:33 AM

I'll be up soon

**Jane 2021** — December 20, 2021 5:49:48 AM

Okay

**Jane 2021** — December 20, 2021 7:34:57 PM

Baby is it ok if I ask for a mimosa ? Do u want one ?

███████ — December 20, 2021 7:36:24 PM

Yes

A-608



3034.25

**A-609**



| Number of participants | 4 |
| --- | --- |
| Participants | Jane 2021 ▮▮▮ System Message |
| Number of messages | 18 |
| First message sent date/time | December 20, 2021 5:48:45 AM |
| Last message sent date/time | December 20, 2021 10:42:13 PM |

**Jane 2021** — December 20, 2021 5:48:45 AM
Hey babe was lookin for u

▮▮▮ — December 20, 2021 5:49:33 AM
I'll be up soon

**Jane 2021** — December 20, 2021 5:49:48 AM
Okay

**Jane 2021** — December 20, 2021 7:34:57 PM
Baby is it ok if I ask for a mimosa ? Do u want one ?

▮▮▮ — December 20, 2021 7:36:24 PM
Yes

3034.26

A-610



December 20, 2021 10:37:22 PM

See attachment: *Audio Message_1892.caf*

**System Message**                    December 20, 2021 10:40:33 PM

kept an audio message from you.

Jane 2021                             December 20, 2021 10:40:33 PM

Ok I'm coming

Jane 2021                             December 20, 2021 10:40:37 PM

I jus got off

Jane 2021                             December 20, 2021 10:40:39 PM

Wooooooo

Jane 2021                             December 20, 2021 10:42:13 PM

See attachment: *IMG_1476.MOV*

A-611



| | |
|---|---|
| Number of participants | 3 |
| Participants | Jane 2021 |
| Number of messages | 1 |
| First message sent date/time | December 23, 2021 4:43:54 PM |
| Last message sent date/time | December 23, 2021 4:43:54 PM |

**Jane 2021**                                    December 23, 2021 4:43:54 PM

Good morning my fire n my desire

3034.28

A-612

| | |
|---|---|
| Number of participants | 3 |
| Participants |  |
| Number of messages | 23 |
| First message sent date/time | December 24, 2021 2:25:18 AM |
| Last message sent date/time | December 24, 2021 9:45:33 PM |



December 24, 2021 2:25:18 AM

Hey baby

**Jane 2021**
December 24, 2021 2:46:46 AM

Hi my baby I left my ph @ home call me back

**Jane 2021**
December 24, 2021 2:59:11 AM

See attachment: *Audio Message_476.caf*



**3034.29**

**Jane 2021**  December 24, 2021 3:41:27 AM

IMG_1541.HEIC

**Jane 2021**  December 24, 2021 3:45:31 AM

hmm... jus looked .. didn't c anything on blogs at all . Night baby sweet dreams



December 24, 2021 5:13:33 AM

3034.30

A-614



**December 24, 2021 5:13:45 AM**

Your so sweet

**Jane 2021**  **December 24, 2021 5:18:29 AM**

😵‍💫🤪❤️□

**December 24, 2021 5:21:47 AM**

That shit was so fuckin sexy the other night. Damn

**Jane 2021**  **December 24, 2021 5:22:04 AM**

Emphasized "That shit was so fuckin sexy the other night. Damn"

**Jane 2021**  **December 24, 2021 5:22:19 AM**

Whew ... I haven't stopped thinking about all of it

**Jane 2021**  **December 24, 2021 5:22:52 AM**

Jus keeps gettin better n better

**December 24, 2021 5:25:27 AM**

What part have you thinking about?

3034.31

A-615



**Jane 2021**        December 24, 2021 5:28:24 AM

Jus how sexy the room was..so much sexual tension .. it was all jus making me wet see it

**Jane 2021**        December 24, 2021 5:28:42 AM

N the way u made me cum...I've never came so hard like that in my life 😥🥵

**Jane 2021**        December 24, 2021 5:32:32 AM

Everything was hard... wet... sexy.. erotic.. deep..

**Jane 2021**        December 24, 2021 5:32:39 AM

Did u love it baby ?

December 24, 2021 5:44:43 AM

Loved it

**Jane 2021**        December 24, 2021 5:47:17 AM

🥵❤️🥺

**Jane 2021**        December 24, 2021 5:55:03 AM

Sheeeeesh.

**Jane 2021**  December 24, 2021 6:19:23 PM



IMG_1551.jpeg

**Jane 2021**  December 24, 2021 6:19:31 PM

🥴😵🚫

**Jane 2021**  December 24, 2021 9:45:33 PM

Baby!! I jus got my package I haven't opened it yet I'm goin to wait to open it till tmw. Ur so sweeeeeeet my babyyyyyy 🥵🔴🔴🔴🔴🔴🔴

3034.33

A-617

3034.34

A-618



| | |
|---|---|
| Number of participants | 2 |
| Participants | Jane [redacted] PD iPhone |
| Number of messages | 2 |
| First message sent date/time | August 29, 2022 5:41:18 AM |
| Last message sent date/time | August 29, 2022 7:18:52 PM |

**Jane**  August 29, 2022 5:41:18 AM

Goodnight sweet dreams

**Jane**  August 29, 2022 7:18:52 PM

Miss u baby .. can u come visit me later ... ?



DEFENSE
EXHIBIT
**3071-R**
24 Cr. 452 (AS)

3071-R.1

A-619



3071-R.2

A-620



**Jane**    August 30, 2022 8:29:36 PM

Miss u baby. Hope ur having a good day 🥴

**PD iPhone**    August 30, 2022 8:29:51 PM

miss you too

3071-R.3

A-621



A-622



Facetune_30-08-2022-13-59-46.heic

3071-R.5

A-623



3071-R.6

A-624



**PD iPhone**     August 30, 2022 9:33:46 PM

ok let me see. i have a full day then i have a meeting with dr dre

**Jane**     August 30, 2022 9:37:00 PM

Loved "ok let me see. i have a full day then i have a meeting with dr dre "

**PD iPhone**     August 30, 2022 9:37:33 PM

See attachment: *Audio Message.caf*

**System Message**     August 30, 2022 9:37:49 PM

kept an audio message from you.

**Jane**     August 30, 2022 9:37:52 PM

Loved an audio message

**Jane**     August 30, 2022 9:37:56 PM

😍😍😍

**Jane**     August 30, 2022 9:38:59 PM

Ok baby love ! Crossing my fingers . What I wanna do..... eat u lick u

3071-R.7

A-625

Jane                                                    **August 30, 2022 10:32:23 PM**

My place is free tonight

**3071-R.8**

A-626





A-627



__Library_SMS_Attach_1_58_08_47E695_1_4939B2_1

__Library_SMS_Attach_1_98_08_A86253_1_9D99EA_1

A-628



Jane                                    August 31, 2022 1:52:57 AM

This is special ! Thank u baby, Gonna dive into it

A-629



**PD iPhone** — August 31, 2022 2:04:24 AM

imma be to you at 10 pm

**Jane** — August 31, 2022 2:07:14 AM

Ok baby love 😵❤️❤️❤️

**Jane** — August 31, 2022 2:55:04 AM

Baby did u mean to call me

**Jane** — August 31, 2022 5:23:10 AM

Come to me babyyy…. How far r u now ?

**PD iPhone** — August 31, 2022 5:25:04 AM

**See attachment:** *Audio Message.caf*

**System Message** — August 31, 2022 5:25:17 AM

kept an audio message from you.

**Jane** — August 31, 2022 5:25:19 AM

😵

3071-R.12



A-631

**Jane** — August 31, 2022 5:45:10 AM

Every minute counts , me miss u

**Jane** — August 31, 2022 6:06:01 AM

**Jane** — August 31, 2022 7:51:51 PM

https://www.youtube.com/watch?v=FsQqlXbsx-Y



_Library_SMS_Attach_1_50_00_1E73EC_1_9404B4_1

3071-R.14

A-632



__Library_SMS_Attach_1_75_05_A43499_1_2BA8A7_1

**Jane**                                                    August 31, 2022 7:54:19 PM

Stroking me to heaven tonight

**Jane**                                                    August 31, 2022 7:54:28 PM

I'm a little mind blown lol

**Jane**                                                    August 31, 2022 7:55:05 PM

Have so much fun baby, I'll be waiting for u . Love you

**Jane**                                                    August 31, 2022 9:42:57 PM

Baby love ❤️ ☐ before u lose service.. I just genuinely wanted to tell you how much I appreciate your love and care for me. I got on my knees and had a heartfelt Thank You to God for my healthy ▇ ▇ and for our genuine friendship. I'll never take you for granted and will always make sure you always feel loved and supported by me. My love for you is unconditional and for life! Wishing you the most beautiful eye opening heart chakra spiritual journey loving trip. LOVE YOU (so much) 🥴❤️☐ 🙏

A-633



A-634



PD iPhone                    August 31, 2022 9:44:39 PM

__Library_SMS_Sticke_I_88b395_I_51EC80_1.png

3071-R.17

A-635



| Number of participants | 4 |
| Participants | Jane 2021 ▮▮▮ PD iPhone ▮▮▮ System Message |
| Number of messages | 63 |
| First message sent date/time | March 28, 2023 2:10:00 AM |
| Last message sent date/time | March 28, 2023 8:45:41 PM |

| Jane 2021 | March 28, 2023 2:10:00 AM |

Attachment Missing: *3409eff4-6cd5-4038-aeff-4f9d742296fc*

| Jane 2021 | March 28, 2023 5:03:54 AM |

gn baby sweet dreams



DEFENSE
EXHIBIT
3105
24 Cr. 452 (AS)

3105.1

A-636



3105.2

A-637



**Jane 2021** — March 28, 2023 2:39:00 PM

Good morning handsome

**PD iPhone** — March 28, 2023 2:41:50 PM

Attachment Missing: *671030bd-bc4c-4942-a523-49dafe5617bb*

**Jane 2021** — March 28, 2023 2:45:59 PM

Omg

**Jane 2021** — March 28, 2023 2:46:02 PM

U did it

**Jane 2021** — March 28, 2023 2:46:14 PM

U sound soooooooooooooooo goooooooooood!!!!!!!!!!!!

**Jane 2021** — March 28, 2023 2:51:40 PM

Wow . I love v1 and v4

**PD iPhone** — March 28, 2023 2:51:42 PM

Wich one you like the best

3105.3

A-638



3105.4

A-639



**Jane 2021** — March 28, 2023 3:41:38 PM

😡😡😡

**Jane 2021** — March 28, 2023 3:44:08 PM

Beyond sex... it was the passion for me... I can't ever forget ur face n how ur love inside me feels. It was the perfect balance of love passion n the freakiest nastiest moments. Love and miss u too. Im extremely satisfied too baby

**Jane 2021** — March 28, 2023 3:46:56 PM

It was on my mind lastnight too I sent u a voicenote lol .. jus was sayin that actually we had more sex than we thought lol . ☐

**Jane 2021** — March 28, 2023 3:49:22 PM

I'd make love to u every single day I love our sex so much.

**PD iPhone** — March 28, 2023 6:21:37 PM

Wyd

**Jane 2021** — March 28, 2023 6:22:53 PM

I jus left trainin baby WHEWWWWWWWWW

**Jane 2021** — March 28, 2023 6:23:05 PM

I'm running an errand and my body is BEAT lol

3105.5

A-640



**Jane 2021**        March 28, 2023 6:23:30 PM

I was jus thinkin to myself I feel like I been in the ring 🥊🥊🥊 12 rounds back to back since Turks 🥊

**Jane 2021**        March 28, 2023 6:25:49 PM

Attachment Missing: *quicktime*

**Jane 2021**        March 28, 2023 6:34:45 PM

Attachment Missing: *heic*

3105.6

A-641



**A-642**



**PD iPhone** — March 28, 2023 7:06:07 PM

You tell me

**Jane 2021** — March 28, 2023 7:06:27 PM

Version 1 !

**PD iPhone** — March 28, 2023 7:13:44 PM

Me too

**Jane 2021** — March 28, 2023 7:15:28 PM

Yeah it's smooth, a little raspy , sexy

**PD iPhone** — March 28, 2023 7:41:22 PM

Can you send me the hell cat

**Jane 2021** — March 28, 2023 7:47:19 PM

Yes baby

3105.8

A-643

**Jane 2021**                                              March 28, 2023 7:47:59 PM

**Attachment Missing:** *jpeg*

**Attachment Missing:** *jpeg*

**Attachment Missing:** *jpeg*

**Attachment Missing:** *jpeg*

**Attachment Missing:** *jpeg*

**Attachment Missing:** *jpeg*

**Attachment Missing:** *jpeg*

**Jane 2021**                                              March 28, 2023 7:47:59 PM

Going to also find the link now

**Jane 2021**                                              March 28, 2023 7:49:51 PM

https://www.davincimedicalusa.com/hocatt

**Attachment Missing:** *89e88798-2219-4f14-8ebe-42341d8938ff*

**Attachment Missing:** *38d79d66-d05b-48f4-b2f2-e9588e161abb*

**Jane 2021**                                              March 28, 2023 7:50:33 PM

I'm sure there are better versions I can ask around too

3105.9

A-644



**Jane 2021**      March 28, 2023 7:59:08 PM

https://longevityeffect.com/tulsa-wellness-services/hocatt-infrared-ozone-sauna-2/

Attachment Missing:*3f19b1e1-b065-469f-937c-29185d43e8ee*

Attachment Missing:*06a0fc19-e692-4e56-a264-842fee06ba78*

**Janc 2021**      March 28, 2023 8:00:53 PM

Attachment Missing:*heic*

**PD iPhone**      March 28, 2023 8:08:44 PM

Attachment Missing:*749e34a8-a400-4e3e-8caf-fb172e83f0b8*

**Jane 2021**      March 28, 2023 8:36:11 PM

Yes !

**Jane 2021**      March 28, 2023 8:36:18 PM

I sent it up there ! One sec

**System Message**      March 28, 2023 8:36:19 PM

kept an audio message from you.

3105.10

A-645

**Jane 2021**  March 28, 2023 8:36:29 PM

*Attachment Missing:jpeg*

**Jane 2021**  March 28, 2023 8:36:38 PM

Let me send u the link now

**Jane 2021**  March 28, 2023 8:37:23 PM

https://www.saunasnet.com/collections/barrel-sauna/products/barrel-sauna-with-panoramic-view-window

*Attachment Missing:92cfb3a6-812e-4320-88dd-12f496a3e716*

*Attachment Missing: 9c329981-29fa-4da7-a994-51ca3ab50d8f*

*Attachment Missing:293b13b0-3ced-452e-90dc-4259720335a9*

*Attachment Missing:1a8c1ffe-9b99-47aa-98f1-d54ee75293a7*

**Jane 2021**  March 28, 2023 8:37:50 PM

https://www.saunasnet.com/collections/barrel-sauna/products/saunasnet-outdoor-barrel-sauna-2-3-person

*Attachment Missing:759bef9e-dc3f-47d5-83c8-fb97a18087f1*

*Attachment Missing:57bd8ec4-47da-46fe-9a56-305761e3a1c0*

*Attachment Missing:ed2e6b88-bd25-4ef3-8913-2e0348e740bd*

*Attachment Missing:358dae9e-b5df-446e-9437-b48ed263ad26*

3105.11



**PD iPhone** — March 28, 2023 8:38:40 PM

Prices

**PD iPhone** — March 28, 2023 8:38:42 PM

Pls

**Jane 2021** — March 28, 2023 8:39:12 PM

$7500 first one and $4799 second one

**Jane 2021** — March 28, 2023 8:40:29 PM

And then u can add a custom rounded red light/ infrared inside it too

**Jane 2021** — March 28, 2023 8:42:30 PM

Attachment Missing:*jpeg*

**Jane 2021** — March 28, 2023 8:42:35 PM

Link

3105.12

A-647

**Jane 2021**  March 28, 2023 8:42:57 PM

https://www.redwoodoutdoors.com/products/thermowood-panorama-sauna-6-person/?sku=PANO-TH-6

Attachment Missing: *f9c8d25a-bf30-436c-870e-b5cf2e6e0c8f*

Attachment Missing: *3df850c3-92c6-4a55-b053-8330db494e00*

**Jane 2021**  March 28, 2023 8:43:00 PM

This one is $6500

**Jane 2021**  March 28, 2023 8:43:58 PM

But this was ur favorite :

**Jane 2021**  March 28, 2023 8:44:07 PM

Attachment Missing: *jpeg*

**Jane 2021**  March 28, 2023 8:44:21 PM

Trying to find the link now it's $8099

**Jane 2021**  March 28, 2023 8:45:36 PM

Found it -

3105.13

A-648

**Jane 2021**                                                    **March 28, 2023 8:45:41 PM**

https://www.saunasnet.com/products/barrel-sauna-with-panoramic-view-window?
variant=43301216125160&currency=USD&utm_source=google&utm_medium=cpc&utm_campaign=
google+shopping&gdid=EAIaIQobChMIi7rnnP7y_QIV0siUCR1deQurEA0YASABEgIibfD_BwE

Attachment Missing: 6808fa78-5707-4626-998d-79c5da1c1655

Attachment Missing: e7099505-94c5-43a4-8cde-da0cd5795c46

Attachment Missing: a04d72f4-8a43-4929-aade-c118bc651365

Attachment Missing: 26d665f6-2534-4565-ab7c-994cc494b9fe

3105.14

A-649

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | ▇▇▇▇▇▇ <br> Local User <br> Pop Pop Cell (▇▇▇▇▇▇) <br> Sean Combs (▇▇▇▇▇▇) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 2660 |
| First message sent date/time | 2/6/2013 6:48:46.000 PM |
| Last message sent date/time | 11/21/2015 8:14:21.000 PM |
| Case time zone | UTC |



GOVERNMENT EXHIBIT B-236

24 Cr. 542 (AS)

A-650



A-651

**Sean Combs (**  **)**　　　2/25/2013 1:25:44.000 AM
Send me a pict.

Local User <MacBook Air C02JD0UCDRV9.E01>　2/25/2013 1:26:40.000 AM

Is my hair the condition of what we do

Local User <MacBook Air C02JD0UCDRV9.E01>　2/25/2013 1:29:09.000 AM

A-652



Local User <MacBook Air C02JD0UCDRV9.E01> 2/25/2013 1:29:09.000 AM

**Sean Combs (** ▉▉▉▉▉ **)** ✓ Received 2/25/2013 1:30:11.000 AM

Yeaaaaaaaaa!!!!! Bitch

Local User <MacBook Air C02JD0UCDRV9.E01> 2/25/2013 1:30:15.000 AM

A-653



**Local User <MacBook Air C02JD0UCDRV9.E01>** ✈ Sent
2/25/2013 1:30:15.000 AM

**Sean Combs (** ▮▮▮▮▮ **)** ✓ Received
2/25/2013 1:30:30.000 AM
She's back. Thank God!!!!

**Local User <MacBook Air C02JD0UCDRV9.E01>** ✈ Sent
2/25/2013 1:31:06.000 AM



A-654



**Local User <MacBook Air C02JD0UCDRV9.E01>** ⤴ ent
2/25/2013 1:31:06.000 AM

**Local User <MacBook Air C02JD0UCDRV9.E01>** ⤴ ent
2/25/2013 1:31:14.000 AM

Lolol

**Local User <MacBook Air C02JD0UCDRV9.E01>** ⤴ ent
2/25/2013 1:31:24.000 AM

I feel soooooooooo much betters

A-655

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent
> 2/25/2013 1:31:27.000 AM
>
> Better

**Sean Combs (** ▮▮▮▮▮▮▮▮ **)** ✓ Received
2/25/2013 1:32:08.000 AM
What you wanna do? Or should we not fuck up our week. Lol. I need guidence

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent
> 2/25/2013 1:32:46.000 AM
>
> Lol I worried to fuck up your week. Cuz u get stuck in bed after sometimes

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent
> 2/25/2013 1:33:03.000 AM
>
> BUT

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent
> 2/25/2013 1:33:15.000 AM
>
> I'm feeling myself and I've been really horny

**Sean Combs (** ▮▮▮▮▮▮▮▮ **)** ✓ Received
2/25/2013 1:34:02.000 AM
Call garren. And we gonna need a place.

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent
> 2/25/2013 1:34:42.000 AM
>
> Ok

A-656

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent
> 2/25/2013 1:35:16.000 AM
>
> Damn how we Gna find a place

**Sean Combs (▓▓▓▓▓▓▓)** ✓ Received
2/25/2013 1:37:09.000 AM
I'm on it. You get on garren.

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent
> 2/25/2013 1:37:24.000 AM
>
> Ok

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent
> 2/25/2013 2:00:14.000 AM
>
> Vin isn't back until Thursday but jake will be back at 9pm tonight

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent
> 2/25/2013 3:11:31.000 AM
>
> I meant 815 btw

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent
> 2/25/2013 3:11:36.000 AM
>
> Not 715 lol

**Sean Combs (▓▓▓▓▓▓▓)** ✓ Received
2/25/2013 3:39:48.000 AM
Can you bring the tea tree candles.

A-657

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent 2/25/2013 3:42:32.000 AM

Looking for them

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent 2/25/2013 3:42:41.000 AM

May have to go find

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent 2/25/2013 3:58:04.000 AM

I don't have any

**Sean Combs (** ▬▬▬▬ **)** ↙ Received 2/25/2013 4:02:10.000 AM

Where you now.

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ ent 2/25/2013 4:07:20.000 AM

Leaving my hs

**Sean Combs (** ▬▬▬▬ **)** ↙ Received 2/25/2013 4:09:36.000 AM

K. Let. Me know if they got astro glide there

**Sean Combs (** ▬▬▬▬ **)** ↙ Received 2/25/2013 4:09:44.000 AM

K. Let. Me know if they got astro glide there

A-658



**Local User <MacBook Air C02JD0UCDRV9.E01>** 2/25/2013 4:21:22.000 AM ↗ ent

Ok

**Local User <MacBook Air C02JD0UCDRV9.E01>** 2/25/2013 4:21:41.000 AM ↗ ent

Be to hustler in 2 min

**Sean Combs (** ██████████ **)** ↙ Received
2/25/2013 4:22:21.000 AM

What r u talkin about

**Sean Combs (** ██████████ **)** ↙ Received
2/25/2013 4:24:52.000 AM

You said you was leaving your hs 15 min ago

**Local User <MacBook Air C02JD0UCDRV9.E01>** 2/25/2013 4:26:09.000 AM ↗ ent

I'm at the hustler store

**Local User <MacBook Air C02JD0UCDRV9.E01>** 2/25/2013 4:27:25.000 AM ↗ ent

They don't have the reg kind

**Local User <MacBook Air C02JD0UCDRV9.E01>** 2/25/2013 4:31:57.000 AM ↗ ent

Leaving hustler

A-659



A-660

## IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | ████████ |
| | Local User |
| | Pop Pop (████████) |
| | Pop Pop Cell (████████) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 6721 |
| First message sent date/time | 9/19/2011 10:57:25.000 PM |
| Last message sent date/time | 4/4/2018 2:25:04.000 AM |
| Case time zone | UTC |

A-661

**Pop Pop Cell (█████████)** — ✓ Received — 6/15/2013 2:31:14.000 AM
I'm here

**Local User <MacBook Air C02JD0UCDRV9.E01>** — ↗ Sent — 6/15/2013 2:32:30.000 AM
Comin

**Pop Pop Cell (█████████)** — ✓ Received — 6/15/2013 2:38:24.000 AM
Yo

**Pop Pop Cell (█████████)** — ✓ Received — 6/15/2013 2:39:18.000 AM
I'm outside.

**Local User <MacBook Air C02JD0UCDRV9.E01>** — ↗ Sent — 6/15/2013 10:54:19.000 PM
Ur sex makes me high. No like literally. I feel like I just took a pk

**Local User <MacBook Air C02JD0UCDRV9.E01>** — ↗ Sent — 6/15/2013 10:54:21.000 PM
Lol

**Pop Pop Cell (█████████)** — ✓ Received — 6/15/2013 10:56:25.000 PM
Dope. I was thinkin about a freak off. But I need to be focused.

A-662



**A-663**





A-665

**Pop Pop Cell (████████████)**
✓ Received
6/16/2013 1:51:37.000 AM
Jules can do 12. We need someone from 9pm.

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
6/16/2013 1:51:42.000 AM
Ok

**Pop Pop Cell (████████████)**
✓ Received
6/16/2013 1:57:20.000 AM
Yea he said 12. See what he has for 9.

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
6/16/2013 1:57:39.000 AM
Checking

**Pop Pop Cell (████████████)**
✓ Received
6/16/2013 2:03:47.000 AM
Do you need to go shopping

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
6/16/2013 2:04:10.000 AM
Yes I'm Gna go as soon as we're good

**Pop Pop Cell (████████████)**
✓ Received
6/16/2013 2:05:27.000 AM
Go. Time is ticking. I'm getting rm now.

A-666

**Pop Pop Cell** (████████████)  ✓ Received
6/16/2013 2:05:39.000 AM

Go. Time is ticking. I'm getting rm now.

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 6/16/2013 2:06:43.000
AM



⌘Only one avail. Paul. He said good reviews

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 6/16/2013 2:09:26.000
AM

Jake the white guy is also

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 6/16/2013 2:11:57.000
AM

But jake can't do until 11

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 6/16/2013 2:12:06.000 AM

The other guy can do earlier

**Pop Pop Cell (▓▓▓▓▓▓▓▓▓)** ✓ Received 6/16/2013 2:12:55.000 AM

What you think ?

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 6/16/2013 2:13:16.000 AM

He said maybe he can get jake for 10

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 6/16/2013 2:13:33.000 AM

Up to you. It's just one more person knowing our secret

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 6/16/2013 2:14:35.000 AM

Jake can def do 10

**Pop Pop Cell (▓▓▓▓▓▓▓▓▓)** ✓ Received 6/16/2013 2:28:12.000 AM

Call hs

**Pop Pop Cell (▓▓▓▓▓▓▓▓▓)** ✓ Received 6/16/2013 2:42:59.000 AM

Jules said he can do at 9. Wanna just have him after jake

A-668

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 6/16/2013 2:43:13.000 AM
> Up to you

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 6/16/2013 2:43:32.000 AM
> If u wanna start sooner we should do that

**Pop Pop Cell (** ███████████ **)** ✓ Received 6/16/2013 2:49:57.000 AM
Call hs

**Pop Pop Cell (** ███████████ **)** ✓ Received 6/16/2013 3:02:08.000 AM
Let's do jake 10. Mk sure he's ontime. Imma do jules at 1am. Sls.

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 6/16/2013 3:15:46.000 AM
> Ok

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 6/16/2013 3:15:51.000 AM
> I'm about to be home

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 6/16/2013 3:24:32.000 AM
> Want me to come get u

A-669

**Pop Pop Cell ( ▇▇▇▇▇ )** — ✓ Received 6/16/2013 3:31:03.000 AM
I'm horney.

**Pop Pop Cell ( ▇▇▇▇▇ )** — ✓ Received 6/16/2013 3:31:18.000 AM
Om playin trouble wit girls.

**Pop Pop Cell ( ▇▇▇▇▇ )** — ✓ Received 6/16/2013 3:45:28.000 AM
I'm about to leave

**Local User <MacBook Air C02JD0UCDRV9.E01>** — ↗ Sent 6/16/2013 3:53:19.000 AM
To go where

**Local User <MacBook Air C02JD0UCDRV9.E01>** — ↗ Sent 6/16/2013 4:01:08.000 AM
Hello

**Pop Pop Cell ( ▇▇▇▇▇ )** — ✓ Received 6/16/2013 4:09:13.000 AM
Cm down. I'm pullin up to you now

**Pop Pop Cell ( ▇▇▇▇▇ )** — ✓ Received 6/16/2013 6:13:14.000 PM
You ok?

A-670

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ✗ Sent 6/16/2013 6:15:05.000 PM
>
> Yes. On way hm. U at the airport?

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ✗ Sent 6/16/2013 6:22:31.000 PM
>
> U get valleys? I'm so tense

**Pop Pop Cell (███████████)** ✓ Received 6/16/2013 6:36:17.000 PM
Yea. Driver bringin. I c*lled you

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ✗ Sent 6/16/2013 7:08:45.000 PM
>
> You are truly the most extraordinary man. I love you sooooo much! You make me a better woman, daughter, sister.... Person! I hope you always know how much I love and appreciate you. Thank you for always showing me love and happiness the way it's supposed to be. Can't wait until we have a baby of our own to celebrate Father's Day. I love you with all of my heart. Happy Father's Day, again :)

**Pop Pop Cell (███████████)** ✓ Received 6/16/2013 8:37:14.000 PM
Thank you babe. I love you

**Pop Pop Cell (███████████)** ✓ Received 6/16/2013 8:37:16.000 PM
Thank you babe. I love you

**Pop Pop Cell (███████████)** ✓ Received 6/17/2013 12:01:26.000 AM
How's my baby

A-671

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | ▉▉▉▉▉<br>Local User<br>Pop Pop (▉▉▉▉▉)<br>Pop Pop Cell (▉▉▉▉▉) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 6721 |
| First message sent date/time | 9/19/2011 10:57:25.000 PM |
| Last message sent date/time | 4/4/2018 2:25:04.000 AM |
| Case time zone | UTC |



GOVERNMENT
EXHIBIT
B-251
24 Cr. 542 (AS)

A-672

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/18/2013 6:17:07.000 PM

I have to apologize for my hormonal imbalance the past week. Although something's might bother me I love you nonetheless and hope that you can forgive me. I love you.

**Pop Pop Cell (███████)** ✓ Received 7/18/2013 6:24:58.000 PM

All good. What you doin

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/18/2013 6:26:19.000 PM

Pulling myself together at my crib. Gna workout, tan, nails etc

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/18/2013 6:26:25.000 PM

How's the shoot

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/18/2013 10:59:54.000 PM

Hope ur day is going good. I miss you.

**Pop Pop Cell (███████)** ✓ Received 7/18/2013 11:36:47.000 PM

Yea sao tired

A-673

**Pop Pop Cell (**█████████**)** ✓ Received 7/19/2013 12:31:17.000 AM

What you doin

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 12:37:16.000 AM

Waiting for deo to bring some options to my house. U?

**Pop Pop Cell (**█████████**)** ✓ Received 7/19/2013 12:42:14.000 AM

Shooting. Imma send you a pict

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 1:34:12.000 AM

U look like Rick Ross!

**Pop Pop Cell (**█████████**)** ✓ Received 7/19/2013 1:45:02.000 AM

Lol

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 2:03:08.000 AM

Wyd

**Pop Pop Cell (**█████████**)** ✓ Received 7/19/2013 2:06:12.000 AM

Takin a shit. Wyd?

✓ Received

A-674

**Pop Pop Cell (** ⬛ **)**   7/19/2013 2:17:23.000 AM
Hello

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 2:24:40.000 AM

Looking at these clothes

✓ Received
**Pop Pop Cell (** ⬛ **)**   7/19/2013 2:37:32.000 AM
How they look. What and when you doin your hair?

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 2:42:40.000 AM

Tom. Waiting to hear back from Larry now

✓ Received
**Pop Pop Cell (** ⬛ **)**   7/19/2013 2:44:07.000 AM
How does clothes look?

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 2:48:06.000 AM

I would prob need your advice bc I don't know how daytime it is. What time does it start?

✓ Received
**Pop Pop Cell (** ⬛ **)**   7/19/2013 2:49:37.000 AM
4 pm. They said white. Light colors. But they sayin its a heat wave in nyc.

✓ Received

A-675



**Pop Pop Cell ( ▮▮▮▮▮▮▮▮ )**                    7/19/2013 2:51:51.000 AM

Imma call you in a min

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 2:52:04.000 AM

Ok

✓ Received
**Pop Pop Cell ( ▮▮▮▮▮▮▮▮ )**                    7/19/2013 2:57:45.000 AM

You gonna take picts

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 2:59:14.000 AM

Yessir

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 3:18:11.000 AM

So your busy tonight... Just see you tomorrow maybe?

✓ Received
**Pop Pop Cell ( ▮▮▮▮▮▮▮▮ )**                    7/19/2013 3:33:31.000 AM

No. I was thinkin about a fo for tonight. Lol

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 3:35:14.000 AM

? Really

✓ Received

A-676



**Pop Pop Cell** (⬛⬛⬛⬛⬛)      7/19/2013 3:37:03.000 AM
Bad Idea?

           ↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 3:37:19.000 AM
So I shouldn't do hair tonight? I can have Cesar fix the color on say am

           ↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 3:37:31.000 AM
Not a bad idea. I've been stressed

           ↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 3:37:32.000 AM
Lol

           ✓ Received
**Pop Pop Cell** (⬛⬛⬛⬛⬛)      7/19/2013 3:40:34.000 AM
So what?

           ✓ Received
**Pop Pop Cell** (⬛⬛⬛⬛⬛)      7/19/2013 3:40:35.000 AM
Why you stressed.

           ↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 3:42:48.000 AM
So what what

           ✓ Received

**Pop Pop Cell** ( [redacted] )      7/19/2013 3:44:19.000 AM

Wat to do

---

✓ Received
**Pop Pop Cell** ( [redacted] )      7/19/2013 3:50:51.000 AM

Hello

---

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 3:58:30.000 AM

What do you want to do. U have to shoot tom?

---

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 3:58:48.000 AM

Is it okay if I dye it back sat morning with Cesar

---

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 3:58:52.000 AM

Not tonight?

---

✓ Received
**Pop Pop Cell** ( [redacted] )      7/19/2013 4:00:46.000 AM

I. Want too. I didn't realize its so late. We don't have nothin set up. Ect

---

✓ Received
**Pop Pop Cell** ( [redacted] )      7/19/2013 4:10:11.000 AM

Hello

---

↗ Sent

**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/19/2013 4:10:17.000 AM

Hello...

**Pop Pop Cell (** ▓▓▓▓▓▓▓ **)** ✓ Received 7/19/2013 4:10:47.000 AM

I. Want too. I didn't realize its so late. We don't have nothin set up. Ect

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 4:20:02.000 AM

So what should we do

**Pop Pop Cell (** ▓▓▓▓▓▓▓ **)** ✓ Received 7/19/2013 4:22:02.000 AM

Too late to do right. And we have nothin set up.

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 4:24:13.000 AM

Ok

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 4:30:14.000 AM

What's ur call the

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 4:30:16.000 AM

Time

A-679

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 4:39:53.000 AM
>
> Ok so I'll have ray come do my hair?

**Pop Pop Cell (** ███████████ **)** ✓ Received 7/19/2013 5:14:59.000 AM
Ok.

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 5:15:15.000 AM
>
> Ur at home?

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 5:15:20.000 AM
>
> Still

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 5:16:07.000 AM
>
> Larry is saying they might be able to do tom. If not, I'll just have Cesar cut and color it sat

**Pop Pop Cell (** ███████████ **)** ✓ Received 7/19/2013 5:19:22.000 AM
Call my hs

**Pop Pop Cell (** ███████████ **)** ✓ Received 7/19/2013 4:44:48.000 PM
Call hs. Goodmorning.

A-680

**Pop Pop Cell (** ▓▓▓▓▓▓▓▓ **)**
✓ Received
7/19/2013 6:37:25.000 PM

They sayin its to hot

**Local User <MacBook Air C02JD0UCDRV9.E01>**
↗ Sent
7/19/2013 6:43:35.000 PM

Ok so we'll stay then unless u wanna take a mini vaca lol

**Local User <MacBook Air C02JD0UCDRV9.E01>**
↗ Sent
7/19/2013 8:44:29.000 PM

So... I can tell deo we good and cancel hair and make up for tomorrow?

**Pop Pop Cell (** ▓▓▓▓▓▓▓▓ **)**
✓ Received
7/19/2013 8:58:22.000 PM

Wjere u

**Local User <MacBook Air C02JD0UCDRV9.E01>**
↗ Sent
7/19/2013 8:59:17.000 PM

Jus left nail salon

**Local User <MacBook Air C02JD0UCDRV9.E01>**
↗ Sent
7/19/2013 8:59:20.000 PM

U

**Pop Pop Cell (** ▓▓▓▓▓▓▓▓ **)**
✓ Received
7/19/2013 9:00:46.000 PM

Just leavin hs

A-681

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 9:03:51.000 PM

I'm about to be home. What's the tea lol

**Pop Pop Cell (▮▮▮▮▮▮▮▮)** ✓ Received 7/19/2013 9:04:19.000 PM

I'm just going to work

**Pop Pop Cell (▮▮▮▮▮▮▮▮)** ✓ Received 7/19/2013 9:05:38.000 PM

I'm so tired I can't make a decision lol.

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 9:05:49.000 PM

Lol

**Pop Pop Cell (▮▮▮▮▮▮▮▮)** ✓ Received 7/19/2013 9:06:06.000 PM

Help

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 9:08:06.000 PM

I asked Cesar and a bunch of ppl. They say its hot as fuck. Like anytime you can remember ny hot & humid

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 9:08:15.000 PM

They broke 100 yest

A-682

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 9:08:29.000 PM

I can deal but I don't kno about you

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 9:08:30.000 PM

Lol

**Pop Pop Cell (██████████)** ✓ Received 7/19/2013 9:08:45.000 PM

Lol.

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 10:25:05.000 PM

Lol called you

**Pop Pop Cell (██████████)** ✓ Received 7/19/2013 10:29:18.000 PM

Drinkin red bulls now. But we not gonna go. So don't stress yourself

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 10:34:42.000 PM

Cool!

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/19/2013 10:34:54.000 PM

Poor baby. U need me to bring u anything

A-683

**Pop Pop Cell (█████████████)** ✓ Received
7/19/2013 10:43:12.000 PM
We 1 hour out. I wouldn't do that to you

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
7/19/2013
10:46:41.000 PM
i would do it for you :) well hit me when you get a break. Love you

**Pop Pop Cell (█████████████)** ✓ Received
7/19/2013 10:48:15.000 PM
What we doin tonight. Turn up! Turn up!!!!!

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
7/19/2013
10:49:20.000 PM
Yeaaaaaaaaaa!!!! Niggggggaaaaaa

**Pop Pop Cell (█████████████)** ✓ Received
7/19/2013 11:00:06.000 PM
What's up nigga

**Pop Pop Cell (█████████████)** ✓ Received
7/19/2013 11:00:18.000 PM
What's the plan

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
7/19/2013
11:01:43.000 PM
Lol wellll I think if ur not tired lets let our hair down

A-684

> **Local User <MacBook Air C02JD0UCDRV9.E01>**
> ↗ Sent
> 7/19/2013
> 11:26:39.000 PM
>
> I can plan it. I just don't know about the whole Garren thing

> **Pop Pop Cell (**▮▮▮▮▮**)**
> ✓ Received
> 7/19/2013 11:51:03.000 PM
>
> Kool. But I need u to really plan. Feel me. Tell me your fantacy and well mk come true.

> **Local User <MacBook Air C02JD0UCDRV9.E01>**
> ↗ Sent
> 7/19/2013
> 11:56:44.000 PM
>
> Ok!! I can plan but who
> Should we get

> **Local User <MacBook Air C02JD0UCDRV9.E01>**
> ↗ Sent
> 7/19/2013
> 11:57:46.000 PM
>
> Sry who should we get

> **Pop Pop Cell (**▮▮▮▮▮**)**
> ✓ Received
> 7/20/2013 12:12:57.000 AM
>
> What out options.

> **Pop Pop Cell (**▮▮▮▮▮**)**
> ✓ Received
> 7/20/2013 12:16:49.000 AM
>
> You in da mood

> **Local User <MacBook Air C02JD0UCDRV9.E01>**
> ↗ Sent
> 7/20/2013
> 12:19:13.000 AM
>
> Been in the mood

A-685

**Pop Pop Cell (** ███████ **)** ✓ Received 7/20/2013 12:39:11.000 AM

Got rm. Got J

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/20/2013 12:39:49.000 AM

Dope. So like.... 9?

**Pop Pop Cell (** ███████ **)** ✓ Received 7/20/2013 12:43:35.000 AM

You wanna do j 1st?

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/20/2013 12:46:46.000 AM

I got jake. Whatever u want

**Pop Pop Cell (** ███████ **)** ✓ Received 7/20/2013 12:50:32.000 AM

Let's do jake 1st.

**Pop Pop Cell (** ███████ **)** ✓ Received 7/20/2013 12:51:38.000 AM

What garren say?

**Pop Pop Cell (** ███████ **)** ✓ Received 7/20/2013 12:52:17.000 AM

What's your fantasy

A-686

**Local User <MacBook Air C02JD0UCDRV9.E01>**
↗ Sent
7/20/2013
12:53:49.000 AM

He was like oh really. And I said it was in the miami circle. And it sounded like he heard it before. He said ash's name first

**Pop Pop Cell ( ▓▓▓▓▓▓ )**
✓ Received
7/20/2013 12:53:57.000 AM

Can you get me some of that black stuff.

**Local User <MacBook Air C02JD0UCDRV9.E01>**
↗ Sent
7/20/2013
12:54:05.000 AM

He was like I can't imagine ash

**Local User <MacBook Air C02JD0UCDRV9.E01>**
↗ Sent
7/20/2013
12:54:21.000 AM

Would say anything... I'm like why would be bring his name up first

**Local User <MacBook Air C02JD0UCDRV9.E01>**
↗ Sent
7/20/2013
12:54:33.000 AM

But he got worried.

**Local User <MacBook Air C02JD0UCDRV9.E01>**
↗ Sent
7/20/2013
12:54:35.000 AM

Yea

**Local User <MacBook Air C02JD0UCDRV9.E01>**
↗ Sent
7/20/2013
12:54:53.000 AM

I'm so lost with my fantasy. Maybe start with j.

A-687



A-688



**A-689**

**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/20/2013 1:13:46.000 AM
↗ Sent

I'll call and speak to him again??

**Pop Pop Cell (████████)**
✓ Received
7/20/2013 1:16:50.000 AM

Why does he even have to know its us.

**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/20/2013 1:20:09.000 AM
↗ Sent

I didn't say who we were

**Pop Pop Cell (████████)**
✓ Received
7/20/2013 1:53:19.000 AM

Jackie black

**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/20/2013 1:57:09.000 AM
↗ Sent

Ok

**Local User <MacBook Air C02JD0UCDRV9.E01>** 7/20/2013 2:40:28.000 AM
↗ Sent

Should I bring a wig? My hair is pretty long on the sides

**Pop Pop Cell (████████)**
✓ Received
7/20/2013 2:49:59.000 AM

Yea. Be safe. What u doin. You ready to get loose. Lol

A-690

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/20/2013 2:51:06.000 AM

Yeah! Lol. Is 9 still good for u

**Pop Pop Cell (█████████)** ✓ Received 7/20/2013 3:01:15.000 AM

Yea

**Pop Pop Cell (█████████)** ✓ Received 7/20/2013 3:12:36.000 AM

Neil gonna set up room.

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/20/2013 3:22:15.000 AM

Ok. Well what is he bringing lol

**Pop Pop Cell (█████████)** ✓ Received 7/20/2013 3:23:22.000 AM

Just my stuff. That don't have to stop what you doin. I'm driving now.

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 7/20/2013 3:25:12.000 AM

Ok lol but sometimes they pack the works lol

**Pop Pop Cell (█████████)** ✓ Received 7/20/2013 3:41:04.000 AM

Lol. I'm almost there. I'm drinking

A-691

**Local User <MacBook Air C02JD0UCDRV9.E01>** ✗ Sent
7/20/2013 3:45:01.000 AM

Lol good!

**Pop Pop Cell (**▆▆▆▆▆▆▆**)** ✓ Received
7/20/2013 3:50:40.000 AM

Where u

**Pop Pop Cell (**▆▆▆▆▆▆▆**)** ✓ Received
7/20/2013 3:53:33.000 AM

I just took 1

**Local User <MacBook Air C02JD0UCDRV9.E01>** ✗ Sent
7/20/2013 4:02:44.000 AM

Hotel. I didn't really set anything up bc you said Neil was coming

**Pop Pop Cell (**▆▆▆▆▆▆▆**)** ✓ Received
7/20/2013 4:03:13.000 AM

Ok. Kool pullin up

**Pop Pop Cell (**▆▆▆▆▆▆▆**)** ✓ Received
7/20/2013 4:32:09.000 AM

I'm trying to reach u

**Pop Pop Cell (**▆▆▆▆▆▆▆**)** ✓ Received
7/20/2013 6:50:40.000 PM

Hey

A-692

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | ██████████ <br> Local User <br> Pop Pop (████████) <br> Pop Pop Cell (████████) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 6721 |
| First message sent date/time | 9/19/2011 10:57:25.000 PM |
| Last message sent date/time | 4/4/2018 2:25:04.000 AM |
| Case time zone | UTC |



GOVERNMENT EXHIBIT B-257 24 Cr. 542 (AS)

A-693

**Local User <MacBook Air C02JD0UCDRV9.E01>** ⬈ Sent 9/20/2013 12:53:34.000 AM

Jake & Paul

**Local User <MacBook Air C02JD0UCDRV9.E01>** ⬈ Sent 9/20/2013 1:16:25.000 AM

Lmk so I can book accordingly

**Local User <MacBook Air C02JD0UCDRV9.E01>** ⬈ Sent 9/20/2013 1:45:34.000 AM

Just Paul the basketball guy

**Local User <MacBook Air C02JD0UCDRV9.E01>** ⬈ Sent 9/20/2013 2:01:25.000 AM

Hello

**Pop Pop Cell (** ▮▮▮▮▮▮▮ **)** ✓ Received 9/20/2013 2:15:30.000 AM

Ok. Who 1st?

**Local User <MacBook Air C02JD0UCDRV9.E01>** ⬈ Sent 9/20/2013 2:16:37.000 AM

Just Paul is avail. U hit Jules

A-694

**Pop Pop Cell (** ▓▓▓▓▓▓▓▓ **)**
✓ Received
9/20/2013 2:16:59.000 AM

No reply from jules

**Pop Pop Cell (** ▓▓▓▓▓▓▓▓ **)**
✓ Received
9/20/2013 2:17:30.000 AM

He just repled. I think we should do paul 1st

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 2:24:10.000 AM
⤢ Sent

Ok what time

**Pop Pop Cell (** ▓▓▓▓▓▓▓▓ **)**
✓ Received
9/20/2013 2:29:55.000 AM

Lermertage is best room. Just 1 rm suite. Can you gey. ? I'm free by 10pm. I can be at hotel

**Pop Pop Cell (** ▓▓▓▓▓▓▓▓ **)**
✓ Received
9/20/2013 2:40:38.000 AM

What should I tell jules

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 2:59:07.000 AM
⤢ Sent

No Paul isn't avail

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 2:59:11.000 AM
⤢ ent

What should I do

A-695

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 2:59:37.000 AM — ↗ Sent

I was about to be at the L'ermitage

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 3:03:52.000 AM — ↗ Sent

Not getting the room until u hit me

**Pop Pop Cell (**████████**)** ✓ Received 9/20/2013 3:05:19.000 AM

Hello

**Pop Pop Cell (**████████**)** ✓ Received 9/20/2013 3:05:55.000 AM

Io hit you. Been hitting you. I can be at rm at 10

**Pop Pop Cell (**████████**)** ✓ Received 9/20/2013 3:06:04.000 AM

Let's do ball player 1st.

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 3:06:23.000 AM — ↗ Sent

He's not avail now

**Pop Pop Cell (**████████**)** ✓ Received 9/20/2013 3:08:15.000 AM

So who's available. Why is he not available? You didn't ge my text. I hit you rt back.

A-696



A-697

**Pop Pop Cell (**████████████**)**  9/20/2013 3:12:58.000 AM

Ok. I'm confused. I told you paul immediately

✓ Received

**Pop Pop Cell (**████████████**)**  9/20/2013 3:13:46.000 AM

He just repled. I think we should do paul 1st

↗ Sent

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 3:14:02.000 AM

And I was going back and forth with Garren and her said he thought he was available but he isn't

✓ Received

**Pop Pop Cell (**████████████**)**  9/20/2013 3:14:02.000 AM

That's what I sent earlier.

↗ Sent

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 3:14:08.000 AM

I was his fault.

✓ Received

**Pop Pop Cell (**████████████**)**  9/20/2013 3:17:47.000 AM

Kool. Whatever you work out. No pres suite

↗ Sent

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 3:18:35.000 AM

There's another guy

↗ Sent

Local User <MacBook Air C02JD0UCDRV9.E01> 9/20/2013 3:18:58.000 AM

Who spoke to someone at the hotel

⬈ ent
Local User <MacBook Air C02JD0UCDRV9.E01> 9/20/2013 3:20:32.000 AM

They said the presidential is the only thing

⬈ Sent
Local User <MacBook Air C02JD0UCDRV9.E01> 9/20/2013 3:25:19.000 AM

Want me to send pics of the other guy

**Pop Pop Cell (**███████████**)**     ✓ Received
9/20/2013 3:33:36.000 AM

Yes

⬈ Sent
Local User <MacBook Air C02JD0UCDRV9.E01> 9/20/2013 3:34:17.000 AM

A-699



↗ Sent

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 3:34:17.000 AM

↗ Sent

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 3:34:35.000 AM

Christian

Height: 6'3
Weight: 195
Age: 29
Hair Color: Brown
Eye Color: Blue
Click here to schedule an appointment with Christian.

Christian's focus has always been on others. He is a certified life coach and dating expert. He is also trained in massage therapy. Christian is a firm believer in living life to the fullest by stepping outside of your comfort zone to reach our truest potential.

Christian has been a modeling for over 10 years and has spent most of his time between New York, Los Angeles and Europe. Culture and adventure are of the top of his interests in life. When he isn't working he spends his time exploring his many interests such as cooking, dancing, fitness and martial arts.

↗ Sent

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 3:35:05.000 AM

A-700



Local User <MacBook Air **C02JD0UCDRV9.E01**> 9/20/2013 3:35:05.000 AM ↗ Sent

**Pop Pop Cell (** ██████████ **)** ✓ Received 9/20/2013 3:40:46.000 AM

Cool. Then we have jules later

Local User <MacBook Air **C02JD0UCDRV9.E01**> 9/20/2013 3:41:27.000 AM ↗ ent

Ok

A-701

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 3:41:47.000 AM ↗ Sent

Should I go to another hotel

**Pop Pop Cell (** ████████ **)** ✓ Received 9/20/2013 4:05:37.000 AM

I'm pullin up

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 4:07:04.000 AM ↗ Sent

On the phone coming

**Pop Pop Cell (** ████████ **)** ✓ Received 9/20/2013 4:10:22.000 AM

I'm comin up

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 11:38:44.000 PM ↗ Sent

I always do this... I hate how I feel after I'm high. I don't know why I keep doing it unprotected ...

**Pop Pop Cell (** ████████ **)** ✓ Received 9/20/2013 11:52:21.000 PM

Let's stop. I'm sorry

**Local User <MacBook Air C02JD0UCDRV9.E01>** 9/20/2013 11:56:40.000 PM ↗ Sent

No we don't have to stop. I just don't really think when I'm high. It doesn't worry you for yourself at all

A-702

**Local User <MacBook Air C02JD0UCDRV9.E01>**  ↗ Sent  9/20/2013  11:57:03.000 PM

I'm just Gna get new tests next week

**Local User <MacBook Air C02JD0UCDRV9.E01>**  ↗ Sent  9/20/2013  11:57:10.000 PM

To clear my mind

**Local User <MacBook Air C02JD0UCDRV9.E01>**  ↗ Sent  9/20/2013  11:57:27.000 PM

How do u feel?

**Local User <MacBook Air C02JD0UCDRV9.E01>**  ↗ Sent  9/21/2013  12:02:11.000 AM

Not in terms of all that stuff. Like how do you physically feel after our party

**Pop Pop Cell (▮▮▮▮▮▮▮▮▮)**  ✓ Received  9/21/2013 12:52:28.000 AM

I feel great. But we need to be more careful. Let's not panic. I just got tested last week. Get tested and well do new rules. I'm sorry. I should have been more carefull.

**Local User <MacBook Air C02JD0UCDRV9.E01>**  ↗ Sent  9/21/2013  12:55:55.000 AM

We're good. I love you for that response. I had fun with you either way. Having trouble sleeping lol but I'm might take a Benadryl

A-703

## IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | ██████████ |
| | Local User |
| | Pop Pop (███████████) |
| | Pop Pop Cell (████████████) |
| Local user | Local User |
| CONVERSATION DETAILS | |
| Number of messages | 6721 |
| First message sent date/time | 9/19/2011 10:57:25.000 PM |
| Last message sent date/time | 4/4/2018 2:25:04.000 AM |
| Case time zone | UTC |

GOVERNMENT EXHIBIT
B-262
24 Cr. 542 (AS)

A-704



A-705

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
> 10/31/2013
> 8:21:48.000 PM
>
> He's available

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
> 10/31/2013
> 8:35:24.000 PM
>
> So I'm Gna get ready and try to go get stuff.

**Pop Pop Cell (** ███████ **)** ✓ Received
10/31/2013 8:35:48.000 PM

YeA. Lol

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
> 10/31/2013
> 8:36:08.000 PM
>
> Lol at least I won't feel crazy getting a new wig

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
> 10/31/2013
> 11:15:27.000 PM
>
> Wya

**Pop Pop Cell (** ███████ **)** ✓ Received
10/31/2013 11:25:43.000 PM

At office

> **Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
> 10/31/2013
> 11:31:00.000 PM
>
> It's 430..

A-706

**Pop Pop Cell (⬛⬛⬛)** ✓ Received 11/1/2013 12:07:04.000 AM
Get me lanacane

**Pop Pop Cell (⬛⬛⬛)** ✓ Received 11/1/2013 12:07:04.000 AM
What time did you change for

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 11/1/2013 12:08:32.000 AM
530 but I'm Gna gel him later I just pulled up

**Pop Pop Cell (⬛⬛⬛)** ✓ Received 11/1/2013 12:10:36.000 AM
Where you

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 11/1/2013 12:10:58.000 AM
Here in the car

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 11/1/2013 12:11:06.000 AM
Waiting for valet to move

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 11/1/2013 12:11:18.000 AM
What rm

A-707

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | ▮▮▮▮▮▮ |
| | Local User |
| | Pop Pop (▮▮▮▮▮▮) |
| | Pop Pop Cell (▮▮▮▮▮▮) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 6721 |
| First message sent date/time | 9/19/2011 10:57:25.000 PM |
| Last message sent date/time | 4/4/2018 2:25:04.000 AM |
| Case time zone | UTC |

GOVERNMENT EXHIBIT B-266

24 Cr. 542 (AS)

A-708





✉I wanted to post one of these lol

**Pop Pop (**████████████**)** ✓ Received
3/27/2014 12:50:51.000 AM
I feel like havin 1 of those nights but I have studio. Fuck.

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
3/27/2014
12:52:48.000 AM
Ugh me too!!!

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent
3/27/2014
12:52:52.000 AM
Fuck!!

**Pop Pop (**████████████**)** ✓ Received
3/27/2014 1:04:41.000 AM
Want to try? I leave tomorrow am

**Pop Pop (**████████████**)** ✓ Received
3/27/2014 1:04:57.000 AM
Wya?

↗ Sent

A-710

**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 1:08:39.000 AM

Yea why not lol

Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 1:08:51.000 AM

I'm almost done at nails

Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 1:41:29.000 AM

Going to pick up bam then headed to your house

✓ Received
**Pop Pop (** ▬▬▬▬▬ **)** 3/27/2014 4:19:18.000 AM

Hello

✓ Received
**Pop Pop (** ▬▬▬▬▬ **)** 3/27/2014 4:32:18.000 AM

Yoyoy

Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 4:53:55.000 AM

I'm leaving the house now

✓ Received
**Pop Pop (** ▬▬▬▬▬ **)** 3/27/2014 5:00:29.000 AM

Ok

Sent

A-711

**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 5:06:51.000 AM

Literally speeding in car

**Pop Pop (██████████)** ✓ Received 3/27/2014 5:14:20.000 AM

What time

**Pop Pop (██████████)** ✓ Received 3/27/2014 5:14:21.000 AM

U wanna meet me at hotel

**Pop Pop (██████████)** ✓ Received 3/27/2014 5:14:29.000 AM

Yo

**Pop Pop (██████████)** ✓ Received 3/27/2014 5:16:09.000 AM

I'm sooooo high. Help

**Pop Pop (██████████)** ✓ Received 3/27/2014 5:16:10.000 AM

Loll

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 3/27/2014 5:20:37.000 AM

Fuuuuck !!

**Local User <MacBook Air C02JD0UCDRV9.E01>** ↗ Sent 3/27/2014 5:20:54.000 AM

A-712

Lol I left my piece at your house rushing out lolol

**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 5:21:47.000 AM
↗ Sent

I'm about to leave my house now & go to walgreens then I'll be on my way. I'll pick u up?

**Pop Pop (**████████**)**
✓ Received
3/27/2014 5:23:36.000 AM

Ok.

**Pop Pop (**████████**)**
✓ Received
3/27/2014 5:23:37.000 AM

Come. Get me. Pls.

**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 5:24:33.000 AM
↗ Sent

i got y babe

**Pop Pop (**████████**)**
✓ Received
3/27/2014 5:38:01.000 AM

Eta

**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 5:38:13.000 AM
↗ Sent

What stu

↗ Sent

A-713

**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 5:43:10.000 AM

Chalice I'm assuming. 10 min

↗ ent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 5:48:08.000 AM

Can u have some dab ready

✓ Received
**Pop Pop (**████████**)** 3/27/2014 5:49:07.000 AM

Chalice. You. Wanna just meet at hotel. I can have mike bring u key

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 5:50:06.000 AM

No I don't have any drugs. Left it at the house

✓ Received
**Pop Pop (**████████**)** 3/27/2014 5:50:20.000 AM

Kool. Come pls. Help. Lol

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 5:50:59.000 AM

Lolol almost there

↗ Sent
**Local User <MacBook Air C02JD0UCDRV9.E01>** 3/27/2014 5:51:05.000 AM

Crush it up

A-714

↗ Sent

Local User <MacBook Air C02JD0UCDRV9.E01> 3/27/2014 5:51:14.000 AM

& get a drunk

↗ Sent

Local User <MacBook Air C02JD0UCDRV9.E01> 3/27/2014 5:51:23.000 AM

Drink

↗ Sent

Local User <MacBook Air C02JD0UCDRV9.E01> 3/27/2014 5:55:24.000 AM

Pullin up

A-715

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | ██████████ |
| | Local User |
| | Pop Pop Cell (████████) |
| | Sean Combs (███████) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 4971 |
| First message sent date/time | 6/26/2012 6:11:58 PM |
| Last message sent date/time | 1/1/2020 8:03:15 PM |
| Case time zone | (UTC) Coordinated Universal Time |



GOVERNMENT
EXHIBIT
B-346

24 Cr. 542 (AS)

A-716

**Sean Combs (** ▮▮▮▮▮ **)** ✓ Received 7/29/2012 6:32:28 PM
You gotta go get that rob stuff.

**Local User <LI0005 MacBook Pro A1278>** ↗ ent 7/29/2012 6:32:43 PM
Ok. I'll go get it now

**Local User <LI0005 MacBook Pro A1278>** ↗ ent 7/29/2012 6:32:56 PM
How do I pack it?

**Local User <LI0005 MacBook Pro A1278>** ↗ ent 7/29/2012 6:33:07 PM
Vitamin bottle?

**Sean Combs (** ▮▮▮▮▮ **)** ✓ Received 7/29/2012 6:33:09 PM
What you wanna do tonight

**Local User <LI0005 MacBook Pro A1278>** ↗ ent 7/29/2012 6:33:16 PM
Checked luggage

**Sean Combs (** ▮▮▮▮▮ **)** ✓ Received 7/29/2012 6:34:21 PM

A-717

Yes.

**Sean Combs (** ███████████ **)**  ✓ Received
7/29/2012 6:34:47 PM

Or purse. Cause it looks like vitamens

**Local User <LI0005 MacBook Pro A1278>**  ↗ Sent
7/29/2012 6:36:09 PM

Ok. That wipe test they do in your bag sometimes is for explosives not drugs too, right?

**Pop Pop Cell (** ███████████ **)**  ✓ Received
7/29/2012 6:36:49 PM

Just pack. I don't want you to be nervous.

**Local User <LI0005 MacBook Pro A1278>**  ↗ ent
7/29/2012 6:37:00 PM

Ok

**Sean Combs (** ███████████ **)**  ✓ Received
7/29/2012 6:37:36 PM

What you wanna do tonight

**Local User <LI0005 MacBook Pro A1278>**  ↗ ent
7/29/2012 6:38:25 PM

I don't know.... What are the options. Am I meeting u in the Hamptons or will we be in the city

**Sean Combs (** ███████████ **)**  ✓ Received
7/29/2012 6:40:09 PM

In city. Whatever your heart desires.

A-718

**Local User <LI0005 MacBook Pro A1278>**  ↗ Sent  7/29/2012 6:41:00 PM
Well I get in kinda late. Hmmmm

**Sean Combs (⬛⬛⬛⬛⬛⬛)**  ✓ Received  7/29/2012 6:44:25 PM
We can just go to bed. Yopull prob be tired.

**Local User <LI0005 MacBook Pro A1278>**  ↗ Sent  7/29/2012 6:44:36 PM
I doubt that

**Local User <LI0005 MacBook Pro A1278>**  ↗ Sent  7/29/2012 6:44:43 PM
I'm Gna sleep on the plane

**Local User <LI0005 MacBook Pro A1278>**  ↗ Sent  7/29/2012 6:44:47 PM
Lol

**Pop Pop Cell (⬛⬛⬛⬛⬛⬛)**  ✓ Received  7/29/2012 6:58:24 PM
So what you wanna do woman. And no I'm not askin you to Fo. I wanna know what you wanna do

**Local User <LI0005 MacBook Pro A1278>**  ↗ ent  7/29/2012 7:00:59 PM
Get something to eat. Smoke. Take a walk

A-719

**Sean Combs (** ██████████ **)** ✓ Received
7/29/2012 7:23:14 PM
Debbie cotta has a party tonight.

**Sean Combs (** ██████████ **)** ✓ Received
7/29/2012 7:29:23 PM
I am horney as fuck also. Bu the way. And pls sleep on the plane. :)

**Sean Combs (** ██████████ **)** ✓ Received
7/29/2012 7:29:33 PM
And it looks like I have off tomorrow.

**Sean Combs (** ██████████ **)** ✓ Received
7/29/2012 7:36:19 PM
And I need some valium which there's a pack in my top drawer.

**Sean Combs (** ██████████ **)** ✓ Received
7/29/2012 7:36:28 PM
Hello

↗ ent
**Local User <LI0005 MacBook Pro A1278>** 7/29/2012 7:39:05 PM
Shit I'm already down the hill

↗ ent
**Local User <LI0005 MacBook Pro A1278>** 7/29/2012 7:39:12 PM
I'll go back up

↗ ent
**Local User <LI0005 MacBook Pro A1278>** 7/29/2012 7:39:20 PM

A-720

I'm at the beauty store

**Local User <LI0005 MacBook Pro A1278>**    ↗ ent    7/29/2012 7:50:16 PM
Ok let's go out and have some care free fun

**Local User <LI0005 MacBook Pro A1278>**    ↗ ent    7/29/2012 7:50:29 PM
Don't tell her I'm comin. I wanna surprise her if we go

**Local User <LI0005 MacBook Pro A1278>**    ↗ ent    7/29/2012 7:50:56 PM
I'll go get the Valium when Greg comes to get me. I really need to go pack

**Local User <LI0005 MacBook Pro A1278>**    ↗ ent    7/29/2012 7:52:10 PM
He comes in 1 he and I haven't even started packing yet

**Sean Combs (** ███████████ **)**    ✓ Received    7/29/2012 8:19:59 PM
Ok. Well play it by ear. Don't worry about valuim if its a extra move.

**Sean Combs (** ███████████ **)**    ✓ Received    7/29/2012 8:35:57 PM
I'm at apt now.

**Sean Combs (** ██████████ **)**    ✓ Received    7/29/2012 8:51:59 PM
When are yo on your period?

A-721



A-722

**Sean Combs (** ■■■■■■■■ **)**  7/29/2012 9:24:40 PM
How horney?

**Pop Pop Cell (** ■■■■■■■■ **)**  ✓ Received  7/29/2012 9:25:47 PM
What u be thinking about when your horney. ?

**Local User <LI0005 MacBook Pro A1278>**  ↗ ent  7/29/2012 10:00:08 PM
I think about you on top of me and inside of me. The way you look at me and talk to me like that. I love looking up at you and hearing you moan

**Pop Pop Cell (** ■■■■■■■■ **)**  ✓ Received  7/29/2012 10:02:44 PM
You like it when I moan. Lol. Imma moan more just for you.

**Local User <LI0005 MacBook Pro A1278>**  ↗ Sent  7/29/2012 10:05:53 PM
I love it lol. That's really what I think about

**Local User <LI0005 MacBook Pro A1278>**  ↗ Sent  7/29/2012 10:06:20 PM
I love the way you talk to me when you're on top

**Local User <LI0005 MacBook Pro A1278>**  ↗ Sent  7/29/2012 10:14:38 PM
I'm sorry I wasnt able to get ur things

**Sean Combs (** ■■■■■■■■ **)**  ✓ Received  7/29/2012 10:15:36 PM

A-723

1 of my favorite times is when we fod. And then we made love after. I also liked it when we make love before and then jules was in next room. Then he cam

**Sean Combs** (█████████)     ✓ Received   7/29/2012 10:15:47 PM

in and I blinfolded you

**Local User <LI0005 MacBook Pro A1278>**   ↗ ent   7/29/2012 10:17:25 PM

Yea I liked those times. I love when we make love after. The last time was sooooooooooo good. When we were at my place. I came so hard for so long.

**Local User <LI0005 MacBook Pro A1278>**   ↗ Sent   7/29/2012 10:17:36 PM

My jade beads came in!!!

**Sean Combs** (█████████)     ✓ Received   7/29/2012 10:26:11 PM

So are you using them? Are u on way to airport.

**Local User <LI0005 MacBook Pro A1278>**   ↗ Sent   7/29/2012 10:29:55 PM

I'm at the airport

**Local User <LI0005 MacBook Pro A1278>**   ↗ Sent   7/29/2012 10:30:41 PM

I didn't have time to put them in but I packed them lol

**Sean Combs** (█████████)     ✓ Received   7/29/2012 10:30:54 PM

Are you gonna sleep on plane? Did you get sleep last night

A-724



**Local User <LI0005 MacBook Pro A1278>** ↗ Sent 7/29/2012 10:31:50 PM
I got sleep last night but I'll sleep on the plane

**Sean Combs (▮▮▮▮▮▮▮▮)** ↙ Received 7/29/2012 10:33:07 PM
Should I take a sleeping pill? Or do you think well get to bed at a respectful hour. Or do you wanna take 1 of those rob things.

**Local User <LI0005 MacBook Pro A1278>** ↗ ent 7/29/2012 10:33:56 PM
Let's have a rob thing. I might only do half though lol

**Local User <LI0005 MacBook Pro A1278>** ↗ ent 7/29/2012 10:34:06 PM
Take. Sleeping pill now?

**Local User <LI0005 MacBook Pro A1278>** ↗ ent 7/29/2012 10:34:12 PM
Take a *

**Sean Combs (▮▮▮▮▮▮▮▮)** ↙ Received 7/29/2012 10:39:04 PM
Why was the whole too much? Lol

**Local User <LI0005 MacBook Pro A1278>** ↗ ent 7/29/2012 10:39:28 PM
You don't remember how I couldn't get it together

A-725

**Sean Combs (** ███████████ **)**  ✓ Received  7/29/2012 10:40:07 PM

Yea sleep while you sleep so we on same page. Unless you wanna do rob thing another night.

**Local User <LI0005 MacBook Pro A1278>**  ↗ Sent  7/29/2012 10:40:40 PM

No lets do it tonight. You said you have tomorrow off right? And I don't have anything planned

**Pop Pop Cell (** ███████████ **)**  ✓ Received  7/29/2012 10:41:02 PM

I want you to tell me a new fantasy. Of how you want it next time.

**Sean Combs (** ███████████ **)**  ✓ Received  7/29/2012 10:43:46 PM

Yes then we can focus real hard for rest of week. Then go to ibiza. Let's get some fun out the way. Anything you need me to get or set up?

**Local User <LI0005 MacBook Pro A1278>**  ↗ Sent  7/29/2012 10:44:50 PM

Ok. Set anything up for what?

**Sean Combs (** ███████████ **)**  ✓ Received  7/29/2012 10:51:37 PM

Incase we wanna fo

**Local User <LI0005 MacBook Pro A1278>**  ↗ Sent  7/29/2012 10:53:25 PM

Oh hit whoever would turn u on to see me with

A-726

**Sean Combs** (████████████)                    ↙ Received
7/29/2012 10:54:01 PM

I don't have daves num

**Sean Combs** (████████████)                    ↙ Received
7/29/2012 10:54:11 PM

I want you to tell me a new fantasy. Of how you want it next time.

**Sean Combs** (████████████)                    ↙ Received
7/29/2012 10:56:24 PM

Would dave turn u on

**Local User <LI0005 MacBook Pro A1278>**          ↗ Sent
7/29/2012 10:57:11 PM

I don't know. I haven't even had time to think about it. I've been trying to think about u with a girl. To get into it. And I think I'm starting to fantasize about that

**Local User <LI0005 MacBook Pro A1278>**          ↗ ent
7/29/2012 10:58:37 PM

Dave +████████████

**Local User <LI0005 MacBook Pro A1278>**          ↗ ent
7/29/2012 11:03:32 PM

On the plane! So excited!!!!

**Local User <LI0005 MacBook Pro A1278>**          ↗ ent
7/29/2012 11:03:56 PM

My phone is dying though so im shutting it off

                                                   ↗ ent

A-727

**Local User <LI0005 MacBook Pro A1278>**     7/29/2012 11:04:41 PM

I love you!!!!

**Sean Combs (** ⬛⬛⬛⬛ **)**     ✓ Received
7/29/2012 11:05:47 PM

Take a valium. Get sleep. So your up.

↗ ent
**Local User <LI0005 MacBook Pro A1278>**     7/29/2012 11:08:00 PM

I didnt get any .... :(

↗ ent
**Local User <LI0005 MacBook Pro A1278>**     7/29/2012 11:08:20 PM

I might have one in my bag tho

↗ ent
**Local User <LI0005 MacBook Pro A1278>**     7/29/2012 11:08:29 PM

I Gta check

↗ ent
**Local User <LI0005 MacBook Pro A1278>**     7/29/2012 11:22:25 PM

I Gta turn phone off. I sent u Dave's #

✓ Received
**Pop Pop Cell (** ⬛⬛⬛⬛ **)**     7/29/2012 11:23:17 PM

Didn't get daves num

↗ ent
**Local User <LI0005 MacBook Pro A1278>**     7/29/2012 11:23:20 PM

Dave + ⬛⬛⬛⬛

**A-728**



A-729

## IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | ▮▮▮▮▮▮<br>Local User<br>Pop Pop Cell ( ▮▮▮▮▮▮ )<br>Sean Combs ( ▮▮▮▮▮▮ ) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 4971 |
| First message sent date/time | 6/26/2012 6:11:58 PM |
| Last message sent date/time | 1/1/2020 8:03:15 PM |
| Case time zone | (UTC) Coordinated Universal Time |



GOVERNMENT EXHIBIT B-351

24 Cr. 542 (AS)

A-730

**Sean Combs** (████████████)
✓ Received
9/23/2012 2:27:52 AM
Wanna freak off 1 last time tonight?

**Local User <LI0005 MacBook Pro A1278>**
↗ Sent
9/23/2012 2:30:50 AM
What???????

**Sean Combs** (████████████)
✓ Received
9/23/2012 2:31:16 AM
You can't read?

**Local User <LI0005 MacBook Pro A1278>**
↗ Sent
9/23/2012 2:32:29 AM
I don't want to freak off for a last time. I want it to b the first time for the rest of our lives

**Sean Combs** (████████████)
✓ Received
9/23/2012 2:33:50 AM
Lol. Well the offer is what it is. Shit you never know. If you turn me out then maybe I would wanna do again.

**Local User <LI0005 MacBook Pro A1278>**
↗ Sent
9/23/2012 2:35:20 AM
This is crazy... Okay. Ummmm what did u have in mind

A-731

**Sean Combs (** ⬛⬛⬛⬛⬛ **)** ✓ Received
9/23/2012 2:42:49 AM
Why don't you telll me? Are you horny

Local User <LI0005 MacBook Pro A1278> ↗ Sent
9/23/2012 2:43:05 AM





A-733

**Local User <LI0005 MacBook Pro A1278>** ↗ ent
9/23/2012 2:52:22 AM
I want to see you, but I'm emotional right now. I can't do one last time

**Local User <LI0005 MacBook Pro A1278>** ↗ ent
9/23/2012 2:52:39 AM
I'd rather not at all

**Sean Combs (** ▬▬▬▬ **)** ✓ Received
9/23/2012 2:54:08 AM
Ok so you don't wanna do ? I told you where I'm at wit it. Its up to you to turn me out so its not the last time. And I'm more emotional than you.

**Local User <LI0005 MacBook Pro A1278>** ↗ Sent
9/23/2012 2:55:08 AM
Ok... Well if I can maybe turn it around. It's nothing to at least try

**Sean Combs (** ▬▬▬▬ **)** ✓ Received
9/23/2012 2:57:07 AM
So what you wanna plan

**Local User <LI0005 MacBook Pro A1278>** ↗ Sent
9/23/2012 2:58:18 AM
Um we'll first, where do u want to do it

**Sean Combs (** ▬▬▬▬ **)** ✓ Received
9/23/2012 2:58:54 AM
Let's get a hotel

A-734

**Local User <LI0005 MacBook Pro A1278>** ↗ Sent 9/23/2012 2:59:16 AM
Ok. I'll check Thompson

**Local User <LI0005 MacBook Pro A1278>** ↗ Sent 9/23/2012 2:59:19 AM
Talent?

**Sean Combs (** ███████████ **)** ✓ Received 9/23/2012 2:59:46 AM
Whatever is gonna turn you on.

**Local User <LI0005 MacBook Pro A1278>** ↗ Sent 9/23/2012 3:01:51 AM
Ok... I want it to be what turns you on. I'll make it turn me on

**Sean Combs (** ███████████ **)** ✓ Received 9/23/2012 3:02:30 AM
Well pick the list

**Sean Combs (** ███████████ **)** ✓ Received 9/23/2012 3:03:01 AM
Who you want to entertain

**Local User <LI0005 MacBook Pro A1278>** ↗ Sent 9/23/2012 3:04:12 AM
Jules, Keith, the white guy from cowboys

**Sean Combs (** ███████████ **)** ✓ Received 9/23/2012 3:05:09 AM

A-735

Ok try to book. I wanna walk it to everything 100 percent set up.

**Local User <LI0005 MacBook Pro A1278>** ↗ Sent 9/23/2012 3:06:02 AM
Ok. So who

**Sean Combs ( ████████ )** ✓ Received 9/23/2012 3:08:03 AM
Call garren. And what time can you be 100 percent ready?

**Local User <LI0005 MacBook Pro A1278>** ↗ Sent 9/23/2012 3:09:55 AM
Umm well I need to book a hotel & talent. 1030/11?

**Sean Combs ( ████████ )** ✓ Received 9/23/2012 3:10:26 AM
Ok.

**Local User <LI0005 MacBook Pro A1278>** ↗ Sent 9/23/2012 3:10:54 AM
How much talent. U wanna hit Jules or pass on that

**Local User <LI0005 MacBook Pro A1278>** ↗ Sent 9/23/2012 3:14:58 AM
How much talent

**Sean Combs ( ████████ )** ✓ Received 9/23/2012 3:15:23 AM
Ill hit him. See who's free

**Local User <LI0005 MacBook Pro A1278>**    ↗ Sent   9/23/2012 3:15:44 AM
Do u want me to tell u. I already now

**Local User <LI0005 MacBook Pro A1278>**    ↗ Sent   9/23/2012 3:15:47 AM
Know

**Sean Combs (** ███████████ **)**    ✓ Received   9/23/2012 3:16:25 AM
Yea

**Local User <LI0005 MacBook Pro A1278>**    ↗ Sent   9/23/2012 3:17:07 AM
Jake. I hit Keith but waiting

**Local User <LI0005 MacBook Pro A1278>**    ↗ Sent   9/23/2012 3:17:14 AM
To hear back

**Sean Combs (** ███████████ **)**    ✓ Received   9/23/2012 3:18:07 AM
Jake is white guy

**Local User <LI0005 MacBook Pro A1278>**    ↗ Sent   9/23/2012 3:18:18 AM
Yes

✓ Received

A-737



A-738

**Sean Combs (** ▮▮▮▮▮▮▮▮ **)**  ✓ Received  9/23/2012 4:41:09 AM

Have person at 1230 imma get there at 11and want you 100 percent ready

**Local User <LI0005 MacBook Pro A1278>**  ↗ ent  9/23/2012 4:41:24 AM

Ok

**Sean Combs (** ▮▮▮▮▮▮▮▮ **)**  ✓ Received  9/23/2012 5:00:00 AM

Send me rm info

**Local User <LI0005 MacBook Pro A1278>**  ↗ ent  9/23/2012 5:09:23 AM

Ok. Will send when I get there

**Sean Combs (** ▮▮▮▮▮▮▮▮ **)**  ✓ Received  9/23/2012 5:24:40 AM

Your running late aren't you.

**Local User <LI0005 MacBook Pro A1278>**  ↗ ent  9/23/2012 5:26:05 AM

No I'm almost there. Check in was set for 1030.

**Sean Combs (** ▮▮▮▮▮▮▮▮ **)**  ✓ Received  9/23/2012 5:30:39 AM

Need me to bring everything.



Local User <LI0005 MacBook Pro A1278>    ↗ Sent    9/23/2012 5:31:09 AM
No

Local User <LI0005 MacBook Pro A1278>    ↗ Sent    9/23/2012 5:31:27 AM
Just yourself & whatever u need

Sean Combs (█████████)    ↙ Received    9/23/2012 5:37:28 AM
Just you.

Local User <LI0005 MacBook Pro A1278>    ↗ Sent    9/23/2012 5:42:09 AM
Just say frank black for Jackie Starr room 129

A-740

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | ██████████ |
| | Local User |
| | Pop Pop Cell (████████) |
| | Sean Combs (████████) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 4971 |
| First message sent date/time | 6/26/2012 6:11:58 PM |
| Last message sent date/time | 1/1/2020 8:03:15 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**GOVERNMENT EXHIBIT B-357**
24 Cr. 542 (AS)



**Local User <LI0005 MacBook Pro A1278>**   ↗ Sent   10/27/2012 9:41:46 PM

Lol

**Sean Combs (** ▮▮▮▮▮ **)**   ✓ Received   10/27/2012 9:41:50 PM

For how long? U want to or you can't or don't. It was just an idea

**Local User <LI0005 MacBook Pro A1278>**   ↗ Sent   10/27/2012 9:43:29 PM

It just sucks for me when we have something to do after and I have to get ready high. Why not after the party?

**Sean Combs (** ▮▮▮▮▮ **)**   ✓ Received   10/27/2012 9:44:08 PM

Ok.

**Local User <LI0005 MacBook Pro A1278>**   ↗ ent   10/27/2012 9:52:08 PM

I feel like your Gna do it with someone else

**Local User <LI0005 MacBook Pro A1278>**   ↗ ent   10/27/2012 9:52:25 PM

Lets do it at 6 or 7

**Local User <LI0005 MacBook Pro A1278>**   ↗ ent   10/27/2012 10:01:26 PM

Hello

A-743



A-744



A-745

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | ███████ <br> Local User <br> Pop Pop Cell (█████████) <br> Sean Combs (█████████) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 4971 |
| First message sent date/time | 6/26/2012 6:11:58 PM |
| Last message sent date/time | 1/1/2020 8:03:15 PM |
| Case time zone | (UTC) Coordinated Universal Time |



GOVERNMENT EXHIBIT B-361

24 Cr. 542 (AS)

A-746

**Sean Combs (** ⬛⬛⬛⬛⬛⬛ **)**                                    ✓ Received
                                                                1/10/2013 1:52:18 AM
You horney?

**Local User <LI0005 MacBook Pro A1278>**                        ↗ Sent
                                                                1/10/2013 1:54:37 AM
Lol yea

A-747

**Sean Combs** ( ⬛⬛⬛⬛⬛ )    ↙ Received    1/10/2013 1:58:31 AM

Would you wanna celebrate christmas and have a freak off tonight or friday?

**Local User <LI0005 MacBook Pro A1278>**    ↗ Sent    1/10/2013 2:02:51 AM

Hmmmmm

**Local User <LI0005 MacBook Pro A1278>**    ↗ Sent    1/10/2013 2:03:19 AM

Friday so we can plan it and get the right ppl

**Sean Combs** ( ⬛⬛⬛⬛⬛ )    ↙ Received    1/10/2013 2:03:26 AM

Would you wanna celebrate christmas and have a freak off tonight or friday?

**Sean Combs** ( ⬛⬛⬛⬛⬛ )    ↙ Received    1/10/2013 2:03:41 AM

Kool

**Local User <LI0005 MacBook Pro A1278>**    ↗ Sent    1/10/2013 2:03:51 AM

Right?

**Sean Combs** ( ⬛⬛⬛⬛⬛ )    ↙ Received    1/10/2013 2:04:29 AM

I have your christmas presents and stuff. What you about to do. Ohhhhh you on your period too. Rt.

A-748

**Local User <LI0005 MacBook Pro A1278>**

Yup I totally forgot about that lol it'll be done by Friday

↗ Sent
1/10/2013 2:05:06 AM

A-749



## Extraction Report - Cellebrite Reports

**Cellebrite**
www.cellebrite.com

---

### Chats (3)

⚠ * These details are cross-referenced from this device's contacts

---

### Native Messages (1)

██████████ (1)



| # | | Deleted |
|---|---|---|
| 1 | **Name** ████████<br>**Start Time:** 2/21/2017 10:21:33 AM(UTC+0)<br>**Last Activity:** 6/21/2017 5:49:28 AM(UTC+0)<br>**Number of attachments:** 292<br>**Source:** Native Messages<br>**Account:** ████████<br>**Source file:** e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0xA5A2C (Table: chat, message, handle; Size: 2014712 bytes)<br>e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xC3C60 (Table: message; Size: 42315776 bytes)<br>**Source Extraction:** Legacy<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>Casandra Ventura* (owner)<br><br>████████ Pop Pop Iphone 2014*<br><br>████████ Casandra Ventura* (owner) | |

**GOVERNMENT EXHIBIT B-420**
24 Cr. 542 (AS)

A-750





A-751







**A-752**







A-753



**A-754**



From: [redacted] Pop Pop Iphone 2014
To: [redacted] Casandra Ventura (owner)

So can I set something up with extra precautions

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Casandra Ventura | | 4/27/2017 9:33:19 PM(UTC +0) | |

Status: Read

4/27/2017 9:30:12 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
e691ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1C8BA80 (Table: message; Size: 42315776 bytes)
e691ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x1EA816 (Table: handle, message; Size: 2014712 bytes)



From: [redacted] Pop Pop Iphone 2014
To: [redacted] Casandra Ventura (owner)

Nigga you not super horny. You must have got some.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Casandra Ventura | | 4/27/2017 9:33:19 PM(UTC+0) | |

Status: Read

4/27/2017 9:32:09 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
e691ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1C8BFF8 (Table: message; Size: 42315776 bytes)
e691ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x1EA816 (Table: handle, message; Size: 2014712 bytes)



From: [redacted] Pop Pop Iphone 2014
To: [redacted] Casandra Ventura (owner)

Pics are dope

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Casandra Ventura | | 4/27/2017 9:33:19 PM(UTC +0) | |

Status: Read

4/27/2017 9:32:32 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
e691ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1C8BE04 (Table: message; Size: 42315776 bytes)
e691ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x1EA816 (Table: handle, message; Size: 2014712 bytes)

## A-755





A-756



From: ███████ Pop Pop Iphone 2014
To: ███████ Casandra Ventura (owner)

Wow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Casandra Ventura | | 4/27/2017 9:46:02 PM(UTC+0) | |

Status: Read

4/27/2017 9:46:02 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1C8B3B7 (Table: message; Size: 42315776 bytes)
e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x1EA816 (Table: handle, message; Size: 2014712 bytes)



From: ███████ Casandra Ventura (owner)
To: ███████ Pop Pop Iphone 2014

I'm so excited for you tonight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Pop Pop Iphone 2014 | 4/27/2017 9:46:06 PM(UTC+0) | | |

Status: Sent

4/27/2017 9:46:05 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1C8CFF8 (Table: message; Size: 42315776 bytes)
e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x153F96 (Table: message, handle; Size: 2014712 bytes)



From: ███████ Pop Pop Iphone 2014
To: ███████ Casandra Ventura (owner)

Instead of saying yea my nigga you know we turning up on your special night you going back and forth wit me. All good.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Casandra Ventura | | 4/27/2017 9:46:58 PM(UTC+0) | |

Status: Read

4/27/2017 9:46:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1C8CB64 (Table: message; Size: 42315776 bytes)
e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x1EA816 (Table: handle, message; Size: 2014712 bytes)

**A-757**







## A-758













A-760







A-761



**Extraction Report** - Cellebrite Reports

Chats (3)

⚠ * These details are cross-referenced from this device's contacts

Native Messages (1)

████████ (1)



| # | | Deleted |
|---|---|---|
| 1 | **Name:** ████████ <br> **Start Time:** 2/21/2017 10:21:33 AM(UTC+0) <br> **Last Activity:** 6/21/2017 5:49:28 AM(UTC+0) <br> **Number of attachments:** 292 <br> **Source:** Native Messages <br> **Account:** ████████ <br> **Source file:** e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0xA5A2C (Table: chat, message, handle; Size: 2014712 bytes) <br> e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xC3C60 (Table: message; Size: 42315776 bytes) <br> **Source Extraction:** Legacy <br> **Body file:** chat-1.txt <br><br> **Participants:** <br><br> Casandra Ventura* (owner) <br><br> Pop Pop Iphone 2014* <br><br> Casandra Ventura* (owner) | |

GOVERNMENT
EXHIBIT
B-431
24 Cr. 542 (AS)

A-762

From: [REDACTED] Casandra Ventura (owner)
To: [REDACTED] Pop Pop Iphone 2014

Spoke to kk. No worries

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [REDACTED] Pop Pop Iphone 2014 | | 6/10/2017 4:29:35 AM(UTC+0) | | |

**Status:** Sent

6/10/2017 4:29:33 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x251B27A (Table: message; Size: 42315776 bytes)
e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x153F96 (Table: message, handle; Size: 2014712 bytes)

From: [REDACTED] Casandra Ventura (owner)
To: [REDACTED] Pop Pop Iphone 2014

* The game starts at 10pm (no texting after this)

* Create a character that you will be that is nothing like who you really are. And so will I.... Different name. Different occupation. Different style of dress. Different background story. We cannot break character until 8am When you see me, I am NO ONE you have ever met before. I am not Cassie and you are not Sean, Puff, Diddy, Mr. C, etc. (lol) EXAMPLE: Pilot, Doctor, Author, Professor, or whatever u decide. We do not know each other:)

* all you need to know is I will be at the bar at the L'ermitage at 11pm. We don't know each other so we cannot text each other.

* your main objective to is to pick up the prettiest girl in the place (ME)

* try and get to know her. I have a feeling she's dope...

* (in case of emergency, the safe word is "pineapple" to break character)

* Let's try not to break character. Let's have fun babe. Love you! Signing off as Cassie.....

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [REDACTED] Pop Pop Iphone 2014 | | 6/10/2017 4:35:41 AM(UTC+0) | | |

**Status:** Sent

6/10/2017 4:35:39 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x251FFF8 (Table: message; Size: 42315776 bytes)
e891ca3836edca94b769c2d4f675f4faca097cb9_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x153F96 (Table: message, handle; Size: 2014712 bytes)

**A-763**



**Extraction Report** - Cellebrite Reports

**Cellebrite**
www.cellebrite.com

## Chats (2)

⚠ * These details are cross-referenced from this device's contacts

### Native Messages (1)

████████ (1)



| # | | Deleted |
|---|---|---|
| 1 | Name: ████████<br>Start Time: 9/14/2015 1:32:06 AM(UTC+0)<br>Last Activity: 7/7/2016 7:45:23 AM(UTC+0)<br>Number of attachments: 531<br>Source: Native Messages<br>Account: ████████<br>Source file: bf5f615d45580c44dc960f073927bded6366aa05_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1A37FAE (Table: chat, message, handle; Size: 50446336 bytes)<br>Source Extraction: Legacy<br>Body file: chat-1.txt<br><br>Participants:<br><br>████████<br>CAS* (owner)<br><br>████████<br>Pop Pop Iphone 2014* | |



**GOVERNMENT EXHIBIT B-616**

24 Cr. 542 (AS)

1

A-764



A-765



From: ████████ CAS (owner)
To: ████████ Pop Pop Iphone 2014

On set missing Daddy

Attachments:

Title: IMG_0503.JPG
Size: 1826393
File name: ~/Library/SMS/Attachments/a4/04/8CAF6CF0-DD53-4E59-9A95-7E67D6F34EDC/IMG_0503.JPG
Path: https://p14-content.icloud.com/M0E96A8CDAC3A0A54EC54C81FA8F41C2464323F74EB97D7CAD48B9150C47E69F.C81L5N40 ~/Library/SMS/Attachments/a4/04/8CAF6CF0-DD53-4E59-9A95-7E67D6F34EDC/IMG_0503.JPG

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ████████ Pop Pop Iphone 2014 | | 9/30/2015 11:57:27 PM(UTC+0) | | |

Status: Sent

9/30/2015 11:57:30 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
bf5f615d45580c44dc960f073927bded6366aa05_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1B4CC0 (Table: message, attachment, handle; Size: 50446336 bytes)
bf5f615d45580c44dc960f073927bded6366aa05_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x14DF06 (Table: message; Size: 1450272 bytes)
bf5f615d45580c44dc960f073927bded6366aa05_files_full.zip/private/var/mobile/Library/SMS/Attachments/a4/04/8CAF6CF0-DD53-4E59-9A95-7E67D6F34EDC/IMG_0503.JPG : (Size: 1826393 bytes)



From: ████████ Pop Pop Iphone 2014
To: ████████ (owner)

Miss you

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ████████ CAS | | | 10/1/2015 12:26:56 AM(UTC+0) | |

Status: Read

10/1/2015 12:26:21 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
bf5f615d45580c44dc960f073927bded6366aa05_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1B4AAD (Table: message, handle; Size: 50446336 bytes)
bf5f615d45580c44dc960f073927bded6366aa05_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x14DF06 (Table: message; Size: 1450272 bytes)

88

A-766







A-767



**I did baby**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Pop Pop Iphone 2014 | 10/1/2015 12:56:11 AM(UTC+0) | | |

Status: Sent

10/1/2015 12:56:17 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
bf5f615d45580c44dc960f073927bded6366aa05_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1B4293 (Table: message, handle; Size: 50446336 bytes)
bf5f615d45580c44dc960f073927bded6366aa05_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x14DF06 (Table: message, Size: 1450272 bytes)

**Man that fuckin k. I'm mAd as fuck**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| CAS | | 10/1/2015 1:08:58 AM(UTC+0) | |

Status: Read

10/1/2015 12:58:22 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
bf5f615d45580c44dc960f073927bded6366aa05_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1B5FF8 (Table: message, handle; Size: 50446336 bytes)
bf5f615d45580c44dc960f073927bded6366aa05_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x14DF06 (Table: message; Size: 1450272 bytes)

**Did u get what I sent**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Pop Pop Iphone 2014 | 10/1/2015 1:09:13 AM(UTC+0) | | |

Status: Sent

10/1/2015 1:09:17 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
bf5f615d45580c44dc960f073927bded6366aa05_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1B5E34 (Table: message, handle; Size: 50446336 bytes)
bf5f615d45580c44dc960f073927bded6366aa05_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x14DF06 (Table: message, Size: 1450272 bytes)

A-768



