# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of February, two thousand and twenty-six,

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|       Appellee, | Docket No. 25-2623 |
|   v. | |
| Sean Combs, AKA Puff Daddy, AKA P. Diddy, AKA Diddy, AKA PD, AKA Love, | |
|       Defendant- Appellant | |

_____

      Appellees move for leave to file an oversized brief.

      IT IS HEREBY ORDERED that the motion is GRANTED.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

