# 25-2623

*To Be Argued By:*
CHRISTY SLAVIK

## United States Court of Appeals

### FOR THE SECOND CIRCUIT
### DOCKET NO. 25-2623

UNITED STATES OF AMERICA,

*Appellee,*

*v.*

SEAN COMBS, also known as Puff Daddy, also known
as P. Diddy, also known as Diddy, also known as PD,
also known as Love,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## SUPPLEMENTAL APPENDIX FOR THE
## UNITED STATES OF AMERICA
## Volume 1 of 2 (Pages SA-1 to SA-260)

JAY CLAYTON,
*United States Attorney*
26 Federal Plaza, 37th Floor
New York, New York 10278

MEREDITH C. FOSTER,
EMILY A. JOHNSON,
CHRISTY SLAVIK,
MADISON REDDICK SMYSER,
MITZI STEINER,
OLGA I. ZVEROVICH,
*Assistant United States Attorneys,*
  *Of Counsel.*

# TABLE OF CONTENTS

PAGE

Excerpts of Trial Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-1

Government Exhibit 9A-102 (video) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-261

Government Exhibit 10C-115 (video) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-262

Government Exhibit 1402 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-263

Government Exhibit 1406 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-286

Government Exhibit 1407-R (excerpt) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-303

Government Exhibit 1411-R . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-330

Government Exhibit A-103 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-363

Government Exhibit A-104-21 (excerpt) . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-403

Government Exhibit A-104-59-P (excerpt) . . . . . . . . . . . . . . . . . . . . . . . . . . SA-406

Government Exhibit A-104-66 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-415

Government Exhibit A-104-70 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-425

Government Exhibit A-104-72 (excerpt) . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-434

Government Exhibit A-104-73 (excerpt) . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-436

Government Exhibit A-104-74 (excerpt) . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-444

Government Exhibit A-442-29 (excerpt) . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-462

Government Exhibit A-442-35A (audio) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-465

Government Exhibit B 247-A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-466

Government Exhibit B-315 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-467

Government Exhibit B-326 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-468

ii

PAGE

Government Exhibit B-619 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-511

Government Exhibit C-366 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-515

Government Exhibit C-621-C (audio) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-518

Government Exhibit E-331-J-R . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-519

SA-1

P5CACom6                          Phillip - Direct

1           Ms. Comey, you can proceed.

2    Q.  What was Mr. Combs doing when you urinated on Ms. Ventura?

3    A.  He was masturbating.

4    Q.  What, if any, conversations do you recall having with

5    Mr. Combs about using protection?

6    A.  I brought up the fact that I would like to start unless she

7    could provide me with her sexual STD history and make sure that

8    she was good.  She agreed.  I agreed to do the same.  And I

9    ended up bringing her mine, but I never received her's.

10   Q.  How often did you use condoms with Ms. Ventura?

11   A.  By the time we had that conversation, not many.

12   Q.  What did Ms. Ventura and Mr. Combs usually do after you

13   ejaculated on her?

14   A.  They would get up and go inside of wherever the bedroom was

15   inside the hotel room.

16   Q.  And, generally, what happened next?

17   A.  I would be sitting in that room for hours, just sitting

18   there.

19   Q.  And then what do you remember happening?

20   A.  Sometimes they would come out and tell me, okay, you can

21   go.  And other times, they would come out and ask me if I'm

22   ready to go again.

23   Q.  About how long did each of these encounters with Mr. Combs

24   and Ms. Ventura usually last?

25   A.  Could be anywhere from an hour to ten hours.

SA-2

275

P5CACom6                          Phillip - Direct

1    Q.  What sexual performance issues did you experience when

2    meeting with Ms. Ventura and Mr. Combs?

3    A.  I could not get hard.  You want the medical term for that?

4    Erectile dysfunction.

5    Q.  When was the first time you experienced that sexual

6    performance issue?

7    A.  After the first time that I saw him hit her.

8    Q.  Where were you when you first saw him hit her?

9    A.  At Cassie's house.

10   Q.  And when you say you saw him hit her, who did you see hit

11   whom?

12   A.  Sean Combs hit Cassie.

13   Q.  Right before the violence started, where were you in

14   Cassie's apartment?

15   A.  I was sitting on her couch, which was directly behind her.

16   Q.  And where was Cassie?

17   A.  She was sitting at her computer, which was facing a wall

18   directly in front of me.

19   Q.  Where was Mr. Combs?

20   A.  He was in her bedroom, Cassie's bedroom.

21   Q.  And what had happened just before this violence?

22   A.  I had sex with her, with Cassie.

23   Q.  What do you remember happening?

24   A.  From the time that I had sex with her?

25   Q.  Yes.

SA-3

276

P5CACom6                         Phillip - Direct

1    A.  Okay.  Well, I had sex with her.  We finished doing what we

2    were doing.  And then they both went into their -- into the

3    bedroom.

4            She eventually came out and she got on her computer

5    and he was -- Mr. Combs was in her bedroom.  Cassie was on her

6    computer, and I heard him yell out, babe, come here.

7    Q.  Let me pause you right there.

8    A.  Sure.

9    Q.  You said you heard him yell out; who did you hear yell out?

10   A.  I heard Mr. Combs yell out to Cassie, babe, come here.

11   Q.  How did Cassie respond when Mr. Combs said, babe, come

12   here?

13   A.  Cassie was on her computer and she said, hold on one

14   second, I have my personal information out on my computer right

15   now.

16   Q.  What happened right after Cassie said, hold on one second?

17   A.  He, Mr. Combs, came out of the room, and I just saw a

18   bottle fly past her and hit the wall.

19   Q.  What kind of bottle?

20   A.  It looked like a liquor bottle.  And then he, Mr. Combs,

21   walked over to her, to Cassie.  He grabbed her by her hair, and

22   started dragging her by her hair into her bedroom.  And --

23   Q.  Let me ask you, as Mr. Combs was dragging Cassie by her

24   hair to her bedroom, what did you hear Mr. Combs saying?

25   A.  He wasn't saying anything while he was dragging her.  She

SA-4

277

P5CACom6                        Phillip - Direct

1    was yelling.

2    Q.  What was she saying?

3    A.  She was screaming.  And he, Mr. Combs, pulled her into the

4    bedroom, and I could hear him -- what I could hear what sound

5    like him slapping her.

6    Q.  What else could you hear from the bedroom?

7    A.  She was screaming.

8    Q.  What did you hear her saying?

9    A.  I'm sorry, I'm sorry.  And then he, Mr. Combs, was

10   basically saying, bitch, when I tell you to come here, you come

11   now, not later.

12   Q.  How did Ms. Ventura compare in physical size to Mr. Combs?

13   A.  She's tiny compared to him.

14   Q.  I'm sorry, I didn't hear you.

15   A.  I said she's tiny compared to him.

16   Q.  How did you react to this violence?

17   A.  I was shocked.  I -- came out of nowhere.  I was terrified.

18   I didn't know what the -- what to do.  I didn't know what to

19   do.

20   Q.  Did you intervene?

21   A.  No.

22   Q.  Why not?

23   A.  Because I knew that the chances that there were four or

24   five big bodyguards in another room --

25              MR. DONALDSON:  Objection.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-5

P5CACom6                          Phillip - Direct

1           THE COURT:  Sustained.

2     Q.  Without speculating about what might have been going on

3     outside of what you could see and what you could hear, can you

4     explain to the jury why you didn't intervene when you heard

5     Cassie crying and what sounded like smacks?

6     A.  I didn't know what to do.  I was shocked.  I, in my mind,

7     it was going through my head that if I tried to do something, I

8     might lose my life.

9           MR. DONALDSON:  Objection.

10          MS. COMEY:  Your Honor, I'm happy to explain why I

11    think that's perfectly admissible.

12          THE COURT:  It's overruled.

13    Q.  And why didn't you call the police and report what you saw?

14    A.  Because I --

15    Q.  Again, without speculating.

16    A.  I'm not.  I'm not speculating.  I'm just telling you what

17    was in my mind, and my -- what I was feeling at the time.

18          My thoughts were that this was someone with an

19    unlimited power.

20          MR. DONALDSON:  Objection.

21          THE COURT:  That's overruled.

22    A.  My thoughts was that this was someone with unlimited power,

23    and chances are that even if I did go to the police, that I

24    might still end up losing my life.

25          MR. DONALDSON:  Objection.  Move to strike.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-6

279

P5CACom6                         Phillip - Direct

1          MS. COMEY:  Your Honor, it's the same basis of

2   admissibility as the prior explanation of his state of mind.

3          THE COURT:  Denied.  Motion is denied.

4   Q.  What happened after the beating stopped?

5   A.  They -- Sean Combs and Cassie, came out of the room.  She

6   was -- Cassie was visibly like very upset, did not look like

7   she wanted to continue doing anything.  But Mr. Combs asked,

8   are y'all ready to continue now.  And I was -- I couldn't do

9   anything after that.

10  Q.  What did you try to do?

11  A.  I don't know.  I -- I may have tried to act like everything

12  was okay.  I mean, I don't know.  I don't really recall.

13  Q.  How do you remember that interaction ending?

14  A.  I remember leaving.  I do not remember them handing me

15  money.  And I probably wouldn't have taken that anyway.

16         MR. DONALDSON:  Objection.

17  Q.  Why did you return to meet --

18         THE COURT:  Hold on.  Hold on.

19         The jury should disregard the last sentence of the

20  witness's answer.

21         Ms. Comey, you may continue.

22  Q.  Why did you return to meet with Ms. Ventura and Mr. Combs

23  again after you witnessed that violence?

24  A.  I -- I've had conversations in between our interactions

25  with Cassie.  And I felt like I had started developing at least

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-7

406

P5DsCOM2                          Ventura - Direct

1   in some sort of physical abuse, um, and dragging, just

2   different things of that nature.

3   Q.  When you say physical abuse, can you tell me what types of

4   things that Sean did that hurt you physically?

5   A.  I mean, he would mash me in my head, knock me over, um,

6   drag me, kick me, um, stomp me in the head, if I was down.

7   Q.  How frequently was Sean physical with you during your

8   relationship?

9   A.  Too frequently.

10  Q.  Were you ever injured as a result of these incidents?

11  A.  Yes.

12  Q.  What kind of injuries did you have as a result of Sean

13  being physical with you?

14  A.  Usually pretty similar.  Um, I would get knots in my

15  forehead, busted lips, swollen lips, black eyes, the whites of

16  my eyes would be red, um, bruises all over my body, um, just

17  depending.

18          MS. JOHNSON:  OK.  Ms. Gavin, could you please pull up

19  and publish for the courtroom, Government Exhibit 10C-103 at

20  33 seconds.

21  Q.  Ms. Ventura, directing your attention to the screen in

22  front of you, do you recognize who's depicted in that still

23  image?

24  A.  Yes, that's me and Sean.

25  Q.  Do you recognize the location recorded in this still image?

SA-8

P5DsCOM2                              Ventura - Direct

1   A.   Yes, that's the InterContinental Century City.

2   Q.   What were you and Sean doing at the InterContinental

3   Century City at the time of this image was captured?

4   A.   We were having an encounter that we call a freak-off and I

5   was leaving there.

6   Q.   We're going to get back to that specific incident later on.

7        You just mentioned the word freak-off.  Do you recall

8   that?

9   A.   Yes.

10  Q.   Who introduced you to the term freak-off?

11  A.   Sean did.

12  Q.   And how did you learn what a freak-off was?

13  A.   Um, within the first year of our relationship, um, Sean

14  proposed to me this idea, this sexual encounter that he called

15  voyeurism, where he would watch me be -- have intercourse and

16  sexual activity with a third party, specifically another man.

17  Q.   And how did it come -- how did the term freak-off come

18  about?

19  A.   I honestly don't remember exactly how it came about.

20  Q.   Can you describe for the jury, when you say the term

21  freak-off, what that entails?

22  A.   Um, it basically entails the hiring of an escort and

23  setting up this experience so that I could perform for Sean.

24  Q.   And what did the performance involve, at a high level?

25  A.   The performance involved -- I'm sorry.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-9

408

P5DsCOM2                          Ventura - Direct

1       Um, it just involved watching, Sean being able to
2  watch me with the other person and, um, actually direct, like,
3  direct us on what we were doing sexually.
4  Q.  And when you say the other person, who are you referring
5  to?
6  A.  Um, the third party, the escort or dancer that would be
7  hired.
8  Q.  Who was in charge of all the aspects of the freak-offs you
9  mentioned, the hiring, the setup, etc.?
10  A.  Eventually, it became a job for me, pretty much, um, to
11  where I knew if that is something that he wanted to do, I had
12  the contacts to set it up and get a hotel room and all of that.
13       Um, but in the beginning, Sean set it up.  He was in
14  charge.
15  Q.  And after it became your job, how did you know what to do?
16  A.  He would tell me.
17  Q.  When Sean first proposed freak-offs, what was your
18  reaction?
19  A.  Oh, I just remember, like, my stomach falling to my butt,
20  like, just the nervousness and the confusion in that moment.
21       I think I was 22 at the time.  I had just turned 22.
22  I don't ...
23       I didn't have a concept of how that would be a
24  turn-on, but I also felt a sense of responsibility with him
25  sharing something, um, like that with me.  So, yeah, I was

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-10

409

P5DsCOM2                    Ventura - Direct

1    confused, nervous, but also loved him very much and wanted to
2    make him happy, so ...
3            Yeah.
4    Q.  Did you agree to try a freak-off when Sean first proposed
5    one?
6    A.  I did.
7    Q.  After that, were there more freak-offs?
8    A.  Yes, there were.
9    Q.  How, if at all, did your willingness to engage in
10   freak-offs with Sean change over time?
11   A.  I mean, pretty quickly over time.  I knew that it wasn't
12   something that I wanted to be doing, especially as regularly as
13   it became.  Um, but, again, I was just in love and wanted to
14   make him happy.
15   Q.  Well, despite not wanting to do freak-offs, did you
16   continue to engage in freak-offs with Sean?
17   A.  I did.
18   Q.  And why did you continue to engage in freak-offs with Sean?
19   A.  He would ask me, he would bring it up at random times, and
20   I think, to a point, I just didn't feel like I had much of a
21   choice.  Um, I didn't really know what no would be or what no
22   could turn into.
23   Q.  When you say you didn't know what no could turn into, what
24   do you mean by that?
25   A.  Um, making him angry.  Very honestly, also making him

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-11

410

P5DsCOM2                              Ventura - Direct

1   uncomfortable, that I knew this thing and that I no longer

2   wanted to do it.

3           Can you repeat the question?

4   Q.  Sure.

5           You said that you didn't know what no could turn into

6   and I wanted to -- I asked you if you could explain what you

7   meant by that phrase?

8   A.  Ultimately, at that point, Sean controlled a lot of my

9   life, whether it was career, the way I dressed, like,

10  everything.  Everything.  And I just didn't feel like I had

11  much say in it at that time being, like, really super young,

12  naive, total people-pleaser.

13          Yeah.  I didn't know if he would be upset enough to be

14  violent or if he would write me off and just not want to be

15  with me at all.

16  Q.  What, if anything, were you afraid would happen if you said

17  no to a freak-off?

18  A.  Well, over time, it turned into the fact that there were

19  actually blackmail materials to -- to basically make me feel

20  like, if I didn't do it, that it would be hung over my head in

21  that way, or that these things would become public.

22          I experienced violence with him before that.  The

23  abuse had started before that, so, obviously, in the back of my

24  mind.

25  Q.  And, Ms. Ventura, when you said that the blackmail

SA-12

411

P5DsCOM2                          Ventura - Direct

1    materials would be hung over your head, what, if anything, were

2    you afraid Mr. Combs -- Sean would do with the blackmail

3    materials?

4    A.  Um, release them.  Put them out on the internet.  He had

5    many resources to do that, so ...

6    Q.  And you mentioned that at this point, violence had started.

7            What, if anything, were you afraid would happen

8    physically if you refused to do a freak-off?

9    A.  I mean, it was always in the back of my mind that I would

10   somehow be hurt by him, but, it's -- Sean is a really

11   polarizing person, also very charming.  So it's hard to be able

12   to decide in that moment, like, what you need when he's telling

13   you what he wants.  I just didn't know.  I just didn't know

14   what would happen.

15   Q.  Ms. Ventura, just to clarify one thing you said, you said

16   you called something blackmail materials.

17           What were you referring to?

18   A.  Referring to actual videos and photos of the sexual

19   encounters, the escort.

20   Q.  To be clear, that's the freak-offs you mentioned earlier?

21   A.  Yes.

22   Q.  OK.  And who was depicted in those videos and photos with

23   the escort?

24   A.  Me, Sean is in some of the videos.  Yeah.

25   Q.  OK.  We're going to get back to this, but first I would

SA-13

415

P5DsCOM2                          Ventura - Direct

1   recorded?

2   A.  Yes.

3   Q.  Did there also come a time when you signed a contract what

4   Bad Boy Records?

5   A.  Yes.

6   Q.  Approximately what month and year did you sign that

7   contract?

8   A.  I believe it was in January or February of 2006.

9   Q.  What affiliation, if any, did Sean have with Bad Boy

10  Records?

11  A.  He ran the company.

12  Q.  Before you met Sean, what did you know about him?

13  A.  Um, I just knew that he was this larger-than-life

14  entrepreneur, musician.  I was a fan of the music.  I didn't

15  know too much about him personally.

16  Q.  And you mentioned that you signed that contract in around

17  the beginning of 2006.

18          How old were you at that time?

19  A.  At that time, I believe I was 19.

20  Q.  And at a high level, what were the terms of that record

21  contract you signed about Bad Boy?

22  A.  It was a ten-album deal, so, yeah.

23  Q.  Did you release an album?

24  A.  I did an album, yeah.

25  Q.  Approximately when did you release an album?

SA-14

418

P5DsCOM2                          Ventura - Direct

1   trip.

2   Q.  When you say that trip, which trip to Las Vegas are you

3   referring to?

4   A.  21st birthday, at the VMAs.

5   Q.  When you say at the VMAs, can you explain what you meant of

6   the VMAs?

7   A.  That was the event that was going on that weekend.  The MTV

8   Video Music Awards.

9   Q.  And what, if anything, happened between you and Sean while

10  you were in Las Vegas for your 21st birthday?

11  A.  A lot of different things happened, but he kissed me in the

12  bathroom of his -- or in the bathroom of this actual suite,

13  pretty early in the morning.  We had been up, all of us, pretty

14  late.

15  Q.  What was your reaction to Sean kissing you in the bathroom?

16  A.  I think I was just really confused at the time.  Again,

17  young, new artist, like, just didn't really know the lay of the

18  land when it came to things like that.  So, in my confusion,

19  just, kind of cried and ran out.

20  Q.  When you say you were a new artist who did not know the lay

21  of the land, what did you mean by that?

22  A.  Um, I just wasn't familiar with -- with having an executive

23  or anybody pay attention to me in that way and be that forward

24  at that point.  I just didn't really understand it.  I was

25  pretty naive, I would say.

SA-15

419

P5DCcom3                              Ventura - Direct

1   Q.  When you say that way, can you clarify what you mean by

2   that way?

3   A.  In a more-than-friends way, in a sexual way, romantic way.

4   Q.  And at this time at your 21st birthday, what was your

5   professional relationship with Sean again?

6   A.  I was signed to his label.

7   Q.  And what happened after Sean kissed you in the bathroom?

8   A.  I just remember running out and headed back to my hotel.  I

9   think I told Kerry about it at the time, but I didn't really

10  share it with anyone.

11  Q.  Did you want to kiss Sean at your 21st birthday?

12  A.  No, not at my 21st birthday.

13  Q.  After your 21st birthday in Las Vegas, how, if at all, was

14  your relationship with Sean different?

15  A.  Um, when we got back to New York, I would just visit with

16  him.  He would invite me over to his hotel.  I think his

17  apartment at the time was getting renovated.  So, I went to see

18  him a handful of times.

19  Q.  Which hotel did you go to see Sean at?

20  A.  The Trump Hotel in Columbus Circle is the one that I

21  remember specifically.

22          (Continued on next page)

23  BY MS. JOHNSON:

24  Q.  At the same time after your 21st birthday, what, if

25  anything, were you doing with your music career?

SA-16

420

P5DCcom3                        Ventura - Direct

1    A.  I was trying just to continue to go to the next album,

2    continue recording, come up with a concept.

3    Q.  Were you recording another album at the time?

4    A.  Yes.

5    Q.  What influence, if any, did Sean have on your music career

6    at this time?

7    A.  At this time, I mean, he called most of the shots -- well,

8    all of the shots.  If I had a new record, I would have to come

9    play it for him.  He chose what was next for me, basically.

10   Q.  Before we talk about the hotel, what is the age difference,

11   if any, between you and Sean?

12   A.  17 years.

13   Q.  And when Sean invited you to the hotel after your 21st

14   birthday, what was your reaction to that invitation?

15   A.  I'm sorry.  Can you ask that question again.

16   Q.  Of course.  You testified earlier that after your 21st

17   birthday, Sean invited you to hang out with him at hotels in

18   New York; is that right?

19   A.  Yes.

20   Q.  How did you feel when Sean invited you to those hotels?

21   A.  I mean, initially, a bit of nervousness.  And then just

22   being a young artist, like, excitement, of course, like, okay,

23   we're going to go talk about music or we're going to talk about

24   what's next.  Yeah, I think I just -- it's a lot in that time

25   period that's kind of hazy because it was a while ago, but just

SA-17

421

P5DCcom3                         Ventura - Direct

1   nervous, excitement.

2   Q.  At the meetings in the hotel rooms, what, if anything, did

3   you two talk about about music?

4   A.  Talked about upcoming projects or the actual next album and

5   other things.  We started to develop a more comfortable

6   relationship with each other.

7   Q.  And what else, if anything, happened at those meetings at

8   the hotels?

9   A.  I remember being introduced to the idea of oral sex.  It

10  wasn't something that I really understood or did at that point.

11  And he basically taught me how.

12  Q.  When you say he basically taught you how, who is the "he"

13  in that sentence?

14  A.  Sean.

15  Q.  When you say you were introduced to oral sex, who

16  introduced you?

17  A.  Sean.

18  Q.  How did he introduce you to oral sex?

19  A.  He gave me oral sex.

20  Q.  Did you reciprocate the oral sex?

21  A.  I did not.  I went home and I heard about it from him.

22  Q.  When you say you heard about it from him, can you tell me

23  more about that.

24  A.  He just kind of made me feel crazy for not reciprocating.

25  At that time, just didn't understand that kind of a sexual

SA-18

422

P5DCcom3                              Ventura - Direct

1    relationship.  I also was still in a relationship with someone
2    else.
3    Q.  When you say you didn't understand that kind of a sexual
4    relationship, can you tell me more about what you mean by that.
5    A.  I was just so young.  I didn't -- I didn't have even the
6    vocabulary for some of the things that we talked about.  Like,
7    I was just trying to understand it.  Just completely sexually
8    inexperienced at that point.
9    Q.  And around the same time, in addition to performing oral
10   sex on you, were there ever any occasions where you performed
11   oral sex on Sean?
12   A.  Later on, yeah.
13   Q.  What was your reaction to the hotel room visits with Sean?
14   A.  I think it was the nervous excitement that I say.  It also
15   just made me feel sneaky.  I didn't know -- I was curious, but
16   of course ended up there and wanted to be, like, around him.
17   So that was just kind of -- it was like, okay, I'm here.
18   Leaving, it was just always confusing because I really didn't
19   know what I felt.  I felt like I -- I don't know that I knew
20   that I was making decisions for myself or not.  I feel like it
21   was just, like, here I am.  I don't know how to explain that.
22   Q.  You said you wanted to be around him.  Why did you want to
23   be around Sean?
24   A.  I wanted to be around Sean for the same reasons as like
25   everyone else at the time.  It's just this exciting,

SA-19

423

P5DCcom3                          Ventura - Direct

1  entertaining, fun guy.  I had also happened to have my career

2  in his hands.  But, yeah, just wanted to spend time.  It felt

3  special because not a lot of people got that kind of time with

4  him.

5  Q.  Around the same time, did you also take a trip to meet Sean

6  in Miami?

7  A.  I did.

8  Q.  What were the circumstances of meeting Sean in Miami?

9  A.  The circumstances were that we essentially -- I didn't have

10  a party to host in Miami, but wanted to spend that weekend

11  together.  And so came up with a flyer that said I was hosting

12  a party at a club in the beach area, Miami Beach area.

13  Q.  When you talk about hosting a party, can you explain to the

14  jury what you mean by that.

15  A.  Yeah.  As an artist, to make extra money, sometimes you're

16  asked to host events at different clubs, sometimes to perform,

17  and that would have fallen in line with me going to a club and

18  making money for just showing up.

19  Q.  And you mentioned a flyer, who made that flyer?

20  A.  I don't know exactly who made the flyer, but somebody that

21  we knew that could create it.

22  Q.  Did you make the flyer?

23  A.  I did not make the flyer, no.

24  Q.  Was the flyer advertising an actual club hosting for you?

25  A.  No.

SA-20

424

P5DCcom3                         Ventura - Direct

1   Q.  Besides yourself and Sean, who else was in Miami with you?

2   A.  I was there with Kerry Morgan and Dallas Austin later, met

3   us down there.

4   Q.  Who is Dallas Austin?

5   A.  He is a producer, musician, and friend.

6   Q.  Kerry Morgan is the individual in the photograph we saw

7   earlier?

8   A.  Yes.

9   Q.  What, if anything, did you and Sean do together on this

10  trip?

11  A.  Together -- this trip was the first time we had sexual

12  intercourse with each other.  He rented a boat.  I was the

13  first to get there.  We just spent some time together and,

14  yeah.

15  Q.  And you had testified earlier that at some point after the

16  hotel visits, you had given Sean oral sex.  Do you remember

17  that?

18  A.  Uh-huh.

19  Q.  Was that prior to Miami?

20  A.  I don't think so.  I think it happened there, I'm pretty

21  sure.  Everything kind of happened that weekend.

22  Q.  Prior to having sex on the boat, what were you doing on the

23  boat?

24  A.  Just riding on the boat.

25  Q.  What, if any, alcohol were you drinking?

SA-21

425

P5DCcom3                           Ventura - Direct

1   A.  Drinking wine during the day and then later that night
2   started to take drugs.
3   Q.  What drugs did you take?
4   A.  On that trip, it was ecstasy, it was a blue dolphin ecstasy
5   pill.
6   Q.  Can you explain what you mean by a blue dolphin ecstasy
7   pill?
8   A.  Ecstasy used to -- I don't know how it is now, but came as
9   a pressed pill with a little symbol on it.  So these had
10  dolphins.
11  Q.  Who gave you the ecstasy that you took on the boat in
12  Miami?
13  A.  Sean did.
14  Q.  Prior to this Miami trip, had you taken ecstasy before?
15  A.  No.
16  Q.  Had you ever taken ecstasy unintentionally before?
17  A.  Yes.
18  Q.  What happened at that time?
19  A.  I just was out of it, with friends, laughing.  Didn't know
20  what it was until a little bit later.
21  Q.  And when you say you had unintentionally taken ecstasy, how
22  did you unintentionally take it?
23  A.  I took it out of someone else's Gatorade bottle.  Just
24  drinking Gatorade, but it had drugs in it, but didn't know.
25  Q.  This was before Miami?

SA-22

426

P5DCcom3                      Ventura - Direct

1   A.  This was before Miami, yeah.

2   Q.  Prior to hanging out with Sean more, what, if any, drugs

3   did you use?

4   A.  I smoked marijuana, and I'd drink wine and, yeah.

5   Q.  On this Miami trip when you took ecstasy intentionally for

6   the first time, how did it make you feel?

7   A.  It's totally euphoric.  It's an experience of something

8   called rolling where you're just really in the high.  So you're

9   super high.  You're sensitive to touch.  You're just sensitive

10  to all your different senses.

11          MS. JOHNSON:  Ms. Gavin, could you please pull up and

12  publish what's in evidence as Government Exhibit B-107 and

13  B-108 side-by-side.

14  Q.  Ms. Ventura, starting with the photograph on the left,

15  B-107, do you recognize who is depicted in that photo?

16  A.  Yes.  That's me and Sean on the boat in Miami.

17  Q.  And is this the boat you just described being on?

18  A.  Yes.

19  Q.  And turning to the next photograph, B-108, do you recognize

20  who's depicted in that exhibit?

21  A.  Yes.  That's Sean and me sitting down, same boat.

22          MS. JOHNSON:  Ms. Gavin, you can take those exhibits

23  down now.

24  Q.  After the Miami trip, what was the status of your

25  relationship with Sean?

SA-23

427

P5DCcom3                          Ventura - Direct

1    A.  I would say we were just together.  We spent a lot of time

2    with each other after that.  Now I know in hindsight, but I had

3    become, like, one of his girlfriends after that trip.

4    Q.  When you say you know in hindsight, what do you know in

5    hindsight?

6    A.  That Sean Combs had many girlfriends.

7    Q.  At the time, what did you know?

8    A.  At the time, I don't know.  I was -- can't say naïve

9    enough.  I knew that we were spending a lot of time together

10   one-on-one and really felt, yeah, like we were in a -- a

11   monogamous relationship for a period.

12   Q.  After the Miami trip, was it public that you were dating

13   Sean?

14   A.  No, not for many years after that.

15   Q.  Why was it not public for many years?

16   A.  It was always just a discussion of me being his artist and

17   just not wanting it to look bad.  But I also know it was

18   because of his family and his children and other things,

19   personal things for him.

20   Q.  What are those other personal things, if you know?

21   A.  His family, yeah.  Just, it was always something I

22   understood.

23   Q.  Around the same time, who, if anyone, was publicly linked

24   to Sean romantically?

25   A.  Around this time, I believe it was Kim, but I think she had

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-24

431

P5DCcom3                          Ventura - Direct

1    years, yeah.

2    Q.  How, if at all, did your relationship change over time?

3    A.  I mean, over time you get more comfortable with somebody,

4    obviously, but I began to just experience a different side of

5    him, which was his abusive side and his side that just was very

6    controlling over my life and the things that I wanted to do,

7    but there was still love there.

8         MS. JOHNSON:  Ms. Gavin, you can take these exhibits

9    down.

10   Q.  Ms. Ventura, you mentioned a side of Sean that wanted

11   control over your life.  Can you explain to me what you mean by

12   that.

13   A.  Being an artist at that time, everything moved really

14   quickly for me and I didn't -- I don't know.  There was just no

15   way of keeping up with what was happening and -- I'm sorry.

16   Can you repeat the question.

17   Q.  Sure.  You had mentioned that one thing that changed about

18   your relationship over time was Sean wanting to have control

19   over your life.  I just wanted to ask you what that meant when

20   you said control over your life.

21   A.  Control was everything from the way that I looked to what I

22   was working on that day, who I was speaking to.  Control was

23   kind of like an all-around thing to a certain point.

24   Q.  How often did you talk to Sean in a typical day while you

25   were dating?

SA-25

436

P5DCcom3                          Ventura - Direct

1    A.   That I was completing what I was supposed to be doing, that

2    songs were getting done, and yeah.  It's my busy work.

3    Q.   When you say busy work, can you describe what you mean by

4    busy work?

5    A.   Work that just kept me busy mainly because a lot of the

6    things I did didn't actually come out, be it music or whatever.

7    I think busy work was just the way I interpreted it.  It was

8    just control.  It was just control over what I was doing every

9    minute of the day.

10   Q.   You said some things didn't come out, whether it was music

11   or whatever.  Can you tell me what whatever might be?

12   A.   Music wouldn't come out, but I also would get a lot of

13   opportunities that would come through that I wouldn't -- I was

14   told not to participate in, be it a modeling campaign, which

15   was something that I actually did before music, or a runway

16   show.  There are things that I just had to say no to.

17   Q.   And who told you not to participate in those opportunities?

18   A.   Sean advised.

19   Q.   We'll get back to that in a few minutes.

20        Were there times in your relationship when you ignored

21   Sean?

22   A.   Yes.

23   Q.   What happened in your relationship when you ignored Sean?

24   A.   I mean, if I ignored him, he would call constantly, which I

25   said.  I usually didn't live too far, so it was easy to send

SA-26

483

P5DsCOM4                        Ventura - Direct

1   regret having told me about this experience that was so

2   personal.  I, like, his trust meant a lot to me at that point.

3   Q.  What concerns, if any, did you have about Sean becoming

4   upset with you?

5   A.  Um, there were concerns.

6            MS. ESTEVAO:  Objection, leading.

7            THE COURT:  Grounds?

8            Did you say leading?

9            MS. ESTEVAO:  Yes.

10           THE COURT:  That's overruled.

11  Q.  Ms. Ventura, do you want me to reask the question?

12  A.  Please.

13  Q.  You testified that you were concerned that Sean might be

14  upset with you?

15  A.  Yeah.

16  Q.  What concerns, if any, did you have if Sean was upset with

17  you?

18  A.  His anger, really.  His mood changed, like, what -- that

19  was going to do to the rest of the day and, um, just how he

20  felt about me and our relationship.  Um, so, it could be

21  different things.

22  Q.  How frequently did you have freak-offs with Sean after they

23  started?

24  A.  After they started, they became almost weekly, I would say.

25  Q.  And how, if at all, did that frequency change over time?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-27

484

P5DsCOM4                    Ventura - Direct

1   A.  Um, it -- it became more, um -- depending on if we were

2   spending time with each other.  It would become less.  But it

3   was weekly for a consistent amount of years.

4   Q.  And approximately what year was the last freak-off?

5   A.  The last, the final freak-off?

6           Um, 2017, 2018.

7   Q.  And you testified earlier that the approximate duration of

8   a freak-off was, I think, like two to three days.

9           Do you recall that testimony?

10  A.  Yes.

11  Q.  Is that accurate?

12  A.  Yes.

13  Q.  How long were you awake during the freak-off?

14  A.  The whole time.

15  Q.  Did you get any sleep?

16  A.  No.

17  Q.  Did you want to sleep?

18  A.  Yes.

19  Q.  How did you stay awake that whole time?

20  A.  The drugs, honestly, helped.

21  Q.  What kind of drugs kept you awake?

22  A.  Um, well, ectasy and molly, for sure.  We started to do

23  other drugs, like, cocaine, later on.

24  Q.  Who gave the ectasy?

25  A.  Sean.

SA-28

508

P5DCcom3                          Ventura - Direct

1          (In open court)

2          THE COURT:  Ms. Johnson, you may proceed.

3          MS. JOHNSON:  Thank you, your Honor.

4    Q.  When we were just talking about Astroglide, how was the

5    Astroglide used at freak-offs?

6    A.  As a lubricant.

7    Q.  With respect to these two supplies, baby oil or Astroglide,

8    were there times when you ran out of them?

9    A.  Yes.

10   Q.  What would happen when you ran out?

11   A.  When we would run out, would have to either call somebody,

12   staff to bring it or ask the bell desk and give them a tip.

13   Q.  When you say staff, whose staff are you talking about?

14   A.  Sean's staff.

15   Q.  Which members of Sean's staff would resupply the hotel

16   rooms?

17   A.  Assistants usually.

18   Q.  Who would call those staff members?

19   A.  Sean would advise me to or he would call himself.

20   Q.  And you also mentioned calling the bell desk.  Who would

21   call the bell desk?

22   A.  Again, either me or him.

23   Q.  If you called, at whose direction would you be calling?

24   A.  Sean's.

25   Q.  Initially, what kind of lighting was used for freak-offs?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-29

509

P5DCcom3                    Ventura - Direct

1    A.   Initially it was candle-lit.  So various candles.

2    Q.   Who decided what kind of lighting would be used?

3    A.   Sean.

4    Q.   What type of candles were used?

5    A.   At a time, really strong smelling candles, like Glade or

6    Diptyque.  Any just really strong smelling --

7    Q.   Who would typically bring the candles to the freak-offs?

8    A.   It was all part of the setup.  So whether it was an

9    assistant or me or him.

10   Q.   Approximately how many candles were used?

11   A.   Approximately six to ten.

12   Q.   How were the candles placed in the room?

13   A.   They were placed so that Sean could see me and the escort

14   in the candlelight.

15   Q.   Who requested the candle setup?

16   A.   Sean.

17   Q.   Besides lighting, were there any other uses of candle wax

18   at freak-offs?

19   A.   A couple of times where it was poured on the body, but it

20   wasn't common.

21   Q.   When you say poured on the body, whose body was it poured

22   on?

23   A.   My own or Sean's.

24   Q.   And whose decision was it to pour wax on either your body

25   or Sean's body?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-30

510

P5DCcom3                          Ventura - Direct

1    A.  Sean's.

2    Q.  Did the lighting that was used in freak-offs change over

3    time?

4    A.  Yes.  There were lights after a certain point, like the

5    lights that we would use in studio.

6    Q.  Can you describe what the light you would use in the studio

7    is.

8    A.  There are multicolored lights that change with the music,

9    kind of like a club light.

10   Q.  What colors are those lights?

11   A.  Red, green, blue, purple.

12   Q.  Who made the decision to change the lighting?

13   A.  Sean would have assistants bring the lights, so I guess

14   him.

15          MS. JOHNSON:  Ms. Gavin, can you pull up for

16   identification Government Exhibit 3Q-118 for the parties and

17   the Court only.

18   Q.  Ms. Ventura, do you recognize who's in this photograph?

19   A.  Yes.

20   Q.  At what type of location is this photograph taken?

21   A.  To me it looks like a hotel.  It looks like The London

22   hotel in New York.

23   Q.  Who took this photograph?

24   A.  I believe I did.

25   Q.  Is this a true and accurate photograph of Sean?

SA-31

516

P5DCcom3                    Ventura - Direct

1  urination, that it just happened and there wasn't any

2  discussion.  Is that an accurate summary of your testimony?

3  A.  Yes.

4  Q.  When it happened without any discussion, what did you do?

5  A.  I mean, I was squeamish immediately, and high, and in the

6  moment with this man.  So that's what happened.

7  Q.  When you say you were high and in the moment, what do you

8  mean by that?

9  A.  There's not a whole lot of control you have at that point

10 of taking that many drugs and being laid on the floor with two

11 men standing over you peeing on you.  Could have gotten up and

12 screamed, I guess.

13 Q.  Why didn't you say no when that happened?

14 A.  I thought that it was obvious that I didn't want to do it,

15 I guess.

16 Q.  Do you remember the person that I referred to as the first

17 escort?

18 A.  Yeah.

19 Q.  Were there other escorts that you used beside the first

20 escort?

21 A.  Yes.

22 Q.  And after the first escort, who typically found escorts for

23 freak-offs?

24 A.  I was put on that task to find escorts.

25 Q.  And who, if anyone, put you on that task?

SA-32

517

P5DCcom3                          Ventura - Direct

1   A.  Sean did.

2   Q.  What, if any, requirements, physical or otherwise, did Sean

3   have for escorts?

4   A.  At first it was very specific that he wanted a black male

5   with a large penis, but eventually it just kind of became

6   whatever's available.

7   Q.  Where did you find escorts to hire?

8   A.  When it became really consistent, we had found an escort

9   service called Cowboys 4 Angels, and they have escorts in,

10  like, all the major cities in the U.S.

11  Q.  Before using Cowboys 4 Angels, how did you find escorts?

12  A.  Initially craigslist or Backpage or whatever.

13  Q.  What is craigslist?

14  A.  Craigslist is a website where you can put up ads and sell

15  your bed and other things.  It's just where you can place ads.

16  Q.  Besides placing ads, can you also respond to ads?

17  A.  You can also respond to ads.

18  Q.  Did you post any ads to craigslist?

19  A.  No.

20  Q.  Did you respond to ads?

21  A.  I did.

22  Q.  At whose direction did you respond to ads?

23  A.  At Sean's direction.  He'd tell me what to look for.

24      MS. JOHNSON:  Your Honor, I'm not sure when the Court

25  was planning on taking a break this afternoon.

SA-33

521

P5DCcom3                    Ventura - Direct

1   A.  Sean's.

2   Q.  Also before we broke you testified about a company called

3   Cowboys 4 Angels.  Do you remember that testimony?

4   A.  Yeah.

5   Q.  Who typically communicated with Cowboys 4 Angels?

6   A.  I did.  I communicated with a gentleman named Garren.

7   Q.  Who, if anyone, directed you to communicate with Garren?

8   A.  Sean.

9   Q.  And how did you typically communicate with Garren?

10  A.  Usually through texts, occasionally a call.

11  Q.  When you would reach out to Garren, how much notice would

12  you give him that you needed an escort?

13  A.  It usually wasn't that much notice.  It would be, like,

14  somebody today.

15  Q.  What else, if anything, would you tell Garren during those

16  communications?

17  A.  I'd tell him what city we're in because he would basically

18  send escorts based off of the city we were in, time, location,

19  all of that.

20      MS. JOHNSON:  Ms. Gavin, can you pull up for

21  identification for the Court and parties only Government

22  Exhibit B-236.  You can put page 1 and 2 on the same screen.

23  That would be helpful.  I'm sorry, Ms. Gavin.  I meant B-326

24  I'm sorry that I misspoke.

25  Q.  Ms. Ventura, do you recognize the communication in

SA-34

522

P5DCcom3                              Ventura - Direct

1    Government Exhibit B-326?

2    A.  Yes.

3    Q.  What is it?

4    A.  It's a text thread with me and Garren.

5    Q.  How do you recognize it?

6    A.  I have his name in there as Garren CB4A, which is Cowboys 4

7    Angels.

8    Q.  Is this text thread from one of the devices you gave to the

9    government?

10   A.  Yes.

11   Q.  Is this a true and accurate text thread between you and

12   Garren?

13   A.  Yes.

14          MS. JOHNSON:  The government offers Government Exhibit

15   B-326.

16          MS. ESTEVAO:  No objection.

17          THE COURT:  It will be admitted.

18          (Government's Exhibit B-326 received in evidence)

19          MS. JOHNSON:  Ms. Gavin, could you please publish to

20   the jury.  Ms. Gavin, could you please blow up the chat

21   participants in the top of the first page.

22   Q.  Ms. Ventura, you mentioned this already, but since the jury

23   can now see it.  The contact says Garren CB4A.  What does CB4A

24   stand for?

25   A.  The company Cowboys 4 Angels.

SA-35

523

P5DCcom3                          Ventura - Direct

1          MS. JOHNSON:  You can go back to the message,

2     Ms. Gavin.  Thank you.

3     Q.  Who are the participants in this chat?

4     A.  Garren and I.

5     Q.  Directing your attention to the first gray bubble on the

6     first page, what is the date of the first message?

7     A.  June 29th, 2012.

8     Q.  What does Garren say to you in that message?

9     A.  Okay.  This is the guy.  He's new and really an amazing

10    guy.  I had him come to Miami for his final interview to meet

11    with me and he is ready to go.

12    Q.  And then what are the next two messages that you receive?

13    A.  Photos.

14    Q.  And then at the bottom, what does Garren tell you at the

15    bottom of page 2?

16    A.  His name is Trent.  Have him for 7:00 p.m.

17    Q.  When you received communications like this with

18    photographs, what did you do with the photographs?

19    A.  I would usually show them to Sean and see if that person

20    was of interest for a freak-off.

21    Q.  If that person was not of interest, what happened?

22    A.  I would just tell Garren no, see if he had anybody else.

23    Q.  Did Sean have to approve the escorts?

24    A.  I definitely had to show him, yeah.

25         MS. JOHNSON:  Ms. Gavin, can you turn to pages 3 and 4

SA-36

524

P5DCcom3                         Ventura - Direct

1    of this exhibit, please.

2    Q.  Ms. Ventura, directing your attention to the left page,

3    starting at the top, I'll read the gray bubbles and you read

4    the blue.

5          So the first gray bubble has a photograph with a

6    message of William, who you saw before, but we'd need to

7    confirm William soon so he can rearrange his plans.

8    A.  Okay for Trent.  Let's do 8:00.

9    Q.  Okay.  Sounds good.  Send over that addy when you can.

10   A.  10 West End.  Not close to home yet, stuck in traffic.  Can

11   we push to 9:00 p.m.?

12   Q.  Pausing you there.  10 West End in the previous message,

13   who lived at 10 West End?

14   A.  That was my apartment in New York, on 60th and West End.

15   Q.  Is this sort of short excerpt we read from the

16   communication from you and Garren consistent with how you

17   typically communicated with Garren about hiring an escort?

18   A.  Yes.  It was very transactional.

19   Q.  You also testified earlier about dancers or strippers were

20   sometimes hired.  Do you remember that testimony?

21   A.  Yes.

22   Q.  Who would reach out to hire a dancer or a stripper?

23   A.  I would be tasked to do that based off of seeing a website

24   or something.

25   Q.  Who tasked you with hiring a dancer or a stripper?

SA-37

P5DCcom3                          Ventura - Direct

1   A.   Sean.

2   Q.   In what cities did you hire dancers or strippers?

3   A.   New York, Miami, Los Angeles.

4   Q.   Do you recall any of the names of the dancing or stripping

5   services that you used?

6   A.   I remember one was called, like, Latin Men, but I don't

7   remember the exact names.

8   Q.   And aside from craigslist, Backpage, the stripping and

9   dancing services and Garren, were there times you spoke

10  directly with escorts?

11  A.   Yes.

12  Q.   Who had typically communicated with escorts?

13  A.   I did.

14  Q.   Who directed you to communicate with escorts?

15          MS. ESTEVAO:  Objection.  These types of questions are

16  leading.  I know there have been a number of them.

17          MS. JOHNSON:  Your Honor, I'll rephrase.

18          THE COURT:  Okay.

19  Q.   Who, if anyone, directed you to communicate with escorts?

20          MS. ESTEVAO:  Same objection.  It doesn't solve the

21  problem.

22          MS. JOHNSON:  It's who, if anyone.

23          MS. ESTEVAO:  And it assumes a fact not in evidence

24  that there was direction.

25          THE COURT:  I think that's the objection here.

SA-38

526

P5DCcom3                          Ventura - Direct

1    Ms. Johnson, I think you need to ask a few questions before you

2    get to that one.

3    Q.  What, if any, conversations would you have prior to

4    communicating with an escort directly?

5    A.  Can you repeat the question.

6    Q.  Sure.  I'm sorry.  You testified you would typically

7    communicate directly with an escort.  Do you remember that?

8    A.  Yes.

9    Q.  Prior to communicating directly with an escort, what, if

10   any, conversations would you have with Sean?

11   A.  It would usually just be like are we going to have a

12   freak-off this afternoon, like, very simple.  Even though I had

13   contacts, he had contacts, as well, Sean.

14   Q.  When you say contacts, what do you mean by that?

15   A.  He had Garren's contact, he had some of the escorts'

16   personal contact information, as well.  So he reached out, as

17   well.

18   Q.  How do you know that?

19   A.  Because he would tell me.

20   Q.  Did you ever reach out to escorts independently?

21   A.  No.

22   Q.  How would you typically communicate with escorts?

23   A.  Through text.

24   Q.  When would you, for example, go through someone like Garren

25   versus communicating directly with an escort?

SA-39

531

P5DCcom3                        Ventura - Direct

1    Q.  You just said that sometimes Sean asked you to ask if a

2    person was a cop, right?

3    A.  Yeah.

4    Q.  And you said, later, I learned about why?

5    A.  Yeah.

6    Q.  What did you learn?

7    A.  I learned that this whole situation was not legal.

8            MS. ESTEVAO:  Objection.

9            THE COURT:  Sustained.  The jury should disregard the

10   witness's last answer.

11   Q.  How were escorts typically paid?

12   A.  With cash, money.

13   Q.  At what point during the session were they typically paid?

14   A.  At the end.

15   Q.  Approximately how much were escorts typically paid?

16   A.  Anywhere from $1,500 to I would say $5,000, $6,000.

17   Q.  What role, if any, did you have in determining how much

18   escorts were paid?

19   A.  I didn't have a role.  It wasn't my money.

20   Q.  Who typically handed cash to escorts?

21   A.  I often did, sometimes Sean.

22   Q.  If you handed cash to escorts, where did you get the cash?

23   A.  It was handed to me by Sean.

24   Q.  How did cash get to the location for the freak-offs, if you

25   know?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-40

532

P5DCcom3                    Ventura - Direct

1   A.  It was brought by, like, security or somebody, or he

2   brought it himself.

3   Q.  When you say he brought it himself, who is he?

4   A.  Sean.

5   Q.  When you were hiring, for example, a stripper or a dancer,

6   were there ever times when you were required to pay a deposit

7   in advance?

8   A.  Yes, specifically with a dancer at a company.

9   Q.  How did you pay that deposit?

10  A.  I would put that on my personal card.

11  Q.  Approximately how much did those deposits cost when you

12  hired a dancer?

13  A.  Anywhere between $165, $200.

14  Q.  For the escorts who you interacted with, what were they

15  paid thousands of dollars to do?

16  A.  To ejaculate, to finish.

17  Q.  Is that after they finished having sex with you?

18  A.  After having sex, after a long session.

19  Q.  And for all the dancers you interacted with at freak-offs,

20  were those individuals paid, as well?

21  A.  Yes.

22  Q.  How much were those dancers paid when they came to

23  freak-offs?

24  A.  Anywhere between that range that I said before, $1,500 to

25  $6,000, $7,000.

SA-41

P5DCcom3                     Ventura - Direct

1   Q.  For all the dancers you interacted with, what were they

2   paid, those $1,500 to $6,000 to do?

3   A.  To entertain and to also ultimately have intercourse with

4   me.

5   Q.  Generally, what gender were the escorts who were hired for

6   freak-offs?

7   A.  Male.

8   Q.  Were there any exceptions?

9   A.  No.  We did have a female one time, one or two times.

10  Q.  Ms. Ventura, there's a binder sitting next to you.  Do you

11  see that binder sitting next to you.  Could you look through

12  that binder at the photographs inside and let me know who you

13  recognize those individuals to be.

14  A.  Would you like me to look at all of them?

15  Q.  Yes, please.

16          Have you looked at all of them?

17  A.  Yes.

18  Q.  Who, generally, do you recognize the individuals depicted

19  in those exhibits to be?

20  A.  Generally, they're escorts that we hired, but not

21  everybody.

22  Q.  Not everybody.  Are some of them dancers?

23  A.  Some of them I don't recognize.

24  Q.  We can go through them one by one.

25  A.  Do you want me to --

SA-42

535

P5DCcom3                          Ventura - Direct

1   Q.  Is this a fair and accurate picture of Dave?

2   A.  Yes.

3          MS. JOHNSON:  Government offers Government

4   Exhibit 2A-612.

5          MS. ESTEVAO:  No objection.

6          THE COURT:  It will be admitted.

7          (Government's Exhibit 2A-612 received in evidence)

8          MS. JOHNSON:  Can you please publish that to the jury,

9   Ms. Gavin.

10  Q.  How did you hire Dave?

11  A.  Dave was actually through craigslist or Backpage.  One of

12  the two.  I don't remember specifically which one.

13  Q.  And in what cities did you use Dave?

14  A.  We used Dave in New York.  He would fly to Miami and

15  Los Angeles.

16  Q.  When Dave would travel, who would arrange Dave's travel?

17  A.  Occasionally I did.  He would, Dave would himself.  I think

18  a couple of times a travel agent from Sean's company.

19  Q.  When you say he would, which he are you referring to?

20  A.  To Dave.

21  Q.  Do you know Dave by any other names?

22  A.  His real name is Clayton.

23  Q.  Do you know his real last name?

24  A.  Howard.

25         MS. JOHNSON:  Can you take that down, Ms. Gavin.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-43

537

P5DCcom3                        Ventura - Direct

1   Q.  Do you recognize who's depicted in Government

2   Exhibit 2A-630?

3   A.  Yes.

4   Q.  Who's that?

5   A.  That's Jewels.

6   Q.  How do you recognize Jewels?

7   A.  I was going to say worked with him for many years.  But

8   yeah, we had encounters for a few years.

9   Q.  When you say encounters, what do you mean by that?

10  A.  Freak-offs, for several, really.

11  Q.  Is that a fair and accurate photograph of Jewels?

12  A.  Yes.

13         MS. JOHNSON:  The government offers Government

14  Exhibit 2A-630.

15         MS. ESTEVAO:  No objection.

16         THE COURT:  It will be admitted.  For this series of

17  exhibits, if there's no objection, we'll deem it admitted.

18         (Government's Exhibit 2A-630 received in evidence)

19         MS. JOHNSON:  Can you publish that to the jury,

20  Ms. Gavin.

21  Q.  Ms. Ventura, do you know Jewels's last name?

22  A.  I don't.

23  Q.  You mentioned you had freak-offs with him for many years.

24  In what cities did you have freak-offs with Jewels?

25  A.  Los Angeles, New York, Miami, Vegas.  All of them.

SA-44

540

P5DCcom3                          Ventura - Direct

1   Q.  How did you hire Johnny, if you remember?

2   A.  Johnny was through a service called Latin Men.

3       MS. JOHNSON:  Ms. Gavin, you can take that down.

4   Q.  Who were some of the most frequently used escorts?

5   A.  Most frequently used would be Jewels, Dave, Johnny.  I

6   think those were the main ones.

7   Q.  And we just looked at six photos of escorts.  Are those all

8   the escorts hired for freak-offs or just some of them?

9   A.  Just some of them.

10  Q.  And we talked about travel a little bit with Dave.  How, if

11  you know, would travel be arranged for other escorts?

12  A.  For other escorts, I mean, we didn't have a whole lot of

13  them travel, but there was one particular trip that we took to

14  Ibiza, and one of Garren's guys flew out there, so I think the

15  travel was probably arranged by them.

16  Q.  When, if ever, did you book escort travel?

17  A.  Occasionally, like if we absolutely needed to.  It wasn't

18  all the time.

19  Q.  Before booking any escort travel, what, if any,

20  conversations would you have with Sean about booking travel?

21  A.  I mean, he would ask me, like, what we were doing, if we

22  were flying somebody in, who's available, and from there talk

23  about how to get them there if they weren't in the town or they

24  weren't in the city.

25  Q.  What would he say about when you say he talked about how to

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P5DCcom3                          Ventura - Direct

1    get them there, what would he say?

2    A.  Do they need to fly in, do they need travel or are they

3    here.  Just basic questions.

4    Q.  You also mentioned, with respect to Dave, that Sean's

5    travel agent was sometimes involved.  Do you remember that?

6    A.  Yeah.

7    Q.  What, if any, role did you have in communicating with

8    Sean's travel agent?

9    A.  I definitely reached out to his travel agent.  I believe we

10   just acted as if it was a new employee or somebody that was

11   being interviewed or something.

12   Q.  When you say we acted, who are you referring to?

13   A.  Sean and I.

14   Q.  And when you say acted as a new employee, who would you say

15   was the new employee?

16   A.  Dave, for instance.  If we were going to have the travel

17   agent book his travel or, you know, oh, I have a new staff

18   member, we have somebody new coming to visit for a meeting so

19   that it wouldn't be speculated.

20   Q.  Why was it necessary to tell the travel agent that Dave,

21   for example, was a new employee?

22   A.  It was important to Sean not to have his identity known --

23            MS. ESTEVAO:  Speculation.

24            THE COURT:  That's sustained.

25   Q.  What, if any, discussions did you have with Sean about

SA-46

542

P5DCcom3                        Ventura - Direct

1   communicating with the travel agent?

2   A.  Can you repeat that.  Sorry.

3   Q.  It's okay.  You were talking about reaching out to the

4   travel agent.  Did you discuss that reach-out with Sean?

5   A.  Yes.

6   Q.  What did you talk about?

7   A.  I mean, it was by his direction, so we would discuss when

8   they would arrive and when we would start.

9   Q.  You testified earlier about using some drugs at freak-offs.

10  Do you remember that testimony?

11  A.  Yup.

12  Q.  And specifically we talked about using ecstasy at the first

13  freak-off; is that right?

14  A.  Yes.

15  Q.  Did you use drugs at other freak-offs?

16  A.  Yes.

17  Q.  How many?

18  A.  All kinds.

19  Q.  Let me rephrase that question, Ms. Ventura.  How many

20  freak-offs did you use drugs at?

21  A.  Oh, all of them.

22  Q.  Why did you use drugs at every freak-off?

23  A.  For me, it was dissociative and numbing.  I couldn't

24  imagine myself doing any of that without having some sort of

25  buffer or just way to not feel it for what it really was, which

SA-47

543

P5DCcom3                         Ventura - Direct

1   was emotionless and sex with a stranger that I didn't want to

2   be having sex with.

3   Q.  Who else, besides you, used drugs at freak-offs?

4   A.  Sean did and occasionally the escort, but I wasn't always

5   clear on that.

6   Q.  Were there any freak-offs where you did not use drugs?

7   A.  No, not that I remember, no.

8   Q.  You talked earlier about using ecstasy at the first

9   freak-off.  What other drugs, if any, did you use at

10  freak-offs?

11  A.  At freak-offs, marijuana, ketamine, GHB, sometimes

12  mushrooms.  Just whatever was the drug of choice at that point.

13  Q.  Who provided the drugs for freak-offs?

14  A.  Sean.

15  Q.  When, in relation to the session starting, would Sean

16  provide you with drugs?

17  A.  Before, sometimes an hour before, sometimes before we even

18  got there somebody would drop drugs off to me where I was.

19  Q.  When you say somebody would drop off drugs to you, who

20  dropped off drugs to you?

21  A.  A staff member, security, assistant.  Whoever was

22  available.

23  Q.  When you say staff, whose staff dropped off drugs to you?

24  A.  Sean's staff.

25  Q.  And whose security dropped off drugs for you?

SA-48

557

P5DsCOM6                          Ventura - Direct

1   all of the sex acts with the escort.

2            Do you remember that?

3   A.  Yes.

4   Q.  Did the sessions follow a similar pattern at most

5   freak-offs?

6   A.  Yes.

7   Q.  And how did you know what the pattern was?

8   A.  It was established pretty early on in doing the freak-offs,

9   that Sean enjoyed a lot of conversation or describing --

10  usually started with oil and touching and went to oral sex, and

11  then eventually turned into intercourse.  It was, like, a

12  gradual process.

13  Q.  And is that the same pattern that was typically followed in

14  the session?

15  A.  Yeah.

16  Q.  Who decided what that pattern was?

17  A.  Sean did.  I -- I often would try to speed it up, um, if

18  anyone wasn't really paying attention.

19           MS. ESTEVAO:  Objection, nonresponsive.

20           THE COURT:  Sustained.

21  A.  Can you bring me back?

22  Q.  Of course.  You were talking about what the pattern was, so

23  let's focus on that for a moment.

24  A.  OK.

25  Q.  What was the first sex act of the session?

SA-49

558

P5DsCOM6                          Ventura - Direct

1   A.  First sex act of the session would just be, um,

2   masturbating, looking at each other.

3   Q.  When you say looking at each other, who would you be

4   looking at?

5   A.  I would be looking at the escort and they would be looking

6   at me.  Um, I would describe what I saw in detail and, um,

7   yeah, that's kind of how the beginning went.

8   Q.  Why would you describe what you saw in detail?

9   A.  That is what turned Sean on.  That was his fantasy.  Um,

10  so, yeah.

11  Q.  Who, if anyone, asked you to describe in detail what you

12  saw?

13  A.  Sean.

14  Q.  How did you feel about describing what you were doing in

15  the masturbation step of the session?

16  A.  I mean, it was just always awkward.  Um, I'm a pretty

17  laid-back person, so, like, sitting there and describing

18  somebody's penis to another male was just awkward, um, and

19  pretty humiliating.  But eventually, it just became normal.

20  Q.  Did you want to be describing what you were doing sexually?

21  A.  No, I did not.

22  Q.  After masturbation, what was the next step in the session?

23  A.  Masturbation was, just, continued, to put oil on,

24  eventually get to each other, the escort and I, and actually

25  start touching each other.  Um, that would eventually lead to

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-50

P5DsCOM6                          Ventura - Direct

1    oral sex.

2    Q.  I'm going to pause you there.

3    A.  Um-hmm.

4    Q.  When you moved to touching the escort, how would you know

5    when to move from masturbation to touching the escort?

6    A.  More often than not, I would ask if it's OK for me to.

7    Q.  Who would you ask?

8    A.  Sean.

9    Q.  And you moved from touching to oral sex.

10         How would you know when to make that move?

11   A.  I would just do it and hope that it would be accepted

12   timing-wise, or he told.

13   Q.  Who would tell you?

14   A.  Sean would tell me.

15   Q.  When you would ask Sean if you could move from masturbation

16   to touching, why would you ask him?

17   A.  It was his fantasy.  He was controlling the whole

18   situation.  He was directing it.  He was doing the lighting.

19   He was telling us where to be, what to say, how to act in the

20   room.

21   Q.  And you testified that you would sometimes move straight to

22   oral sex.

23         Why would you want to move to the next sex act?

24   A.  I would just try to speed the process along.  It was,

25   personally, if I get it done, then it's over and then we move

SA-51

P5DsCOM6                         Ventura - Direct

1    on to the next thing.  I just wanted it to be over.

2    Q.  When you say you wanted it to be over, what's it?

3    A.  The freak-off session.  I, more often than not, would just

4    want to be able to get to the other room where we could just

5    spend time with each other alone.

6    Q.  When you say get to the room where you could spend time

7    alone, who was in the room when you were spending time alone?

8    A.  Just me and Sean.

9    Q.  And after oral sex, what was typically the next sex act?

10   A.  Oral sex would lead to intercourse.  Um, and depending on

11   the familiarity with the escort, um, sometimes Sean and the

12   escort would both, um, have intercourse with me or be doing

13   something at the same time.  Sometimes he would just watch.

14   Q.  When you say he would be doing something with you at the

15   same time, what was that something?

16   A.  If I was having intercourse with an escort, um, Sean could

17   walk up and have me give him oral sex.  It was just, like, a

18   lot happening at once.

19   Q.  During intercourse, would escorts ejaculate?

20   A.  Yes.

21   Q.  And at what point would escorts ejaculate?

22   A.  Usually when it was OK for them to, per Sean.  But if they

23   did, they would usually do it on me and then --

24          Sorry.

25          Um, and then we would -- Sean and I would go into the

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-52

561

P5DsCOM6                          Ventura - Direct

1    next room, and he would want me to put the semen on his body.

2    Q.  OK.  When escorts would ejaculate on you, who, if anyone,

3    would tell them where to ejaculate?

4    A.  Sean was usually right there directing it, where it could

5    be.

6    Q.  Were there occasions when escorts ejaculated without having

7    been told to do so?

8    A.  Yes.

9    Q.  What happened on those occasions?

10   A.  They got paid less.

11   Q.  What, if anything, would Sean say about when escorts

12   ejaculated without having been told to do so?

13   A.  He was pretty open with the fact that he wasn't pleased by

14   their performance.  So, yeah.  He would take less money.

15   Q.  And when you would go into the other room and you said Sean

16   asked you to put semen on him?

17   A.  Um-hmm.

18   Q.  Did you do that?

19   A.  I did.

20   Q.  Where did you put it?

21   A.  Usually on his chest, on his nipples.

22   Q.  Did you want to do that?

23   A.  No.

24   Q.  And, in total, how long approximately did each of these

25   sessions last?

SA-53

562

P5DsCOM6                          Ventura - Direct

1   A.  Um, each session?  Not, like, a full freak-off?

2   Q.  Yeah, each session.

3   A.  Um, anywhere between, like, an hour to three hours.  Just

4   depended.

5   Q.  And the individual stages that you described, how long

6   typically did each of those stages last?

7   A.  Felt like forever.  One thing could be hours, honestly,

8   depending on how high we were.  Yeah.

9   Q.  And you testified about wanting to speed the process along?

10  A.  Um-hmm.

11  Q.  How would Sean react when you tried to speed up the

12  process?

13  A.  Um, he would tell me to slow it down or tell both me and

14  the escort to slow it down.  Um, I could often, like, if I

15  left the room to use the bathroom, I could hear -- I could hear

16  Sean telling the escort to slow it all down, because I usually

17  wanted to just finish.

18  Q.  Besides asking you to slow down, were there occasions where

19  you had to start a stage over if you moved too quickly?

20  A.  Yeah.  We would go back to square one.

21  Q.  Approximately how many sessions would you have with one

22  escort during a freak-off?

23  A.  I would say at least two to three.  Um, but a freak-off

24  could be three to four different men.

25  Q.  And how is it determined how many sessions would be had

SA-54

564

P5DsCOM6                          Ventura - Direct

1          Do you recall that?

2    A.  Yes.

3    Q.  Were there any occasions where there was more than one

4    escort present for one session?

5    A.  Yes.

6    Q.  Approximately how many times was that?

7    A.  That, I don't know an exact number, but definitely more

8    than once.

9    Q.  Did you want more than one escort to be present at a

10   session?

11   A.  No.  It was already enough managing one additional person.

12   Q.  And when more than one escort was present, how did the sex

13   acts proceed?

14   A.  Just, it was very, like, like porn.

15   Q.  What do you mean by that?

16   A.  Um, it was just I was an object, um, being heavily

17   objectified by men in that scenario.

18   Q.  You talked about managing an additional escort.

19          What did you mean by managing?

20   A.  Um, just having to be the only female in the room, like,

21   with the sexual stuff.  It, just, having to entertain one more

22   person, make sure one more person is satisfied.  Um, yeah.

23   Q.  During these sessions, where was Sean physically relative

24   to you and the escort?

25   A.  If he wasn't involved, he would be, like, just outside the

SA-55

565

P5DsCOM6                              Ventura - Direct

1    room, kind of covered up, not seeing, you could just hear his

2    voice or in the corner.  Um, it -- yeah, if he was involved,

3    though, he would be right next to us.

4    Q.  And when you say involved, is that what -- are you

5    referencing he would be a part of the sex as you discussed

6    earlier?

7    A.  Yeah, with me.

8    Q.  If Sean was in the corner of the room, what was he

9    generally doing there?

10   A.  He was generally masturbating and just talking.

11   Q.  What kinds of things did he say?

12   A.  Um, he would just ask me, like, how -- how the dick felt,

13   like, what it looked like, how it made me feel.

14              Um, this is so awkward.

15   Q.  You also mentioned sometimes Sean would be outside the

16   room?

17   A.  Um-hmm.

18   Q.  Is that right?

19   A.  Yeah.

20   Q.  How frequently did that happen?

21   A.  Um, I mean, it varied.  No real number.

22   Q.  When Sean was outside of the room during a freak-off, what,

23   if any, conversations did you have with Sean before it started

24   about where he would be?

25   A.  Um, we didn't really.  Um, I guess, on occasion, he --

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-56

576

P5DsCOM6                         Ventura - Direct

1  on the bottom in green.

2  A.  Um-hmm.

3       MS. JOHNSON:  Can you blow it up, Ms. Gavin.

4  Q.  Ms. Ventura, what does this message say?

5  A.  It says, I'm going to boa quickly to see Erin because I

6  didn't get to see her and ... we can have fun ... I don't want

7  you thinking I don't want to.

8  Q.  When you say, I don't want you thinking I don't want to,

9  what are you referring to?

10  A.  To the freak-off.

11  Q.  And why did you say that?

12  A.  Because I didn't want him thinking I didn't want to.  That

13  would be a problem.

14  Q.  Why would that be a problem?

15  A.  Because I knew what he wanted and, you know, I just ...  I

16  knew the nuanced conversation.  I understood it differently.

17  Q.  So, turning to the hotel, I believe you testified earlier

18  this was at the InterContinental in Century City?

19  A.  Yes.

20  Q.  OK.  Inside the hotel room, at a high level, can you

21  describe to the jury what happened?

22  A.  Um, inside the hotel room, we were having a freak-off.

23       And is it OK to say who was there?

24  Q.  Yes.

25  A.  Jewels was one of the escorts.  And in the middle of it --

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-57

577

P5DsCOM6                      Ventura - Direct

1   there was a lot of drinking, there was a lot of partying, but

2   in the middle of it, I'm not sure what happened, but I got hit

3   by Sean and I had a black eye.  And at that point, all I could

4   think about was getting out of there safely.  I had my premier

5   and I didn't want to mess it up, so I left.

6   Q.  At what point in the freak-off did Sean hit you?

7   A.  It was, like, in between sessions, so when we weren't in

8   the room with the escort.

9   Q.  Was Jewels still present in the overall hotel suite --

10  A.  Yes, he was.

11  Q.  -- when Sean hit you?

12  A.  Yes.

13  Q.  After that happened, after Sean hit you, what happened

14  next?

15  A.  After he hit me, um, and I saw the result of it, I just --

16  I knew I had to get out.  So when he was distracted, I don't

17  know exactly what he was doing, he was either in the shower or

18  on the phone, I just grabbed my stuff and ran out as fast as I

19  could.

20  Q.  And where -- and where were you headed when you ran out of

21  the room?

22  A.  I was headed home to my apartment.

23  Q.  What happened next?

24  A.  Um, I made it to the elevators, I got my sneakers on, and

25  then the next thing I knew, I was just thrown to the ground.

SA-58

651

P5EsCOM1                         Ventura - Direct

1  A.  Ash was hired through Garren at Cowboys4Angels.

2  Q.  And in what cities did you and Sean use Ash?

3  A.  We saw him in LA, maybe Vegas, and Ibiza.

4          MS. JOHNSON:  Ms. Gavin, you can take this down.

5          Can you please pull up Government Exhibit 2A-602

6  that's in evidence.

7  Q.  Ms. Ventura, how do you know the individual depicted in

8  Government Exhibit 2A-602?

9  A.  He was an escort that we hired through Garren, I believe.

10  Q.  Do you know his name?

11  A.  No.

12  Q.  And in what cities did you see this escort?

13  A.  New York.

14          MS. JOHNSON:  Take that down, Ms. Gavin.

15          Can you please pull up Government Exhibit 2A-619 in

16  evidence.

17  Q.  Ms. Ventura, what do you know the individual depicted in

18  2A-619 as?

19  A.  Islander.

20  Q.  And how do you know Islander?

21  A.  He was hired for freak-offs, and I think he was on the site

22  Latin men.

23  Q.  And in what cities was Islander hired, city or cities was

24  Islander hired for freak-offs?

25  A.  Mostly LA.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-59

663

P5EsCOM1                        Ventura - Direct

1   pulling me away from my friends.  And I eventually just left.

2   Q.  What, if anything, did you tell Sean about what you wanted

3   to do on the night of your 29th birthday?

4   A.  I told him that I wanted to stay out and celebrate with my

5   friends.  And, in my mind, I didn't want the burden of having

6   to do that at the end of the night.  I ... I just wanted to

7   have my birthday.

8   Q.  Did you want to have a freak-off that night?

9   A.  No.

10  Q.  What ended up happening that night?

11  A.  We went to Blind Dragon for a bit, but he pulled me out so

12  many times, I just, like I said, I gave up and, again, had a

13  freak-off.

14  Q.  Who, if anyone, was with Sean when he was pulling you out

15  of the Blind Dragon to have conversations?

16  A.  I don't know specifically what security, but there was

17  security there.

18  Q.  Ms. Ventura, yesterday you mentioned blackmail materials.

19        What were you referring to when you said blackmail

20  materials?

21  A.  Blackmail materials would be actual, like, sex videos,

22  freak-off videos.  Even just other embarrassing videos.  Me

23  drunk, like, anything that would make me look not great.

24  Q.  When, if ever, would Sean mention these types of videos to

25  you?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-60

664

P5EsCOM1                          Ventura - Direct

1   A.  Usually when he was angry about something or just really

2   wanted me to fear --

3              MS. ESTEVAO:  Objection.

4              THE COURT:  It's overruled.

5   Q.  Ms. Ventura, you can continue.

6   A.  Um, can you repeat the question?

7   Q.  Of course.

8              When, if ever, would Sean mention the freak-off videos

9   to you?

10  A.  He would mention them when he was upset about something.

11  It was just a pretty common thing.  One time I dated someone

12  else and, like, that was the, like, that is what it was all

13  about.  I'm going to put out two embarrassing videos of you.

14  He just wanted to hurt me.

15  Q.  We'll get back to that.

16             You said this was common.  How frequently did Sean

17  bring up the freak-off videos to you?

18  A.  I mean, once is too much, but several times.

19  Q.  When he brought up the videos, what, if anything, do you

20  remember him saying about the videos?

21  A.  That he was going to release them and embarrass me and,

22  yeah, put my career in jeopardy.

23  Q.  Were you afraid that the videos would be released?

24  A.  Absolutely, yeah.

25  Q.  What were your concerns?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-61

665

P5EsCOM1                          Ventura - Direct

1    A.   That he would be mad enough to put them out, and then I

2    would have to answer to my mother, like ...

3    Q.   Besides your mother, what, if any, other concerns did you

4    have about the freak-off videos being released publicly?

5    A.   I just feared for my career.  I feared for, um, my family.

6    Just embarrassing.  All of it.  It's horrible and disgusting.

7    Like, no one should do that to anyone.

8    Q.   What, if anything, did Sean say to you about the impact of

9    releasing the freak-off videos?

10   A.   That it could ruin everything that I worked for.  Just make

11   me look like a slut.  I would be shamed, like, and I wasn't

12   supposed to be on those videos, so ...

13   Q.   What do you mean by, I wasn't supposed to be on those

14   videos?

15   A.   I didn't want to be in them.

16          MS. JOHNSON:  Ms. Gavin, can you please pull up what's

17   in evidence as Government Exhibit B-253.

18   Q.   Ms. Ventura, directing your attention to the top, who are

19   the participants in this chat?

20   A.   That's me and Sean.

21   Q.   Ms. Ventura, can you please turn to page two?

22   A.   Do you want me to read?

23   Q.   What's the date of this communication?

24   A.   July 22, 2013.

25   Q.   And what -- can you please read your top message in blue?

SA-62

675

P5ECcom2                    Ventura - Direct

1  Q.  Who told you to bring as much security as you could?

2  A.  Sean.  But it was set up by whoever was in New York, which

3  I don't know.

4  Q.  Who do you recall from security being present at this

5  dinner?

6  A.  I recall Uncle Paulie.

7  Q.  Who did Uncle Paulie work for?

8  A.  Sean.

9  Q.  And how did others react at the dinner to the presence of

10  security?

11  A.  I think everyone was just scared and really confused.  I

12  don't know if everybody knew why we were there.  Yeah, I'm not

13  really sure.

14  Q.  And besides security, who else, if anyone, who worked for

15  Sean was present at the dinner?

16  A.  James Cruz, who worked for Sean.

17  Q.  And can you remind the jury of James Cruz's role.

18  A.  James acted as my manager for some years and worked with

19  Sean.

20  Q.  Turning to a different topic now.  After a freak-off, how

21  did you and Sean typically recover?

22  A.  If we were going to stay together, like, that night or

23  after, we'd usually go back to his place, whichever city, and

24  get IV fluids, massages, we eat, the chef would cook us some

25  food.  Just trying to take care of ourselves.

SA-63

676

P5ECcom2                        Ventura - Direct

1    Q.  What, if any, drugs did you take after freak-offs?

2    A.  I personally -- I had an ongoing, off-and-on addiction with

3    opiates.  So I would take the opiates to come down from the

4    ecstasy and MDMA from, like, turned up party.

5    Q.  How did the opiates make you feel?

6    A.  Opiates make me feel numb, which is why I rely on them so

7    heavily.  Yeah, that's the best way to describe it.

8    Q.  Why did you want to feel numb?

9    A.  I didn't want to feel what was actually going on in my

10   mind, in my real life, in real time.  It was just an escape for

11   me.

12   Q.  How often did you take opiates after freak-offs?

13   A.  Pretty often.  Not every time.  There were times when I

14   wasn't on them, but when I was, I was.

15   Q.  And how did you get the opiates that you took after

16   freak-offs?

17   A.  From a drug dealer or friends, like, however at the time.

18   Q.  Were there any occasions when Sean gave you opiates?

19   A.  Yes.  More so in the beginning of our relationship.

20   Q.  And approximately what years -- when you say the beginning

21   of your relationship, Sean gave you opiates sometimes, what

22   years, approximately, would those be?

23   A.  It would be like 2007, 2008, from there.

24   Q.  As a result of freak-offs, what, if any, medical issues did

25   you experience?

SA-64

688

P5ECcom2                          Ventura - Direct

1   A.  Back to the room.

2   Q.  Would the freak-off continue back at the room?

3   A.  Usually, yeah.

4   Q.  Were there times that you were injured at a freak-off?

5   A.  Yes.

6   Q.  How were you injured?

7   A.  Put his hands on me or -- yeah.

8   Q.  Who put his hands on you?

9   A.  Sean.

10  Q.  When you say put his hands on you, can you describe what

11  actions he took?

12  A.  He would grab me up, push me down, hit me in the side of

13  the head, kick me, like, you name it.

14  Q.  Who else, if anyone, was present when Sean put his hands on

15  you at freak-offs?

16  A.  Sometimes it was just us and then other times there was an

17  escort close by.

18  Q.  Were there occasions when the escort was in the same room

19  with you and Sean?

20  A.  Yeah, we were in the same hotel room.

21  Q.  Same hotel room or same room within the suite?

22  A.  Hotel room.  I don't remember specifically somebody

23  watching me get beat up.

24  Q.  So just so clarify, do you recall if an escort was present

25  in the same room while Sean was putting his hands on you at a

SA-65

689

P5ECcom2                          Ventura - Direct

1   freak-off?

2   A.  Yes.

3   Q.  Who do you recall being present for that?

4   A.  Jules.

5   Q.  And were there other times where the escort was present in

6   the hotel room, but not in the room inside the suite where Sean

7   was putting his hands on you?

8   A.  Yes.

9   Q.  If you know, were escorts aware of what was happening

10  between you and Sean on those occasions?

11             MS. ESTEVAO:  Objection.

12             THE COURT:  It's overruled.

13  Q.  Do you want me to ask it again, Ms. Ventura?

14             On the occasions when you were inside of a hotel room

15  and you and Sean were in one room and an escort was in a

16  different room in a suite, if you know, were escorts aware of

17  what was happening in the room where you and Sean were?

18  A.  Yes, because they could hear it and would ask me afterwards

19  if I was okay.  So yeah.

20  Q.  Would you know that the escorts heard it because they asked

21  you if you were okay?

22  A.  Yes.

23  Q.  How soon after freak-offs started was Sean physical with

24  you during freak-offs?

25  A.  I mean, within that first year, we were definitely partying

SA-66

690

P5ECcom2                          Ventura - Direct

1   quite a bit.

2   Q.  And in what cities do you recall Sean putting his hands on

3   you during freak-offs?

4   A.  You said city?

5   Q.  Which cities.

6   A.  New York and Los Angeles for sure, Miami.

7   Q.  How frequently did Sean put his hands on you at freak-offs?

8   A.  Too frequently, a lot.

9        MS. JOHNSON:  I'm going to move to a different topic

10  now.  Ms. Gavin, can you please pull up what's in evidence as

11  Government Exhibit B-255.

12  Q.  Ms. Ventura, who are the participants in the communication

13  at Government Exhibit B-255?

14  A.  Me and Sean.

15        MS. JOHNSON:  Ms. Gavin, can you please turn to page

16  2.

17  Q.  Ms. Ventura, directing your attention to the top message,

18  what's the date of that message?

19  A.  It's August 5th, 2013.

20  Q.  Can you read the first message.

21  A.  We went across to the Abbey.  The gays live on a Sunday

22  lol.

23  Q.  Who sent that message?

24  A.  Me to Sean.

25  Q.  When you say the Abbey, what's the Abbey?

SA-67

692

P5ECcom2                    Ventura - Direct

1    A.   After the Abbey, I went back home to my apartment on Doheny

2    and I was supposed to be packing for a festival, a music

3    festival.

4           MS. JOHNSON:  Ms. Gavin, you can take down this photo.

5    Q.   What music festival were you packing for?

6    A.   OVO Fest.

7    Q.   What's OVO Fest?

8    A.   It is a music festival in Canada that the artist, Drake,

9    throws.

10   Q.   Who else, if anyone, was at your apartment while you were

11   packing?

12   A.   Another friend, Mia, was with me and Diontae.

13   Q.   And what happened at your apartment while you were packing?

14   A.   When Sean came in, I was actually asleep, and it just was

15   commotion, him yelling at us about me being passed out on the

16   couch, about me being asleep and not packing.  Diontae and Mia

17   had jumped on his back, on Sean's back because he was trying to

18   attack me.  Eventually, we ended up in from the living room

19   into the master bedroom and I think they were still jumping on

20   his back.  When he threw me down, I cut my eyebrow on the

21   corner of my bed.

22   Q.   A couple followup questions, Ms. Ventura.

23           When you say they were jumping on his back, who was

24   jumping on whose back?

25   A.   My friends Mia and Diontae were jumping on Sean's back.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-68

693

P5ECcom2                        Ventura - Direct

1    Q.  And you said you got thrown down onto the bed frame; is

2    that right?

3    A.  Yup.

4    Q.  Who threw you onto the bed frame?

5    A.  Sean threw me onto the bed frame.

6    Q.  What, if any, injuries did you have?

7    A.  I had a pretty significant gash on the side of my eyebrow.

8           MS. JOHNSON:  Ms. Gavin, can you please publish what's

9    in evidence as Government Exhibit B-247-A.

10   Q.  Ms. Ventura, do you recognize what's depicted in this

11   exhibit?

12   A.  Yup.

13   Q.  What is it?

14   A.  That's my eyebrow after I was thrown.

15   Q.  After you were thrown into the bed frame as you just

16   described?

17   A.  Yes.

18   Q.  Who threw you?

19   A.  Sean.

20   Q.  What, if any, medical treatment did you receive for the

21   injury depicted in Government Exhibit B-247-A?

22   A.  I didn't go to the ER or anything.  I ended up -- it was a

23   Sunday, and so nothing was open.  Sean had security bring me to

24   a plastic surgeon's office that opened up in Beverly Hills that

25   Sunday to suture it.

SA-69

694

P5ECcom2                          Ventura - Direct

1   Q.  When you say security, who from security brought you to the

2   doctor's office?

3   A.  D Rock.

4   Q.  Who's choice was it for security to accompany you?

5   A.  Sean.

6        MS. JOHNSON:  You can take that down, Ms. Gavin, and

7   can you please pull up what's in evidence as Government Exhibit

8   B-247.  You can publish that.  If you can go to -- before you

9   go to page 2, I'm sorry.

10  Q.  On page 1, who are the participants in this communication?

11  A.  Me and Sean.

12       MS. JOHNSON:  And can you please go to page 2,

13  Ms. Gavin.

14  Q.  What date did you send this photograph, Ms. Ventura?

15  A.  August 5th, 2013.

16  Q.  And who did you send it to?

17  A.  To Sean.

18  Q.  And what does the text accompanying the photograph say?

19  A.  So you can remember.

20  Q.  Why did you write to Sean, so you can remember, with the

21  image of your injury?

22  A.  I didn't want him to forget what he did.

23  Q.  Why didn't you want him to forget what he did?

24  A.  Because it's awful.  The very least, I just wanted him to

25  be sorry about it.

SA-70

695

P5ECcom2                    Ventura - Direct

1    Q.  Ms. Ventura, what is the timestamp of the message when you

2    sent this photograph?

3    A.  It says 11:48 a.m.

4    Q.  And that's on August 5th, 2013?

5    A.  Yeah.

6         MS. JOHNSON:  Ms. Gavin, can we please return to

7    Government Exhibit B-255, which is in evidence, and can you

8    publish page 7 of that exhibit, please.  If you can zoom in on

9    the bottom of the screen, please, starting with the third

10   message from the bottom.

11   Q.  Ms. Ventura, directing your attention to that top message,

12   what's the date and time of this message?

13   A.  August 5th, 2013, 11:51 a.m.

14   Q.  And is that approximately three minutes after the

15   photograph you just sent to Sean?

16   A.  Yes.

17   Q.  Can you read the message in gray, please.

18   A.  You.  Don't know.  When to.  Stop.  You have pushed it too

19   far.  And continue to push.  Sad.

20   Q.  Who sent that message to you?

21   A.  Sean.

22   Q.  And can you remind the jury what you were doing when Sean

23   came into your apartment?

24   A.  I was sleeping.

25   Q.  And how do you respond to Sean?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-71

696

P5ECcom2                          Ventura - Direct

1    A.  Just say sorry.  Have some sympathy.  I came in saying

2    sorry and I didn't even know why I deserved that.  You could

3    care less if I was okay.

4    Q.  So you mentioned that you were at home packing when Sean

5    came over.  Did you go to the music festival you were packing

6    for after this incident?

7    A.  Yeah.

8              MS. JOHNSON:  Ms. Gavin, can you please take that down

9    and pull up what's in evidence as Government Exhibit B-207.

10   Q.  Ms. Ventura, who is depicted in Government Exhibit B-207?

11   A.  That's me and French Montana, who is another artist.

12   Q.  Where are you in the photograph at B-207?

13   A.  We are in a greenroom in Canada, in Toronto, at the OVO

14   Fest.

15   Q.  And was the cut on your eyebrow visible in this photograph?

16   A.  No.

17   Q.  Why is it not visible?

18   A.  Because I styled my hair over it.

19   Q.  Is that your hair on the right-hand side of your face when

20   you're looking at the photograph?

21   A.  Yeah.

22   Q.  After OVO Fest, where did you go?

23   A.  We went to the Hamptons from there.

24             MS. JOHNSON:  You can take that down, Ms. Gavin.

25   Q.  When you were in the Hamptons, what, if anything, happened

SA-72

697

P5ECcom2                         Ventura - Direct

1    in the Hamptons?

2    A.  Sean wanted to have a freak-off.  So after we hung out with

3    our friends for a little bit, we ended up booking a motel and

4    drove there.

5    Q.  Which escort attended the freak-off in the Hamptons motel?

6    A.  It was Dave.

7            MS. JOHNSON:  Ms. Gavin, can you please pull up

8    Government Exhibit 2A-612 in evidence.

9    Q.  Ms. Ventura, is this the Dave you were just referencing?

10   A.  Yes.

11           MS. JOHNSON:  You can take that down, Ms. Ventura.

12   Q.  What, if anything, happened at that motel in the Hamptons

13   after you arrived?

14   A.  At that time we were taking GHB, and I spoke before about

15   going into a k-hole, and on G, you can go into a g-hole, and I

16   blacked out and that's what happened to me.  And I woke up nude

17   in the shower, and Dave and Sean were just freaking out, like,

18   outside of the bathroom.

19   Q.  What was your understanding of why Dave and Sean were

20   freaking out when you woke up nude in the shower?

21   A.  Because I blacked out and I'm not sure, I didn't see

22   myself, but it wasn't pretty.

23   Q.  And after you woke up in the shower, what happened next?

24   A.  I spoke to one of Sean's friends over the phone and then we

25   had a freak-off.

SA-73

698

P5ECcom2                        Ventura - Direct

1   Q.  With Dave?

2   A.  With Dave.

3           MS. JOHNSON:  Ms. Gavin, can you please pull up the

4   communication at Government Exhibit B-247 in evidence.  Can you

5   go to page 3, please.

6   Q.  Ms. Ventura, what is the date of the -- before I get to the

7   date, what does the photograph depict in this exhibit?

8   A.  It's my eyebrow healed up a little bit.

9   Q.  And what's the date on this image?

10  A.  August 13th, 2013.

11  Q.  So is August 13th, 2013 a little over a week later from

12  August 5th, the date you were injured?

13  A.  Yes.

14  Q.  And how soon after OVO Fest did you go to the Hamptons?

15  A.  Right after.

16  Q.  And how soon after your injury on August 5th did you go to

17  OVO Fest?

18  A.  Right after.

19  Q.  What, if any, scars do you have from this injury?

20  A.  I have a permanent scar on my eyebrow now.  I cover it with

21  makeup.

22          MS. JOHNSON:  You can take that down now, Ms. Gavin.

23          Ms. Gavin, can you pull up for identification only for

24  the Court and the parties Government Exhibit 9D-102.

25  Q.  Ms. Ventura, do you recognize who's depicted in Government

SA-74

701

P5ECcom2                    Ventura - Direct

1   Q.  After the movie, how soon did you return to the U.S.?

2   A.  Within the next 24 hours I would say.

3   Q.  How did you get back to the United States?

4   A.  We flew on a commercial flight on the same flight.

5   Q.  What city did you fly into?

6   A.  To New York.

7   Q.  Where did you sit on that commercial flight?

8   A.  I had a seat that I traded with someone else because I

9   didn't want to sit next to Sean at that point, and then he

10  switched seats with the person next to me at that point.  So we

11  still ended up riding together.

12  Q.  What, if anything, did Sean show you on the flight back to

13  New York from France?

14  A.  He pulled up videos that I thought I had deleted, some

15  freak-off videos out of his computer, like I thought I really

16  deleted them out.  He had them pulled up and was playing them

17  for me on the flight back to New York.

18  Q.  On what device was he playing them for you?

19  A.  On his laptop, one of his devices.

20  Q.  Were there other people around you when he was playing the

21  freak-off videos?

22  A.  Yeah.

23  Q.  What did he say about the videos while he was playing them

24  for you on the plane?

25  A.  That he was going to embarrass me and release them.  Just

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-75

702

P5ECcom2                    Ventura - Direct

1    threats to release the videos.

2    Q.  When Sean was playing freak-off videos for you on the

3    plane, how did you feel?

4    A.  Couldn't have felt worse.  Also scared.  I just had my --

5    sort of got my passport back.  I just felt trapped, like, how

6    do you get out of this situation when somebody's -- I don't

7    know.  Felt trapped.

8    Q.  When you landed in New York, what did you do?

9    A.  We landed in New York, ended up going to a dinner, and he

10   wanted to have a freak-off, so we had a freak-off.

11   Q.  How soon after dinner did you have a freak-off?

12   A.  Right after.

13   Q.  How soon after landing in New York was dinner?

14   A.  Within a couple of hours, an hour or two.

15   Q.  Why did you do the freak-off?

16   A.  Honestly, at that point, whatever was going to make him not

17   be angry at me and threatening me I was willing to do.  Yeah, I

18   just didn't want to feel scared anymore and one thing he made

19   me feel like I was good at.

20   Q.  What concerns did you have if Sean was threatening you?

21   A.  That he could put these videos out and ruin everything for

22   me, embarrass me.  Just make me out to be somebody that I'm not

23   in a very unfair way.

24   Q.  Why did you think it was unfair?

25   A.  Which part?

SA-76

703

P5ECcom2                          Ventura - Direct

1   Q.  You just said it was a very unfair way.  Can you explain

2   what you mean by that.

3   A.  I mean, the leverage of having an incriminating or a

4   derogatory, humiliating video of somebody, telling them they're

5   going to release it if you don't behave the way they want you

6   to or whatever the case may be.  It was just always like that.

7   Like, that's -- that was a big part of our relationship.

8   Q.  And who told you that the videos would be released?

9   A.  Sean.

10          MS. JOHNSON:  Ms. Gavin, can you please pull up what

11  is in evidence as Government Exhibit B-248.

12  Q.  Ms. Ventura, who are the participants in this chat?

13  A.  Me and Sean.

14          MS. JOHNSON:  Ms. Gavin, can you pull up pages 2 and 3

15  side-by-side.

16  Q.  Ms. Ventura, directing your attention to the top bubble on

17  page 2, what's the date of that communication?

18  A.  June 15th, 2013.

19  Q.  So I'll read the gray bubbles and you read the blue

20  bubbles.

21          I'm here.

22  A.  Comin.

23  Q.  Yo, I'm outside.

24  A.  Your sex makes me high.  No, like literally.  I feel like I

25  just took a PK lol.

SA-77

P5EsCOM3

1          (In open court)

2          THE COURT:  Ms. Johnson, you may proceed.

3    BY MS. JOHNSON:

4    Q.  Ms. Ventura, I would like to direct your attention to the

5    first few years of your relationship with Mr. Combs,

6    approximately 2007 to 2008.  Is that right?

7    A.  Yep.

8    Q.  During that time, in what city was the first instance of

9    physical violence?

10   A.  New York City.

11   Q.  Where were you earlier that evening before the instance

12   we're about to talk about of physical violence?

13   A.  We were eating at a restaurant called Phillipe.

14   Q.  And can you please describe what happened at that

15   restaurant?

16   A.  Um, there was a downstairs, like, private eating area, and

17   Sean and friends and just a lot of different people came to the

18   dinner.  There was a brief moment where I saw -- caught Sean,

19   like, flirting with somebody, I think, and there was another

20   person and looked at me and saw that I saw it.  I shrugged my

21   shoulders, like whatever, and then when we got in the car, he

22   knocked me around and was just really mean.

23   Q.  When you said he knocked you around in the car, who is he?

24   A.  Sean.

25   Q.  And who else, if anyone, was present in the vehicle when

SA-78

763

P5EsCOM3

1    you got in?

2    A.  Security.  Security driver.

3    Q.  And when you say knocked you around, can you be more

4    specific about what Sean did?

5    A.  He hit me in the side of my head, and I fell to the floor

6    of the car.  We were in his Escalade.  Just shook me up and

7    scared me quite a bit to the point where I just was trying to

8    get out of the car, and I finally got out of the car.

9    Q.  And how did you feel after that first -- after that

10   instance of violence?

11   A.  I was just shocked.  I didn't, um, I didn't necessarily

12   understand what happened and why he was so angry, except for

13   the little bit that he said as he was, like, hitting me in the

14   car.  Um, yeah, and I just went home kind of hid out after

15   that.

16   Q.  Directing your attention now to January of 2009, do you

17   recall attending an event at the Ace of Diamonds in Los Angeles

18   in January of 2009?

19   A.  Yes.

20   Q.  Why were you at the Ace of Diamonds?

21   A.  I was there with Sean.  He was hosting a party, I believe.

22   Q.  Were you drinking at this party?

23   A.  Yeah.

24   Q.  What happened, if anything, as you left the party?

25   A.  Um, as we left the party, I had been speaking to a producer

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-79

P5EsCOM3

1    about music, and Sean called me a slut or a bitch or something,

2    and when we got in the car, I punched him in the face.

3    Q.  Did you make contact with Sean's face?

4    A.  I believe so.

5    Q.  How hard did you hit him?

6    A.  As hard as you can hit somebody when you're drunk like

7    that.  I don't know.

8    Q.  Had you hit Sean before that time?

9    A.  Not that I recall, no.

10   Q.  Did you see any injuries on Sean's face after you hit him?

11   A.  No.

12   Q.  What was Sean's response after you hit him?

13   A.  His whole demeanor just switched over.  I remember his eyes

14   went black.  It was just like we were in the -- we were in an

15   Escalade, but the two sitting in the middle, the two seats that

16   are separate from each other with the windows down, and we had

17   a friend kind of like following us back to the house.

18          So all that went down with the windows down.  And then

19   after I punched him and he attacked me, and I was basically,

20   like, underneath the backseat in the Escalade, just trying to

21   cover my face.

22   Q.  Why were you trying to cover your face?

23   A.  Because Sean was stomping on it with his foot.

24   Q.  How long did Sean stomp on your face with his foot?

25   A.  Um, the ride back to the house was short, but I mean, the

SA-80

765

P5EsCOM3

```
1   whole ride was a fight until we got there.  Probably, like,
2   a -- ten-minutes up the hill from the party.
3   Q.  When you say the whole ride was a fight, what part of the
4   fight happened for most of the ride?
5   A.  It just was me trying to defend myself and cover myself up.
6   I was just being -- um, I just never experienced anything like
7   that before that where I just was getting really, really badly
8   beaten.  Yeah.
9   Q.  Where was the destination of the -- where was the car going
10  while you were getting beaten in the car?
11  A.  The car was going back to Sean's house that he was renting
12  at the time.
13  Q.  When you got to Sean's home, what did you do?
14  A.  I took off running.  I got out of the car and started
15  running down the street.
16  Q.  What happened after you took off and ran?
17  A.  Pretty sure security caught up with me, and I was brought
18  back to the house.
19  Q.  Who from security do you remember catching up with you?
20  A.  Roger Bonds.
21  Q.  When you were brought back to the house, what happened at
22  the house?
23  A.  Um, at the house, I went down into his -- Sean's bedroom
24  downstairs, and I finally, like, I saw my face.  Just -- I just
25  didn't look like myself at all.  Um, just knots and bleeding.
```

SA-81

766

P5EsCOM3

1    Swollen everything.  I just -- I looked horrible, and then

2    shortly after Sean came in and he saw me.  I think I was

3    vomiting when he came in, and he kind of came to and, like, the

4    person that he switched over to was now gone and, like,

5    freaking out at the sight.

6    Q.  After Sean saw your face inside the home, what happened

7    next?

8    A.  Um, basically he said that I had to go sneak out of the

9    house, out of the back with security, and go to a hotel and

10   just stay there.  So I went to the London Hotel on Sunset.

11   Q.  OK.  In Los Angeles?

12   A.  Yes.

13   Q.  And just to back up to when you were in the car, who else,

14   if anyone, was in the car with you and Sean during the drive

15   where he was stomping on your face?

16   A.  During the drive, I remember an assistant and the security

17   driver, Bonds, the driver, security.

18   Q.  And Bonds is the same person who ran after you when you ran

19   away?

20   A.  Um-hmm.  Yeah.

21   Q.  Did you say yes?

22   A.  Yes, sorry.

23   Q.  And you testified that you went to -- Sean told you to go

24   to the London Hotel after he saw you, is that right?

25   A.  Yeah, he had security bring me there and, like, sneak into

SA-82

767

P5EsCOM3

1   the hotel.

2   Q.  When you say sneak in, what do you mean by that?

3   A.  I was just covered up because nobody could see me like

4   that.

5   Q.  When you say you were covered up, what part of your body

6   was covered up?

7   A.  Mostly my face.  My head.

8   Q.  Approximately how long were you at the London Hotel?

9   A.  I stayed that week, for about a week, maybe a little more.

10  Q.  Did you want to stay at the London Hotel?

11  A.  No.  Um, the next day and I actually -- actually, I was

12  trying to go home to my mom.

13  Q.  OK.  Did you tell anyone you wanted to go home to your mom?

14  A.  I did.

15  Q.  Who did you tell?

16  A.  I told security.  I told the assistant that came and

17  brought me ice cream.

18  Q.  Who from security, if you remember, did you tell?

19  A.  Bonds.

20  Q.  OK.  And the assistant who brought you ice cream, do you

21  recall the name of that individual?

22  A.  Genevieve.

23  Q.  Besides security and Genevieve, who else, if anyone who

24  worked for Sean, came to check on you while you were in the

25  hotel?

SA-83

775

P5EsCOM3

1   ask, but I'm not sure that that is the one.

2   BY MS. JOHNSON:

3   Q.  Ms. Ventura, at this point, have you been dating Sean for a

4   few years?

5   A.  Yes.

6   Q.  What did you think Sean would do if you asked to go to the

7   party?

8   A.  I thought he would say no.

9   Q.  OK.  When you were at the party, what happened?

10  A.  Um, we arrived and went downstairs.  There weren't that

11  many people there, and Prince wasn't performing yet.  So we

12  were just there, and I saw some executives, from like, BET.  I

13  saw different people that I knew through Sean, and then

14  suddenly I heard that he was there.

15  Q.  And when you say he, who were you talking about?

16  A.  Sean.

17  Q.  You mentioned you went to the party with your girlfriends?

18  A.  Um-hmm.

19  Q.  Have we spoken about any of the girlfriends that were

20  present at this trial?

21  A.  One of them.

22  Q.  Who was that?

23  A.  Natalie.

24  Q.  Anyone else, if you remember?

25  A.  And Mia.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-84

776

P5EsCOM3

1   Q.   OK.  When Sean arrived at the party, what did you do?

2   A.   I left.  I heard he was there and then I caught a glimpse

3   of him, so I ran out as fast as I could, um, to the front yard.

4   Q.   Why did you run out as fast as you could?

5   A.   Because I could tell he was angry.  I knew he was angry at

6   me.

7   Q.   How could you tell he was angry?

8   A.   His facial expressions.  And he came after me, so, yeah.

9   Q.   When you ran out of the party, who else, if anyone, ran out

10  with you?

11  A.   Um, Mia, I believe, ran out with me.

12  Q.   And what, if anything, do you remember about what happened

13  after you ran out of the party?

14  A.   It's a little fuzzy, but the most distinct memory I have is

15  like running and falling into the bushes in the front yard.

16  And, like, I don't know if at that point he was over me.  I

17  have no idea.  I just remember falling in the bushes, and then

18  getting up quickly and getting in the car to get back to the

19  hotel.

20  Q.   And did you see Sean again after Prince's house?

21  A.   Yes, he came to the Beverly Hills Hotel where I was

22  staying.

23  Q.   And you mentioned earlier that Mylah was in your hotel

24  room, is that right?

25  A.   Yeah.  She was asleep on the couch in the living room.

SA-85

P5EsCOM3

1  Q.  And when Sean came to the hotel what happened?

2  A.  When he came to the hotel, he just burst in the room, and I

3  didn't want Mylah to see or hear anything.  So we went in the

4  bedroom.  Um, and we were in a bad fight, and he beat me up in

5  that room.  He was throwing luggage at me.  Just calling me all

6  kinds of names.

7  Q.  After the hotel, where did you go?

8  A.  After the hotel, Mylah helped pack me up, and we went and

9  stayed at her house in L.A.

10 Q.  How long were you there?

11 A.  I would say for about three to four days, maybe.

12 Q.  What, if any, visible injuries did you have from the fight

13 with Sean?

14 A.  Um, bruising on my face, knots on my head, just -- it was

15 always, like, a little bit similar whenever I would get hurt.

16        MS. JOHNSON:  Ms. Gavin, can you please pull up for

17 identification for the court and the parties only Government

18 Exhibit 2A-501.

19 Q.  Ms. Ventura, do you recognize who is depicted in Government

20 Exhibit 2A-501?

21 A.  Yes.

22 Q.  Who is that?

23 A.  That's Scott Mescudi or Kid Cudi, as people know him.

24 Q.  And how do you know Mr. Mescudi?

25 A.  We dated in 2011.  We worked together for a brief period.

SA-86

P5EsCOM3

1   when I was in the room, he told me about videos that he had

2   that he was going to release, and how he was going to hurt

3   Scott and I.  Um, so that was all said there, and then I just

4   -- I ultimately just left.

5   Q.  When Sean mentioned videos that he had that he was going to

6   release, what videos is he referring to?

7   A.  To freak-off videos of me.

8   Q.  What happened when you were leaving?

9   A.  When I was leaving, I was more than ready to go.  He, Sean,

10  kicked me in my back on the way out.  So I had just a big

11  bruise on my back.  I fell to the floor and, yeah, yeah.  And

12  then left.

13  Q.  What, if any, injuries did you have from being kicked in

14  the back?

15  A.  I had a large bruise on my back.  I had -- it's fuzzy.  The

16  day is fuzzy, but I had bruises in other places on my body.  I

17  just remember that one significantly because he literally

18  kicked me with the bottom of his foot in my back.

19  Q.  And after leaving Sean's house, where did you eventually

20  go?

21  A.  I eventually went to -- I went to my hotel first to get my

22  stuff, the hotel that had the burner phone.

23  Q.  What was the condition of your hotel room?

24  A.  It was just torn up.  There was -- somebody peed all over

25  the floor in the bathroom.  My clothes were everywhere.  All

SA-87

793

P5EsCOM3

1   A.  Scott said, What about my vehicle?  And Sean said, What

2   vehicle?  And that was the end of the meeting.

3           MS. JOHNSON:  Ms. Gavin, can you please pull up for

4   identification Government Exhibit 9N-101 and 9N-102.

5   Q.  Ms. Ventura, do you recognize what's depicted in Government

6   Exhibit 9N-101?

7   A.  Yes.

8   Q.  What's that?

9   A.  That's me and Sean with our friends in Kingston, Jamaica,

10  at Sound Clash.

11  Q.  And approximately what year were you in Jamaica with Sean

12  for Sound Clash?

13  A.  I'm not positive, but I want to say around '13, '14.  I'm

14  not 100 percent, though.

15  Q.  Directing your attention to the image on the right, what is

16  the image on the right?

17  A.  The image on the right is a zoomed-in photo of my eyebrow

18  and forehead bruise and swollen.

19  Q.  Are these fair and accurate images from you being in

20  Jamaica at or around 2013 or 2014?

21  A.  Yes.

22          MS. JOHNSON:  The government offers Government Exhibit

23  Exhibits 9N-101 and 9N-102.

24          MS. ESTEVAO:  No objection.

25          THE COURT:  They will be admitted.

SA-88

794

P5EsCOM3

1          (Government's Exhibits 9N-101 and 9N-102 received in

2    evidence)

3          MS. JOHNSON:  Ms. Gavin, can you please publish these

4    exhibits for the jury.

5    BY MS. JOHNSON:

6    Q.  Directing your attention to the photograph on the right,

7    Government Exhibit 9N-102, can you describe what injury this

8    photograph depicts?

9    A.  Um, it looks, to me, like a black eye.

10   Q.  What, if anything, do you recall about getting a black eye

11   in Jamaica?

12   A.  I recall getting a black eye.  I don't remember exactly the

13   whole story leading up.  I know that Kerry Morgan and I hid

14   underneath a tractor for several hours just trying to hide.  I

15   don't remember the exact, how I got the injury.  I know I was

16   hit, but I don't know.

17         MS. ESTEVAO:  Objection.

18         THE COURT:  Overruled.

19   Q.  Who were you and Kerry Morgan hiding from?

20   A.  Sean.

21   Q.  And who gave you the black eye?

22   A.  Sean.

23         MS. JOHNSON:  You can take those down now, Ms. Gavin.

24   Q.  Ms. Ventura, I'm pulling up for identification Government

25   Exhibit 3Q-104.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-89

795

P5EsCOM3

1          Do you recognize who's depicted in this photo?

2   A.  Yes.  That's me in Sean's bathroom on Mapleton.

3   Q.  And what is the date of the photo?

4   A.  September 18, 2015.

5   Q.  Is that a true and accurate photograph of you on

6   September 18, 2015?

7   A.  Yep.

8          MS. JOHNSON:  The government offers Government Exhibit

9   3Q-104.

10          THE COURT:  Any objections?

11          MS. ESTEVAO:  No objection.

12          THE COURT:  It will be admitted.

13          (Government's Exhibit 3Q-104 received in evidence)

14   BY MS. JOHNSON:

15   Q.  Ms. Ventura, can you explain to the jury why you were in

16   Sean's house on September 18, 2015?

17   A.  I was staying there to recover from a weekend in Las Vegas

18   where I got a black eye and some bruising.

19   Q.  What happened in Las Vegas?

20   A.  In Vegas, Sean was hosting a party.  And after the party,

21   there was an after-party in our suite.  And the bedroom was

22   adjoining with the living room.  I was talking to a manager,

23   and Sean tapped me and told me to come in the next room.  And

24   he beat me up in that room, in the adjoining room.

25   Q.  What specifically did Sean do to beat you up in the

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-90

P5EsCOM3

1   adjoining room?

2   A.  Um, I mean, he punched me, kicked me.  I was trying to run

3   away and I made it into the bathroom.  I just remember going

4   into, like, where the actual toilet was in the stall and trying

5   to close and lock the door.

6         Um, and then I ended up just underneath the toilet,

7   just trying to cover myself while he was kicking me.  I ran out

8   to the bath -- like, it was a big bathroom -- just trying to

9   get away from him screaming.

10  Q.  How did this incident end?

11  A.  It ended when security and management came in the room

12  finally.

13  Q.  Who from security came in the room?

14  A.  D Rock.

15  Q.  And who from management came from the room?

16  A.  James Cruz.

17  Q.  How did D Rock react when he saw you?

18  A.  When D Rock saw me, he started to cry.  They both kind of

19  teared up.

20  Q.  What, if any, visible injuries did you have?

21  A.  I had black eyes, golf ball-sized knot on my forehead,

22  busted-up lip.

23  Q.  Ms. Ventura --

24        MS. JOHNSON:  I'm sorry, Ms. Gavin, can you take down

25  this exhibit and please pull up for identification Government

SA-91

P5EsCOM3

1   Q.  When you say scripts, are you referring to prescriptions?

2   A.  Yes.

3   Q.  Whose name, if you know, would those prescriptions be in?

4   A.  Anybody's name.  An assistant, my own name.  Um, yeah.

5   Whoever's name hadn't been used a lot.

6   Q.  When you say hadn't been used a lot, can you explain what

7   you mean by that?

8   A.  Um, when you're getting a controlled substance and you're

9   doing it frequently, you can only get a certain amount after a

10  certain point.  Um, so, yeah.

11  Q.  When you say assistants, whose assistants names would be

12  used?

13  A.  Sean's.

14  Q.  During your relationship with Sean, the entirety of the

15  relationship, all approximately ten years I'm talking about,

16  how would you describe your dependency on opiates?

17  A.  I heavily depended on opiates.

18  Q.  Do you use any illegal drugs today?

19  A.  I do not.

20  Q.  When did you last use any illegal drugs?

21  A.  Illegal drugs, in 2022.

22  Q.  How did you stop using drugs?

23  A.  I went to rehab.  I sought professional help.

24  Q.  Turning to a slightly different topic.

25          I would like to direct your attention to your

SA-92

P5EsCOM3

1   brother's birthday party in Connecticut in, I think, around

2   2013.

3   A.   Um-hmm.

4   Q.   Do you remember that party?

5   A.   Yes, I think it was his 30th.  Yeah.

6   Q.   What happened at that party?

7   A.   That party, at the end of the party, everybody was kind of

8   leaving and scattering and going to other places, other bars.

9   And the party was at a family friend's bar.

10          And my mother told me that somebody was taking a

11  picture of me, and I was intoxicated and, um, I got into a

12  fight with the girl outside of the bar.

13  Q.   What did you do?

14  A.   I pulled her out of the car, asked her if she was taking

15  pictures, and I was punching her in the head.

16  Q.   You testified earlier that your relationship with Sean

17  ended around 2018.

18          Do you recall that testimony?

19  A.   Yes.

20  Q.   Can you describe your physical health in the approximate

21  year leading up to your end of your relationship with Sean?

22  A.   My physical health?

23          I was definitely going through a period of, like,

24  these episodes that I later figured out were, like, PTSD

25  episodes.  I would black out.

SA-93

1329

P5GCcom6          Ventura - Redirect

1   agency and autonomy that you mentioned?

2   A.  Yeah.

3   Q.  Do you remember when defense counsel asked you yesterday if

4   freak-offs were a special time that you cherished?

5   A.  Yeah.

6   Q.  How would you describe the experience of an escort

7   urinating in your mouth while you were on the floor?

8          MS. ESTEVAO:  Objection.

9          THE COURT:  Sustained.

10  Q.  How many times did Sean insist you have a freak-off when

11  you still had a UTI?

12  A.  All the time, frequently.

13  Q.  And did Sean beat you during freak-offs?

14  A.  Yes.

15  Q.  Once or more than once?

16  A.  More than once.

17  Q.  How did you --

18  A.  Sorry.  You could continue.  I'm sorry.  You can go on.

19  Q.  How did you feel during the freak-offs when Sean beat you?

20  A.  Worthless, just like dirt, like I didn't matter to him, but

21  that I was nothing, like absolutely nothing.

22  Q.  At the beginning of your relationship, were you open to

23  freak-offs?

24  A.  I was open in the very beginning to trying it.

25  Q.  Did defense counsel show you a number of messages that

SA-94

1598

P5JsCOM3                          Morgan - Direct

1   A.  Yes.

2   Q.  And approximately when was that?

3   A.  Um, I believe that was January of 2013.

4   Q.  Why were you in Jamaica?

5   A.  For vacation.

6   Q.  Who was on that vacation?

7   A.  Originally it was me, Casandra, our friend Nellie and his

8   daughter, my friend Lucas, his son, and another friend little

9   cash and then halfway through, Sean came and joined us.

10  Q.  Where were you when you saw the assault?

11  A.  Um, I had -- I was -- when I saw it?  I was originally in

12  the bar area and then I heard Cassie screaming so I ran into

13  the hallway where she was.

14  Q.  And who was around in that location where you were in the

15  bar area?

16  A.  At that time, no one.

17  Q.  What about right before you heard the screams?

18  A.  Cassie, Sean and I were all in the bar.

19  Q.  OK.  And then what, if anything, happened before the

20  screams happened?

21          Can you talk through that chain of events?

22  A.  Cassie, um, had gone to the bathroom.  And then after a few

23  minutes, Sean said she's taking too long.  So he left me -- I

24  was just in the bar by myself, and then a few minutes later, I

25  heard her screaming.

SA-95

1599

P5JsCOM3                     Morgan - Direct

1   Q.  And how would you describe her scream?

2   A.  Like, guttural.  Like, terrifying.

3   Q.  What did you do?

4        What did you see next after you heard her screaming?

5   A.  So, I heard her screaming and I went to the hallway.  The

6   hallway was extremely long.  And they were coming out of the

7   master bedroom and he was dragging her by her hair on the

8   floor.

9   Q.  And how far did you see him drag her by her hair?

10  A.  I saw -- I only saw -- I probably saw, like, ten feet, and

11  then I ran back to get my purse so that we had credit cards and

12  a phone and stuff.  And when I came back, um, they were

13  outside, so I didn't actually see him drag her all the way down

14  the hall.

15  Q.  Just to confirm, the person who was screaming, it was

16  Cassie, is that right?

17  A.  Yes.

18  Q.  And the person who was being dragged was Cassie?

19  A.  Yes.

20  Q.  And the person who was dragging her by the hair was

21  Mr. Combs?

22  A.  Yes.

23  Q.  Why did you go and get your, like, purse?

24  A.  We were in Jamaica.  I didn't know where we were going to

25  go.  Like, if we had to run away or if -- I didn't know what to

SA-96

1600

P5JsCOM3                           Morgan - Direct

1   do.  If we had to get a cab, I don't have any money.

2   Q.  What did you see next?

3   A.  Um, when I came -- excuse me.

4        When I came back to the front, they had been -- they

5   were outside in the front, like, outside the front doors in the

6   driveway.  So where I was coming from to get my bag, it was,

7   like, a long thing until the front door, but the doors were

8   open.  And I saw him push her on the ground and she hit her

9   head on the brick.

10  Q.  And also, Ms. Morgan, there is water in front of you if you

11  need to have a drink.

12  A.  Thank you.

13  Q.  How did you see Ms. Ventura react after she hit her head on

14  the brick?

15  A.  She didn't move.

16  Q.  And how was her body positioned?

17  A.  She fell -- she fell on her side, so she was, like, this

18  and her hands were kind of out.  She was, like, a loose fetal

19  position, I would say.

20  Q.  Were her eyes opened or closed?

21  A.  Closed.

22  Q.  And what, if anything, was she saying when she was in that

23  position?

24  A.  Nothing.

25  Q.  What went through your head when you saw that?

SA-97

P5JsCOM3                        Morgan - Direct

1    A.  I thought she was knocked out.

2    Q.  How long did she not move for?

3    A.  I would say like 20, 30 seconds.

4    Q.  What happened next?

5    A.  Um, Sean and I were yelling at each other.  And while we

6    were arguing, she got up and ran into, like, a wooded area

7    barefoot.

8    Q.  And what did you do?

9    A.  Um, I jumped in a golf cart that was -- there was two golf

10   carts in the driveway, in a circle driveway.  I got in one car,

11   Sean went in the other one.  We went different ways looking for

12   her.

13   Q.  And did you ever find her?

14   A.  Yes.

15   Q.  What happened then?

16   A.  Um, I was, like, Cassie, Cassie.  Like, she came running

17   outs of the woods.  She got in the car.  I turned the lights

18   off.

19          We drove, I think -- I don't remember where we parked

20   the golf cart, but we ended up hiding in a ditch.

21   Q.  How were you positioned when you were hiding in the ditch?

22   A.  Crouched down.

23   Q.  What about Cassie?

24   A.  Same.

25   Q.  What tone of voice were you speaking in?

SA-98

1602

P5JsCOM3                          Morgan - Direct

1   A.  Whispers.

2   Q.  And why were you whispering?

3   A.  We could hear, um, Sean, and our friend Lucas had joined

4   him to look for us, going back and forth around the community.

5   Q.  How long were you crouched in the ditch for?

6   A.  I'm not sure exactly, but it felt like hours.

7   Q.  How do you recall this incident ending?

8   A.  We went back to the house, eventually.

9   Q.  And do you remember exactly why you went back to the house?

10  A.  No.

11  Q.  Stepping back, what did you notice about Cassie's

12  appearance after she fell and hit her head?

13  A.  She had a really big bump on her -- on her forehead.

14  Q.  Do you know if she ever received any medical attention?

15  A.  I don't believe she did.

16  Q.  OK.  Before we move on, are these two occasions the only

17  times that you ever saw Mr. Combs assault Cassie?

18  A.  No.

19  Q.  You saw additional times?

20  A.  Yeah.

21  Q.  Are these times the ones that you remember best?

22  A.  Yes.

23  Q.  And why is it -- and how --

24          What would you describe your memory of the other times

25  as?

SA-99

1603

P5JsCOM3                         Morgan - Direct

1   A.  Um, just the other times wouldn't -- were just not as big

2   of a deal, just, like, a little push or a slap or something.

3   Q.  During those times you saw violence, did you ever see

4   Cassie fight back?

5   A.  Um, eventually, yeah.

6   Q.  Can you describe what you saw from her?

7   A.  I don't -- I don't remember, but I know she started

8   fighting back.

9   Q.  Who initiated the violence in each of those instances?

10  A.  I believe Sean.

11  Q.  Did you ever see injuries on Mr. Combs from what Cassie

12  did?

13  A.  No.  No.

14  Q.  OK.  Directing your attention to March 6, 2016, where were

15  you staying on that date?

16  A.  Um, Cassie's house.

17  Q.  Why were you staying there?

18  A.  I was visiting.  I don't remember.

19  Q.  Where was that house?

20  A.  Um, on Comstock in Los Angeles.

21  Q.  Do you remember what, if any, event Cassie had around that

22  time?

23  A.  She had her first movie premiere for *The Perfect Match*.

24  Q.  Did there come a time that day when you were alone in the

25  apartment and Cassie came back?

SA-100

P5JsCOM5                    James - Direct

1   Q.  What, if any, conversations did you have with Cassie?

2   A.  I can remember having two conversations with Cassie over

3   the course of my career.  They weren't very frequent, but those

4   two, I do remember.

5   Q.  Starting with the first conversation you remember, can you

6   describe to the jury that conversation?

7   A.  Yeah.

8          We were in Star Island.  This was probably within the

9   first year of my tenure with Mr. Combs.  And it was me, her

10  friend, I think her name was Kerry Morgan, and Cassie.  We were

11  standing out on a dock on Star Island and we were smoking

12  cigarettes.  And Cassie said to me, she said, Man, this

13  lifestyle is crazy.  I was, like, Yeah, this lifestyle is

14  crazy.  You know, I was thinking about how many hours we work,

15  how much we travel.  Um, I told her, I said, Cassie, if it's so

16  crazy, why don't you just leave and get out.  She was, like, I

17  can't, I can't get out, you know.  Mr. Combs oversees so much

18  of my life.  He's -- he controls my music career, he pays for

19  my apartment, he gives me an allowance, essentially a salary.

20  I just didn't think that she could easily leave.

21  Q.  You mentioned Star Island.

22         Can you explain to the jury what Star Island is?

23  A.  Star Island is a location in Miami.  It's a neighborhood

24  that is its own private island that's very famous.

25  Q.  And that is where Mr. Combs' residence in Miami was

SA-101

P5KCcom4                    Hayes - Redirect

1   she never appeared to you to be under the influence of drugs,

2   correct?

3   A.  She did not.

4   Q.  And you never saw any filming either, correct?

5   A.  I did not.

6   Q.  And you never saw any violence, correct?

7   A.  I did not.

8           MR. DONALDSON:  Mr. Hayes, I wish you good luck on the

9   success of your book.  Thank you very much.

10          THE WITNESS:  I appreciate that.

11          THE COURT:  Ms. Foster.

12          MS. FOSTER:  Yes, just a few questions.

13  REDIRECT EXAMINATION

14  BY MS. FOSTER:

15  Q.  Hello, Mr. Hayes.  You mentioned on cross-examination that

16  there was one time when you thought Ms. Ventura was enjoying

17  herself; is that right?

18  A.  Yes.

19  Q.  And what made you, on that occasion, think that Ms. Ventura

20  was enjoying herself?

21  A.  Well, it was actually the first time we had unprotected

22  sex.

23  Q.  Without the details, just, what did she do that made you

24  think she was enjoying herself?

25          MR. DONALDSON:  Objection, Judge.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-102

P5MMCOM1                    Kaplan - Direct                    2276

1    A.  It was in the second half of 2015.

2    Q.  Where were you when this happened?

3    A.  On Mr. Combs' jet.

4    Q.  On his private plane?

5    A.  Yes.

6    Q.  Who else was on the jet with you?

7    A.  Other team members, security, management.  I don't remember

8    exactly.

9    Q.  Let's break that down.  You were on the jet?

10   A.  Yes.

11   Q.  And security was on the jet?

12   A.  Yes.

13   Q.  And you said other team members were on the jet?

14   A.  Yes.

15   Q.  And other than those people, who else was on the jet?

16   A.  Mr. Combs and Cassie.

17   Q.  Where was the jet flying to?

18   A.  Las Vegas.

19   Q.  Could you describe for the jury what the layout of the jet

20   was, please.

21   A.  Sure.  You walk up the steps.  At the top of the steps, if

22   you look left, it's the cockpit.  If you look right, there are

23   four captains chairs, two and two facing one another.  As you

24   continue down, if you're facing on the right side, there is a

25   picnic table with more seats.  There is a bench facing that.

SA-103

P5MMCOM1                    Kaplan - Direct                    2277

1   And then you run into a partition with two sliding doors, and

2   then there was a bedroom or a bed area in the back.

3   Q.  So behind the partition there was a bed area?

4   A.  Yes.

5   Q.  Before the violence you witnessed started, where were you

6   on the jet?

7   A.  I was sitting at the picnic table with my back to the door.

8   Q.  By the door, do you mean that partition you talked about?

9   A.  Yes.

10  Q.  And who was behind the partition?

11  A.  Mr. Combs and Cassie.

12  Q.  How is the partition positioned?

13  A.  It was ajar.  It was more open than it was closed.

14  Q.  So what part of the back of the plane were you able to see

15  from where you were sitting?

16  A.  I had a partial view over my right shoulder into the back.

17  Q.  And who was in front of you on the plane toward the

18  cockpit?

19  A.  Everyone else.

20  Q.  So security, everyone else who was traveling with you was

21  further to the front of the plane?

22  A.  Correct.

23  Q.  How did you first notice that something was happening?

24  A.  I heard a glass break.

25  Q.  From what direction did you hear glass break?

SA-104

P5MMCOM1                    Kaplan - Direct                    2278

1  A.  Behind me.

2  Q.  Can you describe the sound you heard.

3  A.  It was a glass crash shatter.

4  Q.  What did you do when you heard that glass shatter?

5  A.  I looked over my right shoulder.

6  Q.  And what did you see in the back of the plane when you

7  looked over your right shoulder?

8  A.  I saw Mr. Combs standing over Cassie.

9  Q.  Can you describe for us how Cassie's body was positioned.

10 A.  Yeah.  She was on her back and her legs were extended up in

11 a way that would indicate that she was trying to create space

12 between the two of them.

13 Q.  Was she lying on her back on the floor?

14 A.  Yes.

15 Q.  And what was Mr. Combs doing?

16 A.  He was standing above her, over her.

17 Q.  What, if anything, was in his hand?

18 A.  He had another glass in his hand that he was holding up.

19 Q.  He was holding it up above Cassie?

20 A.  Yes.

21 Q.  What did that glass look like?

22 A.  It was a rocks, a whiskey rocks glass.

23 Q.  As this was happening, what, if any, voices could you hear

24 from that back of the plane?

25 A.  I mean, there was tremendous commotion and scuffle, and

SA-105

P5MMCOM1                    Kaplan - Direct                    2279

1   then, after the glass crashed, Cassie screamed, isn't anybody

2   seeing this.

3   Q.  Did Mr. Combs say anything before Cassie said, isn't

4   anybody seeing this?

5   A.  I don't know.

6   Q.  Did you hear his voice at all during this interaction?

7   A.  Yes.

8   Q.  Do you remember what words he said?

9   A.  No.

10  Q.  Do you remember what his tone of voice was?

11  A.  He was angry.

12  Q.  After you looked back and saw Mr. Combs standing over

13  Cassie with a glass in his hand, what did you do?

14  A.  Nothing.

15  Q.  Did you look away?

16  A.  Yes.

17  Q.  After you looked away, what did you hear?

18  A.  Further glass crashing and chaos.

19  Q.  At what point in all of this did Cassie say, isn't anybody

20  seeing this?

21  A.  Maybe a second or two after I turned my head back forward.

22  Q.  Did anyone respond to her?

23  A.  No.

24  Q.  You said you did nothing.  What did security do?

25  A.  Nothing.

SA-106

P5MCcom4                    Morales - Direct                    2430

1   A.  Pictures, you know, on a phone.

2   Q.  Pictures of who?

3   A.  Of Cassie.  Sorry.

4   Q.  Other than when you were doing Cassie's makeup, how often

5   did you see or interact with Mr. Combs between 2007 and 2018?

6   A.  Very few.

7   Q.  How many times, if ever, have you seen Cassie with injuries

8   on her face?

9   A.  Just once.

10  Q.  I want to talk about that one time, please.

11  A.  Okay.

12  Q.  What year was this?

13  A.  That was 2010.

14  Q.  What, if any, awards events were going on around this time?

15  A.  Grammy Weekend.

16  Q.  What, if any, parties were going on that Grammy Weekend in

17  2010?

18  A.  The Prince party.

19  Q.  What is a Prince party?

20  A.  The artist named Prince, it was a party at his home, I

21  believe.

22  Q.  Now, what time of day do you remember seeing injury on

23  Cassie's face over Grammy Weekend in 2010?

24  A.  Late at night, early in the morning.

25  Q.  What do you remember doing earlier that same day?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-107

```
    P5MCcom4                  Morales - Direct                 2431
 1  A.  Well, earlier that day, we did a photo shoot and then went
 2  out to dinner, and after that we went back to Cassie's hotel.
 3  Q.  When you say we, who are you talking about?
 4  A.  Cassie and I.
 5  Q.  Just the two of you?
 6  A.  Yes.
 7  Q.  You said you went back to the hotel, did I hear that right?
 8  A.  Yes.
 9  Q.  What hotel, if you remember?
10  A.  The Beverly Hills hotel.
11  Q.  What type of room did you and Cassie go back to at the
12  Beverly Hills hotel?
13  A.  A one-bedroom suite.
14  Q.  What did you end up doing in that suite?
15  A.  I fell asleep.
16  Q.  Where did you fall asleep?
17  A.  I fell asleep on the couch.
18  Q.  In the living room area?
19  A.  In the living room area, yes.
20  Q.  How did you come to wake up after falling asleep on the
21  couch?
22  A.  Well, I'm a light sleeper, so I woke up to a little bit of
23  a commotion.
24  Q.  So what's the first thing you noticed when you woke up?
25  A.  Cassie walked in.
```

SA-108

```
      P5MCcom4                    Morales - Direct                    2432
```

1   Q.  Walked into the hotel room?

2   A.  Yes.

3   Q.  And then where did you see her go?

4   A.  Into the bedroom.

5   Q.  What happened after Cassie came into the room?

6   A.  Sean came in immediately after and asked where she was.

7   Q.  What was his tone of voice?

8   A.  Angry.

9   Q.  Do you remember what he said?

10  A.  Where the fuck is she.

11  Q.  How did you respond?

12  A.  I don't know.

13  Q.  And then what did you see Mr. Combs do next?

14  A.  Walk into the room.

15  Q.  And by the room, what do you mean?

16  A.  The bedroom.

17  Q.  So at that point, who was in the bedroom?

18  A.  Cassie and Sean.

19  Q.  And what did Mr. Combs do after he went into the bedroom

20  after Cassie?

21  A.  Well, the door was shut.

22          MS. ESTEVAO:  Objection.  Withdrawn based on the

23  answer.

24  Q.  Say that again.  I didn't hear the answer.

25  A.  The door was shut.

SA-109

P5MCcom4                    Morales - Direct                    2433

1       THE COURT:  Hold on.  There was an objection, the
2   witness answered.  Let's get a new question.
3   Q.  After Mr. Combs asked where Cassie was, where did you see
4   him go?
5   A.  In the bedroom.
6   Q.  And then what happened to the door of the bedroom?
7   A.  The door was shut.
8   Q.  Once the door was shut, what do you remember hearing behind
9   the bedroom door?
10  A.  Yelling and screaming.
11  Q.  What did you do at that point?
12  A.  I was just frantic and I didn't know what to do.
13  Q.  Do you remember how long there was yelling and screaming
14  going on in the bedroom?
15  A.  I don't recall.
16  Q.  What do you remember happening next?
17  A.  He opens the door and he storms out of the hotel room.
18  Q.  Who's the he?
19  A.  Sean Combs.
20  Q.  And you said you heard yelling and screaming going on in
21  the bedroom.  Whose voices did you hear?
22  A.  The both of them.
23  Q.  Could you describe Mr. Combs's tone of voice?
24  A.  I don't remember.
25  Q.  Do you remember Cassie's tone of voice?

SA-110

P5MCcom4                      Morales - Direct                      2434

1   A.  No, I don't.

2   Q.  When Mr. Combs came out of the bedroom, did you see any

3   visible injuries on him?

4   A.  No.

5   Q.  Do you remember, as you sit here today, one way or the

6   other, whether he said anything to you when he came out of the

7   bedroom?

8   A.  I don't remember.

9   Q.  After he came out of the bedroom, where did he go?

10  A.  Out the door.

11  Q.  So he left the hotel room?

12  A.  Left the hotel room.

13  Q.  What do you remember seeing next?

14  A.  Cassie.

15  Q.  And when you saw Cassie, what did you observe about her

16  appearance?

17  A.  She had a swollen eye and a busted lip and knots on her

18  head.

19  Q.  What was her demeanor?

20  A.  Distraught, upset.

21  Q.  What did you do after seeing these injuries on Cassie?

22  A.  Well, in a hurry, I just, you know, packed her things up

23  immediately.  We wanted to get out of there as soon as

24  possible.

25  Q.  And then where did you and Cassie go?

SA-111

2602

P5RACom3                    Clark - Direct

1   BY MS. STEINER:

2   Q.  What did you do next with Ms. Ventura?

3   A.  She and I went back to Puff's house.

4   Q.  And approximately what time of day is it now?

5   A.  Maybe 11:00, maybe 11:30, somewhere around there.  It

6   started early.

7           MS. STEINER:  Ms. Foster, can you please put up what's

8   in evidence as Government Exhibit 2B-101.

9   Q.  What does this photograph depict?

10  A.  This is Puff's second rental house in Los Angeles.

11  Q.  Is this the 9374 Beverly Crest address?

12  A.  It is.

13  Q.  Is this where he was living in 2011?

14  A.  It is.

15  Q.  Who is present in the house when and you Ms. Ventura

16  arrived?

17  A.  Puff and Rube.

18  Q.  Can you just indicate for the jury where you entered the

19  house?

20  A.  This visual is of the back of the house.  We entered on the

21  front side on the top level of the house into the vestibule.

22  Q.  So did you enter through the vestibule at the top of the

23  house?

24  A.  Yes.

25          MS. STEINER:  We can take that down.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-112

2603

P5RACom3                    Clark - Direct

1   Q.  What happened after you and Ms. Ventura entered the

2   vestibule of the house?

3   A.  Puff was standing there in a robe and his underwear and he

4   immediately began kicking Cassie.

5   Q.  Can you describe how Mr. Combs was kicking Ms. Ventura?

6   A.  100 percent full force, in her legs to begin with.  She was

7   facing him to start, and he kicked her in her -- in like the

8   thigh and her leg.  He kept kicking her.  He never used his

9   hands.

10  Q.  And you said he kept kicking her.  Was he kicking her more

11  than once?

12  A.  Yes.  He repeatedly kicked her and she just kept -- each

13  kick, she would crouch into more and more of a fetal position.

14  Q.  And as Ms. Ventura was crouching more and more into a fetal

15  position, can you describe where she was physically located?

16  A.  Outside.  By now, we were in the courtyard of the home,

17  just outside of the vestibule.  Every time she kicked, she

18  moved back -- every time she got kicked, she moved back.

19  Q.  And approximately how far back did Ms. Ventura get moved

20  back from the kicks?

21  A.  Couple steps each time.

22  Q.  And in total?

23  A.  All the way to the street.

24  Q.  Approximately how far is that?

25  A.  Maybe 20 feet.

SA-113

2604

P5RACom3                        Clark - Direct

1    Q.  And you said that Ms. Ventura kept crouching further into

2    the fetal position; is that correct?

3    A.  Yes.

4    Q.  And by the time she reached the street, can you describe

5    what her body looked like?

6    A.  She was all the way on the ground in full fetal position.

7    Q.  What was Mr. Combs doing to Ms. Ventura in the street when

8    she was on the ground and in full fetal?

9    A.  She wasn't doing anything.  She was crying silently.

10   Q.  What if anything was Mr. Combs doing to her?

11   A.  Kicking her.

12   Q.  Where was he kicking her when she was on the ground?

13   A.  He back.

14   Q.  Anywhere else?

15   A.  It was her back, her backside.  She was here, so whatever

16   was revealed, what was ever off the ground side, he was kicking

17   her.

18   Q.  How far were you from Ms. Ventura while this was happening?

19   A.  No more than 5 feet.

20   Q.  Was Rube present?

21   A.  He was.

22   Q.  And how far was he from Ms. Ventura?

23   A.  No more than 5 feet.

24   Q.  What if anything did Mr. Combs tell you while he was

25   kicking Ms. Ventura?

SA-114

2621

P5RACom3                    Clark - Direct

1    A.  Sean Combs.

2    Q.  And who if anyone provided approval to Ms. Ventura's

3    projects?

4    A.  Sean Combs.

5    Q.  And what projects of Ms. Ventura's required approval by

6    Mr. Combs?

7    A.  All of them.

8    Q.  Can you describe what they might include?

9    A.  Oh, mini-movie, video shoot, photo shoot, red carpet look,

10   schedule, what day we're -- you know, soup to nuts.  We needed

11   to get approval for our movement as it related to Cassie.

12   Q.  Based on your observations of Ms. Ventura during this

13   period, what if any changes did you notice in her drug use?

14   A.  She was much worse off.

15   Q.  Was there an increase in her drug use?

16   A.  Absolutely.

17   Q.  Was she still dating Mr. Combs during this period?

18   A.  She was.

19   Q.  And when did you leave this position?

20   A.  2018.

21   Q.  And is that the last time you worked with Ms. Ventura?

22   A.  Yes.

23   Q.  I want to direct your attention finally to December of

24   2023.

25   A.  Yes.

**SA-115**

P5SsCOM3                          Nash - Direct

1   A.  Outfits that she would wear, yes.

2   Q.  And who would you send pictures of those outfits to?

3   A.  Puff.

4   Q.  What, if any, conversations would you then have with

5   Mr. Combs about those outfits?

6   A.  We would pick which one he liked, and that's usually the

7   one we went with.

8   Q.  I want to direct your attention to the year 2014.

9           Did you attend a Vanity Fair party that year?

10  A.  Yes.

11  Q.  Could you explain what a Vanity Fair party is, please?

12  A.  A Vanity Fair party is the Oscars after-party.

13  Q.  Who did you attend the Vanity Fair party with in 2014?

14  A.  Puff, Cass, Derek, and a couple other people from the team.

15  Q.  Who did you arrive at the party with?

16  A.  Cassie.

17  Q.  When you and Cassie arrived at the party, who else was

18  already there?

19  A.  Puff.

20  Q.  What interactions did you have with Mr. Combs at that

21  Vanity Fair party?

22  A.  He said, I thought I fucking told y'all that she needed to

23  wear her hair up.

24  Q.  Let me back up.

25          How was Ms. Ventura's hair styled when you arrived at

SA-116

2955

P5SsCOM3                         Nash - Direct

1    the party?

2    A.  Oh, she looked bomb.  Her hair was down --

3              MR. DONALDSON:  Objection.

4    A.  -- all the way to her shoulders.

5              THE COURT:  It's overruled.

6    A.  She -- her hair was, like, down, cut straight.

7    Q.  And when Mr. Combs came and had this conversation with you,

8    what did he say?

9    A.  I thought I told you she need to wear her hair up.

10   Q.  What did Mr. Combs do physically when he said that to you?

11   A.  Grabbed me by my jacket and lifted me up.

12   Q.  What was Mr. Combs' tone as he was grabbing you by your

13   jacket and lifting you up?

14   A.  Angry.

15   Q.  How did you respond?

16   A.  I just started asking people in the party for hair pins.

17   And I told Derek he needed to go deal with her and take them to

18   the bathroom, and they went to go fix her hair in the bathroom.

19   Q.  Who went to the bathroom?

20   A.  Derek Roche, Puff, and Cassie.

21   Q.  What happened after?

22   A.  Oh, when he came out, he said, Y'all was right.  It does

23   look better down.

24   Q.  Who said that?

25   A.  Puff.

SA-117

2981

P5SACom4                    Nash - Direct

1   A.  Drake's music festival.

2   Q.  Right before the violence started, where was Cassie in the

3   apartment?

4   A.  On the couch sleep.

5   Q.  She was asleep?

6   A.  Yes.

7   Q.  Where were you?

8   A.  Between the living room where she was sleeping and her

9   second bedroom, which was where her closet was, packing.

10  Q.  And do you remember where Mia was?

11  A.  No.

12  Q.  Who came to the door?

13  A.  I did.

14  Q.  Did you hear a knock at the door?

15  A.  Yes.

16  Q.  What did you do in response?

17  A.  I opened it.

18  Q.  Who did you see outside the apartment door?

19  A.  Puff.

20  Q.  What did Mr. Combs say when you opened the apartment door

21  for him?

22  A.  Bitch, didn't I tell you to answer the phone.

23  Q.  Who did you understand he was speaking to when he said

24  bitch, didn't I tell you to answer the phone?

25  A.  Cassie.

SA-118

2982

P5SACom4                     Nash - Direct

1   Q.  What did you see Mr. Combs do after he said that?

2   A.  Grab her by the hair and pull her off of the couch and

3   start hitting her.

4   Q.  When you say grab her by the hair, who did Mr. Combs grab

5   by the hair?

6   A.  Cassie.

7   Q.  And after Mr. Combs grabbed Cassie by the hair, what did he

8   do next?

9   A.  He began to hit her.

10  Q.  Could you tell whether it was with an open or closed fist?

11  A.  Not really, no.

12  Q.  Could you tell how hard he was hitting her?

13          MR. DONALDSON:  Objection.

14          THE COURT:  Overruled.

15  Q.  Could you tell how hard he was hitting her?

16  A.  Pretty hard.

17  Q.  What was Mr. Combs saying as he pulled Cassie by the hair

18  off the couch and hit her?

19  A.  I just remember y'all going to stop fucking with me.

20  Q.  What was Mr. Combs' tone and demeanor?

21  A.  He was in a rage.

22  Q.  Where did you, Mia, and Cassie go after Mr. Combs --

23  immediately after Mr. Combs started hitting Cassie?

24  A.  We ran to her bedroom.

25  Q.  To Cassie's bedroom?

**SA-119**

2983

P5SACom4                          Nash - Direct

1    A.  Cassie's bedroom, yes.

2    Q.  What did you, Mia, and Cassie attempt to do in her bedroom?

3    A.  Try to close the door.

4    Q.  What happened when you, Mia, and Cassie tried to close the

5    bedroom door?

6    A.  Puff pushed it open.

7    Q.  After Mr. Combs pushed the bedroom door open, what did you

8    see him do next?

9    A.  He continued to attack Cassie.

10   Q.  And how was he attacking Cassie?

11   A.  With his fists and kicking her.

12   Q.  And what parts of Cassie's body did you see him kick and

13   hit?

14   A.  I mean, it was so fast.

15   Q.  But did you see him --

16   A.  Yes.

17   Q.  -- make contact with her body?

18   A.  Yes, he made contact, yes.

19   Q.  What did you do to try to help Cassie?

20   A.  I jumped on Puff's back.

21   Q.  How did Mr. Combs react when you jumped on his back?

22   A.  He threw me off.

23   Q.  Where did you land?

24   A.  On the floor.

25   Q.  Were you injured?

SA-120

2984

P5SACom4                    Nash - Direct

1   A.  I was a little sore.

2   Q.  What did Mia do to try to help Cassie?

3   A.  Jump on his back as well.

4   Q.  When you say his back, whose back?

5   A.  Puff.

6   Q.  How did Mr. Combs react when Mia jumped on Mr. Combs' back?

7   A.  She was thrown off as well.

8   Q.  What did Mr. Combs do after throwing you and Mia off of his

9   back?

10  A.  Continued to hit Cassie until her head hit the edge of the

11  bed frame.

12  Q.  What did you see happen after Cassie's head hit the edge of

13  the bed frame?

14  A.  He still continued to hit her for, you know, a short time,

15  and when he noticed the blood, he just panicked.

16  Q.  So what blood did you see after Cassie's head hit the bed

17  frame?

18  A.  Blood coming from her head.

19  Q.  How much blood did you see coming from Cassie's head?

20  A.  A lot.

21  Q.  And did Mr. Combs stop hitting Cassie immediately after her

22  head hit the bed?

23  A.  No.

24  Q.  For about how much longer did he continue to hit her as she

25  was bleeding from the head?

SA-121

2985

P5SACom4                    Nash - Direct

1    A.  A couple of seconds.

2    Q.  After that, at that point, were you still in the room?

3    A.  Yes.

4    Q.  And where was Mia?

5    A.  Getting towels.

6    Q.  And where -- what were the towels for?

7    A.  Cassie's head.

8    Q.  And where was Cassie?

9    A.  She went into the second bathroom.

10   Q.  As you all were leaving the bedroom, what if anything did

11   Mr. Combs say to you, Mia, and Cassie?

12   A.  Look what y'all made me do.

13   Q.  What if any phone calls did you try to make after seeing

14   all the blood from Cassie's head?

15   A.  I tried to call 9-1-1.

16   Q.  What happened when you tried to call 9-1-1?

17   A.  I was immediately told to hang up.

18   Q.  Do you remember who told you to hang up?

19   A.  No.

20   Q.  As you sit here today, can you remember?

21   A.  No.

22   Q.  Did you hang up?

23   A.  Yes.

24   Q.  So did the call connect?

25   A.  No.

SA-122

2989

P5SACom4                        Nash - Direct

1           First, when Mr. Combs referred to "my house," what did
2    you understand he was referring to?
3           MR. DONALDSON:  Objection.
4           THE COURT:  Overruled.
5    A.  Cassie's --
6           MS. COMEY:  You got to wait for the judge.
7           THE COURT:  I said overruled.
8           MS. COMEY:  So sorry, your Honor.
9           THE COURT:  That's okay.  Far away from the mic.
10   Q.  What did you understand he meant when he was referring to
11   "my house?"
12   A.  Cassie's house.
13   Q.  And had you heard how this argument had started in the
14   bedroom?
15   A.  No.
16   Q.  And what did you see Mr. Combs doing to Cassie as he was
17   saying get out of my house?
18   A.  Grabbing her by the hair and the back of her shirt or
19   jacket and was pushing her out the house.
20   Q.  And where did Mr. Combs ultimately push Ms. Ventura?
21   A.  Halfway out of the door.
22   Q.  And after he pushed her there, what did he do to you?
23   A.  He began to do the same to me.  And then he told me to go
24   downstairs and she'll be right down.
25   Q.  You said he did the same to you.  What did Mr. Combs do to

SA-123

2990

P5SACom4                          Nash - Direct

1   you?

2   A.  Well, he was more so popping me in the back of the head,

3   because I don't have hair.  And grabbing me by my shirt and

4   pushing --

5   Q.  When you said he was popping you in the back of your head,

6   what was he doing to your head?

7   A.  Like a, you know, slap.  You pop somebody in the head.

8   Q.  Slapping you with his hand?

9   A.  Yes.  Yes.

10  Q.  Where did you go after Mr. Combs pushed you and Cassie out

11  of the apartment?

12  A.  To get my car from valet.

13  Q.  So did you go downstairs?

14  A.  Downstairs, yes.

15  Q.  And who did you see when you went downstairs?

16  A.  Security.

17  Q.  Whose security?

18  A.  Puff.

19  Q.  Do you remember who from security?

20  A.  No.

21  Q.  What did security say to you when you got downstairs?

22          MR. DONALDSON:  Objection.

23          MS. COMEY:  I can rephrase, your Honor.

24          THE COURT:  Okay.

25  Q.  What if any instructions did security give you when you got

SA-124

3004

P5SACom4                    Nash - Direct

1    Q.  Switching topics a bit.

2            How many times, if any, do you remember seeing

3    Mr. Combs slap Cassie across the face?

4    A.  Once.

5    Q.  Where was this?

6    A.  Outside in the parking lot at a studio.

7    Q.  At which studio?

8    A.  I just remember it was in like North Hollywood.

9    Q.  And who do you remember being in the studio parking lot?

10   A.  It was quite a few people.

11   Q.  About what year was this?

12   A.  2015.

13   Q.  And what did you see happen?

14   A.  I just heard commotion, and I looked over, and by the time

15   I looked over, he slapped her.

16   Q.  Who slapped who?

17   A.  Puff slapped Cassie.

18   Q.  Where?

19   A.  In her face.

20   Q.  What did Mr. Combs say as he slapped Cassie in the face?

21   A.  Get this bitch out of here.

22   Q.  What did you do in response?

23   A.  Got her out of there.

24   Q.  And how did Cassie react to being slapped in the face?

25   A.  She was in tears.

SA-125

3253

P5TMCOM4                    Mia - Direct

1  Q.  When Mr. Combs gets into the apartment, what, if anything,
2  was he saying?
3  A.  He was like screaming at Cass and like screaming but asking
4  like, have you been -- screaming, have you been drinking, at
5  her.  Because she didn't answer the phone.
6  Q.  How close was he to Cassie when he got into the apartment?
7  A.  Very close.  I'm seated here.  My back is to like the
8  balcony, and in front of me, like where you are, is like the
9  entrance to the apartment and it opens up to like a living area
10  combined with a kitchen.  And on where the apartment entrance
11  door is, like where you are, the wall to Cassie's bedroom is,
12  and Cassie was pretty close to the door on that wall, so she
13  was probably like a couple of feet from that entrance door to
14  the right, to my right.
15  Q.  What, if anything, did Mr. Combs do when he was yelling
16  about her drinking?
17  A.  He was -- he then came after like me and Deonte and was
18  screaming the same thing, like, has she been drinking.  He was
19  super upset.  Has she been drinking.  And he was like crazy
20  aggressive.  And he started to attack her.
21  Q.  What did you see when he started to attack her?
22  A.  Like he threw her to the ground.  I saw --
23  Q.  How did you react when Mr. Combs threw Cassie to the
24  ground?
25  A.  I feel like me and Deonte like immediately jumped in and

SA-126

3254

P5TMCOM4                    Mia - Direct

1  tried to stop it because we were all alone as in like -- his --
2  yeah.  We jumped in to try to help.
3  Q.  When you say you jumped in, what did you do?
4  A.  I feel like we were both trying to get him off of her.  But
5  in this quick -- I mean, I don't know how to do that, and I
6  don't know -- Deonte is very small in comparison to Puff, and
7  it happened so fast.  But there was some sort of, I don't know,
8  little tornado going on, and at some point he had Deonte in
9  like a position where I was like scared he was going to like
10 kill him, and I jumped on his back.
11 Q.  What did Mr. Combs do when you jumped on his back?
12 A.  He threw me like against the wall like so quick and so
13 easily, like -- and I realized we were in real danger.
14 Q.  How fast was this all happening?
15 A.  It was so fast, but it felt like I was in slow motion, but
16 it was really fast.
17 Q.  What did Mr. Combs do after he threw you against the wall?
18 A.  He immediately like -- almost like slow motion, like I was
19 sliding down the wall of some sort.  The bedroom was to my
20 left, and he immediately ran in, and I saw him grab Cass, and I
21 like couldn't get there fast enough.  Underneath her bed was
22 like this wood -- like a bed platform, and the corner was like
23 the sharpest, strongest corner I have ever seen, and I just saw
24 him like pick her up, and I thought he is actually going to
25 kill her, and he like slammed her head into the corner, like,

SA-127

3255

P5TMCOM4                    Mia - Direct

1    of the bed.
2    Q.  What injuries did Cassie have as a result of Mr. Combs
3    slamming her head into the bed?
4    A.  She just started like gushing blood, and she had ended up
5    with like a pretty big -- like a scar on her like forehead.
6    Q.  What did Mr. Combs do after Cassie's head was split open?
7    A.  He like immediately snapped into this protecter survivor
8    mode.  He told me like to like get Kala, who was the assistant
9    at the time, who had relationships with the doctors, get Kala
10   on the phone and tell her to call Dr. So and So and tell him
11   that Cassie needs to see them immediately because she was drunk
12   and fell and hit her head.
13   Q.  What did you do after Mr. Combs told you to call Kala?
14   A.  I called Kala.
15   Q.  Why did you do that?
16   A.  Because I thought that was the only way to get her help and
17   because Puff told me to.
18   Q.  Stepping back just a moment, how did Mr. Combs appear when
19   he was in Cassie's apartment?
20   A.  It's like -- his eyes turned like black and he was -- there
21   was like no getting through.  I was trying to get him to stop
22   and it was like he was looking like through me.  And it was the
23   first time that I -- I guess it was the first time I realized
24   like the severe danger that we were actually in.  He was
25   like -- completely like --

**SA-128**

3257

P5TMCOM4                    Mia - Direct

1    Mr. Combs' permission, sometimes scary things would happen.  Do

2    you remember saying that?

3    A.  Yes.

4    Q.  Was there ever a time that you went to a party without

5    Mr. Combs' permission?

6    A.  Yeah.  One time.  Yes, we did.

7    Q.  Who went with you?

8    A.  Cassie.

9    Q.  Whose party did you go to.

10   A.  Prince.

11   Q.  When approximately was this?

12   A.  I think it was either like 2011, 2012, something like that.

13   Q.  Are you estimating?

14   A.  Yes.  I'm estimating.

15   Q.  What was happening the night before the Prince part?

16   A.  I believe it was a big awards show of some sort, and Puff

17   had gotten a suite at the Beverly Hills Hotel to like get

18   ready.

19   Q.  Were you in that suite?

20   A.  Yes.

21   Q.  Was Cassie also?

22   A.  Yes.

23   Q.  What did Mr. Combs tell you to do that night?

24   A.  At the end of the night he told me to stay with Cass, like

25   stay the night with Cass at the hotel.

SA-129

3258

P5TMCOM4                    Mia - Direct

1   Q.  What, if anything, did Mr. Combs say about what he was

2   doing that night?

3   A.  He told me to keep her company and make sure she doesn't

4   come to the house because he was telling her that he was going

5   to be with the kids.

6   Q.  Did you expect to see Mr. Combs that night?

7   A.  No.

8   Q.  So at some point did you learn this party was happening at

9   Prince's house?

10  A.  Yes.

11  Q.  How did you learn that?

12  A.  A good friend of ours called and said that he was -- Prince

13  was having like an intimate party at his house up the street.

14  Q.  What did you do after you got that call?

15  A.  Cass and I debated like little kids if we should sneak out

16  of the house for probably felt like forever.

17  Q.  Did you go to the party at Prince's?

18  A.  Yes.

19  Q.  What happened when you got to the party?

20  A.  We like danced on this purple uplit Plexiglas covering of

21  an indoor pool and hung out with our friends, and Prince

22  performed like on a little table.  We were just having fun.

23  Q.  Did there come a time when Mr. Combs showed up to the

24  party?

25  A.  Yes.

SA-130

3259

P5TMCOM4                          Mia - Direct

1   Q.  What did you see when Mr. Combs showed up?

2   A.  I saw his like bucket hat come through the entrance and

3   made eye contact with him.

4   Q.  So you and Mr. Combs locked eyes?

5   A.  Yes.

6   Q.  How did you react after that?

7   A.  Like oh, crap.  Me and Cass just booked it.

8   Q.  You and Cassie started running?

9   A.  Yes.

10  Q.  Where did you go?

11  A.  We ran through the house, which was quite confusing, and we

12  are trying -- when you make it out to the yard, there was

13  something across the street that looked like -- I don't know if

14  it was woods or not, but somewhere to hide, like bushes, and we

15  were trying to run to hide there.

16  Q.  What happened while you were running?

17  A.  Puff caught Cass.

18  Q.  When you say he caught Cass, what do you mean?

19  A.  Like he caught up to her and had her on the ground.

20  Q.  What happened after Mr. Combs got Cassie to the ground?

21  A.  He started to -- he started to attack her, but Prince's

22  security like swiftly intervened.

23  Q.  Where did you go after you saw Prince's security intervene?

24  A.  I don't remember like if I was hiding or how I got there,

25  but I ended up like hiding at a different hotel.

SA-131

3271

P5TMCOM4                        Mia - Direct

1    of violence between Mr. Combs and Cassie, is that right?

2    A.  Yes.

3    Q.  And you had mentioned earlier that sometimes violence

4    happened when you were on vacation with Mr. Combs and Cassie,

5    right?

6    A.  Yes.

7    Q.  Have you ever traveled to Turks and Caicos with Mr. Combs?

8    A.  Yes.

9    Q.  Where did you go in Turks?

10   A.  We went to an island called Parrot Cay or Parrot Cay.

11   Q.  And how many times have you been to Parrot Cay?

12   A.  Twice.

13   Q.  When approximately did you go?

14   A.  Around 2012.

15   Q.  Who was on these trips?

16   A.  Just me, Puff, and Cass.

17   Q.  Did violence happen on these trips?

18   A.  Yes.

19   Q.  Once or more than once?

20   A.  More than once.

21   Q.  Focusing on violence between Cassie and Mr. Combs in Turks,

22   is there an incident that sticks out in your mind?

23   A.  Yes.

24   Q.  Where were you when you heard about the incident?

25   A.  I was sleeping in my bedroom.

**SA-132**

P5TMCOM4                    Mia - Direct

1   Q.  Did there come a time when you were woken up?

2   A.  Yes.

3   Q.  How were you woken up?

4   A.  I was woken up to Cass running and screaming into the room.

5   Q.  What was Cassie saying?

6   A.  She was screaming for help and saying, you got to help me.

7   He is going to kill me.

8   Q.  What was her tone of voice when she was saying this?

9   A.  Cass is normally very chill, like calm, and it was like the

10  most terrified, like someone screaming for their life.

11  Q.  What did you and Cassie did after she got into your room?

12  A.  We started pushing furniture in front of the door to block

13  it.

14  Q.  What kind of furniture did you move?

15  A.  I just remember it being like heavy wood, like wooden

16  furniture.  The bed was pretty close to the door.  Maybe like a

17  chair and maybe like a trunk of some sort.  Maybe like trying

18  to push the bed, stack them to block the door.

19  Q.  Did there come a time when Mr. Combs got to the door?

20  A.  Yes.

21  Q.  What did he do at the door?

22  A.  He was banging and screaming.

23  Q.  After you all barricaded the door with furniture, what did

24  you do?

25  A.  So there was an entrance to the bedroom that he was at from

**SA-133**

P5TMCOM4                           Mia - Direct

1   A.  Yes.

2           MS. SMYSER:  Ms. Foster, could you please pull up

3   what's in evidence as Government Exhibit 9D-102.

4   Q.  Mia, do you recognize where this photo was taken?

5   A.  Yes.

6   Q.  Where was it?

7   A.  It was on the red carpet at the Cannes Film Festival.

8   Q.  When approximately was this?

9   A.  This was in May of 2012, I believe.

10  Q.  And were you at Cannes that year?

11  A.  Yes.

12          MS. SMYSER:  Could you take that down, Ms. Foster.

13  Q.  Before Cassie got ready for the red carpet, what, if any,

14  injuries did you see on Cassie?

15  A.  She had a busted lip, and I don't remember the other ones,

16  but she was injured.

17  Q.  Where were you when you saw her injuries?

18  A.  I don't remember the first time, but we were -- the first

19  time I remember was in her hotel room.

20  Q.  Who else was in her hotel room?

21  A.  It was me, Cass, and Larry Simms, her hair stylist.

22  Q.  Did you have an understanding of how she got these

23  injuries?

24  A.  Yes.

25  Q.  How did you learn that?

SA-134

3279

P5TMCOM4                    Mia - Direct

1   A.  Cass had taken an audio recording.

2   Q.  What did Cassie say about the audio recording?

3   A.  That it was Puff attacking her.

4   Q.  Did you listen to the audio recording?

5   A.  Yes.

6   Q.  Without getting into what was said on it, did you recognize

7   the voices on the audio recording?

8   A.  Yes.

9   Q.  Whose voices did you recognize?

10  A.  Cass and Puff.

11  Q.  What was Cassie's tone of voice in the audio recording?

12          MR. STEEL:  Objection.

13  A.  Panicked.

14          THE COURT:  Overruled.

15  Q.  You said panicked?

16  A.  Panicked.

17  Q.  What, if anything, was Mr. Combs saying on the recording?

18  A.  He was cursing at her.  I don't remember like the exact

19  words or what he was yelling at her.

20  Q.  What was his tone of voice?

21  A.  It was very, very, very angry.

22  Q.  Besides their voices, what else did you hear on the

23  recording?

24  A.  Like the sound of like -- sound of someone getting hit and

25  being attacked, essentially.

SA-135

4561

P65Wcom4                    Jane - Direct

1   communications after that Miami trip, who pursued whom?
2   A.  Sean.
3   Q.  Sean pursued who?
4   A.  Me.
5   Q.  And what was Sean asking you to do over those messages and
6   phone calls?
7   A.  He was just asking if he could see me, if I would be
8   interested to come to Miami.
9   Q.  And at first how did you respond?
10  A.  At first I was still a little hesitant.
11  Q.  Why were you hesitant at first?
12  A.  Because I was still being considerate of my girlfriend, who
13  still had feelings for him and -- yeah.
14  Q.  What, if anything, changed?
15  A.  My girlfriend ended up getting engaged and she moved
16  overseas and became a fiancée, and so I felt that she was OK
17  and that I could potentially entertain this Sean thing.
18  Q.  And about how long after that Miami trip in November of
19  2020 did your girlfriend get engaged to someone else?
20  A.  Fairly quickly.
21  Q.  So was she seeing her soon-to-be fiancé at the same time
22  she was seeing Sean?
23  A.  Yes.
24  Q.  And after she moved overseas, how did you feel about
25  possibly seeing Sean?

SA-136

4562

P65Wcom4                        Jane - Direct

1    A.  I felt more open to it.

2    Q.  After that, what did you discuss with Sean?

3    A.  I told him that I would actually be in Miami already for an

4    event and that I would like to see him.

5    Q.  So when were you going to Miami already for an event?

6    A.  Late January of 2021.

7    Q.  And did you, in fact, go to Miami in January of 2021?

8    A.  I did.

9    Q.  And what did you and Sean agree to do when you went down to

10   Miami then?

11   A.  He asked if he could get me a hotel for my stay, and I said

12   sure and that we would meet.

13   Q.  What do you remember about the first time you saw Sean on

14   that January 2021 trip?

15   A.  I remember when I first saw Sean, he walks in the door of

16   the hotel room and he was just, like, larger than life.  He had

17   a very big personality, super charming, very, very passionate,

18   even just in how he speaks, and just overall really charming.

19   And he was just immediately immersed in conversation with me.

20   Q.  Where did you spend that first date with Sean?

21   A.  We spent it at the InterContinental Hotel, in a room.  We

22   had dinner there on the balcony.

23   Q.  And how long did your first date with Sean end up lasting?

24   A.  I would say five days.

25   Q.  I want to focus on the beginning of that first date.

SA-137

4563

P65Wcom4                    Jane - Direct

1      At the beginning of that first date, what, if any, past

2   relationships did you discuss with Sean?

3   A.  I was very open with him that I had previously dated

4   somebody who he was really close to and that my -- I understood

5   that my child's father and him had dislikes with one another.

6   And he was very, very vocal that he didn't care, not about my

7   past girlfriend, not about my child's father.  And then the

8   only thing maybe he had concerns about was the person that he

9   was really close to --

10  Q.  I want to make sure we understand that.  So first you said

11  you'd been in a relationship with someone who was really close

12  to Sean, is that right?

13  A.  Yes.

14  Q.  How long before this first date in 2021 had that

15  relationship with someone Sean was close to ended?

16  A.  I would say 2015.

17  Q.  Are you estimating?

18  A.  Yes.

19  Q.  And then you mentioned that your child's father was someone

20  who did not get along with Sean, is that right?

21  A.  Yes.

22  Q.  And how many children do you have?

23  A.  One.

24  Q.  And did you and Sean talk about those two relationships on

25  your first date?

SA-138

4574

P65AСom5                        Jane - Direct

1   Q.  How long did your dating relationship with Sean last?

2   A.  Until his arrest.

3   Q.  Do you know when he was arrested?

4   A.  I think it was August of 2024.

5   Q.  Are you estimating?

6   A.  Yes.

7   Q.  But did your relationship last through 2024?

8   A.  Yes.

9   Q.  At some point during the period between 2021 and 2024, did

10  you and Sean take any breaks from your relationship?

11  A.  Yes.

12  Q.  How many do you remember?

13  A.  I think maybe two.

14  Q.  About when was the first one?

15  A.  I can't remember at the moment.

16  Q.  Okay.  And was the first one short?

17  A.  Yes.

18  Q.  Was the second one longer?

19  A.  Yes.

20  Q.  About when was the second one?

21  A.  October of 2023.

22  Q.  And how long were you on a break from Sean starting from

23  October 2023?

24  A.  About four months.

25  Q.  When did you get back together with Sean after you took

**SA-139**

4577

P65ACom5                           Jane - Direct

1    A.  As far as?

2    Q.  What if any money do you remember him giving you?

3    A.  I just remember he was sweet.  He would give me money here

4    and there.

5    Q.  In cash or wires?

6    A.  A mix of both.

7    Q.  And what would he say when he gave you money?

8    A.  Just because.

9    Q.  Over those approximately three months between February and

10   May of 2021, how often did you use drugs?

11   A.  Every time I saw him.

12   Q.  Every time you saw who?

13   A.  Sean.

14   Q.  And who gave you the drugs you used every time you saw

15   Sean?

16   A.  Sean.

17   Q.  What drugs did Sean give you during that period?

18   A.  Ecstasy, Molly, sometimes there was cocaine.  Sometimes

19   there was something called K, which was ketamine.

20   Q.  I want to talk about each of those.  You've already talked

21   about ecstasy.  Could you explain how Molly made you feel when

22   you took it?

23   A.  Molly I would say just kind of enhanced the same feelings

24   as ecstasy.  It just made you sexual and promiscuous and like

25   horny and, yeah.

SA-140

4578

P65ACom5                    Jane - Direct

1  Q.  And then you mentioned cocaine.  How did you feel when you

2  took cocaine?

3  A.  It wasn't often I used this drug, but when I did, I would

4  just feel really alert and awake.

5  Q.  And then you mentioned K, ketamine?

6  A.  Yes.

7  Q.  How did you feel when you took that?

8  A.  The one time that I did it, I felt not so good on it.  It's

9  more of like a -- like a hallucinogen, like the floor was

10  coming down and the walls were -- it was just kind of weird.

11  Q.  Now, focusing again on those three months between February

12  and May of 2021.  In what context did Sean give you drugs?

13  A.  Whenever we would start having sex.

14  Q.  During that same period, what did you learn about how Sean

15  preferred to have sex?

16  A.  I learned so many things.  I learned how he liked to have

17  pornography playing.  I learned how he preferred me to dress.

18  And I just learned the things that he liked sexually.

19  Q.  How did Sean tell you he preferred you to dress?

20  A.  He preferred me to dress in provocative lingerie and really

21  high, like, stripper shoes.

22  Q.  And about how long did he want you to be in these outfits

23  while you were using drugs?

24  A.  The whole time.

25  Q.  And how long would that last usually?

SA-141

4579

P65AСom5                    Jane - Direct

1   A.  At first it would be like 12 to 24 hours.

2   Q.  And what if any substances did Sean want you to use on your

3   own body during sex?

4   A.  Baby oil.

5   Q.  And what did Sean tell you to do with it?

6   A.  To just have it all over my body and his.

7   Q.  In what types of rooms between February and May of 2021

8   would you have this kind of sex with Sean?

9   A.  At his residence, in his bedroom.

10  Q.  And how was his bedroom lit when you would have these

11  interactions?

12  A.  We would have red lights on.

13  Q.  Now, during those first three months, how did you feel

14  about these long lasting sexual sessions with Sean?

15  A.  I loved them.  I really love my partner and I was just

16  having -- making love with my partner like the whole time and

17  lots of affection and kisses and love making and it was really

18  wonderful.  I had a really nice...

19  Q.  How intense did your relationship feel during this early

20  phase?

21  A.  It felt really intense.

22  Q.  Could you explain that?

23  A.  I felt like Sean was really passionate, and he brought out

24  a lot of passion out of me too.  And the way he would

25  compliment me and be so into me and just really like enjoying

SA-142

4580

P65AcOM5                    Jane - Direct

1    one another, like it made me feel really good inside.

2    Q.  So over those three months between February and May of

3    2021, how did you feel about Sean?

4    A.  I loved him very much.

5    Q.  I want to talk now about May of 2021.

6        What do you remember happening in your relationship with

7    Sean in May of 2021?

8    A.  I remember that just when we would watch pornography, we

9    just started to have a lot more of fantasy conversation.

10   Q.  Do you need to take a break, Jane?

11   A.  No.

12   Q.  Who initiated the fantasy conversation you're describing?

13   A.  Sean.

14   Q.  And can you explain to us how he initiated that

15   conversation?

16   A.  Just we would just search specific things on these

17   websites.  And just in the middle of, like, being high, like,

18   he just really wanted me to fantasize or kind of really talk

19   about other men and this type of role play about other men.

20   Q.  You mentioned you would search on these websites.  Are you

21   talking about pornography websites?

22   A.  Yes.

23   Q.  So would you be watching pornography?

24   A.  Yes.

25   Q.  And you said that he would want you to talk about other

SA-143

4581

P65AComm5                     Jane - Direct

1   men.  What did he tell you he wanted you to say about other

2   men?

3   A.  It was more like a question.  Like, do you like what you

4   see there?  Do you like that?  Do you want that?  Can you

5   imagine that?  Pretend that that's here and I'm that person.

6   Q.  Now, in May of 2025, is there a particular night when you

7   remember him introducing this fantasy talk?

8   A.  Yes.

9   Q.  At the point where he brought it up --

10          MS. GERAGOS:  Objection to the time period.

11          MS. COMEY:  May of 2021.  I'm so sorry.

12  Q.  In May of 2021, was there a time when Sean initiated this

13  fantasy talk?

14  A.  Yes.

15  Q.  And at that point when he referenced it, where were you?

16  A.  We were in his bedroom watching pornography.

17  Q.  In what city?

18  A.  Miami.

19  Q.  And how long had you been awake at that point?

20  A.  Around I would say 12 or 15 hours.

21  Q.  Into the night?

22  A.  From the evening until the morning.

23  Q.  So had you been awake the whole prior day, too?

24  A.  Yes.

25  Q.  So had you been awake for a total of about 24 hours?

SA-144

4582

P65AC0m5                    Jane - Direct

1   A.  Yes.

2   Q.  And what, if any, drugs had you been using for the last 12

3   to 15 hours?

4   A.  A mix of ecstasy and Molly.

5   Q.  And what had you and Sean been doing for the last 12 and 15

6   hours?

7   A.  Having sex.

8   Q.  In the way you described?

9   A.  Yes.

10  Q.  So then what did Sean start to say to you after you had

11  been doing that for 12 to 15 hours?

12  A.  He started saying I can make this fantasy a reality.  If

13  you'd like to have that happen, I can make that happen.

14  Q.  And how did you react?

15  A.  I said okay.

16  Q.  Why did you say okay?

17  A.  Because seemed like he wanted that and it was turning him

18  on and I was really into my partner and I said okay.

19  Q.  Now, when you said okay, did you think that was going to

20  happen that night?

21  A.  No.

22  Q.  When you said okay, did you want to be having sex with

23  someone other than Sean?

24  A.  No.

25  Q.  So what did you think you were doing when you said okay to

SA-145

4583

P65ACom5                        Jane - Direct

1   him?
2   A.  Playing into the fantasy.
3   Q.  So did you just think this was a fantasy?
4   A.  Yes.
5   Q.  How did Sean respond when you said okay?
6   A.  I remember I went to the restroom.  And when I came back
7   out, Sean was in a robe and staring at his phone like really
8   seriously.
9   Q.  How if at all had his demeanor changed?
10  A.  He just looked really serious in his phone.
11  Q.  And what did Sean say to you when you came out of the
12  bathroom?
13  A.  He said we can make that happen tonight.
14  Q.  How did you react when Sean told you we can make that
15  happen tonight?
16  A.  I was like, tonight, like, okay.  I was taken back, a bit
17  surprised, but like, okay.
18  Q.  Why did you say okay?
19  A.  Because my partner was excited, and it was already
20  happening, and this was something we were going to do.
21  Q.  Were you still high at this point?
22  A.  Yes.
23  Q.  What do you remember happening next?
24  A.  I remember being in a hotel room.
25  Q.  Do you remember how quickly you got to that hotel room

SA-146

4584

P65ACom5                    Jane - Direct

1    after you saw Sean on his phone?

2    A.  Just within a couple hours.

3    Q.  Do you remember what hotel you went to?

4    A.  A hotel in Miami.

5    Q.  And when you got to the hotel room a couple hours after

6    Sean had been on his phone, what did you see in the hotel room?

7    A.  I saw the assistants setting up this room.  There was

8    beverages.  The lights were already red.  There was just kind

9    of like a bustle of getting this room ready.

10   Q.  Do you remember what assistants were setting up the room?

11   A.  I don't.

12   Q.  After the assistants set up the room, who was left in the

13   room?

14   A.  It was me and Sean in the bedroom talking.

15   Q.  And what did Sean say to you in the bedroom?

16   A.  He just told me that there's somebody coming, and just to

17   relax, and that this would be something fun, and he knows the

18   guy, and he's a really nice guy.  And I was just super nervous

19   and just listening to him.

20   Q.  When Sean said that he knows the guy, what guy did you

21   understand Sean was referring to?

22   A.  I figured he was referring to this fantasy guy that was

23   coming.

24   Q.  So what did you understand Sean was telling you was about

25   to happen?

SA-147

4585

P65AComm5                         Jane - Direct

1   A.  That sexual things were going to start happening.

2   Q.  Between who?

3   A.  Myself and this guy.

4   Q.  Had you met this guy before?

5   A.  No.

6   Q.  Did you even know his name at this point?

7   A.  No.

8   Q.  What do you -- and did Sean tell you where he knew this guy

9   from?

10  A.  No.

11  Q.  But did he tell you he already knew the guy?

12  A.  Yes.

13  Q.  What do you remember happening next?

14  A.  I remember I was in the room by myself for a little bit,

15  and he walks out and greets the guy.  And I can hear them

16  talking and I eventually --

17  Q.  Let me just pause you and ask you, I forgot to ask you,

18  what kind of a hotel room, was this a regular room or a suite?

19  A.  A suite.

20  Q.  So you said he walked out.  Who walked out of the bedroom?

21  A.  Sean.

22  Q.  And then who did you hear Sean talking with?

23  A.  The man.

24  Q.  Another guy?

25  A.  Yes.

SA-148

4586

P65AACom5                    Jane - Direct

1    Q.  And then after you heard those -- Sean and this other man

2    talking, what happened next?

3    A.  He called me to come outside.

4    Q.  Who called you to come outside?

5    A.  Sean.

6    Q.  At this point, what were you wearing?

7    A.  I was wearing lingerie underneath a robe.

8    Q.  And what shoes were you wearing?

9    A.  I was wearing the big stripper heels.

10   Q.  And who had picked out your outfit and your heels?

11   A.  Myself and Sean.

12   Q.  Together?

13   A.  Yes.

14   Q.  And when Sean called you out into the other room, what did

15   you do?

16   A.  I said hello to everyone.

17   Q.  And who did you see with Sean when you walked into the

18   living room of the hotel suite?

19   A.  I saw Don.

20   Q.  Who is Don?

21   A.  Don is one of the entertainers.

22         MS. COMEY:  Ms. Becker, would you please pull up

23   what's been marked for identification as Government Exhibit

24   2A-614 just for the witness and the parties.

25   Q.  Jane, do you recognize the person in that photograph?

SA-149

4587

P65ACom5                    Jane - Direct

1   A.  Yes.

2   Q.  Who is that?

3   A.  Don.

4   Q.  Is that the same Don you just told us you met in May of

5   2021?

6   A.  Yes.

7          MS. COMEY:  Your Honor, the government offers this in

8   evidence.

9          MS. GERAGOS:  No objection.

10          THE COURT:  All right go A-614 will be admitted.

11          (Government's Exhibit 2A-614 received in evidence)

12          MS. COMEY:  May we please publish that to the jury.

13   Q.  Do you know Don's last name?

14   A.  I don't.

15          MS. COMEY:  We can take that down.  Thank you.

16   Q.  Now, that night when you first met Don, what did Sean tell

17   you about how Sean knew Don?

18   A.  Not much really.  I just could feel a sense that they had

19   known each other and that he had some familiarity.  But he

20   didn't really specify exactly how they knew one another.

21   Q.  At a later time did Sean later tell you how he knew Don?

22   A.  Yes.

23   Q.  What did Sean tell you later about how he knew Don?

24   A.  That he was from Cowboys & Angels.

25   Q.  What's Cowboys & Angels?

SA-150

4588

P65ACom5                    Jane - Direct

1   A.  It's an escort website.

2   Q.  And who first told you about Cowboys & Angels?

3   A.  Sean.

4   Q.  Now, at the time you met Don in this hotel room, were the

5   drugs you had taken that night still effecting you?

6   A.  Yes.

7   Q.  So how did you feel?

8   A.  I was high.

9   Q.  Can you tell us what happened after you first walked into

10  the room, into the living room where Don and Sean were?

11  A.  I -- I remember I was just sitting on the couch with my

12  robe on, and Sean was just telling me to relax and that it was

13  okay, and same with Don.

14  Q.  How was your body positioned as Sean was telling you to

15  relax?

16  A.  My legs were crossed.  My arms were crossed.  I had the

17  robe on.  I was nervous.

18  Q.  What happened next?

19  A.  Sean was, like, just stand up.  Like, and so I stood up and

20  I started to just kind of dance, just to kind of get my nerves

21  away.

22  Q.  Did you take off the robe?

23  A.  Yes.

24  Q.  Who suggested you take off your robe?

25  A.  I think it was just a mix of me and Sean.

SA-151

4589

P65Acom5                    Jane - Direct

1   Q.  While you started dancing, what did you see Don do?

2   A.  Getting turned on.

3   Q.  What was Don wearing at this point?

4   A.  Shorts.

5   Q.  What kind of shorts?

6   A.  I think his underwear.

7   Q.  What do you remember happening next?

8   A.  I remember Don came closer to me and started touching me,

9   touching my leg, and just trying to make me feel comfortable.

10  And I started touching him and just trying to -- I don't know.

11  Q.  What was Sean doing while you and Don started touching each

12  other?

13  A.  He was watching and touching himself.

14  Q.  What was Sean wearing at this point?

15  A.  Nothing.

16  Q.  And you say he was touching himself, was he masturbating?

17  A.  Yes.

18  Q.  What do you remember happening next?

19  A.  I remember things got a little more hot and heavy with me

20  and Don and we started doing like foreplay on one another.

21  Q.  Now, as that went on, who if anyone suggested that you

22  perform oral sex on Don?

23  A.  Sean.

24  Q.  And what did you do in response?

25  A.  I did that.

SA-152

4590

P65ACom5                         Jane - Direct

1   Q.  About how long did that last?

2   A.  Quite a while.

3   Q.  And what was Sean doing in the meantime?

4   A.  Watching, talking.

5   Q.  What was he saying, if you can remember?

6   A.  I remember he was in a positive mood, just like being

7   encouraging and sweet.

8   Q.  Who if anyone suggested moving to the bedroom?

9           MS. GERAGOS:  Objection, your Honor.

10          THE COURT:  Overruled.

11  Q.  You can answer.

12  A.  I remember it was me who started going to the bedroom.

13  Q.  Why did you do that?

14  A.  I was kind of ready to kind of speed things up a bit.

15  Q.  When you say speed things up a bit, what do you mean?

16  A.  Just to get it going.

17  Q.  What happened next?

18  A.  It was time for sex.

19  Q.  What did you ask for before having sex with Don?

20  A.  A condom.

21  Q.  How did Sean react when you asked that Don wear a condom?

22  A.  He said like he didn't want -- he didn't want that.  He

23  just said why, just these guys are safe.  They get tested all

24  the time, and they're some of the cleanest people, and he can

25  show you his papers, and you don't have to do that.

SA-153

4591

P65ACom5                    Jane - Direct

1   Q.  What did you understand Sean was referring to when he said

2   these guys get tested all the time?

3   A.  At the time, I don't know, but I assumed --

4   Q.  I don't want you to assume.

5       At the time, did you know what he was talking about?

6   A.  No.

7   Q.  How did you react after Sean told you, you didn't need a

8   condom?

9   A.  I was nervous at first.  But then at the very last moment,

10  Sean gives Don a condom.

11  Q.  And so then did you have sex with Don?

12  A.  Yes.

13  Q.  And did he wear a condom?

14  A.  Yes.

15  Q.  For about how long did that last?

16  A.  A little while.

17  Q.  And how did that end?

18  A.  Don taking the condom off and finishing on me.

19  Q.  What was Sean doing while you were having sex with Don?

20  A.  Watching.

21  Q.  Was he saying anything, or was he quiet, or can you

22  remember?

23  A.  I can't remember.

24  Q.  Now, after you had sex with Don, did Don leave?

25  A.  Yes.

SA-154

4593

P65ACom5                    Jane - Direct

1  taboo.  It was fun.  I had a good time with my partner.

2  Q.  What did you think that night represented in your

3  relationship with Sean?

4  A.  I just took that as a night that we just did something so

5  crazy, taboo, and fun, and sexy.

6  Q.  What did you think about whether you would do that again?

7  A.  I didn't think we would be doing that again like that.

8  Q.  What do you mean?

9  A.  I mean that after that night, I figured it was just

10  something that we did that one time, and maybe on a random

11  other night, maybe we would do it again, just something taboo.

12  Q.  How if at all did your relationship with Sean change after

13  that?

14  A.  After that night, I truly felt that that night just opened

15  like a Pandora's box in our relationship.  It just completely

16  set the tone for our relationship moving forward.

17  Q.  What do you mean by opening a Pandora's box?

18  A.  I meant that it was just a door that like I was unable to

19  shut for the remainder of the relationship.

20  Q.  If you were exhilarated by the first time and were open to

21  possibly doing it again, why did you feel like this was a door

22  you wanted to shut?

23  A.  Because it was so much of it after and it was too much of

24  it.

25  Q.  How much of your relationship did nights where you had sex

SA-155

4594

P65ACom5                          Jane - Direct

1   with other men become with Sean after May of 2021?

2               MS. GERAGOS:  Objection.

3               MS. COMEY:  I'll rephrase.

4               THE COURT:  Can you rephrase.

5               MS. COMEY:  I'll rephrase.

6   Q.  After that night in May of 2021, about what percentage of

7   the time that you saw Sean did you end up having sex with

8   another man in front of him?

9   A.  90 percent.

10  Q.  Did you want that?

11  A.  No.

12  Q.  Did you want to have sex with other men?

13  A.  No.

14  Q.  Who did you want to have sex with?

15  A.  Just Sean.

16  Q.  Throughout your relationship with Sean, what did you want

17  more than anything?

18  A.  Just to be with Sean.

19  Q.  What kinds of things did you want to do with Sean during

20  your relationship with him?

21  A.  I just wanted, as much as I could, just have like an

22  old-fashioned type of relationship where it was just me and

23  him, like how I met him, like how it was.

24  Q.  Like how it was in the beginning of 2021?

25  A.  Yes.

SA-156

4595

P65AcCom5                    Jane - Direct

1    Q.  Did you ever get back the feeling you had had in the

2    beginning of 2021?

3    A.  No.

4    Q.  Now, at first -- well, after that first night in 20 -- in

5    May of 2021, about how long after that did Sean suggest you do

6    that again?

7    A.  I would say probably pretty quickly after.

8    Q.  Was it the next time you saw him?

9    A.  Yes.

10   Q.  And how did you react when Sean suggested doing it again?

11   A.  I was agreeable.

12   Q.  And why were you agreeable?

13   A.  Because my partner wanted that and I just wanted to make

14   him really happy and I knew it turned him on and I just wanted

15   to satisfy my partner.

16   Q.  So, at first, over the next few months of 2021, about how

17   often did Sean suggest one of these nights where you have sex

18   with another man?

19   A.  All the time.

20   Q.  And at first in the rest of 2021, did you go along with it?

21   A.  Yes.

22   Q.  Why?

23   A.  Because I just really loved him at this point and I just

24   wanted to make him happy and I feared losing him.  I just

25   wanted to be everything that he wanted and I wanted our time to

SA-157

4596

P65AComb5                    Jane - Direct

1   be special every single time.  And if that made him happy, I

2   was willing to make him happy.

3   Q.  After a few months of having sex with other men in front of

4   Sean, did you start to tell Sean that you did not want to have

5   sex with other men?

6   A.  Yes.

7   Q.  And over the rest of the nearly three years of your

8   relationship, did you tell Sean you did not want to have sex

9   with other men?

10  A.  Yes.

11  Q.  Did you tell him that once or more than once?

12  A.  More than once.

13  Q.  Did you tell him that in writing or verbally?

14  A.  Both.

15  Q.  Did you tell him that once or more than once in writing?

16          MS. GERAGOS:  Objection.  Time period, Judge.

17          THE COURT:  All right.

18  BY MS. COMEY:

19  Q.  Over the rest of the three years of your relationship, so

20  between the end of 2021 and his arrest in 2024, can you

21  estimate how many times you told Sean in writing and verbally

22  that you did not want to have sex with other men.

23  A.  Many times in our relationship.

24  Q.  Was it throughout the period I've just set out between the

25  end of 2021 and 2024?

SA-158

4597

P65ACom5                        Jane - Direct

1   A.  Yes.

2   Q.  Verbally and in writing?

3   A.  Mostly writing.

4   Q.  Did you try to tell him in person as well?

5   A.  Yes.

6   Q.  When you tried to tell Sean in person that you did not want

7   to have sex with other men, how did he react?

8   A.  I feel like whenever this topic would come up, it would

9   be -- it would start off really uncomfortable, and I could just

10  feel that the tension was building, and I would just kind of

11  push down what I was really wanting to say.  And he just was

12  dismissive or just wanted me to move on from the subject.

13  Q.  So what would he say to convey to you that he wanted you to

14  move on from the subject?

15          MS. GERAGOS:  Objection, your Honor.  Time period,

16  please.

17  Q.  Jane, you've talked about a number of different

18  conversations you've had with Sean, right?

19  A.  Yes.

20  Q.  Can you remember during those conversations would he say

21  essentially the same thing each time or different things?

22  A.  Essentially the same thing.

23  Q.  And when he said essentially the same thing, what are the

24  things that you remember him saying?

25  A.  Just like we don't have to, or that's fine, or just move on

**SA-159**

4598

P65ACom5                    Jane - Direct

1  from it, or what are you talking about, you're crazy, what are

2  you even saying right now, then we don't have to do it.  And, I

3  don't know.  It was just like rushing me away from this topic.

4  Q.  And after he would say then we don't have to do it, what

5  would happen next?

6  A.  We would still do it.

7  Q.  Later on in your relationship -- well, let me back up.

8      Do you remember the address that we saw on your license

9  earlier?

10 A.  Yes.

11 Q.  Did you move into that home when you were still in a

12 relationship with Sean?

13 A.  Yes.

14 Q.  And who paid for your rent when you moved to that home?

15 A.  Sean.

16 Q.  And after Sean started paying for your rent in that home,

17 what if any threats did he make to you about that rent when you

18 tried to tell him you did not want to have sex with other men?

19         MS. GERAGOS:  Objection, your Honor.

20         THE COURT:  Is it the same objection?

21         MS. GERAGOS:  The word "threats."

22         THE COURT:  Can you rephrase.

23 Q.  What did Sean say to you about your rent when you tried to

24 tell him that you did not want to have sex with other men?

25 A.  He would just start saying things like if you want to break

**SA-160**

4599

P65ACom5                    Jane - Direct

1   up, that's fine.  Do you need, like, what, three more months in

2   the house, because I'm not about to be paying for a woman's

3   rent that I'm not even seeing.

4   Q.  Now, in those conversations were you trying to break up

5   with Sean?

6   A.  No.

7   Q.  What were you trying to stop doing?

8   A.  I was trying to stop doing these nights.

9   Q.  When you say "these nights," do you mean the nights you had

10  sex with other men?

11  A.  Yes.

12  Q.  How did Sean saying those things about ending his payment

13  of your rent make you feel in those moments?

14  A.  I felt frustrated.  I felt just obligated.

15  Q.  What did you feel obligated to do?

16  A.  Perform.

17  Q.  Perform -- I'm sorry.  Go ahead.

18  A.  Just perform these nights with him.

19  Q.  When you say "these nights," do you mean the nights when

20  you had sex with other men?

21          MS. GERAGOS:  Objection.  Time period, Judge.

22          Can we have a quick sidebar, please.

23          THE COURT:  You may.

24          (Continued on next page)

25

**SA-161**

4616

P65Wcom6                    Jane - Direct

1      MS. COMEY:  We can take this down.  Thank you,
2   Ms. Becker.
3   Q.  I want to focus again on the period between May of 2021 and
4   your first break with Sean, your break with Sean in October of
5   2023.  Over that period, in what cities or countries did you
6   see Sean in person?
7   A.  In Turkos and Caicos.  I saw him in Miami, Los Angeles, New
8   York.
9   Q.  And what, if any, trips did you take -- well, actually,
10  withdrawn.
11      At how many of those locations did you and Sean have a
12  hotel night?
13  A.  All of them.
14  Q.  How did you travel to those places outside of Los Angeles?
15  A.  I would take a plane.
16  Q.  Who arranged your travel?
17  A.  Sean.
18  Q.  Did Sean himself arrange the travel?
19  A.  No.  His travel agent, Jess.
20  Q.  Who else on Sean's staff would you have conversations with
21  about your travel plans?
22  A.  It would vary between the assistants, KK, Jess.
23  Q.  Do you know Jess's last name?
24  A.  I don't.
25  Q.  Who paid for your travel?

SA-162

4617

P65Wcom6                         Jane - Direct

1   A.  Sean.

2   Q.  Did each of these hotel nights with Sean typically follow

3   the same pattern, or were they different each time?

4   A.  They typically followed the same pattern.

5   Q.  Focusing on the period between May of 2021 and November of

6   20 -- October of 2023, in what type of building did most of

7   these hotel nights take place?

8   A.  Hotels.

9   Q.  In what types of rooms were these nights, regular hotel

10  rooms or suites?

11  A.  Suites.

12  Q.  How were the suites decorated?

13  A.  They had red lights, music, beverages -- red lights, music,

14  alcohol.

15  Q.  What, if any, coverings would there be on the furniture?

16  A.  There would be, there would be bedsheets covering

17  everything, blankets, towels.

18  Q.  Why were there bedsheet, blankets and towels?

19  A.  For the excessive use of baby oil everywhere.

20  Q.  About how many bottles of baby oil would you use in a

21  single hotel night?

22          MS. GERAGOS:  Objection, your Honor.

23          THE COURT:  Sustained.

24          You can rephrase.

25  BY MS. COMEY:

SA-163

4626

P65Wcom6                    Jane - Direct

1  something, or no?

2  A.  Are you talking about sexually?

3  Q.  I'm asking typically.  Walking through the routine of a

4  typical hotel night, would Sean usually talk or say something

5  while you were having sex with the other man, or no?

6  A.  Yes.  He would say, do you want to feel some of that, and

7  just let him, like, finish and do something.

8  Q.  When Sean would say let him finish, what did you understand

9  Sean was saying to you?

10  A.  That he wanted this man to ejaculate on me.

11  Q.  About how long would the sexual intercourse typically last

12  during one of these nights?

13  A.  It could last quite a while.

14  Q.  And how would it end each time?

15  A.  With the man finishing just right outside of me.

16  Q.  You mean ejaculating?

17  A.  Yes.

18  Q.  And when you say right outside of you, do you mean right

19  outside of your genitals?

20  A.  Yes.

21  Q.  After the man finished, you said he would be excused.  Who

22  would excuse him?

23  A.  Sean.

24  Q.  And after the man was excused, what would you and Sean do?

25  A.  That's when me and Sean would begin to make love.

SA-164

4627

P65Wcom6                    Jane - Direct

1   Q.  Would you clean up the ejaculate in between?

2   A.  No.

3   Q.  Is what we just walked through a typical single round of a

4   sexual encounter with an entertainer during a hotel night?

5   A.  Yes.

6   Q.  How many of those rounds that you just described would you

7   typically have in a single hotel night with Sean?

8   A.  I -- if it was --

9            MS. GERAGOS:  Objection, your Honor.

10  A.  You mean like --

11           THE COURT:  Hold on.

12           Grounds.

13           MS. GERAGOS:  Time period.

14           THE COURT:  OK.  Ms. Comey, can you rephrase the

15  question.

16  BY MS. COMEY:

17  Q.  Jane, in a typical hotel night, you said that these nights

18  followed a typical pattern.  Do I have that right?

19  A.  Yes.

20  Q.  And a typical routine.  Do I have that right?

21  A.  Yes.

22  Q.  In that pattern and routine, the sexual activity that you

23  described for us, going from foreplay to oral sex to

24  intercourse to sex with Sean, how many times would you repeat

25  that pattern; would you only do it once, or would you do it

SA-165

4628

P65Wcom6                    Jane - Direct

1    more than once in a single hotel night?

2    A.  In a single hotel night, sometimes it would happen more

3    than once with one person, and then maybe more than once with

4    another person.

5    Q.  In total, how long did a typical hotel night last?

6    A.  Like 24 to 30 hours or more.

7    Q.  Were you able to sleep at all during that time?

8    A.  No.

9            MS. COMEY:  Your Honor, I think this is a good place

10   to break for the day.

11           THE COURT:  All right.  Very good.

12           Members of the jury, we'll be back here tomorrow at 9

13   a.m.  Now, I'm going to ask you for some assistance to the

14   Court.  We need to pick up some time, and so tomorrow and

15   potentially on Monday, Tuesday and next Thursday, we may stay

16   later.  Tomorrow I know that we're going to stay until 5 p.m.,

17   and the following days we may also stay til 5 p.m.  I'm just

18   putting that on your radar so that you know so we can pick up

19   some time.  That's going to help us move in an expeditious way

20   with the trial.

21           With that, I'll give you the same instructions I've

22   given you before.  Do not speak with each other about the case.

23   Do not speak with anybody else about the case.  And please

24   don't look up or investigate the case in any way.

25           With that, we'll see you here for 9 a.m. tomorrow.
                 (Continued on next page)

**SA-166**

4681

P66ACom2                          Jane - Direct

1          (In open court; jury present)

2          MS. COMEY:  We can take this down.  Thank you,

3    Ms. Gavin.

4    BY MS. COMEY:

5    Q.  Jane, in that moment that we were just listening to, why

6    didn't you just insist that Don wear a condom?

7    A.  Because I just didn't want to disappoint my -- my lover.

8    Q.  And what did you think would happen if you disappointed

9    Sean?

10   A.  That he would be unhappy.

11   Q.  And what happened when he was unhappy, in your experience?

12          MS. GERAGOS:  Objection.

13          THE COURT:  That's overruled.

14   A.  He would just be just not happy.  Just not in a good mood

15   or satisfied with the night.

16   Q.  And what would his demeanor be toward you?

17   A.  Agitated.

18   Q.  Jane, in a typical hotel night, how would intercourse with

19   an entertainer end?

20   A.  With them finishing on me.

21   Q.  When you say finishing, do you mean ejaculating?

22   A.  Yes.

23   Q.  And when you say on me, do you mean on your body?

24   A.  Yes.

25   Q.  And then after that, what would you and Sean do?

**SA-167**

4682

P66ACom2                    Jane - Direct

1   A.  Have sex.

2   Q.  And would you clean up the ejaculate in between?

3   A.  No.

4   Q.  Why not?

5   A.  Because that's not what he wanted.

6   Q.  Not what who wanted?

7   A.  Sean.

8   Q.  After you and Sean had sex during a hotel night, what would

9   typically happen next?

10  A.  As far as?

11  Q.  So if you just finished a round that we talked about

12  yesterday with an entertainer, and then you and Sean had sex

13  afterwards, typically, what would happen next?

14  A.  He just wanted me to stay like that and have sex with all

15  of that around us.

16  Q.  And then afterwards?

17  A.  Just like play around with it and...

18  Q.  Now, after you and Sean finished having intimate time

19  together, what would you do before starting another round,

20  either with the same entertainer or a different entertainer?

21  A.  I would just take a shower and get ready for the next one.

22  Q.  Would you put on the same outfit or a different outfit?

23  A.  Different outfit.

24  Q.  In a typical hotel night, about how many rounds of the kind

25  of sex that you talked about yesterday with the entertainers

SA-168

4683

P66ACom2                    Jane - Direct

1    and then with Sean would you go through?

2              MS. GERAGOS:  Objection.

3              THE COURT:  Grounds?

4              MS. GERAGOS:  Same as yesterday's objection to the

5    same question.

6              THE COURT:  That's overruled.

7    A.  I would say every entertainment -- tainer was different.

8    Maybe sometimes it would be one round with one or it could be

9    up to three with another.

10   Q.  Who decided how many rounds you would do in a single hotel

11   night?

12   A.  Sean.

13   Q.  Who decided how many entertainers you would be with in a

14   single hotel night?

15   A.  Sean.

16   Q.  Did you ever get tired during these nights?

17   A.  Yes.

18   Q.  Who decided whether you could stop when you were tired?

19   A.  Sean.

20   Q.  Are you okay to keep going, or do you need a break?

21   A.  I need just one second.

22   Q.  Yeah.  Take your time.  Take your time.

23   A.  Okay.

24              I'm sorry.  What was your question?

25   Q.  The question was when you got tired and wanted to stop,

SA-169

4703

P66ACom2                    Jane - Direct

1   we first started dating and just getting to know each other.

2   Ever since I opened Pandora's box I've never been able to close

3   it.  One night of fun turned into the entirety of our

4   relationship.  And now it's all I'm expected to do and get

5   called for.  It's hurting me because I'm so much more than

6   being loved in the dark in hotel rooms, doing things that make

7   me feel disgusted with myself.  I'm confusing your lust for me

8   as real love.  My heart is really in this and it's breaking.  I

9   don't want you to play this role -- I don't want to play this

10  role in your life anymore.  It's dark, sleazy, and makes me

11  feel disgusted with myself.  I feel it's the only reason you

12  have me around and why you pay for the house.  I don't want to

13  feel obligated to perform these nights with you in fear of

14  losing the roof over my head.  I don't want to keep feeling

15  like that anymore.  I'm crying as I type this.  We just need to

16  talk like adults and figure out where we'll go from here.

17  Q.  Jane, I want to ask you a few questions about this message.

18          First, when you referenced "why you pay for the

19  house," at this point, where were you living, without saying

20  the address?

21  A.  I was living at the new place that he got me.

22  Q.  The new place where Sean was paying the rent?

23  A.  Yes.

24  Q.  And for about how long had Sean been paying your rent as of

25  September of 2023?

**SA-170**

4704

P66ACom2                         Jane - Direct

1   A.  I think about five months or so.

2   Q.  And when you wrote "I feel it's the only reason you have me

3   around and why you pay for the house," what were you referring

4   to?

5   A.  I was referring to these hotel nights.

6   Q.  And when you wrote "I don't want to feel obligated to

7   perform these nights with you," what were you referring to?

8   A.  These hotel nights.

9   Q.  And -- I am sorry, Jane.  Were you going to say something

10  else?

11  A.  Just meaning that I -- I started to feel obligated here

12  that I had to perform, and just feeling obligated to him at

13  this point.

14  Q.  At this point in time, what were you afraid would happen if

15  you refused to perform in these hotel nights?

16  A.  That he would take it away.

17  Q.  That who would take what away?

18  A.  That Sean would take the house away.

19       MS. COMEY:  Can we zoom back out, please.

20  Q.  How did Sean respond to your text?

21  A.  He said:  Girl stop.

22  Q.  And we'll talk about that and other messages more later.

23  But first, I want to take a step back.

24       MS. COMEY:  Can we take this down, please.

25  Q.  What is the longest hotel night you can remember?

SA-171

4706

P66ACom2                    Jane - Direct

1   Q.  Did you see the drugs in every hotel room or just some of

2   the hotel rooms?

3   A.  Every hotel room.

4   Q.  What drugs do you remember seeing in these hotel rooms?

5          MS. GERAGOS:  Objection.

6          THE COURT:  It's overruled.

7   Q.  You can answer.

8   A.  I would see ecstasy; Molly; cocaine; pink powder, which I

9   believe is called Tusi; and I would see weed.

10  Q.  You mentioned Tusi, where did you hear the term Tusi from?

11  A.  Through Sean.

12  Q.  Did you ever try Tusi?

13  A.  Maybe once very early on.

14  Q.  What do you remember about trying it?

15  A.  I didn't like it.

16  Q.  Why not?

17  A.  Because it was like a hallucinogen -- like I felt weird.

18  Like the floors were shaky and I felt weird.

19  Q.  Of the drugs you've just described, how many of those did

20  you personally use?

21  A.  I personally used ecstasy and Molly the most.  Mostly

22  ecstasy.  And the others, not so much.

23  Q.  Did you try the others?

24  A.  Yes.

25  Q.  Who gave you all of those drugs?

SA-172

4707

P66ACom2                        Jane - Direct

1    A.  Sean.

2    Q.  Have you ever seen Sean use drugs?

3    A.  Yes.

4    Q.  In what context?

5    A.  In these rooms.

6    Q.  Did you see him use drugs in every room or just some of

7    these rooms?

8    A.  Every room.

9    Q.  What drugs did you see Sean use?

10   A.  All of them.

11   Q.  Did you ever see the entertainers in these rooms use drugs?

12   A.  No.

13   Q.  Do you know why the entertainers did not use drugs in front

14   of you?

15   A.  It was one of my rules.

16   Q.  What do you mean it was one of your rules?

17   A.  I had one rule, and that was that nobody take any drugs.

18   Q.  When you say nobody take any drugs, you've just described

19   yourself and Sean taking drugs, so can you explain what you

20   mean?

21   A.  I mean that I would tell the entertainers that they

22   couldn't take any drugs around me.

23   Q.  Why did you tell them that?

24   A.  Because I didn't know how they would be on a drug and then

25   be on my body and be out of control.  I didn't want them to be

**SA-173**

4708

P66ACom2                    Jane - Direct

1    out of control when they were with me.

2    Q.  You said ecstasy was the drug you used most often; do I

3    have that right?

4    A.  Yes.

5    Q.  How did the ecstasy you took make you feel in these hotel

6    rooms?

7    A.  I would feel just a surge of like sexual energy.  I would

8    feel completely, like, euphoric and really turned on and had a

9    lot of really positive energy, really optimistic, and just

10   happy.

11   Q.  Between May of 2021 and October of 2023, how did you feel

12   about using all of these drugs?

13   A.  I just felt like I had to take them.

14   Q.  Why did you feel like you had to take them?

15   A.  Because when I wouldn't, it would just feel too real.  Like

16   the atmosphere.  And I didn't want to feel like it was too

17   real.  I just wanted to kind of just -- I don't know.  Just

18   feel like it would just was -- I don't know.  It just made

19   things easier.

20   Q.  Jane, did you ever try to do one of these hotel nights

21   without using drugs?

22   A.  Yes.

23   Q.  How many times?

24   A.  Twice.

25   Q.  I want to talk about those times.  Okay?

**SA-174**

4709

P66AcOm2                    Jane - Direct

1   A.  Okay.

2   Q.  About when was the first time?

3   A.  It was with Paul one time.

4   Q.  Do you remember about what year it was?

5   A.  I would say middle to early of me and Sean.

6   Q.  And why did you try not to use drugs on that particular

7   night?

8   A.  Because I was just tired of doing that to my body.

9   Q.  What do you remember from that first time you tried to do

10  one of these nights without drugs?

11  A.  I just remember I didn't like it.  I just felt -- I just

12  didn't -- the fantasy of it all wasn't there.  It just wasn't

13  easy.  It just was too real that this was happening.

14  Q.  So what ended up happening?

15  A.  I ended up asking for a pill.

16  Q.  Who did you ask for a pill?

17  A.  Sean.

18  Q.  What did he do in response?

19  A.  He gave me one.

20  Q.  And then did you take it?

21  A.  Yes.

22  Q.  How did you feel after you took it?

23  A.  Much better.

24  Q.  And what happened after that?

25  A.  The same routine.

**SA-175**

4710

P66ACom2                    Jane - Direct

1   Q.  About when was the second time you did one of these nights

2   without drugs?

3   A.  Towards the end of 2023.

4   Q.  Do you remember about what month in 2023?

5   A.  Yes.  October.

6   Q.  Why did you do one of these nights without drugs in October

7   of 2023?

8   A.  Around this time I just really wanted my partner to get

9   sober.  I just really cared so much about Sean's health, and I

10  could see that he just, like, was excessively partying on top

11  of just so many pills that he takes daily for I don't know

12  what.  And I just really wanted him to get clean and just get

13  better.

14          And he said, okay, I'm going to do like 30 days

15  without anything, and I'll be sober.  But let's just have,

16  like, one more, one more sobriety party.  Just one, like,

17  sobriety party.

18  Q.  Where was this sobriety party?

19  A.  At a hotel.

20  Q.  Do you remember which hotel?

21  A.  The L'Ermitage.

22  Q.  In what city?

23  A.  Beverly Hills.

24  Q.  What drugs did you use that night at the L'Ermitage?

25  A.  None.

SA-176

4711

P66ACom2                    Jane - Direct

1   Q.  What drugs did you see Sean use, if any?

2   A.  I believe ecstasy.  And cocaine.  I don't know.

3   Q.  About how long did that sobriety party last?

4   A.  Too long.

5   Q.  Do you remember how long?

6   A.  Maybe close to 12 to 18 hours.

7   Q.  What do you remember happening at the sobriety party?

8   Could you walk us through it, please.

9   A.  I just remember that it was like this typical routine,

10  except I didn't take anything, and I was in an outfit, and I

11  was with Sean, and the room was decorated, and, and I was just

12  getting ready, and I remember it was, like, the first guy.

13  Then a second guy.  And then after the second guy, I just -- I

14  went to the bathroom and I just was not feeling well.

15  Q.  What happened when you went to the bathroom after having

16  two entertainers in this night?

17  A.  I threw up.

18  Q.  What happened after you threw up?

19  A.  Sean came in.  And I told him that I had just thrown up.

20  And he was like that's good then, you'll feel better now that

21  you've thrown up.  So let's go, like, let's go because the guy

22  is here, the third guy.

23  Q.  What happened next?

24  A.  And then I was with the third guy.

25  Q.  How did it feel to do that sobriety party without drugs?

SA-177

4712

P66AcOM2                        Jane - Direct

1    A.  I hated it so much.

2    Q.  How did that experience compare to all of the other hotel

3    nights you did while using drugs?

4    A.  It was just -- I was just -- I was just disgusted.  I was

5    just repulsed.  I was just so mad at myself for doing that.  I

6    just deeply regretted that.

7    Q.  Jane, during the sobriety party, did you have sex with the

8    first two entertainers in front of Sean before you threw up?

9    A.  Yes.

10   Q.  And then did you have sex with a third entertainer after

11   you threw up?

12   A.  Yes.

13           MS. COMEY:  Your Honor, this might be a good time for

14   a brief break if that's all right.

15           THE COURT:  All right.  Let's take a break.  We'll

16   come back in 15 minutes.

17           Thank you, members of the jury.  All rise.

18           (Continued on next page)

19

20

21

22

23

24

25

SA-178

4715

P66Wcom3                        Jane - Direct

1          Who did you see Sean call?

2   A.  It varied between an assistant or security.

3   Q.  And when you say it varied, do you mean across different

4   hotel nights over the course of your relationship?

5   A.  Yes.

6   Q.  And let's start with the assistants.

7          What are the names of some of the assistants you remember

8   Sean calling when he ran out of drugs during hotel nights?

9   A.  I remember Brendan, Frank.  There's so many of them.  John.

10  A few others.

11  Q.  OK.  Are the others not coming to mind right now?

12  A.  Yes.

13  Q.  But were there others?

14  A.  Yes.

15         MS. COMEY:  I'd like to show you what's been marked

16  for identification as Government Exhibit 2A-313.

17         Ms. Gavin, would you please show that to the witness.

18  Q.  Do you recognize that?

19  A.  Yes.

20  Q.  What is it?

21  A.  It's a photo of Brendan.

22  Q.  Which Brendan?

23  A.  Sean's assistant.

24         MS. COMEY:  Your Honor, the government offers this in

25  evidence.

SA-179

P66Wcom3                        Jane - Direct

1          MS. GERAGOS:  No objection.

2          THE COURT:  All right.  2A-313 will be admitted.

3          (Government Exhibit 2A-313 received in evidence)

4    BY MS. COMEY:

5    Q.  About how many times do you remember Sean calling Brendan

6    when he ran out of drugs in these hotel rooms?

7    A.  Various times.

8    Q.  Multiple times?

9    A.  Yes.

10   Q.  And after each time Sean called Brendan, what did you see

11   happen in the hotel room a short time later?

12   A.  Brendan would have the drugs.

13   Q.  Did Brendan come to the hotel room door?

14   A.  Yes.

15   Q.  And then what did you see Brendan had?

16   A.  The drugs.

17   Q.  And what drugs do you remember Brendan bringing to the

18   hotel room?

19   A.  I remember there would be, like, pill bottles, which are

20   probably, like, ecstasy.

21   Q.  I don't want you to guess.

22        So there would be pill bottles, and then after the pill

23   bottles, what would you see in the hotel room?

24   A.  Drugs.

25   Q.  What kinds of drugs?

**SA-180**

4717

P66Wcom3                          Jane - Direct

1   A.  Ecstasy, coke, milk, which is like weed.

2          MS. COMEY:  You can take that down.  Thank you,

3   Ms. Gavin.

4   Q.  And then you mentioned security.

5      Who from security do you remember Sean calling when he ran

6   out of drugs in these hotel rooms?

7          MS. GERAGOS:  Objection.  Time period, Judge.

8          THE COURT:  Some more specificity on the time frame.

9          MS. COMEY:  Certainly.

10  Q.  Jane, you mentioned security.

11      When approximately do you remember Sean calling security

12  when he ran out of drugs?

13  A.  Maybe in the middle of our relationship, towards the end.

14  Q.  Was that around 2023, approximately?

15  A.  Yes.

16  Q.  And who from security do you remember Sean calling around

17  that time when he ran out of drugs in hotel rooms?

18  A.  I remember hearing Faheem or J9.

19  Q.  Do you know who Faheem is?

20  A.  He's Sean's security.

21          MS. COMEY:  Ms. Gavin, would you please pull up what's

22  been marked for identification as Government Exhibit 2A-203.

23          Is this already in, Ms. Gavin?

24          This is already in evidence, so we can show that to

25  the jury.

**SA-181**

4718

P66Wcom3                    Jane - Direct

1   Q.  Do you recognize the person in that photograph?

2   A.  Yes.

3   Q.  Who is that?

4   A.  Faheem.

5   Q.  Did you ever hear Sean call him any other names?

6   A.  Maybe Fah.

7   Q.  Fah, like F-A-H?

8   A.  Yes.

9   Q.  About how many times do you remember Sean calling Faheem in

10  2023 when he ran out of drugs in hotel rooms?

11  A.  Maybe just a couple times or so.

12  Q.  And after each time you saw Sean call Faheem, what happened

13  a short time later in the hotel rooms?

14          MS. GERAGOS:  Objection.

15          THE COURT:  That's overruled.

16  A.  Then drugs would appear.

17  Q.  Well, who did you see come to the hotel?

18  A.  Sometimes it was Faheem or J9 or assistants.

19  Q.  And after one of those people came to the hotel room, what,

20  if anything, would you see Sean had?

21  A.  Drugs.

22  Q.  What kind of drugs?

23  A.  Ecstasy, molly, cocaine.

24  Q.  Other than his own --

25          MS. COMEY:  We can take that down, Ms. Gavin.  Thank

**SA-182**

4719

P66Wcom3                        Jane - Direct

1   you.

2   Q.  Other than his assistants and security, who else, if

3   anyone, did you hear Sean call for drugs during hotel nights

4   during your relationship?

5   A.  A man named Guido.

6   Q.  About how many times did you hear Sean call a man named

7   Guido?

8   A.  A few times.

9   Q.  Do you remember approximately when the first time was?

10  A.  Maybe middle to end of our relationship.

11  Q.  So are we talking around 2023-ish?

12  A.  Yes.

13  Q.  What do you remember about that first time?

14  A.  I just remember we were running out and then he calls Guido

15  and then Guido comes to the hotel.

16  Q.  Let me break that down.

17      You said we were running out.  Who was running out of what?

18  A.  Sean was running out of drugs for him and I.

19  Q.  And how do you know if he called Guido?

20  A.  Because I could hear him on the phone calling Guido.

21  Q.  Was he saying the name Guido?

22  A.  Yes.

23  Q.  And then who came to the hotel, if anyone, a short time

24  later?

25  A.  Guido.

**SA-183**

4727

P66Wcom3                    Jane - Direct

1   Q.  Now, around that time, who started reaching out to

2   entertainers to schedule hotel nights?

3   A.  It was Sean.

4   Q.  Did you ever reach out to entertainers to schedule hotel

5   nights?

6   A.  Yes.

7   Q.  About when did you start doing that?

8   A.  Probably in, like, the early -- early phases of us.

9   Q.  So 2021, 2022 time?

10  A.  Yes.

11  Q.  Why did you start scheduling entertainers around then?

12  A.  At this point I just assessed the dynamic of my

13  relationship and I didn't like being surprised with whoever, a

14  new stranger, and while we were watching pornography, I started

15  to -- we started to watch a specific entertainer and I had the

16  idea that I would choose that person.

17  Q.  I want to break that down a little bit.

18          Up until that point in your relationship with Sean,

19  were all of the men in hotel nights strangers to you before

20  Sean brought them to you?

21  A.  Yes.

22  Q.  And how did you feel about the fact that all of the men

23  were strangers to you?

24  A.  I hated it.

25  Q.  So what did you do to try to address that?

SA-184

4728

P66Wcom3                    Jane - Direct

1   A.  I didn't really.  I just -- I just said to myself if, if
2   we're going to be doing this, I should just choose, like, I
3   should choose who's going to be on my body.
4   Q.  Now, to be clear, did you want to have sex with any men
5   other than Sean?
6   A.  Absolutely not.
7   Q.  Then why did you want to choose a particular man in this
8   context?
9   A.  Because I felt like I couldn't get away from this dynamic
10  that was happening, and if I had to make it better for myself,
11  then at least I could feel like I chose somebody that I wanted
12  for me on these nights.
13  Q.  So about when did you choose for yourself -- did you first
14  choose for yourself what man would be with you in a hotel
15  night?
16  A.  Maybe late '21 or, like, early '22.
17  Q.  Are you estimating?
18  A.  Yes.
19  Q.  Who was the first man that you chose for yourself?
20  A.  Kabrale.
21  Q.  Do you know Kabrale's last name?
22  A.  Yes.
23  Q.  What was it?
24  A.  Williams.
25          MS. COMEY:  Ms. Gavin, would you please pull up what's

**SA-185**

4736

P66Wcom3                    Jane - Direct

1   A.  Because he was familiar to me.

2   Q.  To be clear, each time you suggested Kabrale, did you want

3   to have sex with Kabrale?

4   A.  No.

5   Q.  Then why did you suggest him?

6   A.  Because he felt like a safe option for me.

7   Q.  In what cities do you remember having hotel nights with

8   Kabrale?

9   A.  I remember Los Angeles, Miami, New York.

10  Q.  How many times do you remember having a hotel night with

11  Kabrale in New York?

12  A.  Once.

13  Q.  Where in New York did you have that hotel night?

14  A.  Which -- what city, or --

15  Q.  Do you remember what hotel?

16  A.  The Trump Hotel.

17  Q.  And do you remember, is that in New York City?

18  A.  Yes.

19  Q.  Is that the Trump Hotel in Manhattan?

20  A.  Yes.

21  Q.  Each time you met with Kabrale for a hotel night, from

22  where was Kabrale traveling?

23  A.  Atlanta.

24  Q.  Do you know how Kabrale got from Atlanta to each of those

25  cities?

**SA-186**

4737

P66Wcom3                    Jane - Direct

1   A.  By plane.

2   Q.  Do you know who paid for his plane ticket?

3   A.  Maybe either me or sometimes Jess.

4   Q.  Who is Jess?

5   A.  The travel agent.

6   Q.  Whose travel agent?

7   A.  Sean's.

8   Q.  Sorry?

9   A.  Sean's.

10  Q.  When you booked Kabrale's flights, were you reimbursed, or

11  no?

12  A.  Yes.

13  Q.  Who reimbursed you?

14  A.  Sean.

15  Q.  Other than Chef and Sly, did you and Sean refer to Kabrale

16  by any other nicknames when you talked about him?

17  A.  No.

18  Q.  At the end of each hotel night with Kabrale, what, if

19  anything, did you give to Kabrale?

20  A.  Money.

21  Q.  How much money?

22  A.  It varied.

23  Q.  What's the lowest amount you remember?

24  A.  I just remember the money felt like maybe $2,000 or

25  something.

SA-187

4738

P66Wcom3                    Jane - Direct

1    Q.  And what's the most amount you remember?

2    A.  I would say maybe, like, 4,000.

3    Q.  And was that all in cash?

4    A.  Sometimes cash.  Sometimes through CashApp.

5    Q.  OK.  Let's focus on the cash.

6         When you gave Kabrale cash at the end of a hotel

7    night, where did the cash come from?

8         MS. GERAGOS:  Objection.  Time period.

9         MS. COMEY:  I can rephrase, your Honor.

10        THE COURT:  All right.

11   BY MS. COMEY:

12   Q.  How many times did you hand cash to Kabrale?

13   A.  I would say majority of the time that I would see him.

14   Q.  OK.  And each of those times, did the cash come from the

15   same place?

16   A.  Yes.

17   Q.  Where did the cash come from each of those times?

18   A.  From the drawer, from Sean.

19   Q.  What do you mean when you say from the drawer, from Sean?

20   A.  That's usually where money would be.

21   Q.  What money?

22   A.  Cash.

23   Q.  Whose cash?

24   A.  Sean's.

25   Q.  And then you mentioned CashApp.  About how many times do

SA-188

4739

P66Wcom3                    Jane - Direct

1   you remember paying Kabrale over CashApp?

2   A.  Maybe a couple times.

3   Q.  And why did you end up doing that?

4   A.  Because there was no cash to give him at the end.

5   Q.  When you sent Kabrale cash over CashApp, were you

6   reimbursed for that, or no?

7   A.  Yes.

8   Q.  Who reimbursed you?

9   A.  Sean.

10  Q.  And you mentioned that Kabrale was the first adult

11  entertainment performer you reached out to, is that right?

12  A.  Yes.

13  Q.  How many more did you reach out to?

14  A.  One other person.

15  Q.  When did you reach out to that one other person,

16  approximately?

17  A.  I would say around 2022.

18  Q.  And was that before or after you'd met Kabrale in person?

19  A.  After.

20  Q.  What was the name of the second adult entertainer that you

21  reached out to yourself?

22  A.  Antoine.

23       MS. COMEY:  Ms. Gavin, would you please pull up what's

24  been marked for identification as Government Exhibit 2A-608.

25  Q.  Do you recognize the person in that photograph?

SA-189

4740

P66Wcom3                    Jane - Direct

1   A.  Yes.

2   Q.  Who is that?

3   A.  Antoine.

4       MS. COMEY:  Would you please publish that, Ms. Gavin.

5   Q.  Jane, do you know Antoine by any other names?

6       MS. GERAGOS:  No objection.

7       MS. COMEY:  Oh, I'm so sorry.

8       THE COURT:  Is that not in evidence?

9       MS. COMEY:  Oh, I'm sorry.  I should have offered it.

10      THE COURT:  2A-608 will be admitted.

11      (Government Exhibit 2A-608 received in evidence.

12  BY MS. COMEY:

13  Q.  Did you know Antoine by any other names?

14  A.  I think it was, like, Antoine Harris.  I'm not really sure.

15  Q.  Do you know if that was his real name or his stage name?

16  A.  I think it was his stage name.

17  Q.  Do you remember his real name?

18  A.  I don't.

19      MS. COMEY:  We can take that down.  Thank you.

20  Q.  How did it come about that you contacted Antoine?

21  A.  I contacted Antoine one night when me and Sean were

22  watching pornography, and we kept repeating this specific video

23  from Antoine and watching a lot of his other films.  And kind

24  of the same thing happened, where I was like, I was into seeing

25  Antoine.  And Sean was kind of encouraging it and being

**SA-190**

4741

P66Wcom3                    Jane - Direct

1   positive and I was, like, I'm just going to message him.  And

2   so I did, over Instagram.

3   Q.  Had you taken drugs at that point?

4   A.  Yes.

5   Q.  What drugs?

6   A.  Ecstasy.

7   Q.  How did you contact Antoine?

8   A.  Through Instagram.

9   Q.  And then what happened from there?

10  A.  Then we exchanged numbers fairly quickly, and we got in

11  touch over the phone pretty quickly.

12  Q.  And when you got in touch over the phone, what do you

13  remember happening?

14  A.  I remember that he was actually only a city away from where

15  we were.

16  Q.  Where were you and Sean at that point?

17  A.  In Los Angeles.

18  Q.  And where did Antoine tell you he was?

19  A.  In Los Angeles.

20  Q.  And what happened after that?

21  A.  We invited Antoine over.

22  Q.  What, if anything, did you tell Antoine about what you were

23  inviting him over for?

24  A.  I said that I would like to meet him and I was with my

25  partner and if he would like to come over and hang, just come

**SA-191**

4742

P66Wcom3                    Jane - Direct

1    over.

2    Q.  How did Antoine respond?

3    A.  Positively.  He came over.

4    Q.  Where did Antoine meet you that first time?

5    A.  Los Angeles.

6    Q.  Do you remember where you were?

7    A.  Yes.

8    Q.  Where were you?

9    A.  In my first residence.

10   Q.  In your apartment?

11   A.  Yes.

12   Q.  The apartment we talked about yesterday?

13   A.  Yes.

14   Q.  And what happened that first time that Antoine came over?

15   A.  I remember when I first met Antoine, he was really nice,

16   really sweet, like, again, with, like, really cute, like,

17   nervous energy and a lot of giggles, and I thought he was just

18   so cute and bubbly.

19   Q.  Did you want to have sex with him?

20   A.  No.

21   Q.  Then why were you cute and bubbly with him?  Why did you

22   invite him?

23   A.  I think I was just high and this was what was happening in

24   our night.

25   Q.  If you already had contacted Kabrale, why did you contact

**SA-192**

4743

P66Wcom3                    Jane - Direct

1   Antoine?

2   A.  Because Kabrale was far.  He was in Atlanta.

3   Q.  And where was Antoine?

4   A.  Los Angeles.

5   Q.  And where were you living at the time?

6   A.  Los Angeles.

7   Q.  And if you didn't want to have sex with Antoine, why did

8   you invite him over?

9   A.  Just to impress my partner.

10  Q.  That night did you have sex with Antoine?

11  A.  Yes.

12  Q.  Did you follow the same pattern that we've already talked

13  about?

14  A.  Yes.

15  Q.  And what did Sean do throughout?

16  A.  He watched and he was happy.

17  Q.  At the end of that first sexual encounter with Antoine,

18  what, if anything, did you give to Antoine?

19  A.  In that first night, nothing.

20  Q.  Did you later meet up with Antoine?

21  A.  Yes.

22  Q.  How many times?

23  A.  A good amount of times.

24  Q.  In what city or cities did you meet up with Antoine?

25  A.  Primarily Los Angeles.

**SA-193**

4744

P66Wcom3                    Jane - Direct

1   Q.  What happened -- and where did you meet him in Los Angeles?

2   A.  At hotels.

3   Q.  Did you also meet him at your apartment sometimes?

4   A.  Yes.

5   Q.  Each time you met Antoine, what happened?

6   A.  We would have sex and the same patterns.

7   Q.  And who else would be in the room when you and Antoine had

8   sex?

9   A.  Sean.

10  Q.  At the end of the rest of those nights when you met with

11  Antoine, what, if anything, did you give to Antoine?

12  A.  Money.

13  Q.  What kind of money?  Cash or otherwise?

14  A.  Cash.

15  Q.  Where did the cash come from?

16  A.  Sean.

17  Q.  Now, after you met Kabrale and Antoine, did you ever

18  FaceTime with them?

19  A.  Yes.

20  Q.  About how often did you FaceTime with Kabrale or Antoine?

21  A.  Whenever Sean and I would be together having sexy time.

22  Q.  Whenever you and Sean would be having, 0reak that down.

23      Is that when you and Sean would be alone?

24  A.  Yes.

25  Q.  And why would you FaceTime with Kabrale and Antoine when

SA-194

4745

P66Wcom3                          Jane - Direct

1   you were alone with Sean?

2   A.  Because Sean wanted to see something live happening while

3   we were together.

4   Q.  How did you know that?

5   A.  He would ask me.

6   Q.  And then when you FaceTimed Kabrale and Antoine, what

7   happened on the FaceTimes?

8   A.  On the FaceTimes, I would start flirting with either

9   Antoine or Kabrale, and then like a sexting-style FaceTime

10  would happen and would be this whole sex FaceTime.

11  Q.  What was Sean doing during each of these FaceTimes?

12  A.  Watching.

13  Q.  How was Sean able to watch these FaceTimes?

14  A.  On his TV, because I screen record -- screen mirrored.

15  Q.  Is that the same way you described Sean being able to watch

16  that first FaceTime with Kabrale?

17  A.  Yes.

18  Q.  Each time you FaceTimed with Kabrale and Antoine in this

19  way, did you tell Kabrale and Antoine that Sean was in the

20  room?

21  A.  No.

22  Q.  What did you tell them?

23  A.  That I was alone.

24  Q.  Why did you tell them that you were alone?

25  A.  Because I didn't want them to feel uncomfortable.

SA-195

4760

P66ACom4                    Jane - Direct

1   Q.  When did you find out he was a personal trainer?

2   A.  Just in conversation between us.

3   Q.  Did you find that out the first time you met him or later

4   on?

5   A.  Kind of like the first time.

6   Q.  What do you remember him saying about that?

7   A.  That he was a personal trainer and that he also worked for

8   the website.

9   Q.  What website?

10  A.  Cowboys & Angels.

11  Q.  And remind us what Cowboys & Angels is?

12  A.  It's an escort website.

13  Q.  Do you know who Paul trained as a personal trainer?

14  A.  Sean.

15  Q.  Do you know when approximately Paul started training Sean

16  as a personal trainer?

17  A.  I don't.

18  Q.  Do you know -- well, withdrawn.

19          In what cities or countries do you remember seeing

20  Paul for these hotel nights?

21  A.  I remember seeing Paul in Los Angeles, Miami, and Turks.

22  Q.  When did you see him in Turks?

23  A.  I saw him in Turks I would say sometime in 2023.

24  Q.  We'll talk about that in a little bit.

25          In Los Angeles and Miami did you see him in those

**SA-196**

P66ACom4                    Jane - Direct

1    cities once or more than once?

2    A.  More than once.

3    Q.  Do you know how Paul got to all of those different cities

4    to see you?

5    A.  He would book his own travel or he'd already be there.

6          MS. COMEY:  We can take that down.  Thank you.

7          Ms. Gavin, would you please pull up what's been marked

8    for identification as Government Exhibit 2A-606.

9    Q.  Jane, do you recognize this exhibit?

10   A.  Yes.

11   Q.  What is it?

12   A.  It's a photo of a man named Leo I believe.

13   Q.  And how do you know this man?

14   A.  Met him through Sean.

15   Q.  For what?

16   A.  For one of these nights.

17          MS. COMEY:  Your Honor, the government offers this

18   exhibit in evidence.

19          MS. GERAGOS:  No objection.

20          THE COURT:  2A-606 will be admitted.

21          (Government's Exhibit 2A-606 received in evidence)

22          MS. COMEY:  May we please publish.

23   Q.  About when did you first meet Leo?

24   A.  I would say in 2022.

25   Q.  And how did you first meet Leo?

SA-197

4798

P66Wcom5                    Jane - Direct

1  A.  I remember that Sean was inviting me to New York, and I

2  said I don't really want to go because I feel like you're going

3  to try to set me up with somebody.

4      And he was saying that that's not what was going to happen,

5  that we were going to have this romantic one-on-one time

6  together in New York.

7      And I was really excited.  I trusted those words, and I

8  went to New York.  And on my flight was when he says, do you

9  want entertainment tonight?

10 Q.  When you arrived in New York, ultimately did you meet the

11 man in this photo, 2A-603?

12 A.  Yes.

13         MS. GERAGOS:  Can we please just get a time period,

14 Judge?

15 BY MS. COMEY:

16 Q.  Do you remember about when this was?

17 A.  Around, I want to say in 2023 sometime, I think.

18 Q.  Are you estimating?

19 A.  Yes.

20         MS. COMEY:  Your Honor, the government offers 2A-603

21 in evidence.

22         MS. GERAGOS:  No objection.

23         THE COURT:  All right.  This exhibit will be admitted.

24         (Government Exhibit 2A-603 received in evidence).

25         MS. COMEY:  Can we please publish that to the jury.

**SA-198**

4799

P66Wcom5                    Jane - Direct

1  Q.  Now, you said before you went on this trip, you told Sean

2  you didn't want to have a hotel night, is that right?

3  A.  Yes.

4  Q.  And how did Sean respond to that before you left for New

5  York?

6  A.  He said that was fine, it will just be us and that we would

7  have together time.

8  Q.  And what kinds of things did Sean tell you you would do in

9  New York?

10 A.  He said we would go to dinners, spend time, do some

11 shopping and just be together.

12 Q.  Did you go to dinner or go shopping with Sean when you came

13 to New York?

14 A.  No.

15 Q.  You mentioned being on the flight.

16     When you got on the flight, were you able to get wi-fi at

17 some point?

18 A.  Yes.

19 Q.  And when you got wi-fi when you were on the flight, what

20 did you see on your phone?

21 A.  I saw Sean sending me a text about, do you want

22 entertainment, or can we have entertainment tonight?

23 Q.  How did you feel when you saw that text when you were in

24 midair on the way to New York?

25 A.  I just -- I felt really disappointed.  I felt like my high

SA-199

4800

P66Wcom5                    Jane - Direct

1    of seeing my lover was just, like, shot down.  Like I just felt
2    this, like, heaviness, like damn -- I'm sorry.  I -- I just
3    felt this weight over me, like, I felt like a balloon popped.
4    Q.  When you landed in New York, where did you go?
5    A.  Went to the Trump Hotel.
6    Q.  And what happened after you got to the Trump Hotel?
7    A.  I remember that Sean had some gifts for me, some clothes.
8    So I was happy to see that.  And then I remember I went
9    downstairs.  I went to the car, and it was getting so late that
10   this dinner was nonexistent because it was already like one in
11   the morning.
12   Q.  Where were you waiting for this dinner?
13   A.  I was waiting in an SUV for him.
14   Q.  What was Sean doing while you were waiting?
15   A.  Talking to his entourage outside.
16   Q.  And how long did you wait?
17   A.  Like 40 minutes in there.
18        MS. COMEY:  Ms. Gavin, could you pull up what's in
19   evidence as Government Exhibit E-221, please.
20   Q.  Do you recognize this, Jane?
21   A.  Yes.
22   Q.  What is this?
23   A.  It's a photo that I took waiting in the car of the window
24   of the hotel room.
25   Q.  Who took this photo?

SA-200

4801

P66Wcom5                    Jane - Direct

1    A.  I did.

2    Q.  And where were you when you took this photo?

3    A.  I was in the SUV.

4    Q.  Waiting for who?

5    A.  Sean.

6    Q.  Why did you take this photo?

7    A.  For one, honestly, I thought it looked kind of creative.

8    And for two, I was like, wow, that's extremely obvious.

9    Q.  What's extremely obvious?

10   A.  The red lighted, the red-light room.

11   Q.  And what did you understand was happening in the red-light

12   room?

13   A.  That it was being set up.

14   Q.  Who was setting it up?

15   A.  The assistants.

16   Q.  Who assistants?

17   A.  Sean's.

18   Q.  And what were they setting it up for, to your

19   understanding?

20   A.  To have a hotel night.

21   Q.  After you waited for Sean, what did you and Sean end up

22   doing that night?

23   A.  I remember we found a -- a little bar, lounge thing that

24   was getting ready to close and we just kind of bickered.  And

25   we just bickered back and forth, and then I want to say I was

SA-201

P66Wcom5                    Jane - Direct

1  handed a pill, and I went back to the hotel with him.

2  Q.  What were you and Sean bickering about?

3  A.  I was bickering about just how I was done with this and I

4  didn't want to do this and, like, why, like, every time I see

5  you, like, this is happening?  And something along those lines.

6  And I just remember he was just like super defensive and

7  saying, like, we don't have to do any of this stuff.  I don't

8  need to do any of this and we don't have to do this at all.

9  And just defensive.

10  Q.  In the context of this conversation, what was the "this"

11  that you were telling Sean you did not want to do?

12  A.  That I didn't want to do any more of these nights with

13  these men.

14  Q.  And when Sean said that you don't have to do it anymore,

15  how did you react?

16  A.  I was just listening, but in my heart, I knew he didn't

17  mean that.

18  Q.  What makes you say that?

19  A.  Because it still happened that night.

20  Q.  So what happened after you left that club where you were

21  bickering?

22  A.  We went back to his hotel -- his hotel room.

23  Q.  And on the way to the hotel room, what, if anything, did

24  Sean give you?

25  A.  Ecstasy.

SA-202

4803

P66Wcom5                         Jane - Direct

1   Q.  Did you take it?

2   A.  Yes.

3   Q.  And what happened when you got to the hotel room?

4   A.  I was back in an outfit and in a robe, and Sean said that

5   he had something coming.

6   Q.  And what happened next?

7   A.  I remember -- I think I remember meeting this -- greeting

8   this man.  I said hello.  He walked into the living room, and

9   we all just made small talk.

10  Q.  And when you say this man, do you mean the man whose photo

11  we were just looking at in Government Exhibit 2A-603?

12  A.  Yes.

13  Q.  You said you walked into the living room.  Were you in a

14  hotel suite?

15  A.  Yes.

16  Q.  What happened in the living room with Sean, you and this

17  man?

18  A.  We were just having conversation, and I remember we were

19  just trying to have some sort of chemistry.  But I could feel

20  that this wasn't going to be a thing, and I was kind of trying

21  to dance a little bit.  I let the man touch my leg a little

22  bit.  And I just wasn't into anything about this guy.

23  Q.  So what did you do?

24  A.  I took Sean to the bedroom and I talked to him privately.

25  Q.  What did you tell Sean in the bedroom?

SA-203

4804

P66Wcom5                         Jane - Direct

1   A.  That I couldn't do this.

2   Q.  How did Sean respond?

3   A.  He responded agitated.  He was just agitated that -- he was

4   just like, OK.

5   Q.  And then what happened next?

6   A.  And then at that point, it's just me and Sean and we're

7   just together and he's like, just kind of like, I can't wait to

8   see what you have for me next.  Or what would make this better?

9   Or what would we do?  What surprises do you have for me, or

10  something?  And in that moment, I just wanted to make it up to

11  him, that he wasn't going to have, like, this night that he

12  envisioned.  And so I messaged Kabrale.

13  Q.  Why did you feel like you needed to make it up to him if

14  just earlier that night you told him you don't want to do these

15  nights anymore and Sean said you don't have to?

16  A.  Really hard question to answer.

17         I just -- I just -- at this point in my relationship,

18  I just knew that that's what would make my partner the

19  happiest.  And I just -- I just wanted to give him what he

20  wanted and I wanted to make him happy and I wanted to just have

21  a good, upbeat night with him.

22  Q.  At this point was Sean paying for your rent, or not yet?

23  A.  I believe so.

24  Q.  And at this point had you had any conversations with Sean

25  where he had referenced your rent in connection with these

SA-204

4805

P66Wcom5                    Jane - Direct

1   nights?

2   A.  Yes.

3   Q.  Can you tell us about that?

4          MS. GERAGOS:  Your Honor, objection.  Time period.

5          THE COURT:  Can you clarify.

6   BY MS. COMEY:

7   Q.  In the period between when you moved into your home in

8   approximately April or May 2023 and this trip to New York later

9   in 2023, did you have a conversation, one or more conversations

10  with Sean where he brought up your rent in connection with

11  these hotel nights?

12  A.  Yes.

13  Q.  Can you tell us about those, please?

14  A.  I just remember -- it's kind of fuzzy, but if you show me

15  something, I'll remember.

16  Q.  We'll walk through some of your messages a little later,

17  but in the meantime, you mentioned Kabrale?

18  A.  Yes.

19  Q.  You messaged Kabrale?

20  A.  I did.

21  Q.  What did you say to Kabrale when you messaged him?

22  A.  I think I said something along the lines of that I would

23  love to see him in New York and that I wasn't too far and if he

24  could make it happen that I would love to see him.

25  Q.  And how did he respond?

SA-205

4806

P66Wcom5                         Jane - Direct

1    A.  He responded happy and he was excited and he got on a

2    flight that same -- couple hours and he was with us in New York

3    that night.

4    Q.  Who booked the flight?

5    A.  I believe I did.

6    Q.  Who were you with when you booked Kabrale's flight?

7    A.  Sean.

8    Q.  And where was the flight from?

9    A.  From Atlanta to New York.

10   Q.  And who paid for the flight?

11   A.  Me then.

12   Q.  Why do you say me then?

13   A.  It came from my card.  I paid for it.

14   Q.  And then were you reimbursed?

15   A.  Yes.

16   Q.  By who?

17   A.  Sean.

18   Q.  What happened when Kabrale came to New York?

19   A.  I remember when Kabrale came, it was fine.  He was nice.

20   We had a good time.

21       Kabrale is somebody that I'm familiar with, and Sean was

22   really happy with our interactions.

23   Q.  What did you and Kabrale do in New York?

24   A.  We had sex.

25   Q.  In front of who?

SA-206

4807

P66Wcom5                    Jane - Direct

1   A.   Sean.

2   Q.   Where did you have sex with Kabrale in front of Sean while

3   in New York?

4   A.   At the Trump Hotel in New York.

5   Q.   And after you finished having sex with Kabrale in front of

6   Sean in the Trump Hotel, what, if any, money did you give to

7   him?

8   A.   I remember at the very end, Sean and I had to go our

9   separate ways, away from this hotel.  And I wanted to make sure

10  that Kabrale didn't feel like we just up and left and forgot

11  about him.  So I made sure that he had money in an envelope,

12  and I made sure that one of the assistants had left it at the

13  front desk for Kabrale.

14  Q.   Where did the money come from?

15  A.   Sean.

16  Q.   How much money was it?

17  A.   It was probably a few thousand.

18  Q.   And do you remember which assistant took the money and left

19  it at the front desk for Kabrale?

20  A.   I believe it was Joey.

21  Q.   Jane, we've walked through a number of different

22  photographs of entertainers that you saw in these hotel nights.

23       Were there any men that Sean brought to hotel rooms for

24  hotel nights who we have not seen in photographs so far?

25  A.   Yes.

SA-207

4817

P66Wcom5                         Jane - Direct

1    Q.  During the other hotel nights, when the men would finish

2    having sex with you and be done, what would you usually do?

3    A.  I would go in the bedroom and wait for Sean.

4    Q.  And in the meantime, where would Sean be?

5    A.  Outside, saying bye to them, or with me.

6    Q.  So were there times when Sean would say goodbye to the men

7    and you would not be in the room?

8        You described you being in the bedroom.  Where would Sean

9    be?

10   A.  Outside, in the living room.

11   Q.  With who?

12   A.  With the man to say bye.

13   Q.  And then you mentioned that you handed money to Kabrale and

14   Antoine.  Did you do that once or more than once?

15   A.  More than once.

16   Q.  During how many of these nights that you had with Kabrale

17   and Antoine did you hand them money?

18   A.  How many times?  I can't recall.

19   Q.  Do you remember any where you didn't either hand them money

20   or send them money?

21   A.  I don't remember a time where they didn't receive money,

22   no.

23   Q.  And each time the money was cash, who gave you the cash to

24   hand to Antoine and Kabrale?

25   A.  Sean.

SA-208

4818

P66Wcom5                        Jane - Direct

1   Q.  And at what point in a hotel night did Sean give you cash

2   to hand to Antoine and Kabrale?

3   A.  At the end.

4   Q.  After you were done having sex?

5   A.  Yes.

6   Q.  Sorry?

7   A.  Yes.

8   Q.  Jane, you mentioned earlier that Sean would sometimes film

9   these hotel nights.  Is that right?

10  A.  Yes.

11  Q.  How often during your relationship with him did Sean record

12  you having sex with other men during hotel nights?

13  A.  Almost every time.

14  Q.  What did you see Sean use to make those recordings?

15  A.  His iPhone.

16  Q.  And what, if anything, did Sean say to you and the

17  entertainer when he would bring out his iPhone?

18  A.  He would -- he knew we wouldn't say anything.  He would

19  just start recording.

20  Q.  And while recording -- well --

21  A.  Well, actually --

22  Q.  Go ahead.

23  A.  -- he'd just say something like it's just for me or it's

24  just for us.

25  Q.  Throughout these hotel nights, did Sean behave in

SA-209

4830

P66Acom6                    Jane - Direct

1   BY MS. COMEY:

2   Q.  Were there ever times you couldn't recover fully from a UTI

3   before having another hotel night?

4   A.  Yes.

5   Q.  About how often did that happen?

6   A.  It happened here and there.

7   Q.  Did you ever get sore anywhere other than your back as a

8   result of these hotel nights?

9   A.  Yes.

10  Q.  What part of your body got sore as a result of these hotel

11  nights?

12  A.  My vagina.

13  Q.  Did you ever tell Sean during one of these hotel nights

14  that your vagina was sore?

15  A.  Probably not.

16  Q.  Why do you say probably not?

17  A.  Because I just -- I just didn't want to indicate like any

18  negativity.

19  Q.  About what percentage of hotel nights did you get sore in

20  your pelvic area during?

21  A.  100 percent of them.

22  Q.  Did you stop when you got sore?

23  A.  Sometimes no.  Sometimes yes.

24  Q.  On the times you didn't stop, why didn't you stop?

25  A.  I'm not sure.

SA-210

5029

P69Wcom3                          Jane - Direct

1    wanted to do.  I just wanted to be left alone.

2    Q.  So why didn't you want to talk to him on the phone?

3    A.  Because every time Sean even got a second in my mind, then

4    I would be right back into whatever he wanted.

5    Q.  Can you read, please, the messages Sean sent you on the

6    right?

7    A.  He says:  Can I please come over there?  That's my house

8    too.

9    Q.  What did you understand Sean was referring to when he said

10   that's my house too?

11   A.  The home where he was paying my rent and the home that we

12   recently got.

13   Q.  And what does he say next?

14   A.  He says:  I'm coming over.

15   Q.  And what do you say?

16   A.  Are you going to let me in or not?

17          MS. COMEY:  Can we go to pages 6 and 7, please.

18   Q.  Jane, would you please read all of the messages that Sean

19   sent on these two pages?

20   A.  Yes.  It says -- it says:  15 minutes, is your baby there.

21   Are you going to let me in our house, question, question,

22   question?

23      Are you going to let me in our house, question, question,

24   question?

25      Are you going to let me in our house, question, question,

SA-211

P69Wcom3                    Jane - Direct

1    question?

2         Are you going to let me in our house, question, question,

3    question?

4         Are you going to let me in our house, question, question,

5    question?

6              MS. COMEY:  Let's go to page 8, please.

7    Q.  Would you read the next three messages Sean sent you?

8    A.  He says:  Are you going to let me in our house, question,

9    question, question?

10        Are you going to let me in our house, question, question,

11   question?

12        Are you going to let me in our house, question, question,

13   question?

14   Q.  Through all of those text messages, what did you understand

15   Sean was referring to when he said our house?

16   A.  He was referring to the house that we got where I live.

17   Q.  Did you end up seeing Sean that night?

18   A.  I believe so.

19   Q.  Did you see him as he was sending you these messages,

20   though?

21   A.  No.

22   Q.  And as he was sending you these messages, were you

23   answering his calls?

24   A.  No.

25   Q.  Why not?

**SA-212**

5036

P69Wcom3                    Jane - Direct

1   Q.  What happened in front of that other assistant?

2           MS. GERAGOS:  Objection.

3           THE COURT:  Grounds.

4           MS. GERAGOS:  Assumes facts not in evidence also.

5           THE COURT:  All right.

6           Can we rephrase.

7   BY MS. COMEY:

8   Q.  What, if anything, happened in front of that assistant?

9   A.  I remember that assistant was shaking his head and just

10  saying to me you don't deserve to be called a bitch.

11  Q.  What hotel were you at at this point?

12  A.  I believe this hotel was the L'Ermitage.

13  Q.  At that hotel did Sean only have sex with you like he had

14  said in the texts we saw earlier this morning?

15  A.  No.

16          MS. GERAGOS:  Objection.

17          THE COURT:  That's overruled.

18  A.  No.

19  Q.  What happened at that hotel on October 18?

20  A.  I remember on this night I didn't want to take drugs and I

21  was with multiple men this night.

22  Q.  Is this the night that you told us about last week?

23  A.  Yes.

24  Q.  It was the one night you did without drugs?

25  A.  Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-213

5037

P69Wcom3                    Jane - Direct

1    Q.  Who was the first entertainer you were with that night?

2    A.  Rico or Michael, whatever his name is.

3    Q.  Who was the second?

4    A.  Paul.

5    Q.  And who was the third?

6    A.  Antoine.

7    Q.  Between Paul and Antoine, what happened?

8    A.  I threw up.

9    Q.  What happened when you threw up?

10   A.  I just remember Sean coming in the bathroom, and I just

11   told him that I'd just thrown up, and he just said:  OK, that's

12   good.  You'll feel better now.  And let's go outside.

13   Q.  And after that, did you have sex with Antoine?

14   A.  Yes.

15   Q.  At the end of that night, how did you feel?

16   A.  Absolutely terrible.

17          MS. COMEY:  Can we please pull up what's in evidence

18   as Government Exhibit A-104-72.

19          Can we zoom in on the left, bottom left two texts,

20   please.

21   Q.  Jane, what are these?

22   A.  These are text messages between Sean and I.

23   Q.  What's the date?

24   A.  October 20, 2023.

25   Q.  Who is sending this text?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-214

5043

P69Wcom3                    Jane - Direct

1   A.  Yes.

2   Q.  What did you write in the top left?

3   A.  I said:  You agreed to match my two-year investment in this

4   toxic ass relationship with an allowance every month that

5   equates to the monthly expense of this home.

6   Q.  What were you referring to there?

7   A.  I was referring to the love contract where he agreed that

8   he would start giving me an allowance which covered the rent.

9   Q.  How did Sean respond?

10  A.  He says:  You threaten me?

11  Q.  And what do you say in response?

12  A.  He said:  Now leave me the fuck alone.  For real.  On God.

13  Q.  Before receiving these messages, had you spoken on the

14  phone with Sean?

15  A.  I had.

16  Q.  What happened during that conversation?

17  A.  In this conversation I remember voicing my frustrations and

18  my pain and my agony about the most recent hotel night and how

19  I wasn't OK and I wasn't feeling good, and he responds by

20  saying, like, OK.  Cool.  What do you need?  Another three

21  months in the house, because I'm not going to be paying for

22  somebody that I'm not even seeing as to how I get down,

23  something like that.

24  Q.  And how did you respond when Sean said that?

25  A.  I was livid.  I felt like what does the house have to do

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

**SA-215**

5044

P69Wcom3                    Jane - Direct

1   with what I'm saying?  And why when I'm in this dark moment

2   that you just completely flip it to the house and not listening

3   to where my pain is lying.

4   Q.  So what did you tell Sean?

5   A.  Are you referencing --

6   Q.  During your conversation before Sean texted you, you

7   threaten me?

8   A.  My reference to his past two ex-girlfriends, and I said I'm

9   not them.

10  Q.  What did you say specifically?

11  A.  I said I'm not Gina or Cassie.

12  Q.  Why did you bring up Gina and Cassie?

13  A.  At the time I felt that these two women had quietly left

14  that relationship, and in the heat of the moment I'm telling

15  him that I feel really violated and I've been pushed to the

16  edge.  And I don't know what exactly I meant in that moment,

17  but I'm just standing up for myself at that point.

18  Q.  In essence, were you telling him that you were going to

19  speak out about what you'd experienced in your relationship?

20          MS. GERAGOS:  Objection.

21          THE COURT:  Sustained.

22  BY MS. COMEY:

23  Q.  In essence, what were you telling Sean?

24  A.  Just like don't play with me because, in essence, the

25  energy was just like anger.

SA-216

5172

P69Qcom6                        Jane - Direct

1          (Witness present; jury present)

2          THE COURT:  Please be seated.

3          Welcome back, members of the jury.

4          Before the break, there was an Instagram video played.

5    Then there were a few questions asked after the video was

6    played.  You are to disregard those questions and the answers

7    given to those questions.

8          With that, Ms. Comey, you may continue

9          MS. COMEY:  Thank you, your Honor.  I'm going to play

10   the video one more time if it's all right.  That's Government

11   Exhibit 9 A-102.

12          (Videotape played)

13   Q.  Again, when you saw that video on Instagram in May of 2023,

14   what did you understand Sean was referring to throughout that

15   video?

16   A.  I understood take was referring to the hotel footage of him

17   assaulting Cassie.

18   Q.  And, Jane, what was the next time you saw Sean in person

19   after you watched this video where he said he committed to be a

20   better man?

21   A.  I saw him in June.

22   Q.  Do you remember the date?

23   A.  June 18.

24   Q.  2024?

25   A.  Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-217

5182

P69Qcom6                    Jane - Direct

1   A.  I said, "I hate you."  I just kept saying that I hated him.

2   Q.  Did any of the glass hit Sean as far as you could see?

3   A.  I remember a lot of wax went on Sean, but I don't remember

4   striking him with the glass directly.

5   Q.  When you say wax went on him, do you mean wax went on his

6   clothing?

7   A.  Yes.

8   Q.  What did Sean say in response as you were throwing things

9   at him?

10  A.  I can't recall, but I think he was probably cursing and

11  calling me crazy.

12  Q.  Do you remember his tone of voice?

13  A.  Angry.

14  Q.  At some point, did you try to leave that living and kitchen

15  area?

16  A.  Yes.

17  Q.  Why did you try to leave?

18  A.  Because I knew that things were going to escalate, so I

19  just wanted to lock myself away.

20  Q.  Where did you go to lock yourself away?

21  A.  In the master bedroom.

22  Q.  Now, at that point before you locked yourself away, had

23  Sean touched you at all?

24  A.  Not yet.

25  Q.  And at that point, what had Sean said to you that made you

SA-218

5183

P69Qcom6                          Jane - Direct

1   feel like things were escalating?

2   A.  I just remember he was just calling me fucking crazy, and

3   that I put my hands on him, and I just wanted to close the door

4   behind me, and I was like "Just leave.  Just leave.  Just

5   leave."

6   Q.  Who were you saying "just leave" to?

7   A.  Sean.

8   Q.  As you were saying "just leave," where did you go?

9   A.  I went into the master.

10  Q.  And in the master bedroom, what did you do with the door to

11  the master bedroom?

12  A.  I locked it.

13          MS. GERAGOS:  Objection.

14          THE COURT:  Can you rephrase?

15  Q.  What, if anything, did you do with the door when you walked

16  into the master bedroom?

17  A.  I locked it.

18  Q.  What happened after you locked the master bedroom door?

19  A.  He kicked it open.

20  Q.  Who kicked it open?

21  A.  Sean.

22  Q.  Where did you go after Sean kicked open your locked master

23  bedroom door?

24  A.  I went into the master bathroom.

25  Q.  What did you do in the master bathroom?

**SA-219**

P69Qcom6                    Jane - Direct

1   A.  I locked it.

2   Q.  You locked what?

3   A.  I locked the door.

4   Q.  The door from where to where?

5   A.  The bathroom door, and I closed it, and I was in the

6   bathroom.

7   Q.  What were you saying as you locked the master bathroom

8   door?

9            MS. GERAGOS:  Objection.

10           THE COURT:  Sustained.

11  Q.  Were you saying anything as you locked the master bathroom

12  door?

13  A.  I just kept telling him to leave.

14  Q.  What happened after you locked the master bathroom door?

15  A.  He kicked it down.

16  Q.  Who kicked it down?

17  A.  Sean.

18  Q.  When you say "kicked it down," do you mean literally off

19  the hinges or just open?

20  A.  Literally off the hinges.

21  Q.  What happened next?

22  A.  I went into my closet.

23  Q.  Is your closet a walk-in closet?

24  A.  Yes.

25  Q.  What did you do in your closet?

SA-220

5185

P69Qcom6                    Jane - Direct

1   A.  I locked my closet.

2   Q.  Your closet door?

3   A.  Yes.

4   Q.  What, if anything, were you saying as you locked your

5   closet door?

6   A.  Just kept telling him to "Leave.  Just go.  Just leave.

7   Just go."

8   Q.  Throughout this whole time, was Sean saying anything?

9   A.  I just remember him calling me crazy and then a few other

10  things, but later on after that --

11  Q.  I'm focusing on when he kicked open your door.  What do you

12  remember him saying then?

13  A.  I think I remember him saying like --

14          THE COURT:  Ms. Comey, let's go on.

15  Q.  After you locked your closet door, what happened next?

16  A.  He kicked it down.

17  Q.  Who?

18  A.  Sean.

19  Q.  Where did you go next?

20  A.  I went all the way to the hallway area, and I was about to

21  leave through the front door.

22  Q.  And what happened as you were about to leave through the

23  front door?

24  A.  Sean kicked me from the back of my thigh, and then I fell

25  down on my butt.  And then he picked me up in a chokehold and

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

**SA-221**

5186

P69Qcom6                          Jane - Direct

1   choked me.

2   Q.  Who picked you up in a chokehold?

3   A.  Sean.

4   Q.  Can you explain to the jury how Sean put you in a

5   chokehold?

6   A.  He put me in a chokehold on the ground, lifted me up, and I

7   couldn't breathe, and I was on my tippy toes.

8   Q.  Did he lift you up by your neck?

9   A.  Yes.

10  Q.  After Sean lifted you up by your neck in a chokehold, what

11  happened next?

12  A.  I went for the front door and --

13  Q.  Jane, how did you get through the front door if he had you

14  in a chokehold?

15  A.  I just squirmed out of it and just was fighting his --

16  his -- his grip on my neck.  I was just trying to get out of

17  his grip.

18  Q.  Now, Jane, before you got to the front hallway and before

19  what you just described happened, had you changed clothes?

20  A.  Yes.

21  Q.  When?

22  A.  When I was in the closet.

23  Q.  So when you were in the closet with the door locked?

24  A.  Yes.

25  Q.  Why had you changed clothes?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

**SA-222**

5187

P69Qcom6                    Jane - Direct

1   A.  Because I just knew that I needed to run away and get away.

2   Q.  Why did that require you to change clothes?

3   A.  Because my dress was too tight, and I wanted to make sure

4   that I just put something on to get away from the situation.

5   Q.  So what did you change into?

6   A.  A really big dress, a really big like daytime summer dress.

7   Q.  What was on your feet?

8   A.  At that point high heels.

9   Q.  So when you went out into the front hallway and Sean kicked

10  you and put you in a chokehold, what were you wearing?

11  A.  I was wearing the looser dress.  My heels were coming off,

12  and I unstrapped my heels, and I made it to the front door, and

13  I just wanted to run and just get away from him because I

14  didn't want to wake up the neighbors.

15  Q.  Where did you run to?

16  A.  I was barefoot, and I ran to this that I knew he wouldn't

17  find me at.

18  Q.  About how far away from your house is this wall?

19  A.  I would say like maybe six blocks or so.

20  Q.  You ran that whole way.  What were you wearing?

21  A.  I was barefoot in a dress.

22  Q.  What did you have with you?

23  A.  Nothing.

24  Q.  Why did you have nothing with you?

25  A.  I just needed myself.  I just needed to get away.

SA-223

5188

P69Qcom6                          Jane - Direct

1   Q.  How long did you hide by this wall?

2   A.  Two hours.

3   Q.  Are you estimating?

4   A.  Yes.

5   Q.  Did you have any way of telling time?

6   A.  No.

7   Q.  Did you have any way of calling anyone?

8   A.  No.

9   Q.  What did you do after you'd hid for what felt like

10  approximately two hours?

11  A.  I went on a really long way back to our residence, and I

12  was -- like I walked like half a mile or so in the middle of

13  the night, and I was just walking back thinking that he wasn't

14  going to be there, and I thought that within that timeframe

15  he'd be gone by now.

16  Q.  Who would be gone by now?

17  A.  Sean.

18  Q.  What did you see when you got back to your house?

19          MS. GERAGOS:  Objection.

20          THE COURT:  Grounds?

21          MS. GERAGOS:  Assumes facts not in evidence.

22          THE COURT:  Ms. Comey, could you take maybe a step

23  back?

24  Q.  When you got back to your house, what, if anything, did you

25  see?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

**SA-224**

P69Qcom6                    Jane - Direct

1   A.  When I turned the corner, I saw Sean walking towards me.

2   Q.  Where was Sean?

3   A.  On the street, our street.

4   Q.  How did you react when you saw Sean?

5   A.  I was scared, but I was quiet, and I just kept walking back

6   to the house because I didn't want to wake up the neighbors and

7   cause a scene on the street.

8   Q.  When you went back into the house, where did you see Sean

9   go?

10  A.  I remember I went to the guest bedroom, and I locked that

11  door too.

12  Q.  What happened when you locked that door?

13  A.  He kicked it in.

14  Q.  Who kicked it in?

15  A.  Sean.

16  Q.  After Sean kicked in the guest bedroom door, what do you

17  remember happening next?

18  A.  I just remember there was just more glass throwing, candle

19  throwing, and --

20  Q.  Who was throwing glasses and candles?

21  A.  Me.

22  Q.  Why were you throwing glasses and candles at Sean?

23  A.  I wanted him to get away from me.

24  Q.  What were you saying to Sean as you threw things at him?

25  A.  That I hated him.

SA-225

5190

P69Qcom6                    Jane - Direct

1    Q.  What do you remember happening next?

2    A.  I remember somehow, I don't know, I got his phone, and I

3    called the girl.

4    Q.  Now before you got his phone, Jane.

5    A.  Yeah.

6    Q.  Before you got Sean's phone, did you go outside on to the

7    patio with Sean?

8    A.  I did.

9    Q.  What happened out on the patio?

10              MS. GERAGOS:  Objection.  Leading.

11              THE COURT:  A very brief sidebar.

12              (At the sidebar

13              (Continued on next page)

14

15

16

17

18

19

20

21

22

23

24

25

SA-226

P69Qcom6                    Jane - Direct

1        THE COURT:  So some of these objections, like the last

2   one, are asking for very small adjustments to the questions, as

3   I think your refined question reflected.  But I think the

4   reason why the objections are being raised is because this is a

5   situation where it is very important to be hyperaware of these

6   rules about leading questions.

7        And so I take it that the objection is that there was

8   no reference to the patio, and that was part of the question

9   and so that was the nature of the objection.

10       MS. GERAGOS:  That's right.  We both know what the

11  witness is going to say happened about the fight, but, for

12  example, coming back to the house, she should have to -- she

13  should say what happened next.  Then she saw him at the house.

14  Not assuming that he was at the house and not assuming what

15  happened on the back patio.  The witness can answer the

16  chronologically -- the story down chronologically without

17  leading her there.

18       MS. COMEY:  Your Honor, respectfully, if I may, this

19  is a very traumatic event for this witness to remember.  I am

20  not trying to lead this witness in asking what did she see.  I

21  am not assuming it is Sean Combs.  It could being anything.  It

22  could be she saw balloons outside of her house.

23       I'm trying to guide this witness in as non-leading a

24  way as possible through an extremely traumatic memory.  I am

25  not trying to feed this witness any lines.  I am not trying to

SA-227

P69Qcom6                          Jane - Direct

1    feed this witness any words.  I am, however, trying to help her

2    relive an extremely traumatic memory.

3              THE COURT:  To be very clear, I have not seen anything

4    that crosses any kind of line.  I want to make sure we're on

5    the same page as to the nature of the question.  I think it's a

6    couple questions at various intervals, that's it.

7              (Continued on next page)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SA-228

5193

P69Qcom6                        Jane - Direct

1              (In open court)

2              THE COURT:  Ms. Comey, you may proceed.

3              MS. COMEY:  Thank you, your Honor.

4    BY MS. COMEY:

5    Q.  Jane, just yes or no.  At some point after you got back to

6    the house, did you and Sean end up out on the patio?  Just yes

7    or no.

8    A.  Yes.

9    Q.  Do you remember how you ended up back out on the patio?

10   A.  Just ran over there.

11   Q.  Who ran over there?

12   A.  I did.

13   Q.  And then after you ran over there, what happened?  After

14   you ran over there, what did Sean do?

15   A.  I remember that I punched him, and then he punched me.

16   Q.  Let me break that down, if that's okay.

17             You said you punched Sean.  Where did you punch Sean?

18   A.  I think around his temple or forehead.

19   Q.  At any point that night or any night thereafter, did you

20   see any injuries on Sean where you had punched him?

21   A.  No.

22   Q.  Why did you punch him?

23   A.  I was angry with him.

24   Q.  Do you remember what you said as you did that?

25   A.  I said, "I hate you."

SA-229

5194

P69Qcom6                              Jane - Direct

1    Q.   What did Sean do after you punched him?

2    A.   After that, I remember I ran into the back yard and just

3    kept saying, "Leave me alone," and I went into a deep part of

4    the back yard where I just kind of fell and just started to

5    kind of curl up, and I just kept asking him to like leave and

6    go.

7    Q.   Jane, I want to break that down a bit.  I want to make sure

8    I have the timeline right.

9              You punched him, is that right?

10   A.   Yes.

11   Q.   And then immediately after you punched him, while you were

12   still on the patio, what, if anything, did Sean do to you?

13   A.   He punched me.

14   Q.   Where did Sean punch you?

15   A.   In the head.

16   Q.   How many times do you remember Sean punching you in the

17   head?

18              MS. GERAGOS:  Objection.

19              THE COURT:  Rephrase.

20   Q.   You said he punched you.  Did he punch you once or more

21   than once?

22   A.   More than once.

23   Q.   How many times did he punch you?

24   A.   Twice.

25   Q.   Where did he punch you each time?

SA-230

5195

P69Qcom6                        Jane - Direct

1   A.  On my forehead and around my eye area.

2   Q.  After Sean punched you, where did you go?

3   A.  I went to the back yard.

4   Q.  What did you do when you went into the back yard?

5   A.  I just kind of like balled up in like a -- I just went into

6   a ball.

7   Q.  A ball where?

8   A.  In the back yard, just I went into a ball in myself.  I was

9   trying to like cover my head.

10  Q.  When you say you were in a ball and trying to cover your

11  head, can you explain in a little more detail where you were in

12  the back yard?

13  A.  Just all the way deep in the back yard, like all the way

14  down in the back yard.  It's a very like long, narrow yard, and

15  I was all the way down, so it's like you have to run all the

16  way down there.

17  Q.  Were you standing up?  Sitting on something?  On the

18  ground?  Where were you?

19  A.  I was on the ground in the grass area.

20  Q.  And what were you trying to cover?

21  A.  My head and my face and my body.

22  Q.  What did Sean do as you were on the ground in a ball trying

23  to cover your face and your head?

24  A.  He started punching my head.  He started kicking me.  He

25  started saying all kinds of things and just kept punching

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-231

5196

P69Qcom6                          Jane - Direct

1   and --

2   Q.  What do you remember Sean saying as he was punching you?

3   A.  That I was trying to take him away from his kids and his

4   family.

5   Q.  What were you saying in response?

6   A.  I said, "No, I'm not.  Just leave me alone.  Just leave.

7   Please stop."

8   Q.  Now, Jane, I want to make sure I have this right.

9        Did you say that he punched you and kicked you while

10  you were in that ball?

11  A.  Yes.

12  Q.  About how many times do you remember him punching you while

13  you were balled up on the ground?

14  A.  Several.

15  Q.  I'm sorry?

16  A.  Several times.

17  Q.  And about how many times do you remember him kicking you

18  while you were balled up on the ground?

19  A.  Not as many times, but I felt there was all of that going

20  on, and then he just grabs me by my arm and my hair and just

21  starts dragging me back to the house.

22  Q.  Jane, were you still barefoot?

23  A.  Yes.

24  Q.  Was Sean wearing shoes when he kicked you?

25  A.  Yes.

SA-232

5197

P69Qcom6                          Jane - Direct

1   Q.  You said he grabbed you.  Where did he grab you?

2   A.  By my hair.  By my arm.

3   Q.  And after Sean grabbed you by your hair and your arm, what

4   did he do next?

5   A.  Started dragging me back into the house.

6   Q.  What was Sean saying as he dragged you by your hair and

7   your arm back too the house?

8   A.  Just saying that I was fucking crazy.

9   Q.  What were you saying to him as this was happening?

10  A.  Just kept saying, "Leave me the fuck alone.  Leave me the

11  fuck alone.  Just leave.  Just leave."  And I just kept saying

12  that I hated him.

13  Q.  Where did Sean end up dragging you?

14  A.  I just remember after this, it was like around my master

15  bedroom, around the bathroom area and --

16  Q.  Jane, after you got back into the house, what, if any,

17  phone calls did either you or Sean make?

18  A.  I took his phone, and I ended up calling the girl that I

19  assumed he was with.

20  Q.  Whose phone did you take?

21  A.  Sean's.

22  Q.  Do you remember how you got his phone?

23  A.  I think I just saw it, and I grabbed it.

24  Q.  Do you remember where you saw it?

25  A.  I think it was just lying around somewhere.  I can't recall

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

**SA-233**

5198

P69Qcom6                           Jane - Direct

1    exactly where.

2    Q.  Why did you call this girl that you believed Sean was with?

3    A.  I was just angry and fuming.

4    Q.  What happened when you called this girl?

5    A.  I just remember I asked her if she was on this trip, and

6    she started saying really insulting things back and --

7    Q.  Was the call on speaker?

8    A.  Yes.

9    Q.  What happened as you spoke with this woman on the phone?

10   A.  Sean was holding me down and making me listen to her

11   insults.

12   Q.  I want to break that down.

13            You made the phone call, is that right?

14   A.  Yes.

15   Q.  So did you have the phone in your hand at that point?

16   A.  At that point, yeah.

17   Q.  As you were holding the phone in your hand, what did Sean

18   do?

19   A.  He held me down, and the girl was just saying insulting

20   things.

21   Q.  And at that point where was the phone?

22   A.  In Sean's hand.

23   Q.  When you say Sean was holding you down, where was he

24   holding you down?

25   A.  On the ground.

SA-234

5199

P69Qcom6                          Jane - Direct

1  Q.  Do you remember where you were?

2  A.  I think it was my bedroom.  Just in that moment I just

3  remember more so the feeling, and I just feel wood.

4  Q.  What do you remember happening as Sean was holding you down

5  and the girl was on speaker phone and the phone is in his hand?

6  A.  I just wanted to get away from his like grip, and so I

7  yelled out and said --

8  Q.  What did you say?

9  A.  I said -- I told her to shut up and that he was beating my

10  ass right now.

11  Q.  When you said he was beating your ass right now, who are

12  you referring to?

13  A.  Sean.

14  Q.  What did Sean do after you said, "He's beating my ass right

15  now"?

16  A.  He immediately hung up.

17  Q.  What, if any other, phone calls do you remember either you

18  or Sean making in the house?

19  A.  I remember he FaceTimed Jonathan.

20  Q.  Who FaceTimed Jonathan?

21  A.  Sean.

22  Q.  Where do you remember being when Sean FaceTimed Jonathan?

23  A.  In the corner of the room.

24  Q.  Of which room?

25  A.  My master bedroom.

**SA-235**

5200

P69Qcom6                    Jane - Direct

1   Q.  And where do you remember Sean being when he FaceTimed
2   Jonathan?
3   A.  Right in front of me.
4   Q.  What do you remember happening when Sean FaceTimed
5   Jonathan?
6   A.  I just remember him saying, "Tell this girl that I wasn't
7   with no girl on my family trip."
8   Q.  Who said that?
9   A.  Sean.
10  Q.  To who?
11  A.  Jonathan.
12  Q.  Do you remember anything else from that call?
13  A.  I just remember later on --
14  Q.  Not later on.  Just focusing on in that moment, do you
15  remember anything else?
16  A.  No.
17  Q.  After Sean FaceTimed Jonathan, what do you remember
18  happening next?
19  A.  I went into the shower.
20  Q.  Why did you go into the shower?
21  A.  Just wanted to cool off.
22  Q.  When you went into the shower.  Who went with you?
23  A.  Sean.
24  Q.  So what were you doing in the shower?
25  A.  I was just trying to wash up and just cool off, but I --

**SA-236**

5201

P69Qcom6                           Jane - Direct

1    Q.  Hold on one second.

2            Jane, when you went into the bathroom, did you get a

3    look at yourself in the mirror

4    A.  Yes, I did.

5    Q.  What did you see in the mirror?

6    A.  I saw two golf ball sizes on my forehead, really big.

7    Q.  Golf ball size what?

8    A.  Welts on my head and a black eye that was forming.

9    Q.  Where were those injuries in relation to where Sean had

10   punched you?

11   A.  It was exactly where he had punched me.

12   Q.  At this point in the night or any time thereafter, did you

13   see any injuries on Sean where you hit him?

14   A.  No.

15   Q.  How do you compare in size to Sean, Jane?

16   A.  I'm smaller than Sean.

17   Q.  When you were in the shower, what were you wearing?

18   A.  I was naked.

19   Q.  Where was Sean when you were naked in the shower?

20   A.  In the shower with me by the door.

21   Q.  Was he under the water?

22   A.  No.

23   Q.  What was he wearing?

24   A.  Pants.

25   Q.  What happened while you were in the shower and Sean was

**SA-237**

P69Qcom6                          Jane - Direct

1    standing there with pants on as well?

2    A.  He started slapping me, smacking me really hard in my face.

3    Q.  How many times do you remember Sean slapping you in your

4    face while you were in the shower?

5    A.  Three times.

6    Q.  What do you remember happening each time?

7    A.  Losing my balance and then finally falling.

8              (Continued on next page)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-238

5203

P69Wcom7                    Jane - Direct

1   BY MS. COMEY:

2   Q.   What do you remember happening each time?

3   A.   Losing my balance and then finally falling.

4   Q.   Falling to where?

5   A.   The ground.

6   Q.   Of the shower?

7   A.   Yes.

8   Q.   What were you saying as this was happening?

9             MS. GERAGOS:  Objection.

10            MS. COMEY:  If any -- I'll rephrase.

11  Q.   Jane, what, if anything, were you saying as this happened?

12  A.   I was calling him a bitch and that I hated him.

13  Q.   You were saying that to who?

14  A.   Sean.

15  Q.   And what, if anything, was Sean saying while this happened?

16  A.   I can't remember, but I'm sure he was --

17  Q.   I don't want you to guess.

18       After you finished the shower, what do you remember

19  happening next?

20  A.   I remember just being so exhausted and I just remember just

21  sitting there, just in the towel, and I was just so exhausted

22  and just so tired.  And then Sean said just put some ice on it

23  and put an outfit on.

24  Q.   When Sean said put some ice on it, what did you understand

25  he was referring to?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-239

5204

P69Wcom7                      Jane - Direct

1   A.  The welts on my head.

2   Q.  And when Sean said put an outfit on, what did you

3   understand he was telling you to do?

4   A.  He wanted me to put lingerie and high heels on.

5   Q.  How did you respond?

6   A.  I did that.

7   Q.  What happened after you iced your welts and put a lingerie

8   outfit and heels on?

9   A.  I remember we're in the living room and I remember he's

10  using my phone to play pornography.

11  Q.  Who was using your phone?

12  A.  Sean.

13  Q.  What do you remember happening next?

14  A.  I remember he started texting Antoine.

15  Q.  Using what?

16  A.  My phone.

17  Q.  Who was texting Antoine using your phone?

18  A.  Sean.

19  Q.  How were you able to tell that he was doing that?

20  A.  Because my phone was screen mirrored to the television.

21  Q.  What did you see Sean texting Antoine?

22  A.  Hey, what are you doing, something like that.

23  Q.  What do you remember happening next?

24  A.  I remember that Sean started just scrolling up and started

25  reading me and Antoine's messages.

SA-240

5205

P69Wcom7                         Jane - Direct

1   Q.  And what did you see on the screen as Sean scrolled up?

2   A.  Sean saw a message from Antoine and I where Antoine is

3   saying hello, asking me how I'm doing.  I said I'm good.  How

4   are you?  And Antoine was saying that he was good and that he

5   had been spending some time with our, quote, mutual, quote,

6   friends lately.

7   Q.  Now, Jane, when you received that message from Antoine

8   referencing your, quote, mutual friends, who did you understand

9   Antoine was referring to?

10  A.  I understood that Antoine was referring to the couple that

11  had the Vegas birthday party.

12  Q.  In January of 2024?

13  A.  Yes.

14  Q.  Had you told Sean about going to that birthday party and

15  seeing Antoine there?

16  A.  No.

17  Q.  Why not?

18  A.  I just -- we were on a break, and I just felt like it was

19  unnecessary to talk about that.

20  Q.  How did Sean react when he saw the message from Antoine

21  referencing a mutual friend?

22  A.  He said, what is this message, mutual friend?  Who is the

23  mutual friend?  You guys don't have mutual friends.

24  Q.  What did you say in response?

25  A.  I said it was nothing.  I don't know.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

**SA-241**

5211

P69Wcom7                    Jane - Direct

1    A.  Right around this time.

2    Q.  Can you tell us how that happened?

3    A.  Sean pulls me into the bathroom.  While we were with

4    Antoine, he kind of excuses me and him, and me and Sean go in

5    the bathroom and --

6    Q.  Let me pause you.

7        So at that point where is Antoine?

8    A.  He's, like, in the living room part of the master bedroom.

9    Q.  And are you in the bathroom with the door closed?

10   A.  Yes.

11   Q.  Is the door able to close after Sean had kicked it earlier?

12   A.  It's just closed but not securely.

13   Q.  So it didn't latch all the way?

14   A.  Yes.

15   Q.  While you were in the bathroom with Sean, what do you

16   remember happening?

17   A.  I remember him opening his hand with a pill in it, and he

18   said take this fucking pill.  Take this fucking pill.  You're

19   not going to ruin my fucking night.  You better go out there.

20   You're not going to ruin my fucking night.  Get out there.

21   Suck his dick.  Fuck him.  I don't care, just you're not going

22   to ruin my fucking night.

23   Q.  How did you respond?

24   A.  I said I don't want to, I don't want to, I don't want to.

25   Q.  What did Sean say when you said I don't want to?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

**SA-242**

5212

P69Wcom7                          Jane - Direct

1    A.  He said then is this coercion?  And I just looked at him.

2    Q.  What was Sean's tone and facial expression when he said is

3    this coercion?

4    A.  Just -- he just looked at me.  I just remember just him

5    right in my face, just, just telling me -- just really close to

6    my face.

7    Q.  About how far from your face was Sean's face at this time?

8    A.  Like an inch away.

9    Q.  What was his tone of voice?

10   A.  Forceful.

11            MS. GERAGOS:  Objection.

12            THE COURT:  Overruled.

13   BY MS. COMEY:

14   Q.  After Sean said is this coercion and you didn't say

15   anything in response, what did Sean say next?

16   A.  He didn't say anything.  We just went back out to the

17   bedroom.

18   Q.  Before you went back out to the bedroom, what happened to

19   the pill that Sean had held out in his hand?

20   A.  I consumed it.

21   Q.  What was it?

22   A.  Ecstasy.

23   Q.  After you took the ecstasy, what happened next?

24   A.  I had -- I had to perform oral sex on Antoine.

25   Q.  For how long did you have to perform oral sex on Antoine?

SA-243

5213

P69Wcom7                          Jane - Direct

1   A.  It just felt like forever.

2   Q.  Where was Sean while you were performing oral sex on

3   Antoine?

4   A.  Watching.

5   Q.  Do you remember what he was doing?

6   A.  Just watching.

7   Q.  How did you feel while you were in that room?

8   A.  I just felt sick.  I just felt like I wasn't even in my own

9   body.  I just felt disgusted.  I just felt terrible.

10  Q.  How did that sexual encounter with Antoine end?

11  A.  When he finished.

12  Q.  When who finished?

13  A.  Antoine.

14  Q.  After Antoine finished, what do you remember happening

15  next?

16  A.  I just remember that I just excused him and I was trying to

17  put on a good face, and I said that I would be in touch with

18  him and he left out.

19  Q.  Jane, throughout your interactions with Antoine on this

20  night, did you tell him about any of the violence that had

21  happened earlier?

22  A.  No.

23  Q.  Why not?

24  A.  It's not something I would do.

25  Q.  Before Antoine left, what, if any, conversation did you

SA-244

5229

P69Wcom7                    Jane - Direct

1    A.  I remember that Sean was basically saying that we were

2    breaking up and that we were just going to be friends and that

3    he loved me but what I did was so wrong and that I broke his

4    trust and that we could never be the same again.

5    Q.  During this visit to Sean's home, what, if any, visible

6    injuries did you have on you?

7    A.  I had a bruised eye, and my welts on my head were still

8    pretty apparent.

9    Q.  Where were the welts on your head?

10   A.  Around my forehead, top forehead, to my left.

11   Q.  What, if anything, did you do to try to cover up those

12   injuries before going over to Sean's home?

13   A.  I put foundation and concealer on.

14   Q.  Did it fully cover the bruising?

15   A.  The bruising kind of kept peering out a bit.

16   Q.  When you saw Sean that day, did you see any injuries on

17   him?

18   A.  No.

19   Q.  Did you take any videos that day at Sean's house?

20   A.  Yes.

21   Q.  Why?

22   A.  Because I thought he looked nice, and I was just used to

23   taking videos and photos of him.

24   Q.  Were you trying to document your injuries?

25   A.  No.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-245

5230

P69Wcom7                          Jane - Direct

1    Q.  Did you end up accidentally documenting some of your

2    injuries?

3    A.  Yes.

4           MS. COMEY:  Can we please pull up what's in evidence

5    as Government Exhibit E-272.

6    Q.  Before we play it, Jane, do you recognize what's up on the

7    screen?

8    A.  I do.

9    Q.  What's on the screen?

10   A.  This is me and Sean in his backyard, and we're just laying

11   down in the backyard, just talking, hanging out.

12   Q.  What, if any, injuries can you see on your face right now

13   before we play the video?

14   A.  I see bruising at the top and side of my eye, and I see

15   bruising and a little bit of welt on my top left forehead.

16   Q.  So it's your left, but as we look at your face on the

17   screen, is it to the right of your eye?

18   A.  Yes.

19   Q.  Was there makeup on those injuries when you took this

20   video?

21   A.  Yes.

22          MS. COMEY:  Can you please go ahead and play the video

23   for one second and pause it, Ms. Becker.

24          (Media played)

25   BY MS. COMEY:

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-246

5231

P69Wcom7                     Jane - Direct

1   Q.  Jane, what injuries can you see on your forehead right now?

2   A.  There's bruising on my forehead.

3   Q.  Is that the welts you were talking about?

4   A.  Yes.

5   Q.  And is that visible even underneath makeup?

6   A.  Yes.

7        MS. COMEY:  Ms. Becker, would you please play this

8   again and pause at 18 seconds.

9        (Media played)

10  BY MS. COMEY:

11  Q.  Jane, when you put your hand up at the beginning of this

12  video, why did you do that?

13  A.  Because I realized that you can kind of see my bruising on

14  the video.

15  Q.  Were you trying to document your bruising in this video?

16  A.  No.

17  Q.  Why did you keep saying bestie in this video?

18  A.  Because when Sean was breaking up with me, he was saying

19  that we would be best friends, and so I was kind of teasing him

20  here and saying that he was my bestie.

21        MS. COMEY:  Ms. Becker, would you please play this

22  again and pause it at 23 seconds.

23        (Media played)

24  BY MS. COMEY:

25  Q.  Jane, why did you cover your face again there?

SA-247

5232

P69Wcom7                    Jane - Direct

1   A.  I was just doing the same thing, where I just wanted to

2   cover it for that moment that it was in frame.

3        MS. COMEY:  Would you please finish playing this,

4   Ms. Becker.

5            (Media played)

6        MS. COMEY:  You can take that down.  Thank you.

7        Can we now please pull up what's in evidence as

8   Government Exhibit E-333.

9   Q.  Jane, do you recognize this?

10  A.  I do.

11  Q.  What is it?

12  A.  I was on an outing with my child.

13  Q.  And did you take this video?

14  A.  Yes.

15  Q.  Has this video been clipped to remove any portion that

16  references or shows your child?

17  A.  Yes.

18  Q.  Can you tell us what we're going to see at the end of this

19  video?

20  A.  I was just taking a selfie video, and then I take off my

21  glasses.  And then as soon as I see my bruises, I whipped my

22  glasses back on.

23  Q.  Do you remember about how long after June 18th and 19th of

24  2024 you took this video?

25  A.  I think it was, like, a couple days later.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-248

5233

P69Wcom7                        Jane - Direct

1       MS. COMEY:  Can we please play this.

2           (Media played)

3   BY MS. COMEY:

4   Q.  Jane, why did you put your glasses right back down after

5   lifting them up?

6   A.  Because I could see that my bruises were still very

7   visible.

8   Q.  Were you trying to document your injuries?

9   A.  No.

10      MS. COMEY:  We can take this down.  Thank you.

11  Q.  Jane, after you saw Sean at his home in Mapleton in late

12  June of 2024, what communications did you have with him?

13  A.  FaceTime, text message, phone call.  Actually, more like

14  texts, phone calls.

15  Q.  And what ended up happening?

16  A.  I'm sorry.  Can you repeat what time frame?

17  Q.  In late June into July of 2024, what happened in your

18  relationship with Sean?

19  A.  I remember shortly after he was in this -- he went to

20  Wyoming.

21  Q.  And how did you learn that he went to Wyoming?

22  A.  I learned it from a media outlet that posted that he was

23  with a woman in Wyoming.

24  Q.  And how did you react to that?

25  A.  I was absolutely furious.

SA-249

6148

P6dWcom5                          Perez - Direct

1    you were to lie?

2    A.  Yes.

3            MS. SMYSER:  I want to show you what's in evidence as

4    Government Exhibit 1B236.

5    Q.  Do you recognize this, Mr. Pérez?

6    A.  Yes.

7    Q.  What is it?

8    A.  Mr. Combs's Gucci pouch.

9    Q.  What was typically kept inside of Mr. Combs's Gucci pouch?

10   A.  Drugs and money.

11           MS. SMYSER:  Would you mind pulling the mike just a

12   little bit closer to you.

13   A.  Drugs and money.  Oh, sorry.

14   Q.  What kind of drugs?

15   A.  Cocaine, ketamine, molly, Adderall, Xanax.

16   Q.  And before king nights, what, if any, responsibilities did

17   you have related to the Gucci pouch?

18   A.  Can you rephrase?  Sorry.

19   Q.  What responsibilities, if any, did you have related to the

20   Gucci pouch here?

21   A.  In relation to king nights?

22   Q.  Yes.

23   A.  Oh.  Just making sure that it was in Mr. Combs's personal

24   backpack that would travel with him.

25   Q.  Where typically was the Gucci pouch located?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-250

P6dWcom5                        Perez - Direct

1   A.   In his backpack.

2   Q.   Was that backpack typically with Mr. Combs?

3   A.   Yes, sometimes.

4   Q.   When he went to king nights, was it typically with him?

5   A.   Yes.

6        MS. SMYSER:  Ms. Foster, you can take that down, and

7   let's pull up Government Exhibit 3D115A.

8   Q.   Who is part of this conversation?

9        MS. SMYSER:  Could you zoom out for a second.

10  A.   It's between me and Rob, one of the old assistants.

11       MS. SMYSER:  And let's zoom in on the bottom half of

12  the page, please.

13  Q.   What date were these sent?

14  A.   July 31, 2022.

15  Q.   So Rob says:  Yo, will you locate his Gucci pouch in his

16  bathroom.

17       Here, when Rob says his Gucci pouch in his bathroom, who

18  did you understand Rob to be referring to?

19  A.   Mr. Combs.

20  Q.   And how do you respond?

21  A.   Yes.

22  Q.   What did Rob say next?

23  A.   "Make sure it's in there, please, and if anything's out and

24  around, just kind of stuff it back in, I guess."

25  Q.   And does that finish LOL?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-251

P6oWcom6                                                          7385

1   time to Mr. Combs.

2          On the contrary, the many text messages that she sent

3   to him during the entire period of their relationship wouldn't

4   have given -- they created a lot of dissent in the relationship

5   and it was toxic for many reasons, but there really aren't text

6   messages to Mr. Combs that would have given him reason to

7   believe that she didn't want to participate in the freak-offs

8   in particular.  There were many explicit messages that a person

9   in Mr. Combs's position clearly would have understood as

10  indicating on the contrary: that she enjoyed the sexual

11  activity and did not feel coerced.  And although he was,

12  regrettably, violent towards her at times, and we've heard a

13  lot of evidence about that, domestic violence is not sex

14  trafficking, and the evidence didn't show that she engaged in

15  any sexual activity because of violence or the threat of

16  violence.

17         Indeed, the evidence showed that when they did have a

18  fight during a freak-off, she left.  The InterContinental is

19  actually an example of that.  The fight started not before the

20  freak-off but following a night of consensual sex during a

21  freak-off, and then there was no sex after the fight.

22  Moreover, there's no evidence in the record that the violence

23  was to try to get her to continue engaging in any sex that may

24  have been going on in the hotel room.  That was not her

25  testimony.  And indeed, the video seems to show that after the

SA-252

P6rWcom1                    Summation - Mr. Agnifilo

1          This case is about five things, I submit to you, none
2     of which is racketeering, none of which is sex trafficking,
3     none of which is conspiracy.  Five things.
4          It's about love.  I know you guys are keeping, like,
5     notes in your pad.  If you're keeping really, really good
6     notes, you will know that the word "love" has been spoken at
7     this trial 881 times.  881 times the word "love" appears in the
8     transcript of this trial.  You know it's not about, like, stock
9     fraud.
10         This trial is about love.  The trial's about jealousy,
11    so much about jealousy, so much about jealousy.  It's about
12    infidelity, related to jealousy, but maybe a different angle of
13    jealousy.
14         It's about money, as I've said, and it's about a third
15    thing that I want to say right off the bat, because it's one of
16    the things we led with in the openings, and it's one of the
17    things I want to say to you now.  Because one of the things my
18    colleague, Ms. Geragos, has said -- she said it in the
19    opening -- is we own -- we own -- the domestic violence.  We
20    own it.
21         I hope you guys know this, and I'm sure you do.  When
22    Ms. Ventura testified, I don't think we asked her a single
23    question to challenge anything she said about being hit, being
24    kicked, being dragged.  And the government's going to say,
25    well, that's because it's a video.  It's not all on video.  You

**SA-253**

P6rWcom1                      Summation - Mr. Agnifilo

1    see how this works.  Witness gets on the stand, talks on direct

2    testimony, the defense gets up:  Oh, you're exaggerating; you

3    didn't do this; you didn't see that; this was a different date;

4    you know, this didn't really happen.

5            We didn't do that.  We just did not do that with her,

6    period.  We didn't do it with Jane either.  I mean are we, do

7    we have an obligation?  Can't be ineffective.  Do we have an

8    obligation to put things in the right context?  Yes, we do.

9    But in terms of owning just as a matter of personal

10   responsibility, matter of personal responsibility and

11   accountability, owning the domestic violence, we own it.  It

12   happened.  That's not charged.  That's the part of the false

13   trial.

14           As we said in the opening, if he was charged with

15   domestic violence we wouldn't all be here having a trial

16   because he would have pled guilty -- because he did that.  He

17   did not do the things he's charged with.  He didn't commit

18   racketeering.  He just didn't.  He didn't commit racketeering

19   conspiracy or sex trafficking.  He didn't kidnap anybody.  He

20   didn't obstruct justice.  He didn't bribe anyone.

21           I'll tell you why in about, like, an hour he didn't do

22   these things.  He did what he did, but he's going to fight to

23   the death to defend himself on what he didn't do.  And that's

24   what this trial is about.

25           So the issue for Cassie was domestic violence, and I'm

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-254

P6rWcom1                    Summation - Mr. Agnifilo

1    not the first person to say that to you in this courtroom.  The

2    first person to say that the issue is domestic violence was

3    Cassie Ventura.  A long time ago, you might not remember it

4    all, but if you remember, she made an Instagram post.  Right

5    around the time that -- so, that the video, sort of a version

6    of the video that we call the CNN video, kind of came out, you

7    know, in the spring of last year.  She makes an Instagram.  She

8    testified about it.

9         She makes an Instagram post, and what she says is -- I

10   want to get my words exactly right -- thank you for your love

11   and support.  She thanks people for loving and supporting her.

12   The domestic violence is the issue.  The domestic violence is

13   the issue.

14        She could have said anything.  She was sitting at her

15   computer or on her phone or on her tablet, wherever she's

16   writing.  She could have said anything.  It's about the video

17   that the government showed you yesterday and that I'm going to

18   show you a little bit about in a little while.  She could have

19   said anything about the video.  She could have said sex

20   trafficking is the issue.  She could have said having coerced

21   sex with men is the issue.  She could have said running away

22   from freak-offs is the issue.

23        She was very precise and very clear about what the

24   issue was for her -- her, who was there.  The prosecutors

25   weren't there.  The issue for her, who was there, domestic

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-255

P6rWcom1                    Summation - Mr. Agnifilo

1   violence is the issue -- her words to the world in an Instagram

2   post.  And as they say, and as I ask you to do as well, believe

3   her.  Believe Cassie.  Believe her.  What she says to you,

4   domestic violence is the issue, I am asking you to believe her.

5   And I'm asking you to believe her when, in that moment, in that

6   context, watching that video on TV, watching herself -- and

7   let's just, let's look at the world from her perspective for a

8   second.

9           Imagine what that's like.  Because it's horrible.

10  It's just -- we're going to be real today.  That's horrible for

11  her and her parents.  This video comes out all over the world,

12  and there she is.  It's a terrible moment.  It's a terrible

13  moment, and she could have said anything.  I'm glad she said

14  something, but what she said rings true not only for her but

15  for this trial, and I most respectfully submit, for all of you.

16  Domestic violence is the issue, is what she said.

17          Let's talk about Sean Combs and Cassie for a second.

18          To see their relationship is to see everything that a

19  racketeering enterprise, everything that a racketeering

20  conspiracy is not.  It's a relationship.  I don't expect to see

21  you guys -- you know, don't feel disappointed.  I am not going

22  to go through a ton of text messages with you.  I am not going

23  to show you any charts.  You guys have seen charts.  You have

24  seen the text messages.  I've seen the close attention you're

25  paying.  You don't need me to do that.

**SA-256**

P6RQcom2                        Summation - Mr. Agnifilo

1    kidnapping.  And she doesn't say anything about force.  She

2    doesn't say anything about that.  And I submit to you that,

3    listen -- and we're going to take the domestic violence, let's

4    take the domestic violence.  Obviously, something happened.

5    Obviously, there was some physical event, and she had injuries,

6    okay?  So she goes to the hotel as much for her own good as

7    anyone else's.  She doesn't -- they don't want this in the

8    press.  They're public people.

9         Something has gone on at this trial that really is

10   unfair, which is that every like event that could be sort of

11   scandalous or bad press is only about Combs.  That's just not

12   true though.  Cassie is a public persona as well.  And when we

13   get to what happens with the videotape, you're really going to

14   see that because Cassie says something that's very important,

15   which is:  I don't want that videotape in public.  I have a

16   movie coming out.  So let's balance this out and see it for

17   what it is.  They don't want bad press.  This would be bad

18   press.  I submit to you, listen, she probably would rather be

19   at his house, but that doesn't make it a kidnapping.  so this

20   is not a kidnapping because what she really wanted was to go to

21   his house.  Okay.

22        Bribery of the security guard at the Intercontinental.

23   Let me read you the jury charge on this.

24        This is the charge at page of 26.

25        1.  The conspirator gave or offered or promised a

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-257

7823

P6rWcom3                    Summation - Mr. Agnifilo

1    this stuff comes from -- you're going to get it from somewhere.

2    He obviously has a drug problem.  He has a drug problem.

3    There's no question.  So many of the different witnesses said

4    this, and Cassie said that.

5         And the government's charged him not with possession

6    of drugs, not just with distribution of drugs but distribution

7    of drugs as a racketeering act, as part of a racketeering

8    conspiracy.  And there's just no evidence of that.

9         Is there evidence that he had drugs?  Of course.

10   There's no doubt that he had personal-use drugs.  I mean they

11   found some of it in his house.  The witnesses are testifying,

12   there's personal-use drugs around.  But was he using his

13   enterprise?  Is this really a part of a racketeering

14   conspiracy, where he's using his enterprise to sell drugs, move

15   drugs, have drug, possess drugs, possess with intent to

16   distribute drugs?

17        I submit to you the answer is no.

18        But you're going to have to give -- I'm going to be

19   straight with you.  You're going to have to give this one

20   thought.  You have to really think through this, because he had

21   drugs.  OK?

22        Now, what drugs did he have?  There's Xanax.  There's

23   painkillers, and I think he was addicted to painkillers so he's

24   obviously going to have possessed painkillers.  There's

25   ecstasy.  But what's the evidence that he had any interest in

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-258

7824

P6rWcom3                        Summation - Mr. Agnifilo

1   distributing this or in possessing these with the intent to

2   distribute?  These are things that he did with his girlfriends.

3   They did them together.  There's no indication that he's, you

4   know, getting this stuff so that he could either sell it to

5   Cassie or Jane or somehow, you know, move the drugs, distribute

6   the drugs.  That's just not what the evidence is, I submit to

7   you.

8           So what I submit to you, though, is that this is

9   personal-use drugs.  That's what it is.  And I submit to you

10  that it's very clear that the purpose of these businesses --

11  now, the government said yesterday that the enterprise is kind

12  of larger than, like, Combs Enterprise, the business -- that

13  the purpose of these businesses and the enterprise has nothing

14  to do -- nothing, nothing, nothing to do -- with getting him

15  drugs.

16          I mean, it is not unusual -- one thing I want you guys

17  to keep in mind, and the personal assistants all testified to

18  this.  The personal assistants basically said to you, one of

19  them said my advice was get in, get out.  Because once you're

20  in, once you're in that sort of celebrity kind of whatever it

21  is, clique, just celebrities.  You're in the world of

22  celebrities, right?  Wasn't it Mia who went and worked for

23  Madonna?  Like, you're in, you're in.  OK?

24          So what Mr. Combs is doing isn't really that

25  different, I submit to you, than what a lot of other people are

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-259

P6rWcom3                    Summation - Mr. Agnifilo

1   couple.  You know, if we do it quickly, if don't stay out too

2   late.  They're trying to find a way to make it work.

3         All right.  I am now going to play part of the video,

4   and here's the point I want to make in the video.  The video is

5   not sex trafficking.  OK?  The video is very much -- very

6   much -- domestic violence.  And there's two reasons why I say

7   to you that it's not sex trafficking.

8         First, I say it to you because it seems to all be

9   about a phone.  This entire situation's about a phone, and I'm

10  going to show you a few snippets.  I'm not going to play the

11  whole thing.  I'm going to show you a few snippets as to why

12  I'm saying that to you and why I think it's true, that it's all

13  about a phone.

14        Now, is it crystal clear whether it's Cassie's phone

15  or Mr. Combs's phone?  It's not crystal clear.  More likely

16  than not it's Combs's phone, and I'll show you some snippets

17  and then we can kind of think through it together.

18        Let's do this.  Let's start it and go to :13.

19        (Media played)

20        MR. AGNIFILO:  And then stop it when we get to 13.

21  OK.  Stop it now.

22        OK.  All right.  Look at her right hand.  See you can

23  see the right hand in the mirror.  You can also see without the

24  mirror.  One thing that's clear, she's carrying two bags in her

25  left hand.  And it seems that she has something -- you can't

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

SA-260

7894

P6rWcom5                    Summation - Mr. Agnifilo

1          MR. AGNIFILO:  The acts of racketeering are the things
2     that are charged in the indictment as acts of racketeering.
3     It's the kidnapping.  It's the arson.  It's the sex
4     trafficking.  Those things are actually charged.  So it's not
5     just any one.  You know, domestic violence is not an act of
6     racketeering.  Assault is not an act of racketeering.  It has
7     to be an act of racketeering.
8          So what co-conspirator would they possibly be able to
9     put up to say there's the co-conspirator who's agreed with
10    others to commit two acts of racketeering in furtherance of the
11    enterprise.  And the one that they keep kind of coming up with
12    is K.K.
13         OK.  K.K.  The evidence at this trial, the actual
14    evidence at this trial is not what the government says to you
15    but what the witnesses say to you.  K.K. is, like, the
16    singlemost helpful person.  Everyone should have a K.K.  All
17    right?  K.K. is, like, the singlemost helpful person anyone's
18    ever met.  Everybody loves K.K.  They love K.K.  I just think
19    that K.K. thought Jane was bad for business (inaudible).
20    Everybody else loves K.K.  They love K.K.
21         Remember something, because this is important, because
22    things get spun and they shouldn't get spun.  When Combs goes
23    to Cassie's house and he's beating on the door with a hammer,
24    Cassie and Kerry Morgan call two people.  And the two people
25    that the government's really most focused on is

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300