**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: United States v. Combs     Docket No.: 25-2623

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Nicole Westmoreland

Firm: Westmoreland Law, LLC

Address: 132 Cone Street NW, Suite A, Atlanta, GA 30303

Telephone: 404-446-2620     Fax:

E-mail: nw@westmorelandlawgroup.com

Appearance for: Sean Combs / Appellant
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✓] Additional counsel (co-counsel with: Alexandra A.E. Shapiro / Shapiro Arato Bach LLP )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on March 18, 2026     OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Nicole Westmoreland

Type or Print Name: Nicole Westmoreland